IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JANE DOE,

            Plaintiff,

v.

BOARD OF REGENTS FOR
THE UNIVERSITY OF WISCONSIN SYSTEM,

            Defendant.

                                          AMENDED
                                    SCHEDULING ORDER

                                          20-cv-856-wmc
_____

At a November 12, 2021 telephonic hearing, the court reset the schedule:

    **Disclosure of Experts: To be decided by the parties**

    **Deadline To File Dispositive Motions**: March 4, 2022

    **Discovery Cutoff: June 17, 2022**

    **Settlement Letters: June 17, 2022**

    **Rule 26(a)(3) Disclosures and motions in limine: June 24, 2022**

                                        **Responses: July 8, 2022**

    **Final Pretrial Conference: July 19, 2022 at 4:00 p.m.**

    **Jury Selection and Trial: August 1, 2022 at 9:00 a.m.**


Entered this 16th day of November, 2021.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge