## FW: Atty Stilling's closing argument discussing facts related to the accusers

| | |
|---|---|
| From: | Raymond Taffora <ray.taffora@wisc.edu> |
| To: | Nancy Lynch <nancy.lynch@wisc.edu> |
| Date: | Thu, 31 Oct 2019 13:54:34 -0500 |
| Attachments: | Atty Stilling Closing.pdf (441.69 kB) |



-----Original Message-----
From: Atty. Stephen Meyer <defender6@stephenmeyerlaw.com>
Sent: Friday, August 09, 2019 1:31 PM
To: Rebecca Blank <rblank@chancellor.wisc.edu>; Raymond Taffora <ray.taffora@wisc.edu>
Cc: quintezcephus11@gmail.com; Kathy Stilling <kstilling@bwslawfirm.com>
Subject: Atty Stilling's closing argument discussing facts related to the accusers

Dear Chancellor Blank and Attorney Taffora, in light of our recent phones calls and in anticipation of our meeting this afternoon, I am attaching a copy of Atty Stilling's closing argument that discusses the accusers. Atty Stilling writes almost everything out and this is a close to a transcript you can get of her portion of the closing argument. I argued the second part of the closing which dealt with a variety of topics including the toxicology witnesses and most importantly the testimony of Quintez. I however speak extemporaneously and do not have detailed notes.

We will see you at 3:00 p.m.

Steve

--
Stephen J. Meyer
10 East Doty St. #800
Madison, WI 53703
(608)255-0911

www.stephenmeyerlaw.com

Confidential



EXHIBIT
BLANK
10
3/25/22 mvc

BOR_018445

The information contained in this email transmission is the property of Meyer Law Office, attorney-client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you have received this communication in error, please notify us immediately by reply email. Thank you.