Closing----Factual Summary for the Jury

"I don't remember anything until I woke up in bed naked with ▌▌▌." You mean she doesn't remember anything that's inconvenient.

▌▌▌'s eyes were rolling back in her head, her arm was limp and she looked possessed but shortly after ▌▌▌ was sprinting out, fully dressed and carrying her phone saying I could kill someone. The someone wasn't Q. It was ▌▌▌. (Still of ▌▌▌ dashing out, video of her walking in door and striding in the hall)

"I was dying" except she could walk and text, climb over barricades and carry a big guy on her back without falling. The videos don't lie. ▌▌▌ did. (Still of ▌▌▌ with Danny on her back)

**But the truth slipped out despite her efforts**

"Are you really gonna have sex with him after the way he talked to me." (Not after the way he raped us) (Transcript excerpt)

▌▌▌ said "Don't be mad at me" (▌▌▌ felt slighted but ▌▌▌ was happy) (Transcript excerpt)

I thought they were maybe going to hook up (They talked about it. Remember the Victory sign?) (Victory sign still)

Quintez did not assault ▌▌▌ or ▌▌▌. They came to his bedroom of their own free will to hook up, plain and simple. They told him that with their words and their actions. Both women were capable of giving consent. To know that you only have to look at the evidence that does not lie, shade the truth or hide anything – the videos.

So what happened here? We had three young people who are part of a hook-up culture where sex is about recreation not love. Unfortunately, that works in theory but not always in practice. Sometimes disappointment and regret after the fact can

1

Confidential



BOR_018447

lead to a false accusation and devastating consequences. But you can make this right today and end the nightmare for this young man at the beginning of his adult life.

Twelve of you stand between the power of the State and this young man. Make no mistake, ▇ and ▇ are the accusers but it is the State you must hold accountable for what they have done and what they have failed to do. They charged Quintez based on the unsubstantiated testimony of ▇ ▇. They ignored critical discrepancies in her story, discounted all the evidence that contradicted what she said and let her limit and control the evidence they saw. That is not how justice is achieved.

But you now hold the power to do what the State did not do. In fact, it is your duty to do what the State did not do – to examine all the evidence dispassionately and carefully – to see if it is the solid wall it must be or riddled with cracks as it is in this case. The State has the obligation under the law to prove their case beyond a reasonable doubt by solid quality proof worthy of your belief. This isn't theoretical right now. This is real life and a real young man is waiting for your decision.

Let's start with the videos. Neither ▇ nor ▇ look that intoxicated in video after video.

▇

1. Walking up to the UU, ▇ is walking a straight line and texting. She admitted as much. She is aware enough to see Danny and Q down the block even while texting on her phone. She climbs over and around a barricade without tripping. She is not "dying".
2. Leaving the UU, she is walking fine, even turns to talk to people behind her and never misses a step, loses balance or drops her drink. Even after the UU she is not dying.
3. The State may say she sat on the floor. But she didn't spill her drink on the way down or up, that takes dexterity.
4. Walking in Q's apartment, ▇ is walking down stairs, skipping down the hall without difficulty and even half carried Danny without anything more than a stumble.

Confidential

BOR_018448

5. On the way out, she crosses her feet in a ballerina pose without a wobble for 30 seconds.
6. The dorm videos are the same
7. From 11:30 to 2:40 all the videos show her in good control and as Jackson said Normal, not very drunk. Not slurring, not stumbling and making sense in her conversation. This is a guy who is a friend, knows her and has seen her when she really is drunk. That corroborates the videos and contradicts ▮▮▮▮'s false claims.

He is not charged with having sex with ▮▮▮▮ when she was too intoxicated to give consent so why is this important?
Credibility...
She claims she was drunk before she got to the first bar and just got drunker. She is claiming to be very drunk and obviously drunk all night.

Maybe that's because Det. Johnson told her that if she was too drunk to give consent, sex would be a crime or she already knew that and didn't realize the city was crawling with cameras that would give lie to her claim. But it is and, thankfully, we have the videos that don't lie.

▮▮▮▮

▮▮▮▮ was not that drunk either but she is small, female, and prone to blackouts. But looking at the videos she shows physical competence as well.

1. See her walk out of UU, walking fine. She stumbles a little coming off the curb but it is dark and outside. The State's edited videos- The State largely showed a few clips scattered throughout the videos, largely outside in the dark or in the crowded, dark bar, nothing in well-lit and level areas. We don't know what the pavement looked like or whether the crowd caused the few little stumbles we saw.
2. Almost all the time she looks fine. She is walking backwards on Frances St, she admitted it and Marissa confirmed it. How do you walk backwards when you are obliterated.
3. She walks fine going in the apartment and is striding confidently on her way out of the apartment. Remember she left at 2:28 and was picked up at 2:30. In two minutes she got down three half flights past the first floor to the

3

ground floor, down a hall and up another flight and out the door and then find her Uber driver on Dayton a block away all in two minutes. She did it. She's not drunk.

