Confidential
BOR_018699

EXHIBIT BLANK 15 3/25/22 mvc

8/14/17

Actual conversation

- appreciate work done on case
- both sides might sure decide "what's right"

- fact + unoriginal jury decision + can't ignore collaty info videos important
- doesn't feel sure can prove difference — challenge anyone to distinguish

- set aside SA, lift explosion
- retain form of SH charge — not frivolous
- wall allow his $ to decide to pay here or elsewhere
- doesn't take lightly overturning process
- don't see much other choice

- shld of evidence
- not exceptional
- cmnd powers

→ will say no one goes thru this process w/out of evidence