August 8, 2019

Ms. Rebecca M. Blank, PhD
Chancellor
University of Wisconsin-Madison
161 Bascom Hall
500 Lincoln Drive
Madison, WI 53706

Dear Becky,

I wanted to reach out to you today to weigh in on a topic I know that is now on the forefront of the numerous other items that you have to take care of day to day. Unfortunately, Becky, a relaxing vacation for anyone in your demanding job doesn't seem to be allowed! The topic, however, is Quintez Cephus. As you may know, Becky, for 37 years I have had student athletes, both male and female, that have been part of a summer internship here at Fiduciary Management, Inc. I can honestly say, Becky, all of these student athletes, with few exceptions, and they number over 150, have been excellent and outstanding young men and women. They made me proud to be a Badger alum! I got to know Quintez in the summer of 2017, when he sat in on some of the tutoring sessions I had with my four student athletes – in my opinion, he is a quality young man.

I don't need to recount what has transpired, but his life has not been easy, both during this past year and his life in Macon, Georgia, including the tragic death of his father. He loves the University of Wisconsin, he loves being a student and he enjoys immensely his interrelationships with his fellow student athletes.

The outcome and what transpired in the last few weeks is now history. I, for the first time in my life, was in the Dane County Courthouse in a courtroom next to Quintez last week when his trial was being held (I, by the way, won my case the same day Quintez won his!). I spoke with him extensively about his outcome and he indicated his first and foremost desire is to return as a student to UW-Madison and get his degree in four years – fabulous! A secondary goal would be to return to Badger athletics. Yesterday, as you know, Steve Meyer, his attorney, personally delivered the petition for readmission to the University of Wisconsin. As I understand it, Quintez was dismissed from the University due to Title IX Regulations and issues. In talking with Steve Meyer and Quintez, as you know, he dropped his legal appeal to the University for readmission because it was more important to be vindicated in his civil trial, which was completed last week with a verdict rendered in 35 minutes. Any evidence produced in the Title IX proceedings could have been used by the plaintiffs' attorneys in his civil case which would have

T&M PARTNERS and KELBEN FOUNDATION • 414-909-9097
100 E Wisconsin Ave • Suite 2280 • Milwaukee, WI 53202

Confidential                                                                                                    BOR_007797



3/10/22, 7:48 AM
Case: 3:20-cv-00856-wmc   Document #: 94-17   Filed: 04/06/22   Page 2 of 6
BOR_007797_20190812104627196.pdf.pdf

Ms. Rebecca M. Blank, PhD
August 8, 2019
Page 2

damaged his case. In Steve Meyers' words, "the verdict was rendered in an unprecedented short period of time", which is a testimony to the strong evidence admitted in this case and the fact that jurors wished him well on the completion of the trial and that hopefully he would be able to continue with his life in the fashion he desired. As you know, had he lost that case he could have spent up to 42 years in prison. So, he smartly dropped the Title IX proceedings. His desire now is to return to the University of Wisconsin.

I am well aware of how slowly things can move at a large institution such as the University of Wisconsin. However, Quintez has been found innocent and has been punished enough. His reinstatement, I think, is a critical decision for the University of Wisconsin and the message it sends, especially to students of color. To "slow walk" this or delay it beyond a few weeks would be a grave mistake, in my opinion. As you may know, Becky, going back to 1994 when I was Chair of the UW National Alumni Association, we worked diligently to increase minority enrollment at the University of Wisconsin. Unfortunately, for a number of reasons we have not been able to do so. During that time, I both wrote and spoke with countless high school counselors to encourage the enrollment of students of color at UW-Madison. Back then, African Americans represented less than 2% of our student body and in last year's 7,600 enrolled Freshmen class, only 123 individuals were African American. And 20% of those were athletes. I think it would send a terrible message to the minority applicants around the country if a student who has now been completely vindicated is denied readmission to the University of Wisconsin. It would greatly reduce our ability to recruit students of color if someone like Quintez would not be admitted to the University for now unfounded reasons.

Becky, I urge you to act on this quickly. Time is clearly of the essence if Quintez is to be readmitted to the University of Wisconsin. He is innocent, he is a great young man and he deserves to be a student at the University of Wisconsin in whatever capacity he desires. I urge you to fast track and readmit him to our University in the next two weeks. Thanks for your consideration, Becky.

All the best,

Ted D. Kellner, CFA
Chairman, CEO

Cc: Mr. Raymond P. Taffora

Confidential

Ted-

This letter is thoughtful and well written. I agree whole-heartedly that any innocent young man or woman who had been enrolled at the university and had performed well in the classroom should be readmitted immediately if the "cause" for their suspension was removed. I do not believe that the consensual relationship that our justice system, a jury of Quintin's peers, seems to have clearly agreed happened in this case (by their 35 minute deliberation) is "conduct unbecoming of a student athlete". The decision to readmit Quintez would send a clear message that the idea of "innocence" still stands rather than overreacting to the "me too" movement in a case where it clearly does not apply. It is no longer even a case of "innocent until proven guilty". Here it is "innocence equals innocence" by a jury of Quintez's peers. So what is most important is *fairness to the individual* involved. That is a universal truth that the University should not ignore.

