https://madison.com/sports/college/even-with-a-football-season-badgers-facing-revenue-shortfall-of-up-to-70-million/article_7d3f3da3-92e3-59f9-8015-f76473748222.html

EXHIBIT
BLANK
19
3/25/22 mvc

TOPICAL ALERT TOP STORY

UW SPORTS

# Even with a football season, Badgers facing revenue shortfall of up to $70 million

**Todd D. Milewski | Wisconsin State Journal**
Sep 24, 2020

With a Big Ten Conference football season back on the schedule, revenue losses for the University of Wisconsin athletic department won't be as severe as originally thought but still are projected to be significant.

**Barnes**

The Badgers are facing a revenue drop of between $60 million and $70 million in a 2020-21 fiscal year racked by the COVID-19 pandemic, associate athletic director and chief financial officer Adam Barnes said Wednesday.

The department had previously cautioned that a revenue shortfall of $100 million or more was possible this year without a football season. The Big Ten last week restored a shortened football schedule to the fall after originally postponing it to the spring.

UW is preparing to go forward without large amounts of revenue from ticket sales and the donations associated

with season packages as well as concessions, sponsorship and licensing.

This year's budget of nearly $140 million, not including capital expenses, approved in February is "effectively obsolete," Barnes told the Athletic Board's Finance, Facilities and Operations Committee.

## People are also reading...

1. **Missing UW-La Crosse student found dead in Mississippi River**
2. **Fan ejected from Wisconsin men's basketball game after throwing can onto Fiserv Forum court**
3. **Williamson Street store owner charged with FoodShare benefits fraud**
4. **Wisconsin All-American Johnny Davis aggravated ankle injury in NCAA Tournament win over Colgate**

**Graphic: Explore Wisconsin Badgers athletics revenue, spending since 2004-05**

Todd D. Milewski | Wisconsin State Journal

UW is working on both the revenue and expenses sides of the ledger to get through a 2020-21 season that likely will have the number of contests scaled back across Athletics' 23 programs, Barnes said.

The athletic department will tap into unrestricted reserve funds but doesn't have enough there to cover the full shortfall, he said. Other money in reserve is held for scholarship endowments and capital projects.

Athletics also is working with campus officials to evaluate borrowing opportunities, Barnes said. The Badgers are in a unique space among their league counterparts, however: UW is the only Big Ten school unable to use loan funding through private markets, spokesman John Lucas said.

"We're aware that many peer institutions and their athletic departments are accessing borrowing to help smooth out the impacts of this crisis," Lucas said. "Unfortunately this is not an option for us at the current moment."

He said the Board of Regents asked for that flexibility in its biennial budget request that will by considered by Gov. Tony Evers.

 **Tom Oates: Big Ten finally gets football right after earlier wrong**

The Big Ten is negotiating with TV partners on revenue for shortened seasons, Barnes said, which will impact budget figures.

UW originally planned for $42.463 million from media revenue shared by the Big Ten. In recent fiscal years, the athletic department has attributed more than 80% of media money to football. Men's basketball, men's hockey and volleyball accounted for the rest.

In limiting expenses, Athletics has frozen hiring on open positions, halted nonessential purchases, restricted travel and instituted salary cuts through continued furloughs and work-share programs.

As Badgers teams start their seasons, they'll have reduced budgets, Barnes said.

Some capital improvement projects have been deferred. The remake of Camp Randall Stadium's south end zone into premium seating has been put off by at least a year. Senior associate athletic director Jason King said UW will make a determination later this fall on the timeline for an addition to the Kohl Center that was scheduled to begin construction in 2021.

The cost of daily rapid tests that the Big Ten is requiring for football starting no later than Sept. 30 is less individually than the tests UW has used through Exact Sciences Corp. since June. But because there will be so many more tests, Barnes said, the price

tag will be higher in the end.

**With fall sports on hold, making Badgers' budget work will be 'uphill battle,' Barry Alvarez says**

Todd D. Milewski | Wisconsin State Journal

Barnes didn't give specific costs but deputy athletic director Chris McIntosh said that in the context of a finance committee meeting it's "not pretty."

"But it provides us the only chance that we have to safely conduct the season," McIntosh said.

Even with savings of $3.5 million in salary through pay cuts and furloughs after the pandemic ended the 2019-20 competition season early, UW had a deficit of $2.5 million for the fiscal year that ended June 30.

The athletic department lost revenue from NCAA and Big Ten distributions last spring and from not being able to host events that were canceled.

Total revenue was just under $123 million, nearly $12 million short of the pre-pandemic budgeted projections. Expenses came in at $125.5 million.

The deficit was covered by cash on hand from the surpluses of previous years, leaving that account down to $24,598.

Badgers fans weigh in on return of Big Ten football in October

---

**Badgers fans weigh in on return of Big Ten football in October**

## Dancing up a storm