## FW: Message from Sue & Jim Patterson

**From:** Rebecca Blank <rblank@chancellor.wisc.edu>
**To:** Raymond Taffora <ray.taffora@wisc.edu>
**Date:** Mon, 19 Aug 2019 14:40:35 -0500



**From:** Sue <ssolie@aol.com>
**Sent:** Monday, August 12, 2019 2:13 PM
**To:** Rebecca Blank <rblank@chancellor.wisc.edu>; alisa.robertson@supportuw.org; mike.knetter@supportuw.org
**Subject:** Message from Sue & Jim Patterson

Dear Becky,

With all due respect, and understanding full well that we don't have the facts, we hope that you do the humane thing for Quintez Cephus. We have been through a similarly difficult time ourselves. Jeffrey Epstein's lawyers threatened to sue Jim every week while he was preparing the book, *Filthy Rich*. The easy thing would have been to back away. Jim didn't. We are confident your decision will be fair and just. Good luck with this.

Sue and Jim



Confidential