## Re: #LetQTPlay update

**From:** NATE MOLL <nate.moll@wisc.edu>
**To:** Matthew Mayrl <matthew.mayrl@wisc.edu>; Charles Hoslet <charles.hoslet@wisc.edu>; Greg Bump <greg.bump@wisc.edu>; Meredith Mcglone <meredith.mcglone@wisc.edu>
**Cc:** John Lucas <john.lucas@wisc.edu>
**Date:** Wed, 07 Aug 2019 15:03:05 -0500

Media outlets are picking up on today's statement made by Coach Chryst:
- https://madison.com/wsj/sports/college/football/coach-paul-chryst-wisconsin-players-support-quintez-cephus-return-to/article_5be38cf6-f527-51a4-b53b-76ec7a7bf45f.html
- https://www.espn.com/college-football/story/_/id/27339654/ex-badger-cephus-awaits-readmission-decision
- https://www.chicagotribune.com/sports/college/ct-wisconsin-football-quintez-cephus-20190807-w5umrs4yrbcqpdjz2nnd3z4k4a-story.html
- https://www.channel3000.com/news/top-stories/wisconsin-football-team-would-welcome-back-quintez-cephus/1106819413
- https://wkow.com/news/2019/08/07/coach-chryst-says-badgers-want-former-wide-receiver-cephus-back/?utm_medium=social&utm_source=twitter_WKOW
- https://thegamemke.iheart.com/content/2019-08-07-paul-chryst-badgers-would-welcome-back-quintez-cephus/

I just called @BeckyBlank's office to implore her to make the right decision and reinstate a quality student-athlete that was wronged by @UWMadison. This is an easy win for both sides. If he is not readmitted, this is an absurdity that will live in infamy. #LetQTPlay
- https://twitter.com/smaxwell713/status/1159148418494656512

---

**From:** NATE MOLL <nate.moll@wisc.edu>
**Date:** Wednesday, August 7, 2019 at 11:59 AM
**To:** Matt Mayrl <matthew.mayrl@wisc.edu>, Charles Hoslet <charles.hoslet@wisc.edu>, Greg Bump <greg.bump@wisc.edu>, Meredith Mcglone <meredith.mcglone@wisc.edu>
**Cc:** John Lucas <john.lucas@wisc.edu>
**Subject:** Re: #LetQTPlay update

Update on #LetQTPlay social media traffic following Coach Chryst's post-practice media availability:

Zach Heilprin from Zone Madison: Paul Chryst says he's very open to Quintez Cephus coming back to the team if he's reinstated. #Badgers
- With video: https://twitter.com/ZachHeilprin/status/1159141489815052289

Evan Flood from 247sports/CBS Sports: #Badgers head coach Paul Chryst says he would welcome Quintez Cephus back if it's what's best for Cephus. No timetable on the chancellor's decision.
- https://twitter.com/Evan_Flood/status/1159141634925387777

Amy Gill from WKOW: Coach Paul Chryst says if the process played out to where Quintez Cephus wants and could return to the team, they'd want to have him back. Coverage tonight on @WKOW
- https://twitter.com/amygillsports/status/1159145107217682433


EXHIBIT
BLANK
29
3/25/22  mvc

#Badgers HC Paul Chryst said he wants "what's best" for Quintez Cephus. If that ends up being a return to the team, he would welcome him.
- https://twitter.com/erin_e_barney/status/1159143078755782656

@BeckyBlank @UWMadison as an alum…do the right thing and get this young man back in school and with his team! #LetQTPlay
- https://twitter.com/DrBenCarsonites/status/1159102122337722369

#LetQTPlay or at the very least let him finish his studies. Looking at you @BeckyBlank. Otherwise your infamous "Don't Go" is only going to apply to any student-athlete looking at attending @UWMadison
- https://twitter.com/Dexxtraordinary/status/1159143861211602945

@BeckyBlank you rushed to judgement…MAKE IT RIGHT OR NOT ANOTHER PENNY FROM ME
- https://twitter.com/fennis29/status/1159131468167299073

• Participating in a sport in college is a privilege, not a right-@BeckyBlank should remember this when making her decision of whether to re-admit him • I care more about survivors feeling safe on their college campus than I care about winning on Saturdays
- https://twitter.com/EdsonGuthrie/status/1159142674806575104

Many tweets calling on Chancellor Blank to "do the right thing" and #LetQTPlay

Online message boards are fired up over this issues. Click here and head to the last few pages to see recent conversations.

