3/23/22, 8:22 AM
Case: 3:20-cv-00856-wmc   Document #: 94-31   Filed: 04/06/22   Page 1 of 2
BOR_013470 - Coverage summary.pdf

## Coverage summary

**From:** John Lucas <john.lucas@wisc.edu>
**To:** Rebecca Blank <rblank@chancellor.wisc.edu>; Charles Hoslet <charles.hoslet@wisc.edu>; Raymond Taffora <ray.taffora@wisc.edu>; John Karl Scholz <karl.scholz@wisc.edu>; LAURENT HELLER <laurent.heller@wisc.edu>; Nancy Lynch <nancy.lynch@wisc.edu>; Lori Reesor <lreesor@wisc.edu>; ARGYLE WADE <argyle.wade@wisc.edu>; CHRISTINA MARIE OLSTAD <colstad2@wisc.edu>; LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu>; JAIMEE M GILFORD <jaimee.gilford@wisc.edu>; Matthew Mayrl <matthew.mayrl@wisc.edu>
**Cc:** Meredith Mcglone <meredith.mcglone@wisc.edu>; Greg Bump <greg.bump@wisc.edu>
**Date:** Mon, 19 Aug 2019 20:30:05 -0500

A summary of today's coverage is below.
John

### Traditional Media

Several local and national media outlets, including Associated Press, published straightforward stories about UW's announcement that it had reinstated Quintez Cephus. The majority of articles included UW's statement and quotes within from Chancellor Blank, as well as reaction from Cephus and his legal team. Several articles were updated this afternoon to include quotes from Cephus given at his brief press conference at 4 p.m., in which he confirmed that he'd return to the UW football team. Many stories, including the State Journal coverage included reaction from community leaders that seemed grateful for the decision and recognized the complexity of the case.

The Cap Times posted a story that included reaction from Erin Thronley Parisi, executive director of the Rape Crisis Center. She said, "I understand why the decision was made. But that doesn't change the impact that it might have on the survivors of the alleged crimes as well as other survivors on campus. It is painful for those who still believe that these women were sexually assaulted by him."

### Social Media

On social media, we have seen a significant increase in conversation volume with over 1,200 posts since Cephus' reinstatement was announced this morning.

Conversation is trending positive, as the overwhelming majority of users are reacting warmly to the announcement, with many calling it the right decision. A handful of users maintained their belief that Cephus should be expelled, and one user suggested that UW Madison does not care about survivors of sexual assault.

Conversation is beginning to focus on what Cephus' return means for the Wisconsin football team.

### Traditional Media Coverage

- **NEW** The Cap Times: 'I understand why the decision was made': Advocate responds to Cephus reinstatement at UW, 8/19/19
- **NEW** ABC Wisconsin: Wisconsin reinstates football player after sexual assault acquittal, 8/19/19
- **NEW** Sporting News: Wisconsin reinstates Quintez Cephus after he's cleared of sexual assault charges, 8/19/19
- **NEW** 24/7 Sports: Quintez Cephus reinstated at UW, 8/19/19

BOR_013470 - 1         1


EXHIBIT
BLANK
31
3/25/22 mvc

- **NEW** Milwaukee Journal Sentinel: Wisconsin reinstates ex-WR Quintez Cephus as student after acquittal on sexual assault charge, 8/19/19
  - *Picked up by* USA Today
- **NEW** Channel 3000: 'I'm ready to win football games': Cephus wants to rejoin Badger football following reinstatement, 8/19/19
- **NEW** Channel 3000: UW-Madison reinstates Quintez Cephus as student, his lawyer thanks them for "doing the right thing", 8/19/19
- **NEW** CBS Sports: Wisconsin reinstates Quintez Cephus after sexual assault accusation acquittal, 8/19/19
- **NEW** Milwaukee Journal Sentinel: UW reinstates former wide receiver Quintez Cephus as a student, 8/19/19
- **NEW** WMTV: Quintez Cephus reinstated as UW-Madison student, 8/19/19
- **NEW** The Chippewa Herald: UW-Madison reinstates Quintez Cephus, 8/19/19
- **NEW** Channel 3000: UW-Madison reinstates Quintez Cephus as a student, 8/19/19
- **NEW** Wisconsin State Journal: UW-Madison reinstates former Wisconsin Badgers player Quintez Cephus to university, 8/19/19
- **NEW** Associated Press: Wisconsin reinstates Cephus after sexual assault acquittal, 8/19/19
  - *Picked up by* U.S. News & World Report, The New York Times, The Washington Post, Sports Illustrated, Chicago Sun-Times, Yahoo! Sports, WQOW, Houston Chronicle, Greenwich Time, The Detroit News, Chicago Tribune, Fox Sports *and dozens more*
- **NEW** Cap Times: Editorial: UW should respect rule of law, readmit Quintez Cephus, 8/19/19

John Lucas
University Communications
University of Wisconsin-Madison
608.262.8287
john.lucas@wisc.edu

BOR_013470 - 2