4. The dorm shots are mind blowing and completely devastate ▮'s claim that ▮ was unconscious shortly before she left. The State may say well, time passed and she sobered up. Nonsense! (Transcript section) here's what she said She was removed from the room. "then ▮ walked out") Not an hour later "then". You don't go from unconscious to Striding along, smacking your card against the reader and walking through the door without skipping a beat. She looks fine all the way.

5. Now look at the timing in her room. She walked in at 2:40 and by the time Q and Danny and Marissa get there two minutes later, she has undressed, put on her sweats and is making mac and cheese. Two minutes.

▮ was not incapacitated when she was in Q's apartment, she just didn't remember the night. Dr. Thompson explained that alcohol affects the storage of memory and that a person can make decisions and do thinks intentionally and just not remember them. Some people are more prone to blackouts than others. ▮ is one of them. ▮ told Det. Johnson that ▮ blacks out all the time. Even after she changed her drinking habits she still blacked out 2-3 times a month. That's a lot.

She obviously can still function because we saw her doing it. She acted purposefully and intentionally in every video we saw. And she intended to have Q that night. You saw her holding his hand, linking her arm, putting her arms around him. She didn't need to do that she was laying claim to him. To see that she was purposeful and intentional about hooking up with Q, you have only to see her give ▮ the "Victory" sign not once but twice. She leaned back from Q, without tripping, and gave ▮ the high sign, I've got him.

That's intent to have sex right there.

She barely got in the apartment before she went in the room, took off her clothes and got on the bed. When she asked Q if he had a condom, it was a done deal. She knew what she wanted and she got it. The only problem for Q is that the memory didn't make it into longer term storage. She remembered everything with him was good when they got to her room and hung out.

4

She remembered she liked him and was happy when she reached out to him by text after he left. She didn't pass out as soon as he left. Ten minutes later she was asking him to get in touch with her again. She just wanted her Juul. Nonsense! ▓▓▓ said she had several of them. She liked Q and wanted to see him again.

But that memory was gone that morning when she woke up to ▓▓▓'s horrifying phone call. Maybe if ▓▓▓ had not called she would have retrieved some of the positive memories herself but ▓▓▓ filled her head with poison and all her memories were tainted. ▓▓▓ never had a chance and neither did Q.

How do we know that ▓▓▓'s story was a lie: because it makes no sense, that's not Q and she couldn't quite hang on to it.

Makes no sense

Questions to ask:

How is it ▓▓▓ remembers everything about the supposed assault but selectively forgot all the parts where consent would be shown.

> She doesn't remember how she got in the bedroom
> She doesn't remember how her clothes came off.
> She doesn't remember how she got on the bed
> She doesn't remember how she got from the bed to the floor.

But she can describe in great detail all the sex acts. This is not real, this is ▓▓▓ manipulating the facts to spare herself having to explain how she got in the bedroom, how her clothes came off, how she got on the bed and the floor. She doesn't have to answer those questions because she can't remember.

But things she says about the sex make no sense. He is trying to have missionary style intercourse with ▓▓▓ while keeping his hand on ▓▓▓'s chest. Is this one armed push-ups. Who would do that. I suppose she was trying to make you think that he was trying to prevent her from getting up.

5

In that case why stand idly by and watch her text. If you are assaulting someone the last thing you want them to do is text for help. Phones light up when you are using them. The room was dark. It would have been obvious to him what she was doing. Especially because he was also texting and reading messages when she sent her message or messages. You are to use your common sense in evaluating the facts and her story is not reasonable. The whole scenario sounds like a bad piece of fiction.

If ▮ had been raped, she would not have hung around the apartment for another half hour, she would have gathered her friends and left. Marissa had a phone and so did Danny. Instead she sat around the apartment expressing her anger at the picture.

He did not carry them in his room or take their clothes off. We don't have ▮'s clothes because no one bothered to get them but she did admit there was no damage to them. We do have ▮'s, that little flimsy sparkly top. No way he took that off her limp passed out body without ripping it. I don't care what she says; she took it off.
Contrast too the fact that she claimed to have been the victim of a forceful assault and felt afraid and frozen. But she hears the phone click and sees the light flash and she is up demanding they delete it, show her, calling them names and bossing everyone around. And that the big bad Q is saying yes ma'am, sorry we will do it. Neither of those portraits make sense. Plus she denied to the nurse that she had had slurred speech, felt paralyzed or dizzy.

And ▮'s behavior after ▮ left is even more bizarre. She claims that she and ▮ were assaulted when they were conscious and unconscious. When ▮ runs out the door after having miraculously been raised from the dead, ▮ doesn't run after her, Q did. When everyone is talking about going to check on ▮, ▮ doesn't go with them, she goes home. Her friend is a rape victim and the assailant is going to her room, ▮ did not call the police or tell Oliver to call or do anything to help her friend. She knew that ▮ was perfectly safe. She was just pissed at her and didn't want to go.