Also, as a huge supporter of providing opportunities for diversity of all types across the UW student body, I also agree with your sense that to "slow walk" this decision, where clearly the right decision is to re-admit a qualified student, will damage our reputation in this regard. I know Becky shares our interest in promoting diversity and equality across the campus (she reiterated that fact when we met for dinner less than a month ago) and this is a case where perception, whether well-placed or not, is reality.

Finally, I think it is truly amazing and admirable that after this experience that Quintez wants to come back to Madison and get his degree at the UW. That shows a level of determination and resilience that is above and beyond what many individuals are capable of exhibiting. He is truly an admirable young man.

I hope you are successful and I will say that Becky's timely response to this petition is truly a sign of what she is truly made of in terms of our objective to create a University environment that encourages diversity and a fair and equal approach to its students and faculty. Innocence should equal innocence.

I will be very interested to see what her response is.

Phill

Phill Gross
Managing Director
Adage Capital Management

John J. Oros
280 Highland Avenue
Ridgewood NJ 07450

August 9, 2019

Dr Rebecca Blank
Chancellor
University of Wisconsin
161 Bascom Hall
500 Lincoln Drive
Madison, Wisconsin 53706

Dear Becky,

I have watched, from a distance the sad saga of Quintez Cephus and all of the trials and tribulations that he, the football team and the University have endured over many months. I probably would have paid attention in any event as a person interested in the University and a Badger fan. However, this situation has impacted me on a more personal basis because I know a number of individuals that had become involved with the legal defense of Quintez but more pointedly because my wife, Anne, and I have been deeply involved in the foster care system in New Jersey over the past twenty years and a number of the 63 boys and girls that we fostered as newborn's in the "Baby Boarders Program" for infants that come into this world addicted to drugs and alcohol have grown up to be college age like Quintez. While we feel like we constantly struggle, we think we have an understanding of issues that kids of color face, at least slightly more sharply focused than most fortunate white people in their 70's have...

Becky, I can't think of a more complicated position for you to have been in as the Cephus case developed and unfolded. I imagine that doing the "right thing" must have been an extraordinary challenge. That said, I know one thing for sure and that you did your best to do the right thing at every step along the way.

Now, as I understand it, Quintez has been completely exonerated in the legal system and is seeking readmission to the University. I am sure that I have an incomplete picture of all the politics involved but I hope that you will be able to allow that to happen as soon as possible and will see it as the right thing to do now.

As always, On Wisconsin!

Confidential
BOR_007800

Becky,

I am aware of Ted Kellner's letter to you addressing the Quintez Cephus situation. I wanted to add my perspective on the matter. I come from this as a very staunch supporter of Women's rights. Men who abuse their power and exert unwanted influence over women physically deserve to be punished harshly.

I am also keenly aware of the struggles faced by African Americans.

Becky, I'm sure you know the facts of this incident far greater than I do. Is this simply a case of consensual sex where one of the parties decided after the fact that this needed to be "unwound?" Was there an overprotective parent intervening here?

I'm sure you are aware of the book written by Laura Kipnis, Unwanted Advances: Sexual Paranoia Comes to Campus. Laura chronicles the Title 9 process on the Northwestern campus in regards to allegations against a colleague. She pretty much was able to prove that the accusations made by the female in the book were simply a case of a bad breakup. Unfortunately, her colleague didn't survive the Title 9 process. Her research and findings were published in the book and in articles in major newspapers. Incredibly, two other female students found her findings so offensive that they petitioned the Title 9 coordinators to remove her from the faculty. She had to hire lawyers and fight these charges for two years. As a side note, Laura self identifies as an uber liberal and a feminist. The point she tried to make in her book is that false accusations like these are not empowering women, it's quite the opposite. Consensual sex among college-age kids is always going to be messy and emotional.

Bringing this back to this case, if this was consensual, then what's left is the horrible racial nature of the accusations. Would this have gotten this far if Quintez was white? This is textbook definition of exerting white privilege. In a different era, Quintez could have been lynched. Essentially, the plaintiffs were attempting a lynching here.

Becky, I know you are in a tough bind here. But I strongly support due process. False accusations that are allowed to destroy people's lives, especially those individuals in society that have historically been scapegoated should not be tolerated anywhere, especially on a campus that has always prided itself as fair and welcoming to all.

I support full reinstatement immediately.

I'm happy to discuss with you anytime.

Paul Leff

Confidential    BOR_007801

Ted,

As promised I had a chance to review your note and connect with D'Cota as well as others and your note as suspected was right on about Quintez.

I believe in second chances especially when I know that UW is the right place for this young man and for him to finish what he started and get his degree. He needs someone to stand with him on this journey considering all he has been through in his life. So, although I do not know him personally, I respect yours, D'Cota's, and others thoughts and opinions about his character, who he is as a young man, to add my name alongside yours and others for Quintez. Please let my email be that confirmation you need my friend.

Lou

Louis A. Holland Jr.
President & CFO
Curmota, LLC
Cell#630-319-9885

Confidential

BOR_007802