Dare Ogunbowale tweet is up to 466 retweets (including current/former players and news outlets) and 2421 favorites.
- https://twitter.com/DGO23_/status/1158769695094427648

---

**From:** NATE MOLL <nate.moll@wisc.edu>
**Date:** Tuesday, August 6, 2019 at 4:33 PM
**To:** Matt Mayrl <matthew.mayrl@wisc.edu>, Charles Hoslet <charles.hoslet@wisc.edu>, Greg Bump <greg.bump@wisc.edu>, Meredith Mcglone <meredith.mcglone@wisc.edu>
**Cc:** John Lucas <john.lucas@wisc.edu>
**Subject:** Re: #LetQTPlay update

I'm continuing to monitor #LetQTPlay social traffic, still a steady stream from personal and media accounts. A colleague from WFAA contacted me and asked if we had any talking points. I did not provide any and asked that they hold off on saying anything publicly. Some noteworthy posts from the past hour:

Badger Barstool: Do the right thing @UWMadison #LetQTPlay
- https://twitter.com/BarstoolBadgers/status/1158845959746408448

IKE Badgers: Don't Delay, Let Quintez Cephus Play #LetQTPlay #OnWisconsin

- https://twitter.com/IKE_Badgers/status/1158841694055555073

Barry can't do anything about it. He has to apply directly to Chancellor Blank for reinstatement. She's the only person with the power to allow his reinstatement to the school
- https://twitter.com/ehowell10/status/1158824810157432834

**From:** NATE MOLL <nate.moll@wisc.edu>
**Date:** Tuesday, August 6, 2019 at 2:29 PM
**To:** Matt Mayrl <matthew.mayrl@wisc.edu>, Charles Hoslet <charles.hoslet@wisc.edu>, Greg Bump <greg.bump@wisc.edu>, Meredith Mcglone <meredith.mcglone@wisc.edu>
**Cc:** John Lucas <john.lucas@wisc.edu>
**Subject:** Re: #LetQTPlay update

#LetQTPlay social traffic has continued to pick up in the past hour. Notable posts from current and former players:

Current player Faion Hicks #1: Let Big Dawg Play!
- https://twitter.com/Faion_Hicks/status/1158800506862604290

Former player Nick Nelson (now Raiders): #LetQTPlay 🙏❤️
- https://twitter.com/Nickcityy/status/1158815045544861696
- https://www.instagram.com/p/B01U6vVB4Dw/?igshid=1fspd1gcq0lsc

**From:** NATE MOLL <nate.moll@wisc.edu>
**Date:** Tuesday, August 6, 2019 at 1:07 PM
**To:** Matt Mayrl <matthew.mayrl@wisc.edu>, Charles Hoslet <charles.hoslet@wisc.edu>, Greg Bump <greg.bump@wisc.edu>, Meredith Mcglone <meredith.mcglone@wisc.edu>
**Cc:** John Lucas <john.lucas@wisc.edu>
**Subject:** #LetQTPlay update

We're continuing to see an uptick in traffic on the #LetQTPlay hashtag, as well as @UWMadison and @BeckyBlank mentions:

Dare Ogunbowale's tweet is up to 121 retweets and 556 likes:
https://twitter.com/DGO23_/status/1158769695094427648

Current football player Scott Nelson #9: He deserves this! Make it happen NOW! #LetQTPlay
- https://twitter.com/_scottnelson/status/1158783636986093571

@BadgerFootball @Wisconsin no Black athlete should ever attend your school after the way you treated @QoDeep_87. Once again White supremacy ruled the day in the admins decision to expel him from school.
- https://twitter.com/Tonyrsr773/status/1158788214687186946

Terrible that this man is falsely accused of sexual assault and it ruins his life. Cmon @UWMadison @UWBadgers #LetQTPlay
- https://twitter.com/TheKevinNeuhaus/status/1158792343216119809

Confidential                                                                                                                                              BOR_012636

Yes @BeckyBlank! #letQTPlay! Do the right thing!
- https://twitter.com/dawnat1122/status/1158791737218871298

@BeckyBlank Punishing a young man based on being wrongly accused sets a terrible precedent. What about the women who lied and in doing so can ruin a young man's life? Let QT play!
- https://twitter.com/Avandergeest/status/1158799935602593794

@UWMadison completely failed this kid. His expulsion should have been delayed until his day in court was completed. Uphold the football suspension in the meantime, but allow him to be reinstated after the verdict that most of us knew was coming.
- https://twitter.com/teebee_with_a_y/status/1158784496935866370

—
Nate Moll
Social Media Specialist
University Communications
@UWMadison on Facebook, Twitter & Instagram

Confidential                                                                                                                BOR_012637