~~Her story is not all false. He and ▮ has sex and he and ▮ had sex. The~~ rest is fantasy. She had a couple of mess ups with her story when she was first improvising. Before she decided to say she had forgotten how she got in the room

Confidential

or on the bed, she told Oliver Gannon that he had them come in his room, forced them on the bed and tried to talk them into a threesome. Then she told PO Lepper that he invited them into his room. After that she wised up and couldn't remember anything that suggested she consented to anything. She can't tell us how she got in his room but she is sure that PO Lepper and Oliver are both wrong with their versions of what she said.

This was no rape; it was a hook up and ▇ felt regret afterwards. The evening did not go as ▇ originally planned and it explains a lot including the infamous Snapchat message to Dan Ufearo.

**Storyline**

She arrived home. The night ended badly and was full of disappointments
  AJ never came out despite her pleading
  Three hours
  Her possible back up for a man to pay attention to her – Ufearo – also refused to come    out
  She had set up Q with ▇ and Marissa with Danny and was the odd one out
  Pissed and hurt about AJ
  Thinking he was cheating
  Had every reason to believe he was out with another girl
  Perfect revenge for the guy who cheats but expects her to be faithful
  That didn't work out
  Q clearly preferred ▇
  She was second best
  He was even texting before he came to be with her
  Ufearo text
- Nonsense text to put on a front for Q because she saw him texting instead of paying attention to her – See I am busy texting too
- Seeking attention from Ufearo after he refused to come out – See what happened when you didn't come
- Made no call or text that would really get help – not consistent with her stated feelings
- Was able to text – not consistent with control by Q that she alleged

7

BOR_018454

- Was able to text for a long time – not consistent with being controlled or frozen
- Texted for the most part coherently – not consistent with being drunk "dying"
- The length and timing of text – could she just have been bored and messing around while he was having sex with IA and only sent it when she saw him texting because she was pissed. She had her phone and was dressed.
- Because of all the extraneous statements the rape stuff is less relevant
- State didn't even call Ufearo, we did because ▓▓▓ lied when she said she didn't ask him to come out that night, she did.

Q's lesser interest in her, combined with AJ's disinterest and in a lesser way Ufearo's lack of interest in being with her, reinforced her feelings about being less attractive physically than her best friend

Then came the picture
Mad at them about the picture
Mad at herself because she hooked up with Q
Mad at the whole night

Upset because she thinks he will tell AJ
Upset because she thinks that he will tell his teammates
Upset that they will think she is a slut

Insult upon injury, he goes back to ▓▓▓
▓▓▓ wants to have sex with him again
Even after he asked ▓▓▓ to leave
Mad at ▓▓▓ too
▓▓▓ gets mad at her and takes off
Danny, Q and Marissa all saw it
▓▓▓ admitted it to Det Johnson
Are you really going to have sex with him after the way he talked to me?
Don't be mad at me

Confidential

  Q is worried about ███, not ███ anymore
  He is going to see her and ███ is going home alone
She sees Gannon
  She is not crying but she is upset and disappointed
  Starts telling a story
  She can't tell this relative stranger that she had a threesome with her best friend and he liked her friend better
  She can't say that she did it because she upset about another guy and now she was afraid he would find out
  She can't say she went into it with her own free will
  She said she was raped
  She made up a story that she was drunk and assaulted with her friend
  Just meaning to tell Oliver
  Not meaning to go further
  But he didn't give her that choice
  He called the police
  Jig was up
  She could not back down now
  She was committed
  Probably convinced herself that he deserved to be humiliated because of the pic
  Has talked herself into being a victim
Why did ███ get pulled in
  The story wouldn't work unless ███ corroborated it
  She had to be sure that ███ had blacked out so she stalled until she knew ███ remembered nothing
  She fed her the story and the web got more and more tangled
  Now ███ thinks she is a victim
  There is no question who is the dominant one in that relationship
  There is no way out now
  If she told the truth her best friend would never forgive her
  Her family wouldn't forgive her
  Her reputation would be forever ruined; she would be the girl who lied about being raped.

---

The lies that got so tangled and seemed so good at the time when she was depressed and upset now set the freight train in motion

Confidential  BOR_018455

Another element
███ is a young white woman of privilege. It is obvious that she is used to getting what she wants. Maybe there is an element of the mean girl to her. In contrast what is Quintez; the entitled athlete or a poor black kid from Macon, GA who worked hard in school and on the field to get the opportunity he did. Who now is being painted as an animal because an immature young woman was disappointed with the choices she made and decided to call a hook up – Rape.

Confidential

BOR_018456