UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

--------------------------------------------------------

JANE DOE,

          Plaintiff,

       vs.               Case No. 20-cv-0856

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

          Defendant.

--------------------------------------------------------

Remote Deposition of ███████ █████

Friday, March 18, 2022

10:04 a.m.

Appearing remotely from

Chicago, Illinois

Stenographically Reported by:
Stephanie Koenigs, RPR
appearing remotely from
Fond du Lac County, Wisconsin



Page 2

```
 1              Remote Deposition of ████ ███ a
 2  witness in the above-entitled action, was taken at the
 3  instance of the Defendant, under and pursuant to the
 4  Federal Rules of Civil Procedure, and pursuant to
 5  Notice, before me, STEPHANIE KOENIGS, RPR, Notary Public
 6  in and for the State of Wisconsin, on the 18th day of
 7  March, 2022, commencing at 10:04 a.m. and adjourning at
 8  4:02 p.m.
 9
10     R E M O T E   A P P E A R A N C E S
11          HUTCHINSON BLACK & COOK, LLC, by
            Mr. John C. Clune
12          Mr. Christopher W. Ford
            921 Walnut Street, Suite 200
13          Boulder, Colorado 80302
            appeared via videoconference on behalf of
14          the Plaintiff.
15          DAVIS & PLEDL, S.C., by
            Mr. Robert Theine Pledl
16          1661 North Water Street, Suite 410
            Milwaukee, Wisconsin 53202
17          appeared via videoconference on behalf of
            the Plaintiff.
18
            WISCONSIN DEPARTMENT OF JUSTICE, by
19          Ms. Rachel L. Bachhuber
            Mr. Jonathan J. Whitney
20          Ms. Catherine Malchow
            17 West Main Street
21          P.O. Box 7857
            Madison, Wisconsin 53707-7857
22          appeared via videoconference on behalf of
            the Defendant.
23
            ALSO PRESENT:
24          Rachel Jeris, via videoconference
25
```

Page 3

```
 1              I N D E X
 2  EXAMINATION BY:                          PAGE:
 3  Ms. Bachhuber                              4
 4
 5
 6
 7              E X H I B I T S
 8  EXHIBIT NO.       DESCRIPTION            PAGE:
 9  Exh. 2   Plaintiff's Responses to Defendant's   111
            First Set of Discovery Requests
10
    Exh. 3   Plaintiff's Document Production   8
11
    Exh. 4   Instagram Message              125
12
    Exh. 5   Defendant's Document Production  12
13
    Exh. 8   Facebook Post 11/8/19          146
14
15          (Original exhibits were retained by Attorney
16  Bachhuber.)
17
18
19              R E Q U E S T S
20  REQUEST:                                 PAGE:
21  1.  Uber receipts from 2019             115
22  2.  Text messages to Jill ████ on 4/22/18  143
23  3.  Posts showing Ms. ████ was home during the  146
            2019 football season
24
25
```

Page 4

```
 1              TRANSCRIPT OF PROCEEDINGS
 2          (Exhibits were marked by Attorney
 3  Bachhuber prior to the start of the deposition.)
 4          THE COURT REPORTER:  The attorneys
 5  participating in this deposition acknowledge that I
 6  am not physically present in the deposition room
 7  and that I will be reporting this deposition
 8  remotely.  They further acknowledge that, in lieu
 9  of an oath administered in person, I will
10  administer the oath remotely.  The parties and
11  their counsel consent to this arrangement and waive
12  any objections to this manner of reporting.  Please
13  indicate your agreement by stating your name and
14  your agreement on the record.
15          MS. BACHHUBER:  Rachel Bachhuber.  I
16  agree.
17          MR. CLUNE:  John Clune.  We agree as
18  well.
19          ████ ████ called as a witness
20  herein, after having been first duly sworn, was
21  examined and testified as follows:
22              EXAMINATION
23  BY MS. BACHHUBER:
24  Q   Could you please state your full name for the
25  record?
```

Page 5

```
 1  A   ████ ████
 2  Q   And are you the plaintiff in this case?
 3  A   Yes.
 4  Q   Okay.  And what did you do to prepare for your
 5  deposition today?
 6  A   I met with my attorneys and reviewed the complaint
 7  and the deposition responses -- or discovery
 8  responses.
 9  Q   Your discovery responses or the defendant's
10  responses to the discovery that the plaintiff
11  served?
12  A   My discovery responses.
13  Q   Okay.  And I'll just go over a couple of ground
14  rules.  I'm sure your attorneys already told you
15  about them, but because we have a court reporter
16  here who can only take down one person's words at a
17  time, we can't talk over each other.  And the
18  second rule is if you don't understand my question,
19  just let me know and I'll do my best to rephrase
20  it, okay?
21  A   Okay.  Thank you.
22  Q   Yep.  And if you -- also, you have to answer with a
23  word.  You can't nod or shake your head; you have
24  to say yes or no, okay?
25  A   Okay.
```

**Page 6**

1 Q And we can take a break at any time, but if there
2    is a question pending, I will need you to answer
3    the question before we take the break, okay?
4 A Okay.
5 Q Okay. When did you graduate from high school?
6 A 2017.
7 Q So that would have been June or so of 2017?
8 A I think it was May 2017.
9 Q Okay. And when did you begin college at
10   UW-Madison?
11 A Fall 2017.
12 Q When did you complete your requirements to graduate
13   from UW-Madison?
14 A December 2020.
15 Q And when did you graduate?
16 A December 2020.
17 Q Okay. Did you participate in commencement in
18   December of 2020?
19 A It was virtual. Yes.
20 Q Okay. What was your major?
21 A Political science.
22 Q Did you get a Bachelor of Science or a Bachelor of
23   Arts?
24 A Bachelor of Arts.
25 Q Okay. Did your major ever change through the

**Page 7**

1    course of your college education?
2 A No. I also had a minor in criminal justice.
3 Q Is that a certificate?
4 A Yes, a certificate.
5 Q Okay. Okay. So your intention when you went to
6    UW-Madison was always to graduate with a degree in
7    political science?
8 A Not always, but after I took a political science
9    course, yes.
10 Q Okay. What was your GPA when you graduated?
11 A 3.8, if I recall correctly.
12 Q Okay. And you graduated in three and a half years,
13   is that right?
14 A Yes.
15 Q And why do you believe you would have graduated in
16   three years but for this incident that happened in
17   April of 2018?
18 A Because had this not happened, I would have taken
19   more courses, had a bigger load of courses, and
20   been able to complete on time.
21 Q Okay. And how many credits transferred to
22   UW-Madison as a result of classes you took in high
23   school?
24 A I'm not sure the exact number, but I know it was
25   for my Spanish courses.

**Page 8**

1 Q Okay. And how many credits do you need to graduate
2    from UW-Madison as an undergraduate student?
3 A I think over 120.
4 Q Okay. I'm going to show you some documents, and
5    I've premarked five exhibits which I uploaded to
6    the share file this morning so that your attorneys
7    would have access to them. So this is Exhibit 3.
8    Can you see that all right?
9    MR. CLUNE: It's pretty small, Rachel.
10 BY MS. BACHHUBER:
11 Q How's that?
12 A Yes.
13 Q Okay. So at the end of your -- this is spring of
14   2018 semester. Do you agree?
15 A Yep. Yes.
16 Q Okay. And at the end of your spring of 2018
17   semester, you had it looks like 60 credits, is that
18   right?
19 A Yep. Yes.
20 Q So by the end of your first year, you had
21   half the credits that you needed to graduate, is
22   that right?
23 Q Do you need 120 to graduate?
24 Q Let's assume that you need 120 to graduate.
25 A Yes.

**Page 9**

1 Q Okay. So do you agree, if you wanted to graduate
2    in three years, you would have had to take
3    15 credits on average per semester in your second
4    and third years as an undergrad?
5 A Sorry. Can you repeat the question?
6 Q Do you agree that if you wanted to graduate in
7    three years, you would have had to take 15 credits
8    per semester in your second and third years as an
9    undergraduate?
10 A Yes.
11 Q Okay. So it looks like in the fall -- we're
12   looking at Exhibit 3, Page 125, which is also
13   Doe 339. In the fall of 2017, it looks like you
14   took 15 credits, is that correct?
15 A Yes.
16 Q Okay. And in the spring of 2018, you took
17   14 credits, correct?
18 A Yes.
19 Q And in the fall of 2018, you took 14 credits,
20   correct?
21 A Yes.
22 Q And then let's turn to Page 126 of Exhibit 3, which
23   is Doe 340. In the spring of 2019, you took
24   13 credits, correct?
25 A Yes.

Page 10

1  Q  And in the fall of 2019, you took 14 credits,
2     correct?
3  A  Yes.
4  Q  And in the spring of 2020, you took 13 credits,
5     correct?
6  A  Yes.
7  Q  And then you just needed 9 more credits in order to
8     graduate, and that's what you took in the fall of
9     2020, is that right?
10        MR. CLUNE:  Object to the form.
11        THE WITNESS:  Yes.
12 BY MS. BACHHUBER:
13 Q  Okay.  And you're currently in law school, is that
14    correct?
15 A  Yes.
16 Q  And what university?
17 A  Loyola University of Chicago.
18 Q  What year do you graduate?
19 A  May 2024.
20 Q  And so you're a 1L?
21 A  Yes.
22 Q  Okay.  Do you have any idea what type of law you'd
23    like to practice once you graduate?
24 A  I'm not entirely sure yet.  I'm still exploring my
25    options.

Page 11

1  Q  What were your grades your first semester?
2  A  I got one A, two B-pluses, and a C.
3  Q  Okay.
4  A  C-plus.
5  Q  Okay.  And do you have plans for your summer job?
6  A  Yes.
7  Q  And what are you going to be doing this summer?
8  A  I'm going to be working for the Cook County State's
9     Attorneys Office in the juvenile division.
10 Q  Are you getting paid for that position?
11 A  No.
12 Q  Okay.  Now, I want to talk to you a little bit
13    about the Title IX'ing process at UW-Madison.  When
14    did you first have contact with the Title IX office
15    to file a complaint about Mr. Quintez Cephus?
16 A  I think April or May of 2018.
17 Q  Did you reach out directly to the Title IX office
18    or did somebody else reach out on your behalf?
19 A  I think somebody reached out on my behalf.
20 Q  Who?
21 A  I don't recall exactly.  I think it was through --
22    I don't remember exactly who did it.
23 Q  Was it your father?
24 A  I'm not sure.
25 Q  Okay.  When is the first time that you spoke with a

Page 12

1     university official about your allegations against
2     Mr. Cephus?
3  A  I think that summer, 2018.
4  Q  Okay.  Now I'm going to show you Exhibit 5, which
5     is a bunch of documents from the defendant's
6     production.  I'll just say that.  So let's look at
7     Page 155 of Exhibit 5.  And I'll zoom in for you
8     since it was small last time.  Can you see that?
9  A  Yes.
10 Q  Okay.  And I'll represent to you that this is your
11    email address which has been redacted for your
12    privacy, okay?
13 A  Okay.
14 Q  Do you recall seeing this email from Lauren
15    Hasselbacher on April 25, 2018?
16 A  No.
17 Q  You don't recall reading this or ever seeing it?
18 A  No.  I'm sure I did read it at one point, but I
19    don't recall, like, the -- I don't recall exactly
20    opening it.
21 Q  Okay.  But you have no reason to dispute that this
22    email was sent to you, correct?
23 A  Right.
24 Q  Okay.  Thank you.  And also, at any time, if you
25    want me to scroll up or down or zoom, just let me

Page 13

1     know, okay?  I want you to feel like you're in
2     control of the document, okay?
3  A  All right.
4  Q  So Lauren Hasselbacher started offering to speak to
5     you as of April 25, 2018.  Do you agree with that?
6  A  Yes.
7  Q  Okay.  Did you ever review the three attachments to
8     this email that are entitled Protective Measures,
9     Victim Rights, or Confidential Resources?
10 A  I'm not sure.  Maybe if I saw them.
11 Q  All right.  Let's look at Page 594 of Exhibit 5.
12    This is the one entitled Protective Measures.  Do
13    you see that?
14 A  Yes.
15 Q  Okay.  Does this refresh your recollection?
16 A  No.  Not -- not really.
17 Q  Okay.  Do you have any reason to dispute that this
18    was sent to you?
19        MR. CLUNE:  Object to the foundation.
20        THE WITNESS:  No.
21 BY MS. BACHHUBER:
22 Q  Okay.  Did you check your email on a daily basis in
23    college?
24 A  Not a daily basis, but once every two days.
25 Q  Okay.  Then let's look at Page 595 and 596 of

Page 14

```
 1      Exhibit 5, which is Victim Rights.  Do you recall
 2      receiving this?
 3   A  No.  Not exactly.
 4   Q  Okay.  And then let's look at Page 591.  And this
 5      document is three pages, so it goes from 591 to 593
 6      of Exhibit 5, and it's also BOR 21492.  Do you
 7      recall seeing this document?
 8   A  No.
 9   Q  Okay.  So you have no recollection of ever opening
10      the three attachments to Lauren Hasselbacher's
11      April 25, 2018 email, correct?
12   A  Yes.
13   Q  All right.  Do you agree that you requested all
14      communication related to UW-Madison's investigation
15      into your complaint against Mr. Cephus to go
16      through your representatives?
17         MR. CLUNE:  Object to the form.
18         THE WITNESS:  I don't specifically recall
19      requesting that, but it's a possibility that I did.
20   BY MS. BACHHUBER:
21   Q  Okay.  When did you make -- you don't recall
22      specifically requesting no one contact you directly
23      about the investigation, is that right?
24         MR. CLUNE:  Object to the form.
25         MS. BACHHUBER:  What's the objection?
```

Page 15

```
 1         MR. CLUNE:  Object to the form.
 2         MS. BACHHUBER:  What's the form
 3      objection?
 4         MR. CLUNE:  If you read back the
 5      question, that would be helpful.
 6         (The question was read back by the court
 7      reporter.)
 8         MR. CLUNE:  That misstates her testimony.
 9   BY MS. BACHHUBER:
10   Q  Okay.  Can you clarify your testimony?  Do you
11      recall requesting nobody contact you directly about
12      the investigation at UW-Madison?
13   A  I don't recall that specifically.
14   Q  Okay.  Well, let's look at Exhibit 5, Page 281.
15      This --
16         MR. CLUNE:  I'm sorry.  When you say 281,
17      what are you referencing?
18         MS. BACHHUBER:  I'm referencing Doe
19      Deposition Exhibit 5, Page 281, which is BOR 18366.
20         MR. CLUNE:  Okay.  Just so I know, is 281
21      a page number for the deposition?  I mean, are your
22      deposition exhibits numbered?
23         MS. BACHHUBER:  Yes.  And it's labeled
24      right on the document here.
25         MR. CLUNE:  Great.  Thank you.
```

Page 16

```
 1         MS. BACHHUBER:  Yeah.
 2   BY MS. BACHHUBER:
 3   Q  Have you seen this before?
 4   A  No.
 5   Q  Okay.  I'm going to represent to you that this is
 6      your Maxient file for the complaint you filed
 7      against Quintez Cephus.  And I'm going to show you
 8      Page 283 of Exhibit 5, which is BOR 18368.
 9      Review -- please review the entry for Thursday,
10      May 3, 2018, and let me know when you're finished.
11   A  Okay.
12   Q  So on May 3rd -- based on this note, on May 3rd,
13      Lauren Hasselbacher had a call with Jaime.  Do you
14      know who Jaime is?
15         MR. CLUNE:  Object to the foundation.
16         THE WITNESS:  Yes.
17   BY MS. BACHHUBER:
18   Q  Who is Jaime?
19   A  Jaime was the -- one of the directors at the Rape
20      Crisis Center.
21   Q  And is her last name Sathasivam?
22   A  Yes.
23   Q  Okay.  And I'll spell that.  It's
24      S-A-T-H-A-S-I-V-A-M.
25   A  Yep.
```

Page 17

```
 1   Q  To your recollection, was your family overwhelmed
 2      with communication and wanted communication to go
 3      through Jaime from the Rape Crisis Center?
 4         MR. CLUNE:  Object to the foundation.
 5         THE WITNESS:  In regards to -- in regards
 6      to what?
 7   BY MS. BACHHUBER:
 8   Q  To your complaint against Mr. Cephus.
 9   A  I think yes.
10   Q  Okay.  Do you recall feeling overwhelmed on May 3,
11      2018, or around that time?
12   A  Yes.  I was overwhelmed.
13   Q  Okay.  Did you ever -- did you ever make a request
14      to UW-Madison to contact you directly about your
15      complaint against Mr. Cephus?
16   A  Can you repeat the question?
17   Q  Did you ever make a request to UW-Madison to
18      contact you directly about your complaint against
19      Mr. Cephus?
20   A  I think it was done through my attorneys and my
21      representatives.
22   Q  And who were your attorneys and representatives?
23   A  Amy Bogost and Jaime S.
24   Q  Okay.  So to your recollection, UW-Madison
25      primarily communicated with Amy Bogost and Jaime
```

Page 18

1   about your complaint against Mr. Cephus, is that
2   correct?
3   A   Yes.
4           MR. CLUNE:  Object to the form.
5   BY MS. BACHHUBER:
6   Q   Okay.  Let's go -- I'm going to go through some
7   documents from your productions.  So Exhibit 3 is
8   your document productions in response to the
9   defendant's discovery requests, and the first page
10  I'm going to go to is Page 150 of Exhibit 3, which
11  is Doe 364.  What is this document?
12          MR. CLUNE:  Object to the foundation.
13          THE WITNESS:  It's an email from Kate
14  Dougherty to my professors regarding academic help.
15  BY MS. BACHHUBER:
16  Q   Are you also copied on this email?
17  A   Yep.  Yes.
18  Q   And is that your correct email address?
19  A   Yes.
20  Q   And what's the date of this document?
21  A   April 24, 2018.
22  Q   Did you request Catherine Dougherty to send this
23  email to your professors?
24  A   I think Jaime did on my behalf.
25  Q   Okay.  And the next page -- sorry.  Let's go

Page 19

1   back.  We're still on Page 150 of Exhibit 3.  Do
2   you remember what class this was for with Professor
3   Uttal and Professor Gloria?
4   A   I don't know.  I don't remember.
5   Q   Okay.  And did you ask your professors for an
6   accommodation in that class?
7   A   I don't remember which class it was for.
8   Q   All right.  Let's look at Page 152 of Exhibit 3,
9   which I'll show you the page right there.  And this
10  is part of your document productions, Doe 366.
11  What is this document?
12  A   It's another email from Kate Dougherty to my
13  professor regarding academic help.
14  Q   Okay.  And are you copied on the email?
15  A   Yes.
16  Q   And what date is this email?
17  A   April 24, 2018.
18  Q   Do you recall what class this one was for?
19  A   Yes.  Political science.
20  Q   Okay.  And did you ask for an accommodation in this
21  political science class?
22  A   Yes.  I think I asked -- yes.
23  Q   What was the accommodation that you asked for?
24  A   I think I requested to take the exam remotely
25  instead of on campus.

Page 20

1   Q   And did your professor grant that request?
2   A   Yes.
3   Q   And do you agree that was a reasonable
4   accommodation?
5           MR. CLUNE:  Object to the form.
6           THE WITNESS:  Yes.
7   BY MS. BACHHUBER:
8   Q   Let's look at Page 152 of Exhibit 3, which is
9   Doe 368.  What is this document?  I'm sorry.  This
10  is Page 154.  What is this document?
11  A   It looks like another email from Kate Dougherty to
12  me, saying she forgot to copy me on the email.
13  Q   Okay.  And then let's scroll down.  Who -- did Kate
14  forward you an email?  Is that what this is at the
15  bottom of the Page 154 of Exhibit 3?
16          MR. CLUNE:  Object to the foundation.
17          THE WITNESS:  Yes.
18  BY MS. BACHHUBER:
19  Q   Okay.  And who did Kate send an email to at the
20  bottom of Exhibit 3, Page 154?
21          MR. CLUNE:  Same objection.
22          THE WITNESS:  Another professor.
23  BY MS. BACHHUBER:
24  Q   Do you recall what class Professor Nervik and
25  Professor Murchison taught?

Page 21

1   A   I think it was criminology or sociology.
2   Q   And did you request an accommodation in that class?
3           MR. CLUNE:  Object to the form.
4           THE WITNESS:  I don't think there was --
5   I think the exam was always online, but I don't
6   recall exactly.
7   BY MS. BACHHUBER:
8   Q   All right.  Let's go to Page 157 of Exhibit 3,
9   which is Doe 371.  What is this document?
10  A   Can you zoom in please a little bit?
11          It looks like another -- another forward
12  of Kate Dougherty sending an academic request to my
13  professor.
14  Q   And who is the professor that Kate Dougherty
15  forwarded you this email -- or who is the professor
16  that Kate had emailed?
17  A   Christopher Coe.
18  Q   Do you remember what class Christopher Coe taught?
19  A   Psychology of animals.
20  Q   And turning to Page 372, Doe 372, is this the email
21  that Kate forwarded?
22          MR. CLUNE:  Object to the foundation.
23  BY MS. BACHHUBER:
24  Q   Did you gather these emails in response to the
25  defendant's discovery requests?

Page 22

```
 1  A   Yes.
 2  Q   Okay.  Have you reviewed them before today?
 3  A   Some of them.
 4  Q   Okay.  Have you seen this email before?
 5  A   Yes.
 6  Q   Okay.  Was this Kate Dougherty's email to Professor
 7      Coe again opening the door to -- for a conversation
 8      about accommodations, if necessary, in your class?
 9  A   I'm sorry.  What's the question?
10          MS. BACHHUBER:  Please repeat it back.
11          (The question was read back by the court
12      reporter.)
13          MR. CLUNE:  Object to the form.
14          THE WITNESS:  Yes.
15  BY MS. BACHHUBER:
16  Q   Okay.  Did you ask for an accommodation from
17      Professor Coe?
18  A   I don't recall specifically, but I think I asked --
19      I had to write a paper.
20  Q   Okay.  And did you agree to write the paper?
21  A   Yes.
22  Q   Okay.  And do you remember what grade you got in
23      that class?
24  A   I think I got a B.
25  Q   Okay.  And was that the grade that you had before
```

Page 23

```
 1      the April of 2018 incident in the class for the
 2      work that you had done up to that date?
 3  A   I'm not entirely sure where my grade was.
 4  Q   Okay.  Let's look at Doe 374, which is Deposition
 5      Exhibit 3 at Page 160.  Take a moment to look at
 6      the top email, and let me know when you're
 7      finished.
 8  A   Okay.
 9  Q   What is this document?
10  A   It's an email from my professor saying that he will
11      accommodate me.
12  Q   Okay.  Let's look at Page 165 of Deposition
13      Exhibit 3, which is Doe 379.  What is this
14      document?
15  A   Another email.  An email from me to my professor.
16  Q   Why did you email your professor on this date?
17  A   Because I wanted to finish the class.
18  Q   And were you able to finish the class?
19  A   Yes.
20  Q   Okay.  Do you recall sending this email?
21  A   Yes.
22  Q   Okay.  Let's look at Deposition Exhibit 3,
23      Page 167, which is Doe 381.  What is this document?
24  A   It is an email from me to my professor about
25      finishing the class.
```

Page 24

```
 1  Q   Which professor?
 2  A   Melanie Murchison.
 3  Q   Okay.  Do you remember what class that was for?
 4  A   Criminology or sociology.
 5  Q   Okay.  And did you finish that class?
 6  A   Yes.
 7  Q   Okay.  Let's look at Page 168 of Deposition
 8      Exhibit 3, which is Doe 382.  What is this
 9      document?
10  A   An email to my professor regarding -- to try to
11      finish the class.
12  Q   Okay.  Do you recall sending this email to
13      Professor Coe?
14  A   Not specifically, but there was a lot of things
15      going on at that point.
16  Q   Did you gather this email in response to the
17      defendant's discovery request?
18  A   I'm not sure.
19  Q   Why are you not sure?  I don't understand.
20  A   Because I didn't gather all of the emails.
21  Q   Who gathered the emails from your email account?
22  A   My attorneys.
23  Q   So you gave your attorneys access to your email
24      account?
25  A   Yes.
```

Page 25

```
 1  Q   Okay.  All right.  Let's look at Doe 383, which is
 2      Deposition Exhibit 3 at Page 169.  What is this
 3      document at the top?
 4  A   It's an email from my professor.  Yes.
 5  Q   And did your professor express to you:  We are so
 6      sorry to hear about this horrible crime and are
 7      committed to supporting you to complete this course
 8      successfully?
 9  A   Yes.  That's what it says.
10  Q   Okay.  Did you complete that course successfully?
11  A   Yes.
12  Q   Okay.  I'm showing you Deposition Exhibit 3,
13      Page 171, which is Doe 385.  What is the email at
14      the top?
15  A   It's an email from my professor for psychology.
16  Q   And that's Professor Coe?
17  A   Uh-huh.
18  Q   Is that a yes?
19  A   Yes.  Sorry.
20  Q   Okay.  No problem.  And what is Professor Coe
21      saying in this email to you?
22          MR. CLUNE:  Are you asking her to read it
23      or summarize it?
24          MS. BACHHUBER:  She can summarize it if
25      she wants.
```

Page 26

1  THE WITNESS:  It looks like he's saying I
2  can take an incomplete in the course or that I
3  could take -- write a paper.
4  BY MS. BACHHUBER:
5  Q  Okay.  And at the bottom, is he asking for some
6  additional options?
7  A  Yes.
8  Q  Okay.  Then I'm going to show you Doe 386, which is
9  Deposition Exhibit 3, Page 172.  The email at the
10  top, what is this document?
11  A  It's an email from Kate Dougherty to Professor Coe
12  regarding options.
13  Q  Okay.  And what's the date of the email?
14  A  April 25, 2018.
15  Q  Okay.  Now let's look at Deposition Exhibit 3,
16  Page 174, which is Doe 388.  What is this document?
17  A  An email from my professor saying I could take an
18  incomplete or -- and -- yeah.
19  Q  Is your professor -- did your professor also state:
20  I am willing to do whatever I can to help you get
21  through this semester and not punish you in any way
22  for being victimized?
23  A  Yes.
24  Q  Okay.  Let's look at Doe 389, which is Deposition
25  Exhibit 3 at Page 175.  What is this document?

Page 27

1  A  An email from Lauren to me about the complaint.
2  Q  And is she providing -- is Lauren providing you
3  information about services on campus that may be
4  helpful to you in this email?
5  A  Yes.
6  Q  Okay.  And what is the date?
7  A  April 25, 2018.
8  Q  Okay.  And did you open the three attachments to
9  this email, Protective Measures, Victim Rights, and
10  Confidential Resources, when you received it?
11  A  I don't recall opening them.
12  Q  Okay.  Let's look at Doe 391, which is Deposition
13  Exhibit 3 at Page 177.  What is this document?
14  A  An email to Detective Dolsen from me.
15  Q  And you indicate that a piece of evidence came to
16  you on the day that you sent this email, April 26,
17  2018.  Do you see that?
18  A  Yep.  Yes.
19  Q  Okay.  And did anyone help you write this email?
20  A  No.
21  Q  Okay.  Did anyone tell you to send this email?
22  A  No.  I did that on my own volition.
23  Q  Okay.  And as for the piece of evidence that came
24  to you on that day, April 26th, do you have any
25  idea how that evidence or that your memory came to

Page 28

1  you on that day?
2  A  I'm not entirely sure, but I think sometimes when
3  you -- things just come back to you later.
4  Q  Did you learn it from ████?
5  A  No.
6  Q  Okay.
7  A  It came back to me.
8  Q  And you also state that you attached a recording of
9  your Uber.  What do you mean by recording?
10  A  I think I meant a screenshot.
11  Q  Okay.  That's what I was wondering.
12  A  Yeah.
13  Q  Okay.  So let's look at Doe 401, which is
14  Deposition Exhibit 3 at Page 187.  What is this
15  document?
16  A  It's an email from my professor saying some things
17  we can do for the class.
18  Q  For you to finish the class?
19  A  Yes.
20  Q  Okay.  And which professor?
21  A  Professor Shelef.
22  Q  Okay.  And is this ultimately what you opted to do
23  for this class to complete it?
24  A  I don't remember exactly.  It -- I don't remember.
25  I don't think I -- I don't think I did that.

Page 29

1  Q  Okay.  Let's look at Doe 414, which is Exhibit 3 at
2  Page 200.  Can you tell me what this document is?
3  And I will zoom in, and so just tell me when you
4  want me to scroll down.
5  A  Okay.
6  Q  What is this document?
7  A  An email from my professor giving options.
8  Q  Which professor?
9  A  Professor Coe.
10  Q  And what was the grade that you had at the time of
11  this email on April 27, 2018?
12  A  B.
13  Q  Okay.  And what options was your professor giving
14  you to complete the course?
15  A  To write a paper or take an incomplete.
16  Q  Okay.  Let's look at Doe 425, which is Deposition
17  Exhibit 3 at Page 211.  What is this document?
18  A  That is an email to my professor about -- just
19  saying thank you.
20  Q  Okay.  Let's look at Doe 427, which is Deposition
21  Exhibit 3 at Page 213.  What is this document?
22  A  That is an email from me to Kate about a class.
23  Q  Is it the class you had with Professor Shelef?
24  A  Yes.
25  Q  And is the date of the email at the top on Sunday,

Page 30

1   Q   April 29, 2018?
2   A   Yes.
3   Q   And were you asking if you could call Kate the next
4       day to discuss your professor's proposal?
5   A   Yes.
6   Q   Okay.  Did Kate help you figure this out?
7   A   I don't recall exactly what happened then with that
8       class.
9   Q   What was the subject of that class?
10  A   Political science.
11  Q   Political science what?
12  A   I don't remember exactly.  World.
13  Q   World?
14  A   Like -- I don't recall exactly.
15  Q   Let's look at Doe 339, which is your transcript.
16      You think that would be helpful to refresh your
17      memory about the class?
18  A   Yes.
19  Q   Okay.  So we're talking spring of 2018?
20  A   Uh-huh.
21  Q   Which one was it?
22  A   Politics around the world.
23  Q   Okay.  And you ultimately got an A in that class,
24      correct?
25  A   Yes.

Page 31

1   Q   Okay.  Let's look at Doe 431, which is Deposition
2       Exhibit 3 at Page 217.  What is this document?
3   A   An email to my professor about finishing the class.
4   Q   And which professor?
5   A   Professor Murchison.
6   Q   Okay.  And -- okay.  Let's look at Doe 433, which
7       is Deposition Exhibit 3 at Page 219.  What is this
8       email?
9   A   An email to my professor trying to finish the
10      class.
11  Q   Which professor?
12  A   Professor Shelef.
13  Q   And what's the date on it?
14  A   April 29, 2018.
15  Q   Okay.  Let's look at Deposition Exhibit 3 at
16      Page 223, which is Doe 437.  What is this email?
17  A   An email from my professor about deadlines.
18  Q   Your professor states:  Sometimes we forget to make
19      the changes on Canvas, so if anything looks like it
20      isn't in line with us supporting you and opening up
21      deadlines on assignments and activities, please let
22      us know.  Don't assume that we decided to not do
23      something.
24          Did I read that correctly?
25  A   Yes.

Page 32

1   Q   Okay.  I'm showing you Exhibit 3 at Page 226, which
2       is Doe 440.  What is this email?
3   A   That is an email from -- to my professor -- I mean
4       from my professor to me saying he's entering an
5       incomplete and he -- and then we'll discuss the
6       paper.
7   Q   So your professor stated:  When you are ready to
8       think about it, let me know the topic you would
9       like to review, and then we can also discuss the
10      length and format.  No rush to do it before you are
11      up to it.  I will enter an incomplete grade in the
12      meantime.
13          Did I read that correctly?
14  A   Yes.
15  Q   Okay.  And do you recall receiving this email from
16      Professor Coe?
17  A   Yes.
18  Q   Okay.  I'm showing you Exhibit 3, Page 228, which
19      is Doe 442.  What is this email?
20  A   It's an email from Kate to me about the political
21      science class.
22  Q   And Kate's asking whether they responded to your
23      last email where you requested an alternative to
24      the ten-page paper, correct?
25  A   Yes.

Page 33

1   Q   Okay.
2           MR. CLUNE:  Rachel, we've been going
3       about an hour.  I could use a bathroom break when
4       you're at a good space.
5           MS. BACHHUBER:  Okay.  All right.  Let's
6       just take five minutes.  Is that all right?
7           MR. CLUNE:  Yeah.
8           MS. BACHHUBER:  Okay.  That's fine.
9       Thanks.
10          (A short break was held.)
11  BY MS. BACHHUBER:
12  Q   So I'm showing you Deposition Exhibit 3 at
13      Page 239, which is Doe 453.  What is this document?
14  A   It's an email from my professor about the makeup
15      exam.
16  Q   What professor?
17  A   Professor Shelef.
18  Q   And so Professor Shelef was offering you an
19      alternative to the ten-page paper, is that right?
20  A   To take the incomplete, yes.
21  Q   Your professor said:  That is completely
22      understandable.  One possibility would be for you
23      to take longer to complete the makeup exam beyond
24      the two days.  Is that right?
25  A   Yes.

Page 34

1  Q  Okay.  Is that ultimately what you did, was do a
2     take-home exam for Professor Shelef?
3  A  Yes.
4  Q  Okay.  I'm showing you Deposition Exhibit 3 at
5     Page 325, which is Doe 539.  What is this document?
6  A  It's an email from Professor Shelef attaching the
7     exam.
8  Q  Okay.  And how long did you get to take the exam
9     for Professor Shelef?
10 A  Until grades were due.
11 Q  Did he give you one week?
12 A  I think so.
13 Q  Okay.  Okay.  So let's look at Doe 465.  So this is
14    Deposition Exhibit 3 at Page 251, which is Doe 465.
15    What is this document?
16 A  It's an email from Lauren to me about the
17    complaint.
18 Q  What's the date on it?
19 A  April 30, 2018.
20 Q  And Lauren Hasselbacher is informing you of
21    Mr. Cephus's suspension from the football team, is
22    that correct?
23 A  Yes.
24 Q  And Lauren Hasselbacher also asked you to let her
25    know if you had any questions or need additional

Page 35

1     assistance with completing the semester, is that
2     correct?
3  A  Yes.
4  Q  And she also offered to speak to you about
5     no-contact directives and reporting options,
6     correct?
7  A  Yes.
8  Q  Okay.  Did you respond to Lauren's email, to your
9     knowledge?
10 A  I'm not -- I don't recall.
11 Q  Okay.  This is Deposition Exhibit 3, Page 253,
12    which is Doe 467.  What is this document?
13 A  It's an email from me to Lauren asking about
14    no-contact directives.
15 Q  What's the date on the email?
16 A  May 1, 2018.
17 Q  What's the time?
18 A  3:49.
19 Q  Okay.  And you asked:  Can you please have a
20    no-contact directive on my behalf in regards to
21    Quintez and his roommate.  Correct?
22 A  Yes.
23 Q  Okay.  And did Lauren Hasselbacher issue no-contact
24    directives as you requested?
25 A  Yes.

Page 36

1  Q  When did she issue those no-contact directives you
2     requested?
3  A  I'm not sure.
4  Q  This is Deposition Exhibit 3 at Page 267, which is
5     Doe 481.  What is this document?
6  A  It's an email from Lauren attaching the no-contact
7     directive.
8  Q  And what's the date on the email?
9  A  May 1, 2018.
10 Q  Okay.  And when did you receive this email?
11 A  May 1, 2018.
12 Q  Did you read it when you -- did you actually
13    open the email on May 1, 2018?
14 A  I'm not sure.  It may have been the day after.
15 Q  Okay.  And this is Deposition Exhibit 3 at
16    Page 271, which is Doe 485.  What is this document?
17        MR. CLUNE:  Objection to foundation.
18        MS. BACHHUBER:  This is your document
19    production.
20        MR. CLUNE:  Same objection.
21 BY MS. BACHHUBER:
22 Q  I'm going to turn it back to Page 267 of Exhibit 3.
23    Do you see that there are two attachments to this
24    email?
25 A  Yes.

Page 37

1  Q  Okay.  And what is the first attachment?  What does
2     it say?
3  A  20180501NCD.
4  Q  And what does the second attachment say?
5  A  20180501IANCD.
6  Q  And so is that your understanding that NCD is
7     no-contact directive?
8  A  Yes.
9  Q  Okay.  And then the very next document in your
10    document production is Doe 485.  Do you know what
11    this is?
12 A  The no-contact directive.
13 Q  With whom?  Or who was it sent to?
14 A  Quintez Cephus.
15 Q  Okay.  And what's the date on it?
16 A  May 1, 2018.
17 Q  Okay.  And is it your understanding that the
18    no-contact directive made it Mr. Cephus's
19    responsibility to remove himself from any situation
20    as quickly as possible under the circumstances if
21    you were present as well?
22 A  Yes.
23 Q  Okay.  And do you agree that this was a protective
24    measure that Lauren Hasselbacher put in place for
25    you on May 1, 2018?

Page 38

1  A   Yes.
2  Q   Okay.  Did Mr. Cephus contact you at any point in
3      time from May 1, 2018, until you saw him at the
4      hearing on January 15, 2019?
5  A   No.
6  Q   Okay.  And let's look at Deposition Exhibit 3,
7      Page 273, which is Doe 487.  What's this document?
8  A   No-contact directive to Danny Davis.
9  Q   Okay.  And is this the no-contact directive that
10     you asked Lauren Hasselbacher to issue on your
11     behalf?
12 A   Yes.
13 Q   And Lauren Hasselbacher granted your request for
14     this no-contact directive with Danny Davis,
15     correct?
16 A   Yes.
17 Q   Okay.  Let's look at Doe 489, which is Deposition
18     Exhibit 3 at Page 275.  What is this document?
19 A   An email to Professor Shelef trying to finish the
20     semester.
21 Q   So if you look at the top of the page, it says it's
22     from Eddie ████ to ██████  Do you see
23     that?
24 A   Yes.
25 Q   And is Eddie your dad?

Page 39

1  A   Yes.
2  Q   Okay.  Was your dad sending you a draft of an email
3      as a suggestion to send to Professor Shelef?
4  A   Yes.
5  Q   Okay.  And in this draft email, it states that you
6      were currently in therapy, is that correct?
7  A   Yes.
8  Q   And was that true at the time?  Were you in therapy
9      at the time?
10 A   Yes.
11 Q   On May 1, 2018?
12 A   Yes.
13 Q   And how often were you seeing your therapist at
14     that time?
15 A   At least once a week.
16 Q   Okay.  And was your therapist in Chicago or was
17     your therapist in Madison?
18 A   She was in Madison, but we were doing FaceTime.
19 Q   Okay.  Okay.  So let's look at Page 285 of
20     Exhibit 3, which is Doe 499.  What is this
21     document?
22 A   An email to my professor.
23 Q   Okay.  And so did you copy the draft that your dad
24     sent you into this email to your professor?
25 A   Yes.

Page 40

1  Q   Okay.  And then let's look at Page 292 of
2      Exhibit 3, which is Doe 506.  What is this
3      document?
4  A   An email to my professor trying to finish the
5      semester.
6  Q   What's the date on the email?
7  A   May 2, 2018.
8  Q   And which professor was it?
9  A   Professor Murchison.
10 Q   And is this -- this is -- strike that.
11         Okay.  Now I'm going to look at
12     Exhibit 5.  So we're at Deposition Exhibit 5 at
13     Page 124, which is BOR 1857.  I'm sorry, we already
14     discussed that in your documents so I'm going to
15     skip over that one.  Strike all that.
16         Let's go back to Exhibit 3, Page 294,
17     which is Doe 508.  What is this document?
18 A   It is an email from my professor about making a
19     plan.
20 Q   And the plan was for you to take the second exam
21     online, is that correct?
22 A   Yes.
23 Q   Okay.  Let's look at Doe 511, which is Deposition
24     Exhibit 3, Page 297.  What is this document?
25 A   It was an email to Lauren, giving permission to

Page 41

1      talk to my parents.
2  Q   On what date did you send this email?
3  A   May 3, 2018.
4  Q   And did somebody tell you to send this email?
5  A   I think so.
6  Q   Who?
7  A   Most likely Jaime.
8  Q   I'm sorry.  I didn't hear you.
9  A   Sorry.  Most likely Jaime.
10 Q   Okay.  Jaime Sathasivam?
11 A   Yes.
12 Q   Okay.  This is Page 300 of Exhibit 3, which is
13     Doe 514.  What is this document?
14 A   It's an email from Professor Shelef about finishing
15     the class.
16 Q   And Professor Shelef is offering to send you a
17     version of the regular exam to take home which you
18     would only have to do the multiple choice and short
19     answer sections, you would not have to write the
20     essay, correct?
21 A   Yes.
22 Q   And you could pick it up any time between Tuesday,
23     May 8th, and the following Tuesday, May 15th, to
24     send it back, correct?
25 A   Yes.

Page 42

1  Q   Okay.  And this is Deposition Exhibit 3, Page 312,
2      which is Doe 526.  What is this document?
3  A   An email from me to Professor Murchison asking for
4      clarification.
5  Q   Okay.  And what date is the email that you sent?
6  A   May 4, 2018.
7  Q   Okay.  And then let's look at Deposition Exhibit 3,
8      Page 315, which is Doe 529.  What is this document?
9  A   It's an email from Professor Murchison to me,
10     saying correct.
11 Q   So your clarification was correct, is that right?
12 A   Yes.
13 Q   Okay.  Let's look at Doe 533, which is Deposition
14     Exhibit 3, Page 319.  What is this document?
15 A   It's an email from me to Professor Shelef asking if
16     I could take the exam on Friday.
17 Q   And what's the date of the email?
18 A   Wednesday, May 9, 2018.
19 Q   And then Deposition Exhibit 3, Page 325, which is
20     Doe 539, what is this document?
21 A   It's an email from my professor to me, sending the
22     exam.
23 Q   And the professor attached the exam to the email,
24     is that right?
25 A   Yes.

Page 43

1  Q   And that's Professor Shelef?
2  A   Yes.
3  Q   And that was on May 9, 2018, correct?
4  A   Yes.
5  Q   And the professor also reminded you that you only
6      needed to do the multiple choice and short answer
7      sections, correct?
8  A   Yes.
9  Q   Did you agree that that was a reasonable
10     accommodation for you to complete the course?
11 A   Yes.
12 Q   Okay.  Did you meet with Jaime Sathasivam and a
13     detective on the morning of May 9, 2018?
14 A   I don't remember the exact date of the meeting.
15 Q   Okay.  So let's look at Deposition Exhibit 5,
16     Page 218, which is BOR 8321.  Take a moment to
17     review that and let me know when you're finished.
18 A   Okay.
19 Q   Does that refresh your recollection of the date
20     that you met with the detective and Jaime?
21 A   Yes.  A little.
22 Q   Okay.  And what date was it?
23 A   May 9, 2018.
24 Q   Okay.  And in this email, Jaime is -- this email is
25     from Jaime to Lauren Hasselbacher, is that right?

Page 44

1  A   Yes.
2  Q   And it states that you are still interested in
3      working with Lauren's office but wanted to wait
4      until the criminal decision is made, assuming that
5      didn't take too long.
6          Was that an accurate statement of how you
7      felt on May 9, 2018?
8  A   Yes.
9  Q   Okay.  When you met with the directive, was that to
10     give a statement to the detective for the criminal
11     matter?
12 A   Yes.
13 Q   Okay.  Let's go back to Exhibit 3.  We're going to
14     look at Exhibit 3, Page 337, which is Doe 551.
15     What is this document?
16 A   That is an email from Jaime to Lauren about
17     potentially meeting for questions.
18 Q   Jaime said you saw Sophia's written statement and
19     you were unsure what more you could add because you
20     had little memory from the night, is that correct?
21 A   Yes.
22 Q   And was that true at the time?
23 A   Yes.
24 Q   Do you still have little memory of the night?
25 A   Yes.

Page 45

1  Q   Okay.  And the date on this email is May 29, 2018,
2      is that right?
3  A   Yes.
4  Q   Okay.  Has your memory changed at all since this
5      date, May 29, 2018, with respect to the assault?
6  A   It has deteriorated.
7  Q   Okay.  So it's gotten worse, not better?
8  A   Correct.
9  Q   All right.  And Jaime also said that she was asking
10     Lauren if there was a good time for you and Lauren
11     to speak over the phone so that you could answer
12     any questions Lauren might have, is that right?
13 A   Correct.
14 Q   And you wanted to have either Jaime or Amy Bogost
15     on the phone with you, is that right?
16 A   Correct.
17 Q   Okay.  And is that an accurate -- is that how you
18     felt at the time, that you wanted to have either
19     Jaime or Amy with you when you spoke to Lauren?
20 A   Yes.
21 Q   Okay.  Did Lauren Hasselbacher accommodate that
22     request for you to have either Jaime or Amy with
23     you when you spoke to her?
24 A   Yes.
25 Q   Okay.  So this is Deposition Exhibit 3, Page 340,

Page 46

1    which is Doe 554. What is this document?
2  A  It's an email from Lauren to me and Jaime about the
3    investigation.
4  Q  And what is Lauren saying about the investigation?
5  A  She is saying she has enough information to start
6    it and wants to wait until the police report to
7    talk.
8  Q  And what's the date on this email?
9  A  May 29, 2018.
10 Q  And Lauren states that she has sufficient
11   information to initiate the investigation so she
12   would send notices of -- or notice of charges --
13   notices of charge today, is that correct?
14 A  Yes.
15 Q  Okay. And she -- Lauren also thanked you for
16   agreeing to provide more information in the future,
17   correct?
18 A  Yes.
19 Q  And Lauren said to hopefully avoid having to speak
20   with you more than once about the allegations, it
21   might make sense for Lauren to wait until she's had
22   a chance to review the Madison police report and/or
23   speak with witnesses and then ask you follow-up
24   questions at that point, correct?
25 A  Yes.

Page 47

1  Q  And Lauren also said that if you'd prefer to speak
2    sooner, we can work something out, correct?
3  A  Yes.
4  Q  Was that an acceptable plan to you?
5  A  Yes.
6  Q  Did you have any objection to Lauren's plan?
7  A  I don't recall having an objection.
8  Q  Okay. This is Deposition Exhibit 3 at Page 344,
9    which is Doe 558. What is this document?
10 A  It's an email from Lauren to me and Jaime about the
11   notice of charge.
12 Q  Okay. And what else is Lauren informing you about
13   in this email?
14 A  About misconduct policies, my identifying
15   information will not be disclosed, and asking if I
16   have questions.
17 Q  Okay. And what's the date on this email?
18 A  May 29, 2018.
19 Q  Okay. So Lauren Hasselbacher sent you copies of
20   the notice of charge for Cephus and Davis, correct?
21 A  Correct.
22 Q  And Lauren also gave you a heads-up that university
23   protocol was to inform the athletics department
24   when a student athlete is subject to a formal
25   investigation of student misconduct, correct?

Page 48

1  A  Yes.
2  Q  So said your identifying information would not be
3    disclosed, correct?
4  A  Correct.
5  Q  Was that acceptable to you?
6  A  Yes.
7  Q  Okay. Then I'm showing you Doe 563, which is
8    Deposition Exhibit 3 at Page 349. What is this
9    document?
10 A  An email from -- I mean a document of a notice of
11   charge to Danny Davis.
12 Q  Okay. And then Doe 566, what is -- which is
13   Deposition Exhibit 3 at Page 352. What is this
14   document?
15 A  A notice of charge to Quintez Cephus.
16 Q  Okay. And these were the attachments to Lauren's
17   May 29, 2018 email to you that we just looked at,
18   is that right?
19 A  Yes.
20 Q  Okay. This is Deposition Exhibit 3 at Page 367,
21   which is Doe 581. What is this document?
22 A  It's an email from Lauren to Jaime and I, amended
23   notice of charge and if I want to direct my
24   communication through my attorney.
25 Q  Okay. So she amended the notices of charge. Do

Page 49

1    you recall why?
2  A  No.
3  Q  Do you recall the date being wrong on the original
4    one?
5  A  Yes. I do recall that.
6  Q  Okay. I think actually your father was the one who
7    noticed it. Does that help you?
8  A  Yes.
9  Q  Okay. And at that time, did you want Lauren to
10   direct her communication to your attorney?
11 A  I believe so.
12 Q  Okay. And that's May 31, 2018?
13 A  Yes.
14 Q  And who was your attorney?
15 A  Amy Bogost.
16 Q  Okay. Did you review the amended notices of charge
17   when you got them?
18 A  I think so, but I think it was just the date that
19   was changed.
20 Q  Okay. Did you have any objection to the notices of
21   charge or the amended notices of charge, other than
22   the date on the first one?
23 A  No.
24 Q  Okay. So this is Exhibit 3, Page 380, which is
25   Doe 594. What's this document?

Page 50

1   A   It's an email from Jaime to me about my attorney,
2       Amy Bogost, reaching out.
3   Q   Okay.  And she's also copying your mother on this
4       email, is that right?
5   A   Yes.
6   Q   Okay.  And that's June 1, 2018, is the date of this
7       email?
8   A   Yes.
9   Q   Okay.  And did you -- and I'm not sure if I'm even
10      getting this right, but did the Rape Crisis Center
11      help set you up with Amy Bogost?  Is that how you
12      got set up with Amy?
13  A   Yes.
14  Q   Okay.  And June 1, 2018, where were you living at
15      that time?
16  A   In Chicago.
17  Q   When did you leave campus after the incident?
18  A   The next day.
19  Q   Okay.  April 22nd?
20  A   Yes.
21  Q   Okay.  And were you staying at a parent's house in
22      Chicago when you left?
23  A   Yes.  I was staying at my mom's house.
24  Q   Do you need to take a break?
25  A   No.  I'm okay.  Thank you.

Page 51

1   Q   Okay.  And did you stay at your mom's house for the
2       duration of the summer of 2018?
3   A   Yes.
4   Q   Okay.  Did you have any contacts with Jaime over
5       the summer of 2018?
6   A   Yes.
7   Q   How frequently did you have contact with Jaime over
8       the summer of 2018?
9   A   It depended what was going on.  Usually when she
10      needed to give me an update or talk to me.
11  Q   Okay.  And how did you primarily communicate with
12      Jaime?
13  A   On the telephone.
14  Q   So phone calls?
15  A   Yes.
16  Q   Did you text with Jaime?
17  A   Yes.
18  Q   How often did you text with Jaime?
19  A   It usually regarded setting up phone calls, so as
20      often as we spoke.
21  Q   Did you retain those text messages with Jaime?
22  A   I think I got a new phone.
23  Q   When did you get a new phone?
24  A   I'm not exactly sure of the dates, but like two new
25      phones between April 2018 and now.

Page 52

1   Q   Are they iPhones?
2   A   Yes.
3   Q   And do you have your old phones?
4   A   No.  I turned them in.
5   Q   Did you retain the information that was on your
6       previous iPhones?
7   A   No.  I would usually wipe my phone before.
8   Q   Do you understand that you have a duty to retain
9       all relevant evidence for this case?
10          MR. CLUNE:  Objection to the form.
11  BY MS. BACHHUBER:
12  Q   Do you understand that?
13  A   Yes.
14  Q   And what steps did you take to retain all relevant
15      information, including electronically stored
16      information, for this case?
17  A   I tried to retrieve old backups from my phones.
18  Q   And were you successful with that?
19  A   Mostly.
20  Q   Do you have your phone records from 2018?
21  A   Not personally, no.
22  Q   Were you on a family plan in 2018 with your --
23      like, with your parents or with your mom or your
24      dad?
25  A   Yes.  Yes.

Page 53

1   Q   Okay.  And are you still on the family plan?
2   A   Yes.
3   Q   Okay.  So do you have access to your billing
4       records from 2018?
5   A   My mom probably does.
6   Q   Okay.  So it's your mom's phone plan?
7   A   Yes.
8   Q   Okay.  And can you log in online and look at your
9       plan and your records?
10  A   I don't have the login information.
11  Q   Is it AT&T or is it Verizon or something else?
12  A   AT&T.
13  Q   And is it through -- is it your mom's personal plan
14      or is it through a company or business that she
15      works for?  I'm sorry.
16  A   I'm not sure.  I think it's personal, but I'm not
17      sure.
18  Q   And would you back up your iPhone, would you back
19      it up to the cloud or did you back it up to a
20      computer?
21  A   I think both.
22  Q   Okay.  So do you have a cloud plan with Apple?
23  A   Yes.
24  Q   Okay.  And do you have your own personal cloud plan
25      or is that also with your family?

Page 54

| | | |
|---|---|---|
| 1 | A | Personal. |
| 2 | Q | Okay. And so your phone backs up to the cloud, |
| 3 | | correct? |
| 4 | A | Yes. |
| 5 | Q | And when did that -- when did you get your cloud |
| 6 | | plan for your iPhone? |
| 7 | A | I don't recall exactly. |
| 8 | Q | Did you look in the cloud for any backups of your |
| 9 | | iPhone from 2018, 2019? |
| 10 | A | Yes. |
| 11 | Q | And did you find any? |
| 12 | | MR. CLUNE: Objection to the form. |
| 13 | | THE WITNESS: Yes. But I couldn't get |
| 14 | | into the backup. |
| 15 | BY MS. BACHHUBER: | |
| 16 | Q | Why not? |
| 17 | A | Because I don't have the password. |
| 18 | Q | Where would you get the password? |
| 19 | A | I'm not exactly sure. It was a long time ago, and |
| 20 | | I don't have -- I don't recall putting the password |
| 21 | | anywhere or even entering a password. |
| 22 | Q | So it was a personal password that you created back |
| 23 | | in 2018 or whenever you backed up your phone? |
| 24 | A | Yeah. Correct. |
| 25 | Q | And there's no way to reset the password? |

Page 55

| | | |
|---|---|---|
| 1 | A | Not to my knowledge. I put in a lot of passwords |
| 2 | | to try. |
| 3 | Q | Okay. And I'm not going to get too much into the |
| 4 | | details about this, but you underwent a forensic |
| 5 | | nurse exam, correct? |
| 6 | A | Yes. |
| 7 | Q | And have you ever seen a copy of the medical record |
| 8 | | of that? |
| 9 | A | No. |
| 10 | Q | Do you understand that was an exhibit at the |
| 11 | | criminal proceeding against Mr. Cephus? |
| 12 | A | Yes. |
| 13 | Q | So you have seen it? |
| 14 | A | Yes. I have seen it at the trial. |
| 15 | Q | Okay. And then were you ever provided information |
| 16 | | on how to request a copy of your forensic nurse |
| 17 | | exam? |
| 18 | A | I am not sure. |
| 19 | Q | What would you need to look at to refresh your |
| 20 | | memory about that? |
| 21 | A | Possibly an email or a document. |
| 22 | Q | Okay. So we're looking at Exhibit 5 at Page 144 |
| 23 | | and 145, which is BOR 2132, 2133. So let's start |
| 24 | | at Exhibit 5, Page 145, which is BOR 2133. Please |
| 25 | | review the email from Lauren to Jaime on June 19, |

Page 56

| | | |
|---|---|---|
| 1 | | 2018, and let me know when you're finished. |
| 2 | A | Okay. |
| 3 | Q | Okay. Did Jaime ever talk to you about obtaining a |
| 4 | | copy of your forensic nurse exam report? |
| 5 | A | I don't recall specifically, but I'm not exactly |
| 6 | | sure. |
| 7 | Q | Did Jaime forward this email to you with the link |
| 8 | | that you had to click on to go get your forensic |
| 9 | | nurse exam report? |
| 10 | A | Most likely yes. |
| 11 | Q | Okay. And did you ever make a decision about |
| 12 | | whether you were going to obtain a copy of the |
| 13 | | forensic nurse exam report? |
| 14 | A | I don't think I made a decision regarding that. |
| 15 | Q | Okay. Did anybody advise you not to obtain a copy |
| 16 | | of the forensic nurse exam report to provide to the |
| 17 | | university for its investigation into your |
| 18 | | complaint against Cephus? |
| 19 | | MR. CLUNE: Let me interrupt for just a |
| 20 | | second. I just want to make sure you know that |
| 21 | | when you're answering these questions, I'd advise |
| 22 | | you that's anybody other than your lawyer. So if |
| 23 | | your lawyer was the one that advised you, you don't |
| 24 | | respond that my lawyer advised me. |
| 25 | | |

Page 57

| | | |
|---|---|---|
| 1 | BY MS. BACHHUBER: | |
| 2 | Q | So anyone other than your lawyer advise you that? |
| 3 | A | No. |
| 4 | Q | Okay. The district attorney's office didn't tell |
| 5 | | you not to share information with the university? |
| 6 | A | I think they were waiting for the criminal trial. |
| 7 | | I'm not exactly sure. I know -- it was a long time |
| 8 | | ago. I don't specifically remember which documents |
| 9 | | to produce and which not. |
| 10 | Q | Who was your contact -- did you have a contact in |
| 11 | | the district attorney's office that you worked with |
| 12 | | for the criminal case? |
| 13 | A | There was a couple people. Rachel, Bill. I don't |
| 14 | | recall specific names. There was a couple of |
| 15 | | people. |
| 16 | Q | Rachel Sattler? Is that who you're referring to? |
| 17 | A | Yes. |
| 18 | Q | And Bill Brown? Is that who you're referring to? |
| 19 | A | Yes. |
| 20 | Q | Okay. Did Rachel ever tell you not to provide a |
| 21 | | copy of your forensic nurse exam report to the |
| 22 | | university? |
| 23 | A | I don't recall. I don't think so. |
| 24 | Q | Did Bill Brown tell you not to provide a copy of |
| 25 | | your forensic nurse exam report to the university? |

Page 58

1  A  Once again, I don't exactly recall conversations
2     regarding the forensic exam.
3  Q  Okay.  Did any law enforcement officer tell you not
4     to provide a copy of your forensic nurse exam
5     report to the university?
6     I really don't remember conversations regarding the
7     forensic exam specifically.
8  Q  Do you have any emails about the forensic exam with
9     the district attorney's office?
10 A  I'm not sure.  I haven't --
11 Q  You haven't looked at your email for relevant
12    information, such as discussions about turning over
13    the forensic nurse exam to the university, is that
14    correct?
15 A  Correct.  Not about the exam.
16 Q  Okay.  And did you ever -- did you search your
17    email to see if you had any emails from Rachel
18    Sattler about the forensic nurse exam and whether
19    you should turn it over to the university?
20 A  No.
21 Q  Okay.  Did you and Jaime ever talk about whether
22    you should turn over the forensic nurse exam to the
23    university?
24 A  I'm not sure.  I don't remember conversations
25    regarding the forensic exam.

Page 59

1  Q  Is there any documents that would refresh your
2     memory?
3  A  Possibly an email if there is one.
4  Q  And that would be an email that would be in your
5     possession, correct?
6        MR. CLUNE:  Objection to the form.
7     Foundation.
8        THE WITNESS:  Yes.
9  BY MS. BACHHUBER:
10 Q  And did you turn over all of your emails that were
11    responsive to the defendant's discovery requests to
12    your attorneys?
13       MR. CLUNE:  Objection to the foundation.
14       THE WITNESS:  Yes.
15 BY MS. BACHHUBER:
16 Q  Did you withhold any documents that were responsive
17    to the defendant's discovery requests?
18       MR. CLUNE:  Objection to the foundation.
19       THE WITNESS:  No.
20 BY MS. BACHHUBER:
21 Q  Okay.  This is Page 144 of Exhibit 5, which is
22    BOR 2132.  Please review the email from Jaime to
23    Lauren Hasselbacher on Monday, June 25, 2018, and
24    let me know when you're finished.
25 A  Okay.

Page 60

1  Q  Does that refresh your memory about whether you
2     talked to Jaime about turning over the forensic
3     nurse exam report?
4  A  No.  I still don't remember specific conversations
5     about it.
6  Q  Okay.  Let's go back to Exhibit 3.  Exhibit 3 at
7     Page 771, which is Doe 985.  What is this document?
8  A  Yes.  I've read it.  What is the document?  Is that
9     the question?
10 Q  Yeah.
11 A  It's an email from Jaime to my mother regarding my
12    medical records.
13 Q  Okay.  And what -- Jaime states:  I've told
14    this to ██████ but now that they're charging at
15    the DA's office, she'll want to be extra careful
16    about turning anything over to UW.
17          Is that correct?
18 A  Yes.
19 Q  Okay.  Does that refresh your memory about whether
20    Jaime talked to you about turning over information
21    to the university?
22 A  Yes.  Reading this now, I can see that obviously
23    occurred, but I still don't remember specific
24    conversations from four years ago.
25 Q  What would you need to look at in order to remember

Page 61

1     specific conversations from four years ago?
2  A  I don't think it's -- it would be possible to jog
3     my memory like that.
4  Q  Okay.  It says -- Jaime wrote to your mother:  It's
5     of course always her decision, but they were
6     requesting medical records from her visit to the
7     sexual assault nurses, and any information they
8     will give -- they get will be given to Quintez and
9     his attorney.  Just checking ahead with the DA --
10    just checking ahead with the DA's office, me, or
11    Amy will be important so she can make her own
12    informed decision.
13          Did you make your own informed decision
14    about whether to turn over your medical records
15    related to your nurse exam on April 22nd?
16 A  I honestly don't recall the final decision.
17 Q  Okay.  And there's nothing I can show you that will
18    refresh your memory on that?
19       MR. CLUNE:  Objection to foundation.
20       THE WITNESS:  I'm not entirely sure what
21    could refresh my memory of that.
22 BY MS. BACHHUBER:
23 Q  Okay.  I'm showing you Exhibit 3 at Page 754, which
24    is Doe 968.  What is this document?
25 A  It's an email from Jaime to me, copying Amy, asking

Page 62

1  to speak, saying that UW wants to speak with me.
2  Q  And Jaime also said:  I sent a text last week, but
3  I'm happy to talk with you after you're done with
4  work sometime this week.  Correct?
5  A  Yes.
6  Q  Do you recall receiving a text from Jaime the week
7  before July 30, 2018?
8  A  I don't recall specifically, but it obviously
9  occurred.
10 Q  Did you save a copy of that text message?
11         MR. CLUNE:  Objection.  Foundation.
12 Form.
13         MS. BACHHUBER:  What's the form
14 objection?
15         MR. CLUNE:  She said she doesn't recall
16 the text message, so why are you asking her if she
17 saved a copy of the text message?
18         MS. BACHHUBER:  Because I want to know if
19 she saved all relevant information.
20         MR. CLUNE:  But if she said she doesn't
21 recall there even being a text message, what's the
22 basis for asking whether or not she saved a copy of
23 that text message?
24 BY MS. BACHHUBER:
25 Q  Do you think Jaime's lying in this email that she

Page 63

1  sent you a text message?
2  A  No.
3         MR. CLUNE:  Objection to the form.
4  BY MS. BACHHUBER:
5  Q  Go ahead and answer.
6  A  No.  I don't think she's lying.
7  Q  Okay.  Did you save a copy of the text message that
8  Jaime sent to you?
9         MR. CLUNE:  Objection to the form.
10 Foundation.
11         THE WITNESS:  I probably did not delete
12 the text upon receiving it.
13 BY MS. BACHHUBER:
14 Q  So if you could get into your backups in the cloud,
15 it might be there?  Is that what you're saying?
16 A  Yes.  Correct.
17 Q  Okay.  I'm showing you Doe 600, which is Exhibit 3
18 at Page 386.  Do you recognize this document?
19 A  Yes.  It is my email.
20 Q  Okay.  And you were asking Lauren Hasselbacher
21 about why Mr. Cephus has been reinstated to the
22 team, is that correct?
23 A  Correct.
24 Q  Had Jaime talked to you about this before you sent
25 this email?

Page 64

1  A  I'm not entirely sure.  I think I talked to my
2  parents before sending this email.
3  Q  Okay.  What time did you send this document to --
4  or did you send this email to Lauren Hasselbacher?
5  A  9:34.
6  Q  Okay.  And that's August 3, 2018, correct?
7  A  Yes.
8  Q  Were you still at your mom's house at this time?
9  A  Yes.
10 Q  Okay.  And then let's look at Doe 601, which is
11 Exhibit 3 at Page 387.  What is this document?
12 A  That looks like an automatic reply from Lauren
13 Hasselbacher to me that she's out of the office.
14 Q  Okay.  And it says that she will be returning
15 midday Monday, August 6, 2018, is that correct?
16 A  Yes.
17 Q  Okay.  Let's go to Exhibit 5 at Page 169, which is
18 an unredacted copy of BOR 3963.  What is this
19 document?
20 A  It's an email from Lauren to me and Jaime about the
21 reinstatement of Quintez Cephus onto the football
22 team.
23 Q  And what's the date?
24 A  August 6, 2018.
25 Q  And what's the time?

Page 65

1  A  8:44.
2  Q  And did Lauren Hasselbacher answer your question
3  from August 3, 2018, in this email?
4  A  Yes.
5  Q  Okay.  Now let's look at BOR 4486, which is
6  Deposition Exhibit 5 at Page 186.  Let's start with
7  the bottom email.  Just have a look at that and let
8  me know when you're finished.
9  A  Okay.  What is the question?  Sorry.
10 Q  So this bottom email, it's from Lauren Hasselbacher
11 to Jaime Sathasivam on August 2, 2018, correct?
12 A  Correct.
13 Q  And Lauren is providing essentially the same
14 information that she provided to you in response to
15 your email on August 6th, correct?
16 A  Yes.
17 Q  Okay.  And review the top email from Jaime to
18 Lauren on August 3, 2018.
19 A  It's an email from Jaime to Lauren asking if
20 there's anything else she needs.
21 Q  And she said that she would be speaking to you
22 later this afternoon, correct?
23 A  Correct.
24 Q  Okay.  Did you -- do you recall speaking to Jaime
25 on August 3rd?

Page 66

```
1   A    I don't specifically recall, but I don't think
2        she's lying in that email.
3   Q    Okay.  Did you meet with Lauren Hasselbacher and
4        Jaime on August 9, 2018?
5   A    I don't remember the exact date, but I did meet
6        with Jaime and Lauren together.
7   Q    Okay.  And was that to be interviewed as part of
8        the investigation into your complaint against
9        Mr. Cephus by the university?
10  A    Yes.
11  Q    Okay.  So let's look at Exhibit 5 at Page 214,
12       which is 7984 -- which is BOR 7984.  I'm sorry.
13       And actually, strike that.  I'm not going to ask
14       any questions about this document.
15            I'm going to show you Page 557 of
16       Exhibit 5, which is BOR 19743.  And this is a
17       three-page document that goes to Page 559 of
18       Exhibit 5.  Have you seen this before today?
19  A    I don't recall reviewing this document.
20            MR. CLUNE:  Rachel, we've been going a
21       little over an hour, and it looks like you might be
22       going into a new area.  I'm just wondering if this
23       isn't a good time to take a lunch break.
24            MS. BACHHUBER:  That's fine.  How long do
25       you want to take?
```

Page 67

```
1            MR. CLUNE:  Thirty minutes?
2            MS. BACHHUBER:  That sounds fine.
3            MR. CLUNE:  Okay.
4            MS. BACHHUBER:  Okay.
5            (Recess taken from 12:19 p.m. to
6        12:55 p.m.)
7   BY MS. BACHHUBER:
8   Q    I'm going to share my screen again.  So I'm showing
9        you Doe Deposition Exhibit 5 at Page 557, which is
10       BOR 19743, and I believe that you previously
11       testified that you hadn't seen this before, is that
12       correct?
13  A    Correct.
14  Q    Okay.  So this is your interview with Lauren
15       Hasselbacher and Jennifer Horace on August 9, 2018.
16       Does that sound correct that you interviewed with
17       Lauren and Jennifer on August 9, 2018?
18  A    Yes.
19  Q    Okay.  And then on Page 560 of Exhibit 5, which is
20       BOR 19745 -- sorry, Page 560, which is BOR 19746 --
21            MR. CLUNE:  Rachel, hold on a second.
22       We're having some technology issues.
23            (A brief pause in the proceeding for
24       technological difficulties.)
25
```

Page 68

```
1   BY MS. BACHHUBER:
2   Q    Okay.  So we're looking at Page 560 of Exhibit 5,
3        which is BOR 19746, and this is a summary of the
4        interview of Ms. ████ by Lauren Hasselbacher and
5        Jennifer Horace on August 9, 2018.  Please review
6        this paragraph that starts with "forensic nurse
7        exam" and let me know when you're finished.
8   A    Okay.
9   Q    Does that refresh your recollection about whether
10       the district attorney's office told you not to
11       release information to the university?
12  A    I still don't specifically recall that being told
13       to me.
14  Q    Okay.  And did you tell Lauren and Jennifer that a
15       full forensic exam was done; however, the district
16       attorney does not want that information released?
17  A    Yes.
18  Q    Okay.  But you're not sure whether the district
19       attorney's office ever really said that to you?
20  A    I just don't recall the conversation specifically.
21  Q    Which conversation?
22  A    With the district attorney's office.
23  Q    Okay.  Do you know why ████ released part of her
24       forensic exam to the university if the district
25       attorney did not want that information released?
```

Page 69

```
1   A    I'm sorry.  I don't think I heard the whole
2        question.  Can you restate it?
3   Q    Yes.  Do you know why -- yes.  Do you know why
4        ████ released a portion of her forensic nurse
5        exam to the university if the district attorney's
6        office did not want that information released?
7            MR. CLUNE:  Objection to the form.
8            THE WITNESS:  I'm not sure.
9   BY MS. BACHHUBER:
10  Q    Okay.  And then on Page 559 of Exhibit 5, which is
11       BOR 19745, at the bottom here, it says "possible
12       witnesses".  Please read the paragraph that starts
13       with "████ believes Rogoff", and let me know when
14       you're finished.
15  A    Okay.
16  Q    Did you have a conversation with Marissa Rogoff in
17       May and told her -- did you tell her what happened
18       and ask if she was wrapped up in it?
19  A    Yes.
20  Q    Okay.  And tell me about that conversation.  What
21       did Marissa say when you asked her that?
22  A    She said she does not know anything, and it was a
23       very brief conversation.
24  Q    Was it on the phone?  Was it by FaceTime?  Was it
25       in person?
```

Page 70

1  A    It was on the phone.
2  Q    What all did you tell Marissa about what happened?
3  A    I just told her the course of events.
4  Q    The course of events similar to what you described
5       in your interview with Lauren and Jennifer?
6  A    Yes.
7  Q    Okay.  And Marissa's response was that she doesn't
8       remember anything?
9  A    I'm not sure her exact response.
10 Q    Okay.  What did you mean by wrapped up in it?
11 A    I'm not entirely sure.
12 Q    Is there something I could show you that would help
13      you remember?
14 A    No.
15 Q    Okay.  All right.  Let's look back at Exhibit 3.
16      Doe 610, which is Page 396 of Exhibit 3.  What is
17      this document?
18 A    It's an email from Lauren to me, asking to provide
19      permission to talk to my attorney.
20 Q    And Lauren also wrote that she sent some
21      communications to Jaime, but please let Lauren know
22      if there's anything you are needing assistance with
23      as the semester approaches, correct?
24          THE COURT REPORTER:  Did you answer?  I
25      didn't hear you if you did.

Page 71

1          THE WITNESS:  I didn't hear the question.
2  BY MS. BACHHUBER:
3  Q    I said Lauren also wrote in this email to you that
4       she has sent some communications to Jaime, but
5       please let her know if there's anything you are
6       needing assistance with as the semester approaches,
7       correct?
8  A    Yes.  Correct.
9  Q    Thank you.
10 A    Sorry.
11 Q    No problem.  All right.  Let's look at Exhibit 5,
12      3956.  So I'm showing you Exhibit 5 at Page 168,
13      which is BOR 3956.  And this is an email from
14      Lauren to Jaime on August 22, 2018.  Do you see
15      that?
16 A    Yes.
17 Q    And Lauren was sending Jaime an email, and she put
18      as the first sentence in parentheses:  If you would
19      like me to forward to ███████ directly, please let
20      me know.  Do you see that?
21 A    Yes.
22 Q    Okay.  And Lauren was providing some information
23      that she wanted you to be aware:  Like other team
24      participation decisions, this is a decision that
25      has been made by the athletic department.  If you

Page 72

1       have questions, they can be directed to Chris
2       McIntosh, the deputy athletic director.
3          Did I read that correctly?
4  A    Yes.
5  Q    And so this email, she's letting Jaime know that
6       Danny Davis would be suspended for the first two
7       games of the 2018 football season, correct?
8  A    Correct.
9  Q    Okay.  And at that time, were you still requesting
10      that communications go through Jaime?
11 A    Yes.
12 Q    Okay.  Let's go back to Exhibit 3 at Page 774,
13      which is Doe 988.  What is this document?
14          MR. CLUNE:  Objection to the foundation.
15          No.  I withdraw that.
16          THE WITNESS:  This is an email from Jaime
17      to my mom and Amy about going back to school.
18 BY MS. BACHHUBER:
19 Q    And Jaime said in her email:  Lauren from UW
20      emailed yesterday saying to reach out if ███████
21      felt she needed any accommodations or support
22      following the criminal charges and media around
23      that.
24          Did I read that correctly?
25 A    Yes.

Page 73

1  Q    Okay.  And did you reach out to Lauren Hasselbacher
2       for accommodations or support after this email?
3  A    I'm not sure.
4  Q    What would you need to look at to remember?
5  A    I'm not sure.  I don't recall reaching out directly
6       to Lauren.
7  Q    Okay.  Let's look at Doe 613, which is Exhibit 3 at
8       Page 399.  What is this document?
9  A    It's a document from the district attorney's office
10      talking about my rights and the next hearing.
11 Q    Okay.  And this was sent to you via email?
12 A    Yes.
13 Q    And on August 23, 2018?
14 A    Yes.
15 Q    Okay.  And this is for the criminal charges in the
16      State vs. Cephus, Case Number 18-CF-1694?
17 A    Correct.
18 Q    And in this letter, Ms. Gillette informed you that
19      the judge ordered some additional special
20      conditions of Mr. Cephus's signature bond, is that
21      right?
22 A    Yes.
23 Q    And those special conditions included that
24      Mr. Cephus shall not have any contact, direct or
25      indirect, with Victim 1 or Victim 2, as identified

Page 74

1      in the complaint, correct?
2   A  Yes.
3   Q  Do you recall which victim you were in the criminal
4      complaint?
5   A  No.
6   Q  Okay.  Did you ever read the criminal complaint?
7   A  No.
8   Q  Did you ever see the criminal complaint?
9   A  No.
10  Q  Okay.  Let's look at Exhibit 5, Page 227.  This is
11     BOR 8634, and this is an email from Lauren to Amy
12     Bogost on August 29, 2018.  Do you see that?
13  A  Yes.
14  Q  And Lauren was asking Amy if you were comfortable
15     continuing to work with Kate Dougherty in the Dean
16     of Students office, right?
17  A  Yes.
18  Q  Okay.  And Lauren stated that Kate could reach out
19     to you at any time but would have to wait for a
20     FERPA release from you if Amy wanted Kate to work
21     with her, correct?
22  A  Yes.
23  Q  Okay.  And you understand a FERPA release is
24     something that you needed to sign in order for the
25     school to talk to people about you?

Page 75

1   A  Yes.
2   Q  Okay.  Did you ever fill out a FERPA release for
3      Amy?
4   A  Yes.
5   Q  Okay.  Do you have any criticisms of Kate
6      Dougherty's contacts with you?
7   A  No.
8   Q  Okay.  And in the below email is one from Amy
9      Bogost to Lauren Hasselbacher on August 28, 2018.
10     Do you see that?
11  A  Yes.
12  Q  And it states that you had been in the middle of
13     rush, which is great for keeping you occupied but
14     made it difficult for Amy to speak to you, is that
15     accurate?
16  A  Yes.
17  Q  Okay.  How long does rush last?
18  A  It's like approximately a week and a half or two
19     weeks.
20  Q  What types of activities do you do for rush?
21  A  You prepare, you do, like -- you go through, like,
22     routines for when the girls come and you prepare,
23     like, having conversations with the girls.
24  Q  So you prepare routines and you prepare for
25     conversations?

Page 76

1   A  Yeah.
2   Q  And then what's the day-to-day activities during
3      rush?
4   A  So it would be like running through the routine
5      for, like, the songs and the dances and the going
6      through potential girls who you might want in your
7      sorority and potential conversations you might
8      have.
9   Q  And did you have conversations?
10  A  Yes.
11  Q  How many people participate in rush?
12  A  In total?
13  Q  Yeah.
14  A  I'm not sure the exact number.
15  Q  Give me an estimate, if you can.
16  A  I really -- I think it depends on the year.  I'm
17     not exactly sure how many people participated in
18     that rush, 2018.
19  Q  Is it like 1,000?
20  A  Probably less than 1,000.
21  Q  Is it like 500?
22  A  Probably 500.
23  Q  Okay.  How many women are in your -- or were in
24     your sorority in 2018?
25  A  Over 100.

Page 77

1   Q  And how many new members do you take each year?
2   A  About 50.
3   Q  Okay.  And where do you -- what do you practice a
4      routine for?  Do you perform it somewhere?
5   A  You perform it like when the girls are coming to
6      the house, the potential people who might be in the
7      sorority.
8   Q  Okay.  And then are other -- do you do any
9      community activities during rush?
10  A  I don't remember specifically community activities.
11  Q  Okay.  So from what you're saying, it's you
12     practice a routine and then you have conversations
13     with the girls for a week and a half, is that
14     right?
15  A  I mean, it wasn't limited to just those two things.
16     There were other things we had to do, but it's hard
17     for me to recall at this time exactly what we were
18     doing for preparation.
19  Q  Did you -- it doesn't need to be for preparation.
20     It can be for the actual event of rush.  So what
21     happens during rush?
22  A  Oh, okay.  So the girls come to the house and then
23     you do your routine in the beginning and then
24     you -- or you do your song, and then you bring the
25     girls in the house and you have conversations with

Page 78

1   them and sometimes like food or something, and then
2   you lead them out of the house.  And then you have
3   to score them afterwards and meet with your group
4   and stuff like that.
5   Q   And it lasts for a week and a half?
6   A   I'm not sure exactly how long it lasts, but it's
7   definitely over a week.
8   Q   Okay.  Do you do any activities with other
9   sororities or fraternities on campus?
10  A   It's mostly a on-your-own thing.  You're kind of
11  competing.
12  Q   Competing for -- with what?
13  A   With the other sororities.
14  Q   For what?
15  A   To have like the best songs.
16  Q   And so there's like a -- it's like a dance
17  performance or like a lip sync contest?  I guess
18  I'm not understanding.
19  A   No, yeah.  Sorry.  It's a little confusing.  It's
20  more like verbally, who can hear the songs the
21  loudest, like, on the -- like, who's the loudest
22  house.
23  Q   Okay.  I've got it.  Okay.  And that's like all of
24  the sororities and fraternities are doing it at the
25  same time, is that right?

Page 79

1   A   All the sororities are.  The fraternities I think
2   have a whole different thing.
3   Q   Okay.  Okay.  And did you ever live at the sorority
4   house during your time at UW-Madison?
5   A   Yes.
6   Q   When did you live at the sorority house?
7   A   August 2018 until May 2019.
8   Q   So your sophomore year?
9   A   Yeah, my sophomore year.
10  Q   Okay.  And how many other women lived in the
11  sorority house with you?
12  A   Probably like over 30.
13  Q   Okay.  When did you return to campus after the
14  summer of 2018?
15  A   For rush I think.  I'm not sure the exact date.
16  Q   That's no problem.  So it was probably in the
17  second half of August do you think?
18  A   Yes.
19  Q   Okay.  And when you came back for the fall of 2018,
20  it's my understanding that Danny Davis was in one
21  of your classes, is that right?
22  A   Yes.
23  Q   And that was Music 113?
24  A   Yes.
25  Q   How many students were in that class?

Page 80

1   A   I'm not sure exactly how many.  Over 50.
2   Q   Okay.  Where was that class?  What building?
3   A   It was in the auditorium.
4   Q   How many -- how big is the auditorium?
5   A   It's a normal size for an auditorium.  It's pretty
6   standard.
7   Q   Okay.  And did -- Danny Davis, did he arrive after
8   you were already in the class or did you arrive
9   after he was already in the class or did you arrive
10  at the same time?
11  A   I think it was the same time.
12  Q   Did Danny talk to you?
13  A   No.
14  Q   Did he notice you?
15      MR. CLUNE:  Objection to the foundation.
16      THE WITNESS:  I believe so.
17  BY MS. BACHHUBER:
18  Q   How do you know?
19  A   It was more of a I think I saw -- like, I think we
20  met eyes.
21  Q   Did he have any contact with you in any way during
22  the class?
23  A   No.  Because I left.
24  Q   When did you leave?
25  A   Upon seeing him.

Page 81

1   Q   Okay.  So was that before or after you sent your
2   dad the text messages about it?
3   A   I'm not entirely sure.
4   Q   Okay.  And then after that day, was Danny Davis --
5   did he continue to be in that class with you?
6   A   No.
7   Q   Do you know what happened?
8   A   To my knowledge, it was reported to the -- it was
9   reported and he changed classes.
10  Q   Okay.  And were you aware that Lauren Hasselbacher
11  had somebody from the Dean of Students office go to
12  that class to wait for it to let out so that you
13  would not be contacted by Danny Davis?  Did you
14  know that that happened?
15  A   Yes.
16  Q   Okay.  How did you know that?
17  A   I'm not entirely sure.  I just remember that fact.
18  Q   Okay.  And do you believe that Danny made
19  intentional contact with you in that music class?
20  A   I think his presence was daunting in general.
21  Q   Okay.  And so when you walked in, saw him, you
22  left, is that right?
23  A   I believe so.  I can't recall -- remember exactly
24  what occurred because that was a long time ago, but
25  I believe that's what happened.

Page 82

```
1   Q   Okay.  Do you recall meeting with Kate Dougherty in
2       the Dean of Students office on September 6, 2018?
3   A   I recall meeting with her before.
4   Q   Okay.
5   A   I don't recall the exact date.  Yeah.
6   Q   Okay.  Let's look at Exhibit 3, Page 414, which is
7       Doe 628.  Take a look at this email and let me know
8       when you're finished.
9   A   Okay.
10  Q   Does that refresh your memory about the date that
11      you met with Kate?
12  A   No.
13  Q   Okay.  Let's look at 630.  So we're at Exhibit 3,
14      Page 416, and this is Doe 630.  This is an email
15      from Kate to you.  Do you see that?
16  A   Yes.
17  Q   And the date is Thursday, September 6, 2018,
18      correct?
19  A   Yes.
20  Q   And Kate wrote to you:  Hi [redacted] thanks for
21      coming into our office this afternoon and
22      connecting in person.
23          Does that refresh your memory about the
24      date?
25  A   I'm not sure if anything is going to be able to
```

Page 83

```
1       refresh my memory about the exact date meeting
2       because it was a long time ago.
3   Q   Okay.  Do you have any reason to dispute that you
4       met with her on September 6, 2018?
5   A   No.
6   Q   Okay.  And Kate was sending you a draft of the
7       email that she was planning to send to your
8       professors to start -- to open the door for
9       academic accommodations in the fall of 2018,
10      correct?
11  A   Yes.
12  Q   Okay.  What did you talk about with Kate during
13      that meeting on September 6th?
14  A   Primarily about academic accommodations.
15  Q   And tell me what you remember saying to Kate about
16      academic accommodations.
17  A   I don't recall specifically what I was saying.  I
18      think just that I wanted academic support.
19  Q   And what did Kate say to you?
20  A   She said she would send these emails to open the
21      door.
22  Q   Okay.  And did you ask for any specific
23      accommodations at the September 6th meeting?
24  A   I don't recall specific requests.
25  Q   Okay.  So I'm going to show you Exhibit 3 at
```

Page 84

```
1       Page 426, which is Doe 640.  This is an email from
2       Amy Bogost to Kate Dougherty, copying you, on
3       September 7, 2018.  Do you see that?
4   A   Yes.
5   Q   Okay.  Did Amy attend that meeting with you and
6       Kate on September 6th?
7   A   Yes.
8   Q   Okay.  Do you recall anything that Amy said to Kate
9       during that meeting?
10  A   No.
11  Q   Okay.  And Amy in this email is saying:  [redacted]
12      and I went over the letters and both of them look
13      fine.  Hopefully this will help [redacted] navigate
14      through this semester.  Correct?
15  A   Yes.
16  Q   Okay.  And then let's look at 647.  This is
17      Deposition Exhibit 3 at Page 433, which is Doe 647.
18      This is an email that Kate Dougherty sent to your
19      professors, Bradley Singer and Shaun Marcott, on
20      September 7, 2018, regarding academic
21      accommodations under Title IX, correct?
22  A   Yes.
23  Q   Do you recall receiving this email?
24  A   Yes.
25  Q   Okay.  And then Exhibit 3 at Page 435, which is
```

Page 85

```
1       Doe 649, is this the attachment that was with that
2       email to your professors that we just looked at?
3   A   I don't specifically recall this attachment, but --
4       I'm not sure.
5   Q   Okay.  So let's -- let's look back at Doe 647,
6       which is Page 433 of Exhibit 3.  Do you see it says
7       attachments, academic accommodations under
8       Title IX?  Do you see that?
9   A   Yes.
10  Q   Okay.  And this is your emails, right?  That you
11      produced?
12  A   Yes.
13  Q   Okay.  And so then the next document is a message
14      from the campus Title IX coordinator.  Do you have
15      any reason to believe that this is not the
16      attachment to the email that we just looked at?
17  A   No.
18  Q   Okay.  And then Doe 652, which is Exhibit 3 at
19      Page 438, this is another email from Kate Dougherty
20      to your Professors Promisel and Padlock on
21      September 7, 2018, is that correct?
22  A   Yes.
23  Q   And this is another one opening the door for
24      conversations about accommodations for your
25      classes, right?
```

Page 86

1   A   Yes.
2   Q   And Doe 654, which is Exhibit 3, Page 440, this is
3       the attachment to the previous email that we just
4       looked at?
5   A   Yes.  And Page 443 of Exhibit 3, which is Doe 657,
6   Q   Okay.  And Page 443 of Exhibit 3, which is Doe 657,
7       this is another email from Kate to your Professors
8       Curry and Coombs, copying you, on September 7,
9       2018, correct?
10  A   Yes.
11  Q   And this is another academic accommodation email?
12  A   Yes.
13  Q   And then let's go to Page 448 of Exhibit 3, which
14      is Doe 662.  This is another email from Kate
15      Dougherty to your Professors Kapust and Zhao,
16      copying you on September 7, 2018.  Do you see that?
17  A   Yes.
18  Q   And this is another academic accommodation email,
19      correct?
20  A   Yes.
21  Q   Okay.  And then Page 453 of Exhibit 3, which is
22      Doe 667, it's an email from Kate Dougherty to
23      Professors Moore and Turner, copying you, on
24      September 7, 2018.  Do you see that?
25  A   Yes.

Page 87

1   Q   And this is another academic accommodation email?
2   A   Yes.
3   Q   Did your professors agree to provide you
4       accommodations?
5   A   Yes.
6   Q   Okay.  And did your professors express support for
7       you after they received Kate's email?
8   A   I don't specifically recall getting emails from
9       them after that letter was sent out.
10  Q   Okay.  We're looking at Exhibit 3, Page 458, which
11      is Doe 672, and this is an email from Professor
12      Marcott to Kate Dougherty, copying Professor Singer
13      and you, on September 7, 2018.  Please review it
14      and let me know when you're finished.
15  A   Okay.
16  Q   Do you agree that Professor Marcott was expressing
17      support for you in this email?
18  A   Yes.
19  Q   Okay.  And then we're looking at Exhibit 3,
20      Page 460, which is Doe 674.  We're looking at the
21      top email from Professor Kapust to Kate Dougherty
22      and copying you, and it says:  Dear Catherine,
23      thank you for sending this along -- I'm not going
24      to pronounce this right -- Xinzhi and I will be
25      happy to help ████ in whatever way we can.

Page 88

1       Did I read that correctly?
2   A   Yes.
3   Q   Okay.  And do you agree that your professor was
4       expressing support for you in this email?
5   A   Yes.
6   Q   Okay.  And then looking at Exhibit 3 at Page 462,
7       which is Doe 676, and it's an email from
8       Professor Zhao to Professor Kapust, Kate Dougherty,
9       and you, on September 8, 2018.  Please review the
10      email and let me know when you're finished.
11  A   Okay.
12  Q   Do you agree that your professor's expressing
13      support for you in this email?
14  A   Yes.
15  Q   Okay.  And then we're looking at Exhibit 3 at
16      Page 464, which is Doe 678, and it's an email from
17      Professor Padlock on September 10, 2018, and you're
18      copied on that email.  Please review the email and
19      let me know when you're finished.
20  A   Okay.
21  Q   Do you agree that Ms. Padlock was expressing
22      support for you in that email?
23  A   Yes.
24  Q   Okay.  And I'm showing you Exhibit 3 at Page 466,
25      which is Doe 680, and it's an email from Professor

Page 89

1       Promisel on September 10, 2018, to you.  Please
2       review it and let me know when you're finished.
3   A   Okay.
4   Q   Do you agree that your Professor Promisel was
5       expressing support for you?
6   A   Yes.
7   Q   Okay.  Now I want to look at Doe 966, which is
8       Deposition Exhibit 3 at Page 752.  Please review
9       this and let me know when you're finished.
10  A   Okay.
11  Q   Is this -- did you receive this email?  Do you
12      recall getting the initial investigative report?
13  A   I don't recall -- I don't recall specifically
14      receiving this email.
15  Q   Did you check -- I mean, did you read all your
16      emails or did you sometimes ignore emails?
17  A   I read them.
18  Q   Okay.  Did you review the initial investigative
19      report?
20  A   I'm not entirely sure.  What is the initial
21      investigative report?
22  Q   It's --
23  A   Maybe let me read this.
24  Q   Okay.
25  A   Yeah, I still don't specifically recall this.

Page 90

```
 1  Q   Okay.  And we're looking at Page 753 of Exhibit 3,
 2      which is Doe 967, and Lauren wrote at the end here:
 3      Amy and Jaime, I have not sent this email directly
 4      to ███ based on prior requests.  Please
 5      confirm that she is aware the report has been sent
 6      and she is aware of her right to review and provide
 7      feedback.
 8              Did I read that correctly?
 9  A   Yes.
10  Q   Okay.  Do you know whether you ever reviewed and
11      provided any feedback on the report?
12  A   I'm not sure.
13  Q   Okay.  Let's look at Exhibit 5 at Page 173, which
14      is BOR 4013.  So you see at the bottom of this page
15      is the email that we were just looking at, right?
16      From Lauren to Amy and Jaime on August 31, 2018.
17  A   Yes.
18  Q   Okay.  And then do you see the email from Lauren to
19      Amy and Jaime on Friday, September 21st, with the
20      amended initial investigative report?
21  A   Yes.
22  Q   And then do you see the email from Lauren to Amy
23      and Jaime and Jennifer Horace on October 2, 2018,
24      where she states:  Because new substantive
25      information was provided by a party, we're sending
```

Page 91

```
 1      a second amended initial investigative report for
 2      the parties' review.
 3              Do you --
 4  A   Yes.
 5  Q   Okay.  Does that refresh your memory that you got a
 6      series of amended reports before the final
 7      investigative report went to the Office of Student
 8      Conduct?
 9  A   No.
10  Q   Okay.  Do you know whether you reviewed multiple
11      versions of the report or not?
12  A   I'm not sure.  I don't specifically remember that.
13  Q   Okay.  Did you ever review the final investigative
14      report?  The one that went to the Office of Student
15      Conduct.
16  A   I'm not sure.
17  Q   So you don't know if you had any objections or
18      problems with the report, is that accurate?
19  A   Yes.
20  Q   Okay.  What would you need to look at to remember?
21          MR. CLUNE:  Objection to foundation.
22          THE WITNESS:  I'm not sure.  It's -- like
23      I said, it was a really long time ago and it's hard
24      for me to jog my memory.
25
```

Page 92

```
 1  BY MS. BACHHUBER:
 2  Q   What kinds of things do you need to do to jog your
 3      memory?
 4  A   I'm not sure.  It was a really tough time and it's
 5      hard for me to remember specifics about a tough
 6      time.
 7  Q   Okay.  So you -- so you don't have anything that
 8      you can think of that can jog your memory?  Or do
 9      you have any routine practices for trying to jog
10      your memory?
11  A   No.
12  Q   Is it helpful to like look at a calendar to jog
13      your memory?
14  A   No.  Not particularly.
15  Q   Okay.  Let's look at BOR 5466, which is Exhibit 5
16      at 202.  This is an email from Lauren to Amy
17      Bogost.  Do you see this?
18  A   Yes.
19  Q   And it's on October 8, 2018, correct?
20  A   Yes.
21  Q   Okay.  And then in this last sentence -- the last
22      sentence of the last full paragraph states:  I know
23      this is distressing for ███ so if there is
24      additional supports or protective measures that we
25      can offer her while this process is pending, please
```

Page 93

```
 1      let us know.
 2              Do you see that?
 3  A   Yes.
 4  Q   Did you request any additional supports or
 5      protective measures at that time on October 8,
 6      2018?
 7  A   I don't think so.
 8  Q   Okay.  Did you request any in the next month after
 9      October 8, 2018?
10  A   I'm not sure.
11  Q   Who could remind you if you did?
12          MR. CLUNE:  Other than your attorney.
13          THE WITNESS:  Nobody.
14  BY MS. BACHHUBER:
15  Q   Okay.  So is your attorney providing you all the
16      information that you're remembering?  Is that what
17      I'm hearing?  Is that accurate?
18          MR. CLUNE:  Don't answer that question.
19      That's privileged.
20  BY MS. BACHHUBER:
21  Q   And are you talking about Amy Bogost or are you
22      talking about Attorney Clune?
23          MR. CLUNE:  She hasn't said anything
24      about her attorney.  We made an objection based on
25      the attorney-client privilege.
```

Page 94

```
1              MS. BACHHUBER:  All right.
2    BY MS. BACHHUBER:
3    Q    So is there anybody other than your attorney who
4         could remind you of what happened and whether you
5         sought supports between October 8th and
6         November 8th of 2018?
7    A    No.
8    Q    Okay.  And could -- okay.  We're looking at
9         Exhibit 5 at Page 150, which is BOR 2298.  This is
10        an email from Lauren to Amy Bogost, Tonya Schmidt,
11        Kipp Cox, and Jaime Sathasivam on October 9, 2018.
12        Do you see that?
13   A    Yes.
14   Q    Okay.  And Lauren was letting Amy know that she
15        provided the final investigative reports for Cephus
16        and Davis to the Office of Student Conduct and
17        Community Standards for decision-making, correct?
18   A    Yes.
19   Q    Okay.  And at the bottom here, it says:  At this
20        time, ▮▮▮▮▮ has asked to not be contacted
21        directly and instead have communications go through
22        Attorney Bogost.  You can also copy Jaime
23        Sathasivam, our cc, regarding updates as she is
24        acting as the support person for ▮▮▮▮▮▮
25             Was that accurate at the time?
```

Page 95

```
1    A    Yes.
2    Q    So you wanted all communications to go through Amy,
3         and Jaime could be copied on them, correct?
4    A    Yes.
5    Q    Okay.  Did you read the final investigative report?
6    A    I'm not sure.
7    Q    Do you feel like that's something that you would
8         have looked at, just knowing yourself?
9    A    Knowing myself, it seems like something I would
10        have looked at.
11   Q    Okay.  Let's go to Exhibit 3, Page 468, which is
12        Doe 682.  This is an email from Kate Dougherty to
13        you on October 17, 2018.  Do you see that?
14   A    Yes.
15   Q    And Kate was checking in to see how things were
16        going about midway through this semester, correct?
17   A    Yes.
18   Q    And Kate said:  I know you are connected to
19        support, but please know that I am here as well if
20        you need anything.  Correct?
21   A    Yes.
22   Q    Okay.  And do you recall when the finding letters
23        were issued by assistant dean and director of the
24        division of student life, Ervin "Kipp" Cox?
25   A    No.
```

Page 96

```
1    Q    Do you recall thinking it was taking a long time or
2         do you recall having any feelings about when are we
3         going to see these finding letters?
4    A    I'm not sure exactly.
5    Q    Okay.  All right.  Let's look at Page 14 of
6         Exhibit 5, which is BOR 1408.  Please review the
7         top email and let me know when you're finished.
8    A    Okay.
9    Q    Does that refresh your recollection about the date
10        that the finding letters came out?
11   A    I'm not sure.  I'm not sure exactly what I'm
12        looking at.
13   Q    All right.  Have you ever seen Page 17 of Exhibit 5
14        before, which is BOR 1411?
15   A    Is this the finding?  I'm not entirely sure.
16   Q    Okay.  So you don't recall ever seeing this before?
17   A    I'm not sure.  I'm not seeing the entire document
18        it looks like.
19   Q    Well, I can page through it, so just let me know
20        when you're ready for me to continue to scroll.
21   A    I'm not sure.  I don't know for sure.
22   Q    Okay.  Do you have any objections to what you've
23        read so far?
24             MR. CLUNE:  Objection to the form.
25             THE WITNESS:  I'm confused.  Objections
```

Page 97

```
1         to reading --
2    BY MS. BACHHUBER:
3    Q    Yeah.  Do you have any disagreements with what
4         you've read so far in this finding letter?
5             MR. CLUNE:  Form.
6             THE WITNESS:  I'm just briefly skimming
7         it, so no.
8    BY MS. BACHHUBER:
9    Q    Okay.  Do you -- what's your understanding of the
10        process that -- for the nonacademic misconduct
11        proceeding against Mr. Cephus?
12   A    My understanding was there's an investigation done
13        and then a finding is made and then there's an
14        opportunity for a hearing.
15   Q    Okay.  And so you don't recall looking at this as
16        the finding?
17   A    I don't -- I don't recall.
18   Q    Okay.  All right.  Were you aware that starting on
19        October 31, 2018, Ervin Cox was emailing with your
20        attorney Amy Bogost and the other parties'
21        attorneys to get a date set for the hearing?
22             MR. CLUNE:  Objection to form.
23             MS. BACHHUBER:  What's the form
24        objection?
25             MR. CLUNE:  It assumes information not in
```

Page 98

```
1    evidence.
2           THE WITNESS:  I'm not entirely sure.
3    BY MS. BACHHUBER:
4    Q    Okay.  You're not sure if you were aware that Ervin
5         Cox emailed Amy Bogost starting on October 31st to
6         get dates for the hearing?
7    A    Yes.  Correct.
8    Q    Okay.
9           MR. CLUNE:  Same objection.
10   BY MS. BACHHUBER:
11   Q    Exhibit --
12          MR. CLUNE:  Rachel, is this --
13          MS. BACHHUBER:  No.  I'm not done with
14   this yet.
15   BY MS. BACHHUBER:
16   Q    Page 9 of Exhibit 5, please review that first email
17        and let me know when you're done.
18   A    Okay.
19   Q    That's an email from Ervin "Kipp" Cox to Amy
20        Bogost, correct?
21   A    Yes.
22   Q    Dated October 31, 2018, correct?
23   A    Yes.
24   Q    And it has a -- and Ervin Cox has a list of
25        potential dates for hearing, correct?
```

Page 99

```
1    A    Yes.
2    Q    Okay.  So did Amy Bogost -- well, I guess that
3         might be a privileged question.  Were you aware
4         that there was a hearing being scheduled starting
5         on October 31, 2018?
6    A    Yes.
7    Q    Okay.
8           MS. BACHHUBER:  Did you want to take a
9         break?  Is that what you were asking, John?
10          MR. CLUNE:  That would be great.  Just a
11        short one.
12          MS. BACHHUBER:  Let's please try to be
13        back by 2:00.
14          MR. CLUNE:  Sounds good.
15          (A short break was held.)
16   BY MS. BACHHUBER:
17   Q    Okay.  I'm showing you Exhibit 3 at Page 719, which
18        is Doe 933, part of your productions.  What is this
19        document?
20   A    The decision of the hearing committee regarding
21        nonacademic misconduct.
22   Q    And do you recall the date of the hearing?
23   A    Yes.
24   Q    When was it?
25   A    January 28, 2019.  I -- oh, maybe January --
```

Page 100

```
1    January 15, 2019.
2    Q    Okay.  Does that sound right to you?
3    A    Yes.  I'm positive it was in January.
4    Q    Okay.  And you appeared at the hearing via Skype,
5         is that right?
6    A    I was in -- I was in Union South.
7    Q    But you were -- you were communicating with the
8         hearing committee and the other people there by
9         videoconference, correct?
10   A    Yes.
11   Q    Okay.  And was that your request to appear by
12        videoconference?
13   A    I think that was a request of my attorney.
14   Q    Okay.  And was that request accommodated?
15   A    Yes.
16   Q    Okay.  And you were asked by the hearing committee
17        whether your blood alcohol level was tested.  Do
18        you recall that?
19   A    I don't recall that specific question.
20   Q    Okay.  Do you recall any questions asked of you at
21        the hearing?
22   A    I recall being asked about my drinking.
23   Q    Okay.  And did you -- what else do you recall?
24   A    About the hearing, itself?
25   Q    Yes.
```

Page 101

```
1    A    I recall being in the room with my attorneys -- or
2         my attorney, being on Skype, being asked questions
3         about the night and my history of drinking and
4         other matters.
5    Q    What other matters?
6    A    I'm not exactly -- (audio distortion.)  I'm just --
7         it was a long day, so I'm assuming.
8    Q    Do you recall telling the hearing committee that
9         you did not have a blood draw because you could not
10        consent to a blood draw due to your intoxication?
11   A    I don't recall specifically saying that.
12   Q    Okay.  Do you recall during your forensic nurse
13        exam that you gave a urine sample?
14   A    Yes.
15   Q    And did you know that your urine sample was tested
16        for alcohol?
17   A    When?
18   Q    As part of the nurse exam.
19   A    I don't -- I'm not sure if I knew that at that --
20        when I was receiving the exam, I'm not sure if I
21        knew it was getting tested for alcohol because --
22        yeah.
23   Q    Okay.  And -- but you did not tell the hearing
24        committee that you had a urine -- you had given a
25        urine sample, correct?
```

Page 102

1    A    I don't recall specifically what I said to the
2         hearing committee regarding my alcohol.
3    Q    Okay.  Do you recall at the criminal trial that
4         there was a toxicology report that had the results
5         of your urine sample being tested for alcohol?
6    A    Am I aware that that was presented at trial?
7    Q    Yes.
8    A    Yes.
9    Q    Have you ever seen that toxicology report?
10   A    No.
11   Q    Do you know what it said?  Do you know what your
12        alcohol level was in the urine sample?
13   A    Right now, I do not recall.
14   Q    And when did you know?  When is the first time that
15        you found out what it was?
16   A    I'm not sure the exact date.
17   Q    About when?
18   A    Sometime before the criminal trial.
19   Q    Before the criminal trial was scheduled for
20        February 12, 2019?
21   A    No.  Before the July trial.
22   Q    Who told you about it?
23             MR. CLUNE:  Other than your attorney, if
24        anyone.
25             THE WITNESS:  Nobody then.

Page 103

1    BY MS. BACHHUBER:
2    Q    How did you know about it then?
3    A    My attorney.
4    Q    Okay.
5             MR. CLUNE:  Other than your attorney.
6    BY MS. BACHHUBER:
7    Q    Do you recall the hearing committee asking you
8         whether you had talked to Marissa Rogoff about the
9         incident?
10   A    No.
11   Q    And do you -- so you don't recall what your answer
12        was to that question?
13   A    No.
14   Q    Okay.  Did you find out what the hearing
15        committee's decision was on the same day that the
16        hearing was held?
17   A    Sorry.  We're having a Wi-Fi issue.  Could you
18        please repeat the question?  Or the reporter?
19   Q    I said did you find out the hearing committee's
20        decision the same day as the hearing?
21   A    I'm not sure.
22   Q    What did you do that night after the hearing?
23   A    I think I drove home to Chicago.
24   Q    You had a car at the time?
25   A    No.  I was not driving.

Page 104

1    Q    Who drove you?
2    A    My dad.
3    Q    Okay.  Do you remember whether the two of you were
4         in a good mood or whether, you know, you were happy
5         with what happened?
6    A    I don't -- I don't recall specifically.
7    Q    So you don't remember that you learned he would be
8         expelled the same day as the hearing?
9    A    I just don't recall.  It was a hard day.
10   Q    Okay.  Do you recall receiving this written
11        decision at Exhibit 3, Page 719, Doe 933?
12   A    Is this the complete document?
13   Q    No.  It's multiple pages.  This is the next page.
14        Let me know when you want me to go to the next one.
15   A    You can go to the next page.
16   Q    I'm going to withdraw the question, and I'm going
17        to show you this document, which is Doe 932,
18        Exhibit 3 at Page 718.  And this is an email from
19        Tonya Schmidt to you on January 29, 2019, correct?
20   A    Yes.
21   Q    And it says the subject written hearing decision,
22        correct?
23   A    Yes.
24   Q    And it says:  Dear ███████ attached is the
25        written hearing decision from the nonacademic

Page 105

1         misconduct committee.  Please let me know if you
2         have any questions.
3             Correct?
4    A    Yes.
5    Q    Do you have any reason to dispute that this email
6         was sent to you on January 29, 2019?
7    A    No.
8    Q    Okay.  Let's talk about the jury trial,
9         Mr. Cephus's criminal trial.  When was that?
10   A    July 2019.
11   Q    Okay.  What day did you testify?
12   A    I'm not sure the exact date.
13   Q    Did you attend the whole trial?
14   A    No.
15   Q    Did you attend part of the trial?
16   A    I just attended my portion.
17   Q    Okay.  And were you present when the verdict came
18        in?
19   A    No.
20   Q    Where were you when the verdict came in?
21   A    Driving home from work.
22   Q    And where were you working at the time?
23   A    A camp in Chicago.
24   Q    Okay.  And were you living at your mom's house at
25        the time?

Page 106

1  A    Yes.
2  Q    Did you live at your mom's house during the summer
3       of 2019?
4  A    Yes.
5  Q    Okay.  How did you learn what the verdict was?
6  A    My attorney.
7  Q    Okay.  Did you speak with assistant district
8       attorney Bill Brown after the verdict?
9  A    I'm not sure.
10 Q    Are you aware that he attempted to call you and
11      couldn't reach you?
12 A    I was not aware of that.
13 Q    And then let's look at Page 568 of Exhibit 3, which
14      is Doe 782, and this is an email from Kate
15      Dougherty to you on August 5, 2019, correct?
16 A    Yes.
17 Q    And she is saying:  I know the -- I am aware the
18      verdict came out late on Friday afternoon, and I
19      wanted to check in to see how you are doing, even
20      though I likely know the answer.  I can only
21      imagine how upsetting and frustrating it is for you
22      right now.  You are not alone.  Please know that we
23      are here and thinking about you.  I can see that
24      you are enrolled in credits in the fall semester.
25      If there is any support that you need, please let

Page 107

1       me know.
2            Did I read that correctly?
3  A    Yes.
4  Q    Okay.  Did you respond to Kate?
5  A    I don't recall.
6  Q    Do you recall when you learned that Mr. Cephus had
7       submitted a petition for readmission to the
8       university?
9            MR. CLUNE:  We didn't hear that, Rachel.
10      Are we the only ones that are -- that Rachel is
11      breaking up on occasionally?
12           THE COURT REPORTER:  She's not breaking
13      up for me and sometimes your answers come through a
14      little bit garbled, so I think it's on your end.
15           (A brief pause in the proceeding for
16      technological difficulties.)
17 BY MS. BACHHUBER:
18 Q    Do you recall when you learned that Mr. Cephus had
19      submitted a petition for readmission to the
20      university?
21 A    I don't recall the specific date I learned of this
22      information.
23 Q    What could I show you to help you remember?
24 A    I'm not sure exactly.
25 Q    Are there any documents that would help you

Page 108

1       remember?
2            MR. CLUNE:  Other than communications
3       with your attorney.
4  BY MS. BACHHUBER:
5  Q    If your attorney -- if your communications with
6       your attorney would refresh your recollection, then
7       they are subject to disclosure.
8            MR. CLUNE:  How is that?
9            MS. BACHHUBER:  That's how it works.
10      That's the rules of evidence.  Anything that is
11      used to refresh a witness's recollection is -- is
12      subject to disclosure.
13           MR. CLUNE:  If you would like to get us
14      some authority on it before the close of the
15      deposition, I'd be happy to reconsider.
16           MS. BACHHUBER:  We can worry about that
17      afterward.
18 BY MS. BACHHUBER:
19 Q    When did you learn that Mr. Cephus had been
20      readmitted to the university?
21 A    August.
22 Q    Where were you when you found out?
23 A    Chicago.
24 Q    How did you find out?
25           MR. CLUNE:  Other than communications

Page 109

1       with your attorney.
2            THE WITNESS:  I think it was from social
3       media.
4  BY MS. BACHHUBER:
5  Q    What social media platform?
6  A    Either Twitter or Google.
7  Q    Did you have Twitter on your phone at the time?
8  A    I just would go on Safari and go to Twitter.
9  Q    Okay.  So did you Google -- how did it come up on
10      your social media?
11 A    Well, I would check for updates on my social media
12      on Google, and then it came up.
13 Q    Okay.  And what time was it?  Was it in the
14      morning?  Was it in the afternoon?
15 A    When I found out?
16 Q    Yes.
17 A    I'm pretty sure it was in the morning.
18 Q    Okay.  What did you do when you found out?
19 A    I basically just had like a panic attack because I
20      was very fearful and worried about the upcoming
21      semester having to share that.
22 Q    Did you contact anyone after you learned about
23      the -- that Mr. Cephus would be readmitted to the
24      university?
25 A    Yes.

Page 110

```
1   Q    Who?
2   A    My parents.
3   Q    And where were your parents at the time you
4        contacted them?
5   A    I'm not exactly sure.
6   Q    Were you at your mom's house when you learned about
7        it?
8   A    Yes.
9   Q    And was your mom home?
10  A    I believe so.
11  Q    And when did you see the decision in your email?
12  A    After I saw it online.
13  Q    And then did you forward that email to anyone?
14  A    I'm not sure.
15  Q    Let's look at Exhibit 3 at Page 821.  This is
16       Doe 1035.  This is an email from you to your dad on
17       August 19, 2019, at 9:36 a.m., with the attachment
18       of chancellor decision QC petition for restoration,
19       redacted version for complainants, 8/19/2019, is
20       that correct?
21  A    Yes.
22  Q    So you forwarded the decision to your dad at
23       9:36 a.m. on August 19th?
24  A    Yes.
25  Q    Okay.  And do you recall when you received the
```

Page 111

```
1        decision via email?
2   A    I don't recall the exact time.
3   Q    Okay.  Let's look at Doe 896.  This is Page 682 of
4        Deposition Exhibit 3, which is Doe 896.  This is an
5        email from the Office of the Chancellor to you on
6        August 19, 2019, at 9:31 a.m.  Do you see that?
7   A    Yes.
8   Q    And this is the email that attached the decision on
9        the petition for restoration of student rights,
10       correct?
11  A    Yes.
12  Q    So you forwarded this to your father five minutes
13       after you received it, correct?
14  A    Right.
15  Q    All right.  So at some point between receiving this
16       email and forwarding it to your dad, at some point
17       in that five-minute time frame, you learned about
18       that Mr. Cephus was going to be readmitted from
19       social media?
20  A    Yes.
21  Q    Okay.  Now I want to look at Exhibit 2, which is
22       your response to defendant's first set of discovery
23       requests, and I want to look at request to admit
24       number 9, which is on Page 5 of Exhibit 2.  It
25       states:  Admit that the previously produced
```

Page 112

```
1        document paginated BOR 705 to 711 is a true and
2        correct copy of the chancellor's decision on the
3        petition for restoration that was sent to you on
4        August 9, 2019, at 9:31:49 a.m.
5             And your response says:  Plaintiff admits
6        that 705 to 711 appears to be a copy of what was
7        sent to her on August 9, 2019.  Plaintiff lacks
8        sufficient information to state whether it is a
9        true and correct copy or what is meant by that
10       language.
11            Is that your response?
12  A    Yes.
13  Q    What does "true and correct" mean to you?
14            MR. CLUNE:  Objection to the foundation.
15            MS. BACHHUBER:  I'm asking for her
16       definition so we can use it.
17  BY MS. BACHHUBER:
18  Q    What's your definition of "true and correct"?
19  A    Like, not a factual -- factual.
20  Q    So true means not actual?
21  A    No.  Fact -- like, containing factual evidence.
22       I'm not exactly sure.
23  Q    What true means?
24  A    No.  Correct.  Like, the two are synonymous it
25       seems.
```

Page 113

```
1   Q    Okay.  So if I asked you to look at two documents
2        and tell me if one is a true and correct copy, does
3        that mean -- what does that mean to you?
4   A    The one with facts in it.
5   Q    One with facts in it.  Is that what you said?
6   A    Yes.
7   Q    I don't understand what that means.  Can you
8        explain that to me?
9   A    I'm not exactly sure.  A definition of true is like
10       the opposite of a lie, so I'm a little bit
11       confused.
12  Q    About the definition of true?
13  A    I'm just -- I mean, I provided my definition.
14  Q    Which is the opposite of a lie, is that right?
15  A    Yes.
16  Q    All right.  Was someone else using your email
17       account at any time in 2019?
18  A    No.
19  Q    Did anybody else have access to your email account
20       in 2019?
21  A    Yes.
22  Q    Who?
23  A    My mom.
24  Q    Okay.  And why did your mom have access to your
25       email account?
```

Page 114

1   A   For tuition statements.
2   Q   Okay.  Following the chancellor's decision on the
3       petition for restoration of rights, did you ever
4       see Mr. Cephus on campus?
5   A   I didn't -- I would see groups of football players,
6       which I assumed he was in the group with, and then
7       I would walk the other way.
8   Q   Where did you see them?
9   A   On campus.
10  Q   Where on campus?
11  A   By Camp Randall, by the psychology building, I
12      would avoid that area specifically.  One time by
13      Bascom Hall.
14  Q   The psychology building, is that on Johnson and
15      Charter?
16  A   I'm not sure exactly the cross streets of the
17      psychology building.
18  Q   Didn't you take a lot of classes in the psychology
19      building?
20  A   Yes.  I just don't remember the exact cross
21      streets.  I think it was on Johnson.
22  Q   Okay.  And what was across the street from the
23      psychology building?
24  A   Union South I think.
25  Q   And so what direction -- or what route would you

Page 115

1       take to walk to the psychology building from your
2       house or from where you were living at the time?
3   A   2019?
4   Q   After Mr. Cephus was readmitted to the campus, so
5       fall of 2019, yes.
6   A   Well, sometimes I would Uber and sometimes I would
7       take the route that goes through campus instead of
8       right down Johnson.
9   Q   Where did you live in fall of 2019?
10  A   The Hub.
11  Q   And that's on State Street?
12  A   Yes.
13  Q   Okay.  And so if you walk from State Street to the
14      psychology building, you do not have to pass Camp
15      Randall, correct?
16  A   Correct.
17  Q   Okay.  And you Ubered sometimes you said, is that
18      correct?
19  A   Well, sometimes I would Uber to class, yes.
20  Q   So you have records of those Uber receipts,
21      correct?  Just like you provided for the
22      investigation in your complaint against Mr. Cephus?
23  A   Well, it's not my Uber.  It's my mom's Uber.  But I
24      could probably find it.
25  Q   Okay.  So I would like you to search for all

Page 116

1       receipts that you have from 2019 and provide them
2       to your attorney.
3           MR. CLUNE:  We'll talk about it.
4           MS. BACHHUBER:  That's records that
5       substantiate that she took different routes to
6       class, which is part of the discovery requests that
7       we made.
8           MR. CLUNE:  I'm not objecting to it.  I'm
9       saying we'll get back to you on it.
10          MS. BACHHUBER:  Good.
11          MR. CLUNE:  I'm not agreeing to it
12      either.  I'm saying we'll consider it and get back
13      to you.
14  BY MS. BACHHUBER:
15  Q   Okay.  But did Mr. Cephus ever contact you in the
16      fall of 2019?
17  A   No.
18  Q   And other than the groups of football players that
19      you were concerned he was likely in, did you see
20      him on campus in the fall of 2019?
21  A   No.
22  Q   Okay.  And you alleged in your complaint that he
23      entered the NFL draft after the bowl game in 2020,
24      so do you know when he left campus?
25  A   I'm not exactly sure when he left campus.

Page 117

1   Q   Okay.  Did you see him in 2020 at all?
2   A   No.
3   Q   Okay.  All right.  Let's look at Page 10 of
4       Exhibit 2.  I'm looking at your interrogatory
5       number 10 and your response.  So the question is:
6       State each and every fact that supports your
7       contention that plaintiff and her Title IX advisor
8       met with school officials and the UW police
9       department to ask what the school could do if she
10      again ran into one of the players or experienced
11      retaliation from other students, the school
12      officials refused to help her in any way, the clear
13      message to plaintiff was that the school was not
14      there to help her, she was told in that meeting
15      that if she needed help, she should call the
16      police, including specifically the date of the
17      meeting, the specific information discussed, and
18      identify all attendees of the meeting.
19          And your attorney stated an objection,
20      and then your response was:  My attorney Amy Bogost
21      and I met with Assistant Dean Cox and UWPD Director
22      of Threat Intervention Services Christopher Cole in
23      early September 2019.  It was communicated to me,
24      Ms. Bogost, and Rachel Sattler that the school
25      would not do anything to keep Mr. Cephus away from

Page 118

1  me. The school seemed unmotivated to meaningfully
2  enforce the no-contact provision of the
3  chancellor's decision on restoration of rights.
4  They advised me that I should just avoid Mr. Cephus
5  when I could and call the police if anything else
6  occurred.
7          Did I read that correctly?
8  A  Yep.
9  Q  Okay. And so who communicated to you that the
10    school would do nothing to keep Mr. Cephus away
11    from you?
12        MR. CLUNE: Objection to the form.
13        THE WITNESS: I'm sorry. What's the
14    question?
15 BY MS. BACHHUBER:
16 Q  Who communicated to you that the school would not
17    do anything to keep Mr. Cephus away from you?
18 A  That was the message that I received like generally
19    from the meeting I had.
20 Q  Okay. So what information did you provide to Chris
21    Cole and Dean Cox at the September 2019 meeting?
22 A  I'm not sure what specific information I provided
23    to them. I'm not sure what they requested.
24 Q  What did you tell them at that meeting?
25 A  I -- I was with my attorney, so I believe she was

Page 119

1  talking a lot. I think it was regarding safety
2  concerns on campus.
3  Q  What specifically?
4  A  Not how to -- like, what to do if I were to run
5    into one of the players.
6  Q  Okay. So either you or your attorney asked what
7    you were supposed to do if you ran into one of the
8    players?
9  A  Correct.
10 Q  And what did they say?
11 A  It was basically that if I felt threatened in some
12    way, that I should call 911.
13 Q  Okay. And what else?
14 A  That was what seemed to be my only option.
15 Q  Okay. And what other safety concerns was
16    communicated other than what should I do if I run
17    into one of the players on campus? What else was
18    communicated?
19 A  What was communicated to me or what did I
20    communicate?
21 Q  You or your representatives who were there, what
22    else did they communicate to Chris Cole and Dean
23    Cox?
24 A  I don't recall at this time specifically what else
25    was requested.

Page 120

1  Q  Okay. So what would you need to look at to
2    remember?
3        MR. CLUNE: Objection to the foundation.
4        THE WITNESS: I'm not exactly sure.
5  BY MS. BACHHUBER:
6  Q  Is there anything that I -- any document out there
7    that would help you with your memory for this?
8  A  Not to my knowledge.
9  Q  Okay. Does Rachel Sattler have any documents about
10    this meeting?
11        MR. CLUNE: Object to foundation.
12        THE WITNESS: I'm not sure who has
13    documents about this meeting at all.
14 BY MS. BACHHUBER:
15 Q  Okay. So the extent of your recollection is that
16    you asked what you should do if you ran into one of
17    the players on campus, and you were told that if
18    you felt threatened, you should call 911, correct?
19 A  Yes.
20 Q  Okay. And you have no specific recollection of any
21    other specific information that you or your
22    representatives communicated to Dean Cox and Chris
23    Cole at that meeting, correct?
24 A  I don't recall at this time any additional
25    information.

Page 121

1  Q  Okay. So at this time, you've said that twice now.
2    Now is the time that you're legally required to
3    answer my questions, okay? So what would you need
4    to do to remember?
5        MR. CLUNE: Objection. Asked and
6    answered.
7        THE WITNESS: If there were possibly
8    notes from the meeting.
9  BY MS. BACHHUBER:
10 Q  Did you take notes at the meeting?
11 A  No.
12 Q  Did you text anybody after the meeting something
13    about what was said at the meeting?
14 A  No.
15 Q  Did you email anybody about the meeting?
16 A  I don't recall sending out communications after the
17    meeting.
18 Q  Did you talk to your parents after the meeting?
19 A  On the phone, yes.
20 Q  And what did you tell your parents?
21 A  I told them that I was disappointed with the way I
22    am being treated.
23 Q  Okay. And so what did you think that the school
24    needed to do to meaningfully enforce the no-contact
25    provision in the chancellor's decision?

Page 122

1   A    Something more than just call 911.  I think there
2       should have been more safeguards put in place to
3       ensure that I would not come into contact with the
4       perpetrator or the roommate.
5   Q    And you didn't come into contact with Mr. Cephus at
6       any point after September of 2019 until he left
7       campus, correct?
8       MR. CLUNE:  Objection to form.
9       THE WITNESS:  Well, I would go the other
10      direction if I saw the football players.
11 BY MS. BACHHUBER:
12   Q    But you have no knowledge that he was actually in
13      that group with the football players when you would
14      see them, correct?
15   A    Yes.
16   Q    Okay.  And did you see Danny Davis at any point in
17      time after September of 2019 until you graduated?
18   A    Yes.
19   Q    When did you see him?
20   A    Inside my apartment building.
21   Q    And that was before the meeting with Chris Cole and
22      Kipp Cox or was it after?
23   A    I'm not sure.
24   Q    Was it the first day that you came back to campus
25      that you saw him?

Page 123

1   A    Yes.
2   Q    Okay.  So would that have been in August?
3   A    I'm pretty sure the meeting was after the
4      encounter.
5   Q    Okay.  So at any time after that meeting that you
6      had with Chris Cole and Ervin Cox, did you see
7      Danny Davis on campus?
8   A    No.
9   Q    Okay.  And did either of them try to call you?
10   A    No.
11   Q    Did either of them write a letter to you or in
12      any way try to contact you directly?
13   A    No.
14   Q    Okay.  What is the additional safety measures that
15      you believe the university should have done to
16      meaningfully enforce the no-contact provision?
17      MR. CLUNE:  Objection to the form.
18      THE WITNESS:  I'm not entirely sure at
19      this moment what exactly it would be.  It's not my
20      area of expertise.
21 BY MS. BACHHUBER:
22   Q    Well, this is -- you signed these interrogatories
23      under penalty of perjury, correct?
24   A    Yes.
25   Q    And these are your words that the school was

Page 124

1      unmotivated to meaningfully enforce the no-contact
2      provision of the chancellor's decision on
3      restoration of rights, correct?
4   A    Correct.
5   Q    So what did you mean by that?
6      MR. CLUNE:  Objection to form.
7      THE WITNESS:  I meant that I think there
8      should have been additional safeguards put into
9      place beyond just call 911.  For example, maybe
10      having it that they can't -- like, so maybe that I
11      can see their class schedules before and make sure
12      my class schedule is not the same.
13 BY MS. BACHHUBER:
14   Q    Did you ask for that?
15      MR. CLUNE:  I'm sorry, Rachel.  She was
16      still talking.
17      MS. BACHHUBER:  Sorry.  She's frozen, so
18      I can't -- it looks like she has stopped.
19 BY MS. BACHHUBER:
20   Q    I'm sorry.  Go ahead.
21   A    For example, maybe not be able to come close to
22      where I was living at the time as an additional
23      safety measure.
24   Q    Did you ask them to do that?  Did you ask at that
25      meeting with Chris Cole and Kipp Cox for them to

Page 125

1      issue a directive like that?
2   A    I'm not sure.
3   Q    Okay.  Did you ask Kate Dougherty ever if you -- if
4      that could be something -- if that was something
5      that the university could do?
6   A    I don't recall specifically requesting that.
7   Q    Okay.  Let's look at Exhibit 4 at Page 188, which
8      is Doe 188.  What is this document?
9   A    That looks like a message from me showing a
10      threatening message I received.
11   Q    Did you provide this to the university?
12   A    I'm not sure.
13   Q    What do you mean you're not sure?
14   A    I'm pretty sure my attorney did so on my behalf.
15   Q    When?
16   A    Sometime after it was sent.
17   Q    And do you know who your attorney sent it to?
18   A    No.
19   Q    Do you know what date this was?  When did this
20      person write you this message?
21   A    This was after the trial.
22   Q    Was it before the meeting with Ervin Cox and Chris
23      Cole?
24   A    Yes.
25   Q    Did you bring it to the meeting with you to show

Page 126

1 them?
2 A I'm not entirely sure.
3 MR. CLUNE: Hold on a second. Her
4 computer cut out.
5 THE WITNESS: Okay. I'm sorry. I'm
6 back. That was my computer.
7 BY MS. BACHHUBER:
8 Q Did you show this to Chris Cole and Ervin Cox at
9 the meeting you had with them?
10 A I'm not sure.
11 Q Okay. Who is Vanessa Chantal?
12 A To my knowledge, that is one of Quintez's friends.
13 Q How do you know that?
14 A Upon receiving the email -- I mean the message, I
15 checked her page.
16 Q And this is an Instagram? Or is this Twitter?
17 A This is Instagram.
18 Q And this looks like Instagram on a phone. Did you
19 have the phone app?
20 A Yes.
21 Q When did you put the Instagram app on your phone?
22 A When is the first time I ever put Instagram onto my
23 phone?
24 Q Yes.
25 A Ever, in my life?

Page 127

1 Q Yes.
2 A Sometime in middle school.
3 Q Okay. And was there ever a time in your life when
4 it was not on your phone?
5 MS. BACHHUBER: John and Ms. ▇▇▇ are
6 frozen right now.
7 (A brief pause in the proceeding for
8 technological difficulties.)
9 MS. BACHHUBER: Let's take five minutes
10 while they're figuring this out.
11 (A short break was held.)
12 BY MS. BACHHUBER:
13 Q So I was asking you was there ever a time that you
14 did not have the Instagram app on your phone?
15 A Yes.
16 Q When?
17 A Various time periods during the -- like, between
18 2018 and 2020, various times I didn't have the app
19 on my phone.
20 Q But you -- do you have any estimates as to the
21 dates that they weren't on your phone -- that it
22 wasn't on your phone?
23 A I don't remember exactly which dates I didn't have
24 an app on my phone or not. I don't really keep log
25 of that.

Page 128

1 Q So you looked at Vanessa Chantal's profile after
2 you received the message from her, correct?
3 A Right.
4 Q And that's how you decided that she was friends
5 with Mr. Cephus, correct?
6 A Yes.
7 Q Okay. And did you ever receive any further contact
8 from Ms. Chantal?
9 A No.
10 Q Okay. And do you know where she lives?
11 A No.
12 Q Okay. Did you continue to receive support services
13 from Kate Dougherty in the Dean of Students Office
14 in the fall of 2019?
15 A Academic accommodations, yes.
16 Q Okay. And were you still in therapy in the fall of
17 2019?
18 A Yes.
19 Q And did you still have contact with Jaime
20 Sathasivam in the fall of 2019?
21 A Yes.
22 Q Okay. Did you ever read any newspaper articles
23 about your testimony at the criminal jury trial?
24 A Yes.
25 Q Do you know whether the news or the media reported

Page 129

1 what your alcohol level was in the urine sample you
2 provided?
3 A I don't specifically recall that detail.
4 Q Okay. Let's talk about -- I'll show you Exhibit 2
5 at Page 6. And it's interrogatory number 2, which
6 asks you to: State each and every education
7 opportunity, such as classes, on-campus academic
8 resources, and extracurricular activities that
9 plaintiff participated in as a student of
10 UW-Madison, including the dates of plaintiff's
11 participation.
12 And your response was Phi Alpha Delta
13 Legal Fraternity, Kappa Kappa Gamma Sorority,
14 libraries, classes, Ogg Residence Hall athletic
15 facility, bookstores, cafeterias, study rooms,
16 theater at MUT, and UW hockey games.
17 Did I read that correctly?
18 A I can't see the document.
19 Q I'm so sorry. The fact that I've only done that
20 twice now is actually a miracle.
21 A It's okay.
22 Q Thank you. Okay. So just please review your
23 response to number 2, and let me know when you're
24 done.
25 A Okay. I'm done.

Page 130

1  Q   Okay.  Thanks.  You did not provide the dates of
2      your participation for any of those activities, did
3      you?
4  A   It doesn't -- no.
5  Q   Okay.  So let's go through them.  When did you join
6      Phi Alpha Delta Legal Fraternity?
7  A   I don't recall specifically which date, but
8      sometime my freshman year.
9  Q   Your freshman year?
10 A   Either the end of my freshman year or the beginning
11     of my sophomore year.
12 Q   So either in spring of 2018 or fall of --
13 A   Probably fall of 2019 -- or fall of 2018.
14 Q   Fall of 2018.  Okay.  And what types of activities
15     did you do for Phi Alpha Delta Legal Fraternity?
16 A   We had meetings, like, social events, networking
17     events.
18 Q   And did you attend those?
19 A   Yes.
20 Q   Okay.  And did you attend those in the 2019 school
21     year?
22 A   Yes.  But less.
23 Q   How much did you -- how often would you go to
24     meetings or social gatherings for the Phi Alpha
25     Delta Legal Fraternity in the spring of 2019?

Page 131

1  A   Probably once a month.
2  Q   And how often did you go in the fall of 2019?
3  A   Probably once every two months.  Well, probably
4      once every two months.
5  Q   Okay.  And what about in the spring of 2020?
6  A   Probably once a month.
7  Q   And when did the school go to remote learning
8      because of the COVID-19 pandemic?
9  A   February or March 2020.
10 Q   Where did you spend -- or where did you live during
11     that lockdown time period in March of 2020?
12 A   I first lived at the Hub, and then I went home.
13 Q   When did you go home?
14 A   I think -- I'm not -- sometime in March.
15 Q   And then did you stay home for the rest of your
16     academic career at UW-Madison?
17 A   No.  I went back.
18 Q   When did you go back?
19 A   Well, I had clothes there, so I needed to get my
20     clothes.  Are we still talking about the 2020
21     spring semester?
22 Q   Yes.
23 A   Yeah.  I had to go back to get my clothes back and
24     pack.
25 Q   Okay.

Page 132

1  A   And clean.
2  Q   And then you went back and you got your clothes
3      packed.  When did you do that?
4  A   Sometime after March and before May.  So probably
5      May or April.
6  Q   Okay.  And then what did you do for the summer of
7      2020?
8  A   I studied for the LSAT and I worked.
9  Q   Where did you work?
10 A   I did the same camp job.
11 Q   And the camp was open?
12 A   Yeah.  It was a weird -- I didn't do it for very
13     long.  I did it for like a little bit.
14 Q   Like, a couple weeks or --
15 A   Yeah.  I did the camp thing for a couple weeks and
16     then I decided to stop and just study full time.
17 Q   Was that an outdoor camp?
18 A   Yeah.
19 Q   Okay.  And is it for children?
20 A   Yes.
21 Q   Okay.  And then where did you live in the fall of
22     2020?
23 A   At the same apartment.
24 Q   At the Hub?
25 A   At the Hub, yeah.

Page 133

1  Q   Okay.  And did you have roommates?
2  A   Yes.
3  Q   Who were your roommates?
4  A   Jill ███████ and Ellie ███████ (phonetic).
5  Q   Anybody else?
6  A   No.
7  Q   So the three of you kind of were on lockdown
8      together?
9  A   Yes.
10 Q   Okay.  Was the Phi Alpha Delta Legal Fraternity
11     still having meetings and social gatherings after
12     March of 2020 through the end of the year?
13 A   I believe we were just doing electronic notices and
14     such.
15 Q   And did you participate in those?
16 A   Yes.
17 Q   Okay.  And when did you join Kappa Kappa Gamma?
18 A   Beginning of my freshman year.
19 Q   Okay.  And what kinds of activities did you
20     participate in as a member of Kappa Kappa Gamma?
21 A   There were philanthropy events, like, social
22     gatherings, like, there were like retreats and
23     stuff, like hiking excursions and stuff like that.
24 Q   And did you continue to participate in those
25     activities in the fall of 2019?

Page 134

1   A   I was definitely less participating in those
2       activities.
3   Q   What about the retreats and hiking and stuff?
4   A   It was hard for me to do a lot at that point, so I
5       was keeping to myself and trying to stay home or go
6       home to Chicago as much as possible.
7   Q   During the fall of 2019?
8   A   Yes.
9   Q   What about the spring of 2020?
10  A   I was also -- before we had to go home for corona?
11  Q   Yeah.
12  A   I was also not really participating in much.  I was
13      staying in my apartment or going home.
14  Q   And why weren't you participating in spring of
15      2020?
16  A   Because I wasn't feeling like it was -- I'm not
17      entirely sure.  I was just not really in a good
18      place, and I'm not --
19  Q   Okay.  And Mr. Cephus was gone from campus for the
20      spring of 2020 semester, correct?
21  A   I'm not sure exactly when he left.
22  Q   In your complaint, you state that he played in the
23      bowl game and then entered the NFL draft.
24  A   Okay.  Then yes, he was not there for his spring
25      semester.

Page 135

1   Q   Okay.  Let's talk about libraries.  What libraries
2       did you go to?
3   A   Memorial Library or College.
4   Q   And how often did you go to the library in the
5       spring of 2019?
6   A   Spring of 2019?
7   Q   Uh-huh.
8   A   I was probably going a couple times a week.
9   Q   Okay.  And did you have a library that you
10      primarily went to or did you split time between
11      Memorial and College Library?
12  A   I primarily went to Memorial.
13  Q   And then in the fall of 2019, how often did you go
14      to the library?
15  A   Probably like once or twice a week.
16  Q   Did you ever see football players at Memorial
17      Library?
18  A   No.
19  Q   Okay.  Ogg Residence Hall athletic facility.  Is
20      that just like the gym at Ogg?
21  A   Yes.
22  Q   Okay.  And is it common for people to use the gym
23      at a dorm if they don't live in a dorm?
24  A   It was the common thing to do at that time because
25      there was no workout facility.

Page 136

1   Q   Because Nicholas Recreation Center was under
2       construction?
3   A   Yeah.  Correct.
4   Q   Okay.  And so did you work out at the Ogg
5       recreational facility or fitness center?
6   A   Sometimes.
7   Q   And when?  When did you -- did you continue to work
8       out there in the fall of 2019?
9   A   No.
10  Q   Did you in the spring of 2019?
11  A   I think I did in the fall of 2018.
12  Q   Fall of 2018, when you were living at Ogg?
13  A   I was never living at Ogg.
14  Q   That's right.  You were in Sellery.
15  A   Yeah.
16  Q   Or which dorm did you live in?
17  A   Yeah, Sellery.
18  Q   Okay.  And fall of 2018, that's when you lived at
19      your sorority house?
20  A   Uh-huh.
21  Q   Okay.  And that's a yes?
22  A   Yes.  Sorry.  Yes.
23  Q   No worries.  Okay.  And then spring of 2018, where
24      did you work out -- or spring of 2019.  I'm sorry.
25      Where did you work out?

Page 137

1   A   I don't really think I would work out that much
2       then.  I think I did more like walks.
3   Q   Okay.  And then in the fall of 2019, when you were
4       living at the Hub, does the Hub have its own
5       fitness center?
6   A   Yes.
7   Q   And would you work out at the Hub's fitness center?
8   A   I have worked out at the Hub's fitness center
9       before.
10  Q   Okay.  And did you work out at the Ogg fitness
11      center too in the fall of 2019?
12  A   No.
13  Q   Okay.  All right.  Let's --
14          MR. CLUNE:  When you're available,
15      Rachel, if we could take a bathroom break, that
16      would be great.
17          MS. BACHHUBER:  Okay.  Let me just get
18      through these activities and then we can.
19  BY MS. BACHHUBER:
20  Q   What bookstores did you go to?
21          MR. CLUNE:  I'm just worried they're
22      going to take another 15 minutes to go through
23      these, and I need to go.  I need to go to the
24      bathroom.  I mean, if we could just take like five
25      minutes, that would be great.

Page 138

1    MS. BACHHUBER:  Okay.
2    MR. CLUNE:  Thanks.
3    (A short break was held.)
4  BY MS. BACHHUBER:
5  Q    Okay.  So let's talk about bookstores, which is
6       part of the education opportunities that you listed
7       for interrogatory number 2.  What bookstores did
8       you go to?
9  A    The one on State Street.
10 Q    The University Book Store?
11 A    Yes.
12 Q    Okay.  And did you stop going to that bookstore?
13 A    Well, sometimes.  Like, during the beginning of the
14      semester, when I would go to the bookstore, I would
15      see football players there, so I would stop going
16      to the bookstore.  I would go -- before 2019, I
17      would go to just browse the selection of clothes
18      and notebooks and such, but I stopped doing such
19      because I was in fear of running into either one of
20      the football players or Cephus or Davis.
21 Q    Okay.  And do you know that the University Book
22      Store is a privately owned facility?
23 A    No.
24 Q    Okay.  Did you continue to buy your books there?
25 A    Yes.  But I would try to be in there and out of

Page 139

1       there as quick as possible.
2  Q    Did you tell anybody about the issues you had going
3       to the University Book Store?
4  A    My parents.
5  Q    Okay.  Did you tell any university officials?
6  A    I don't recall.
7  Q    Okay.  What about cafeterias?  What cafeterias did
8       you go to?
9  A    The Gordon's, the one on Bascom.  The one on
10      Bascom, I forget what it was called.
11 Q    Okay.  And Gordon's, is that the dorm cafeteria?
12 A    Yes.
13 Q    Is it common for people to go to the dorm cafeteria
14      when they no longer live in the dorms?
15      MR. CLUNE:  Objection to the form.
16      THE WITNESS:  I think some people did.
17 BY MS. BACHHUBER:
18 Q    Okay.  Did any of your friends go there when they
19      didn't live in the dorms?
20      MR. CLUNE:  Objection to the foundation.
21      THE WITNESS:  Sometimes.
22 BY MS. BACHHUBER:
23 Q    Who?
24 A    Sometimes some of my friends, we'd go for specific
25      foods from the dorm cafeteria.

Page 140

1  Q    That wasn't my question.  I said who?
2  A    Some of my friends in -- like, some of my friends
3       from college.
4  Q    Okay.  What are their names?
5  A    My roommates, Jill ██████  Ellie ██████
6  Q    They would go to the dorm's cafeteria after they no
7       longer lived there?
8  A    Sometimes to get some specific foods.
9  Q    What specific food?
10 A    Such as the hashbrowns.
11 Q    Okay.  What about study rooms?  What study rooms
12      did you go to?
13 A    There was a study room in Memorial Union.
14 Q    When did you go there?
15 A    When I -- which dates did I go there?
16 Q    Just like time.  I mean, was it just a place that
17      you went to study, like, all the time?
18 A    Yes.
19 Q    Okay.  And did you continue to go study in the
20      study rooms at Memorial Union in the fall of 2019?
21 A    No.  Because I was reluctant to go out on campus in
22      fear of running into either my perpetrator or one
23      of the football players.
24 Q    Did you participate in rush in the fall of 2019?
25 A    Yes.

Page 141

1  Q    What about theater at MUT?  When did you go to the
2       theater?  Is that something you would do frequently
3       when you were a student?
4  A    I went for my classes.  I had to go sometimes to
5       see a specific play.
6  Q    Which classes were those?
7  A    Theater.
8  Q    When did you take theater?
9  A    I'm not exactly sure.  I'd have to take a look at
10      my transcript.
11 Q    Was it in the fall of 2019?
12 A    I'm not sure the exact date I took it.  I'd have to
13      look at my transcript.
14 Q    Okay.  And so did you go to the theater when you
15      had to go there as an assignment for your class?
16 A    Yes.
17 Q    Okay.  And then did that change in the fall of
18      2019?
19 A    No.
20 Q    Okay.  What about UW hockey games?  When did you
21      start going to hockey games?
22 A    Probably my sophomore year.
23 Q    And did you stop going to hockey games at some
24      point?
25 A    I did go to one in the fall of 2019.

Page 142

1  Q  Okay. Did you maintain any personal calendars in
2     2018 where you recorded your appointments or other
3     activities?
4  A  I just have my calendar on my phone.
5  Q  Okay. And so you use your calendar on your phone
6     for appointments and other activities that you want
7     to remember?
8  A  Yes.
9  Q  Okay. And you used that in 2019 as well?
10 A  Yes.
11 Q  Okay. Your friend Jill ████ did you know her
12    before college?
13 A  Yes.
14 Q  Okay. On the morning of April 22nd, did you text
15    Jill that one of the football players had raped
16    you?
17 A  Yes.
18 Q  Okay. And do you have that text?
19 A  Yes. I don't have it on my phone still, but I have
20    it -- I think I have a picture of it.
21 Q  And did you turn it over to your attorneys in
22    response to the defendant's discovery requests in
23    this case?
24 A  I'm not sure.
25 Q  Why aren't you sure?

Page 143

1  A  Because I'm not sure if it's still on my phone or
2     if I just have memory of seeing it.
3  Q  Did you turn it over to the police?
4  A  I believe so.
5  Q  Did you turn it over to the university?
6  A  I believe so.
7  Q  You did?
8  A  I'm not entirely sure. I don't exactly recall what
9     I did with those messages.
10 Q  All right. Well, I have not seen that, so if you
11    did turn it over to your attorneys, I would like a
12    copy of it. And if you didn't turn it over to your
13    attorneys, I'd like you to look for it and then
14    provide it to your attorneys, okay?
15 A  Okay.
16 Q  Thanks. What else did you tell Jill about what
17    happened at the Humbucker the night of April 21st?
18 A  The Humbucker?
19 Q  Isn't that what it's called? What was the name of
20    where they lived? At Mr. Cephus's apartment.
21 A  I just told her the information that I knew about
22    the night.
23 Q  That you learned from ████?
24 A  Yes.
25 Q  Okay. And did you tell Jill the whole story?

Page 144

1  A  Eventually, yes.
2  Q  Okay. Did you tell Jill that you did not really
3     remember anything except what ████ told you?
4  A  Correct.
5  Q  Okay. Who's Jackson Cianciulli? I don't know how
6     to say that.
7  A  He was a friend who lived on my floor.
8  Q  Do you -- are you still in touch with Jackson?
9  A  Not really.
10 Q  Okay. All right. Let's look at Exhibit 2, Page 7,
11    which is interrogatory number 4, which says: State
12    each and every fact in support of your contention
13    that plaintiff withdrew from nonessential education
14    and various societal opportunities due to the
15    hostility and blind support for the football
16    players, including specifically the dates of the
17    decision to withdraw from the opportunities, the
18    dates the plaintiff reported or otherwise
19    communicated each incident of the withdrawal to a
20    university official, and identify the university
21    official to whom plaintiff reported it.
22       And your response was: After Mr. Cephus
23    returned to campus, I stopped going out much and
24    largely just tried to focus on my school and
25    sorority commitments. On weekends, I mostly went

Page 145

1  home to Chicago, especially during the football
2  season. The decisions were just made day to day or
3  week to week and continued through the remainder of
4  my time at UW.
5       Did I read that correctly?
6  A  Yes.
7  Q  Is there anything else you'd like to add to your
8     answer?
9  A  I would just like to add that I didn't feel safe on
10    campus and I didn't feel like my school was
11    supportive of my safety, and for that reason, I
12    just focused on school.
13 Q  And why did you think that the school wasn't
14    supportive of your safety?
15 A  That was the general understanding I had after the
16    meeting --
17 Q  When you --
18 A  -- on --
19 Q  Sorry. Go ahead.
20 A  It's okay. The meeting with Cox and Cole.
21 Q  The one where you said what should I do if I run
22    into a football player, and they said if you feel
23    threatened, to call 911?
24 A  Correct.
25 Q  Okay. And that you can't recall anything else that

Page 146

1  was communicated to Chris Cole and Ervin Cox at
2  that meeting?
3        MR. CLUNE:  Objection to the form.  Asked
4  and answered.
5        THE WITNESS:  Yes.
6  BY MS. BACHHUBER:
7  Q   Okay.  When did Mr. Cephus return to campus per
8      your response here?
9        MR. CLUNE:  Sorry.  I may have misheard
10     you.  Could you ask that again, Rachel?
11            MS. BACHHUBER:  Sure.  Let me rephrase
12     it.
13  BY MS. BACHHUBER:
14  Q   Your response says "after Mr. Cephus returned to
15      campus".  When are you talking about?
16  A   I'm talking about August 2019.
17  Q   Okay.  And when you state "on weekends, I mostly
18      went home to Chicago, especially during the
19      football season", do you have any proof that you
20      went home on weekends during the football season,
21      like Facebook posts or Tweets showing that you were
22      home during the weekend?
23  A   Probably Facebook posts.
24  Q   Okay.  Please look for -- to see if you have any of
25      those and provide them to your attorney if you do.

Page 147

1  A   Okay.
2  Q   I'm going to show you Exhibit 8.  This is a
3      Facebook post from your father on November 8, 2019.
4      Where are you in this photo?
5  A   I'm at a bar.  This was not -- this photo is not
6      from November 8, 2019.  This photo is from when I
7      was living in the sorority house.
8  Q   So it would have been either the fall of 2018 or
9      the spring of 2019?
10  A   Correct.  2018.
11  Q   Okay.  How do you know?
12  A   Because I recognize the photo.
13  Q   Who took that photo?
14  A   I think my -- Jill.
15  Q   Do you have a copy of the photo?
16  A   Yes.
17  Q   And do you have it on your phone?
18  A   Yes.
19  Q   And so you can look at the date of the photo by
20      looking at its information?
21  A   Yes.
22  Q   Do you have it on your phone right now?
23  A   I don't have my phone with me.
24  Q   Okay.  Okay.  What were your sorority commitments
25      that you focused on between August of 2019 until

Page 148

1  you graduated?
2  A   Mostly just like the bare minimum of what I had to
3      do to continue being in a sorority, and that would
4      include, like, rush stuff and -- yeah.  I'm not --
5      I'd have to think about it for a second.  It's hard
6      to say because I wasn't doing that much that
7      semester.
8  Q   Okay.  And did you tell any university official
9      that you stopped going out much?
10  A   I don't recall specifically saying that.
11  Q   Do you recall saying anything like that?
12  A   No.
13  Q   Okay.  Is there anything I can show you that would
14      help you remember?
15  A   I'm not sure.
16  Q   Well, all of the documents you've produced, like
17      900 pages of documents, could I show you any of the
18      documents that you've produced?
19  A   That would help me remember if I told a university
20      official?
21  Q   Yes.
22  A   No.  I don't think that memory is going to come
23      back.
24  Q   Okay.  Did you have a car or how did you get home
25      every weekend?

Page 149

1  A   I would take the bus or get a ride from one of my
2      parents.
3  Q   So you would take the bus though?
4  A   Uh-huh.
5  Q   Okay.  So do you have transactions?  You'd have
6      receipts from when you purchased bus tickets on the
7      weekend?
8  A   I could check my bank statements.
9  Q   Would you purchase those online?
10  A   No.  I purchased those with my Wisconsin card.
11      Yeah.
12  Q   Like, your student ID?
13  A   Or at least I had to show that.  I'm not -- maybe I
14      did use my card.
15  Q   How long did it take to get home when you took the
16      bus from Madison to Chicago?
17  A   About three hours.
18  Q   Okay.  And how many times do you think you did
19      that?
20  A   Which time period?
21  Q   Why don't you tell me.  I guess how about fall of
22      2019?
23  A   Over ten times.
24  Q   You took the bus home over ten times?
25  A   I mean I went home over ten times.  The bus,

Page 150

1     probably half.
2  Q  Half?  Okay.  And when you went home, whose house
3     would you stay at?
4  A  Either my sister's or my mom's.
5  Q  So your sister lives in Chicago too?
6  A  Uh-huh.
7  Q  Okay.  That's a yes?
8  A  Yes.  Sorry.  Yes.
9  Q  No worries.  And did she live in Chicago this whole
10    time?  And when I say this whole time, I mean from
11    like spring of 2018 until now.
12  A  Yes.
13  Q  Okay.  Looking at Exhibit 2 at Page 11,
14    interrogatory number 12, it says:  State each date
15    plaintiff called her parents to have them on the
16    phone if no one could walk with her and the
17    specific reason why plaintiff called her parents
18    for each date listed.
19        And the response says:  I do not know
20    specific dates I made these calls.  Each time I
21    called, I did so with the belief that any
22    retaliation against me was less likely if any
23    would-be assailant knew I was already talking to
24    someone on the phone.
25        Did I read that correctly?

Page 151

1  A  Yes.
2  Q  Okay.  And would your phone records show an
3    itemization of outgoing calls from your phone?
4  A  Yes.
5  Q  Okay.  So -- thank you.  And those are something
6    that are in -- that your mother has possession and
7    control over, correct?
8  A  Yes.
9  Q  Okay.  Let's talk about -- I believe you state that
10    Mr. Cephus walked toward you on -- at the hearing
11    on January 15, 2019, and your attorney stepped in
12    between you so he wouldn't make contact with you,
13    is that correct?
14  A  Yes.
15  Q  And who did you report that to?
16  A  I believe my attorney reported it to the officials
17    at the school on the day of the hearing.
18  Q  Okay.  And what -- did she put that on the record
19    of the hearing?  So when it was being recorded?
20        MR. CLUNE:  Objection to the foundation.
21        THE WITNESS:  I'm not sure the nature of
22    the way she revealed that information.
23  BY MS. BACHHUBER:
24  Q  Okay.  And did she -- did you tell the district
25    attorney's office that that happened?

Page 152

1  A  I don't think so.
2  Q  Did you report it to the judge in the criminal
3    case?
4  A  I, personally, did not report it.
5  Q  And --
6  A  I'm not sure.
7  Q  Because there was a no-contact directive in place
8    for that criminal proceeding, correct?
9  A  Right.
10  Q  And there was -- that was a condition of
11    Mr. Cephus's bail, correct?
12  A  I'm pretty sure it was reported to the people that
13    needed to know from my --
14  Q  By whom?
15  A  -- attorney.
16  Q  Okay.  Because --
17        MR. CLUNE:  Objection to the foundation
18    on that last question.
19  BY MS. BACHHUBER:
20  Q  Do you know what the consequences are for
21    Mr. Cephus if he violates the terms of his bail
22    conditions?
23  A  No.
24  Q  Okay.  How close did Mr. Cephus get to you when he
25    deliberately came at you?

Page 153

1  A  Probably a little bit more than a foot.
2  Q  So like -- like a a -- how did your attorney even fit
3    in between you if there was only a foot?
4  A  Okay.  Maybe two.
5  Q  Where were you standing?
6  A  I was sitting.
7  Q  Where were you sitting?
8  A  At a table in Union South.
9  Q  And he -- how fast was he walking?
10        MR. CLUNE:  Objection to form.
11        THE WITNESS:  I'm not exactly sure how
12    fast he was walking, but it seemed pretty fast.
13  BY MS. BACHHUBER:
14  Q  When did you first notice he was walking toward
15    you?
16  A  It all happened pretty quickly.  I'm not exactly
17    sure the first moment.
18  Q  What did he do when your attorney stood in between
19    you?
20  A  I think he walked the other way.  He didn't really
21    have a choice.
22  Q  Did he say anything?
23  A  No.
24  Q  Who else was there?
25  A  My dad.

Page 154

1 Q  Anybody else?
2 A  Who else was there in the union?
3 Q  Yeah.  Who else was there at the time that this
4    happened?
5       MR. CLUNE:  Objection to the foundation.
6 BY MS. BACHHUBER:
7 Q  You were there.  Were you in the union when this
8    happened?
9       MR. CLUNE:  Rachel, you need to let her
10   answer the question.
11      MS. BACHHUBER:  I'm laying the
12   foundation, John.
13      MR. CLUNE:  But Rachel, she was talking
14   while you cut her off.  It's happened a few times
15   in the last hour.  It happens.  It's not a big
16   deal, Rachel.  I'm just telling you, if she's
17   talking, let her finish.
18      MS. BACHHUBER:  You don't have to make me
19   feel better.  Thank you.
20 BY MS. BACHHUBER:
21 Q  So when -- you were in the union at the time that
22   Mr. Cephus walked toward you, correct?
23 A  Yes.
24 Q  Okay.  And so who else did you see in the union at
25   the time?

Page 155

1 A  At that time, it was early in the morning, so the
2    worker at the breakfast place.
3 Q  Who else?
4 A  My attorney, my dad.  That's about it.
5 Q  Was Mr. Cephus's attorney there?
6 A  I didn't see them.  This is all before the hearing
7    actually occurred.
8 Q  Okay.  Was ███ there yet?
9 A  To my knowledge, no.
10 Q  Okay.  Let's look at Page 12 of Exhibit 2.  You
11   stated that when you would occasionally think that
12   you saw Mr. Cephus, your anxiety would rise
13   dramatically and you would have panic attacks, is
14   that right?
15 A  Correct.
16 Q  Did you seek treatment for your panic attacks?
17 A  I was talking to my therapist at this point.
18 Q  Okay.  Do you take any medication for panic
19   attacks?
20      MR. CLUNE:  I'm going to instruct my
21   client not to answer that question.  It's
22   doctor-patient privilege.
23      MS. BACHHUBER:  I mean, I'm going to file
24   a motion to compel on that.  I think that we're
25   absolutely entitled.  She's included that as a

Page 156

1 result of what happened when she was still on
2 campus.  I mean, that's directly relevant.
3      MR. CLUNE:  I understand.
4      MS. BACHHUBER:  So I would like an answer
5 to the question.
6      MR. CLUNE:  Well, I'm still going to
7 direct my client not to answer that and stand on
8 the doctor-patient privilege.
9      MS. BACHHUBER:  All right.  Well, I'm
10 going to reserve that question for the future and
11 we'll have the Court decide whether I'm allowed
12 discovery on that issue.
13 BY MS. BACHHUBER:
14 Q  All right.  Let's talk about this philosophy class
15   that you dropped.  Philosophy 211, right?
16 A  Sure.  Yes.
17 Q  And that's elementary logic?
18 A  Yes.
19 Q  Why did you drop that class?
20 A  I dropped that class because at that point, I knew
21   that I had heard from other students that that was
22   a difficult course that required a lot of time and
23   energy, and I didn't feel like I was in a place
24   where I was capable of exerting that time and
25   energy to be able to do my best in that class.

Page 157

1 Q  And generally, you don't like math and science, is
2    that right?
3 A  I'd prefer English and social studies classes.
4 Q  Okay.  Did you ever tell your advisor at the
5    university that you don't like math and science?
6 A  I'm not sure.
7 Q  Okay.  Is that true?
8 A  I mean, I'm just not as good at math and science.
9 Q  And Philosophy 211, that logic class, that's very
10   much like math, isn't that right?
11 A  No.  I thought that was more writing.  That was my
12   understanding.
13 Q  Was it symbolic logic?
14 A  I'm not sure.  I thought it was writing.
15 Q  Do you recall -- I'm sorry.
16 A  It's okay.
17 Q  Do you recall that you were wait-listed for
18   Political Science 511, campaign finance, in
19   September of whatever semester it was that you took
20   that philosophy class?  Was that the fall of 2011?
21 A  Do you mean fall of 2019?
22 Q  Yeah.  Sorry.
23 A  Correct.  Yes.  I remember being wait-listed for
24   that class.
25 Q  And then you got admitted to the campaign finance

Page 158

```
1       class, correct?
2   A   Yes.
3   Q   And that was also a four-credit class, correct?
4   A   Yes.
5   Q   And your major was political science, correct?
6   A   Yes.
7   Q   Okay.  Have you ever dropped other classes at the
8       beginning of a semester if you were wait-listed for
9       a different class?
10  A   I'm not sure specifically.
11  Q   Okay.  All right.  Let's look at Exhibit 2,
12      Page 13, and number 15, it says:  State each and
13      every fact that supports your contention that
14      gender bias was a motivating factor in the decision
15      on the petition for restoration of rights.
16          And your response was:  Following the not
17      guilty verdict at trial, there was immense pressure
18      in the Madison community to permit Mr. Cephus to
19      return to school.  A significant part of this
20      pressure was from fans of the men's football team.
21      Fans were telling people to leave messages for the
22      chancellor while she was deciding the outcome.
23      Also, there was significant gender stereotypes
24      being circulated about me and Complainant 1 in the
25      UW community as liars and promiscuous, which was
```

Page 159

```
1       part of the narrative submitted by Mr. Cephus's
2       counsel to the chancellor.
3           Did I read that correctly?
4   A   Yes.
5   Q   What do you mean significant gender stereotypes?
6   A   I mean that there was like messages being sent
7       around the UW community that were calling me and
8       the other victim liars and, like, sluts.  And by
9       significant gender stereotypes, yeah.
10  Q   So those two things?
11  A   Yes.
12  Q   Okay.  How do you know they were being circulated?
13  A   Because it was on social media.
14  Q   Okay.  And did you provide any evidence of that to
15      the university?
16  A   I'm not sure.
17  Q   Okay.  And then it says "which was part of the
18      narrative submitted by Mr. Cephus's counsel to the
19      chancellor".  What part of Mr. Cephus's counsel's
20      narrative to the chancellor had significant gender
21      stereotypes?
22  A   I'm not exactly sure which part of it did.  I just
23      know that my attorney told me that at the time.  My
24      attorney at the time told me that.
25  Q   Okay.  So you have no personal knowledge of what
```

Page 160

```
1       the narrative was in the petition for restoration?
2       Or do you?
3   A   I have not seen it.
4   Q   You've not seen the petition for restoration?
5   A   I haven't seen the narrative submitted.
6   Q   Well, then how do you know what the narrative was
7       in his submission to the chancellor?
8           MR. CLUNE:  Objection.  Asked and
9       answered.
10          THE WITNESS:  My attorney at the time.
11  BY MS. BACHHUBER:
12  Q   Okay.  What other types of allegations were being
13      circulated in the community about this case?
14          MR. CLUNE:  Objection.  Foundation.
15          THE WITNESS:  That it was like a -- one
16      of those situations where you are -- it's two women
17      who are regretting what happened and then lying
18      about it afterwards.
19  BY MS. BACHHUBER:
20  Q   Anything else?
21  A   That we were like promiscuous and like just trying
22      to ruin someone.
23  Q   Were there any social media posts or circulations
24      in the community accusing UW-Madison of racial bias
25      in Cephus's nonacademic misconduct proceeding?
```

Page 161

```
1           MR. CLUNE:  Object to the foundation.
2           THE WITNESS:  Can you repeat the
3       question?
4   BY MS. BACHHUBER:
5   Q   Were there any social media posts or circulations
6       in the community accusing UW-Madison of racial bias
7       in Mr. Cephus's nonacademic misconduct proceeding?
8           MR. CLUNE:  Same objection.
9           THE WITNESS:  Yes.
10  Q   Okay.  Mr. Cephus is a black man, correct?
11  A   Yes.
12  Q   Okay.  And was part of Mr. Cephus's counsel's
13      narrative that racial bias was a factor in the
14      university's decision?
15          MR. CLUNE:  Objection to the form.
16      Objection to the foundation.
17          THE WITNESS:  I'm not sure, but I -- I'm
18      not sure.  Probably.
19          MS. BACHHUBER:  Okay.
20          THE SECOND COURT REPORTER:  Rachel, I'm
21      sorry to interrupt, but I know the reporter has to
22      leave.  Can we do a switch-over real quick?
23          MS. BACHHUBER:  Yes.  Of course.
24          (Whereupon the proceeding was commenced
```

Page 162

1   and concluded in a separate transcript.)

2              (Adjourned at 4:02 p.m.)

3              (Original exhibits were retained by

4   Attorney Bachhuber.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Page 163

1   STATE OF WISCONSIN  )
                        ) SS
2   MILWAUKEE COUNTY    )

3              I, STEPHANIE KOENIGS, RPR, Notary Public

4   in and for the State of Wisconsin, do hereby certify

5   that the preceding deposition was reported by me and

6   reduced to writing under my personal direction.

7              I further certify that said deposition

8   was taken remotely before me at the places set forth

9   therein, on the 18th day of March, 2022, commencing at

10  10:04 a.m. and adjourning at 4:02 p.m.

11             I further certify that I am not a

12  relative or employee or attorney or counsel of any of

13  the parties, or a relative or employee of such attorney

14  or counsel, or financially interested directly or

15  indirectly in this action.

16             In witness whereof, I have hereunto set

17  my hand and affixed my seal of office at Milwaukee,

18  Wisconsin, on this 23rd day of March, 2022.

19

20             _____
                STEPHANIE KOENIGS - Notary Public
21              In and for the State of Wisconsin
22  My commission expires December 9, 2023.

23

24

25

March 18, 2022

---

**1**

**1**
  35:16 36:9,11,
  13 37:16,25
  38:3 39:11
  50:6,14 73:25
  158:24

**1,000**
  76:19,20

**10**
  88:17 89:1
  117:3,5

**100**
  76:25

**1035**
  110:16

**11**
  150:13

**113**
  79:23

**12**
  102:20 150:14
  155:10

**120**
  8:3,23,24

**124**
  40:13

**125**
  9:12

**126**
  9:22

**12:19**
  67:5

**12:55**
  67:6

**13**
  9:24 10:4
  158:12

**14**
  9:17,19 10:1
  96:5

**1408**
  96:6

**1411**
  96:14

**144**
  55:22 59:21

**145**
  55:23,24

**15**
  9:3,7,14 38:4
  100:1 137:22
  151:11 158:12

**150**
  18:10 19:1
  94:9

**152**
  19:8 20:8

**154**
  20:10,15,20

**155**
  12:7

**157**
  21:8

**15th**
  41:23

**160**
  23:5

**165**
  23:12

**167**
  23:23

**168**
  24:7 71:12

**169**
  25:2 64:17

**17**
  95:13 96:13

**171**
  25:13

**172**
  26:9

**173**
  90:13

**174**
  26:16

**175**
  26:25

**177**
  27:13

**18-CF-1694**
  73:16

**18366**
  15:19

**18368**
  16:8

**1857**
  40:13

**186**
  65:6

**187**
  28:14

**188**
  125:7,8

**19**
  55:25 110:17
  111:6

**19743**
  66:16 67:10

**19745**
  67:20 69:11

**19746**
  67:20 68:3

**19th**
  110:23

**1L**
  10:20

---

**2**

**2**
  40:7 65:11
  73:25 90:23
  111:21,24
  117:4 129:4,5,
  23 138:7
  144:10 150:13
  155:10 158:11

**200**
  29:2

**2011**
  157:20

**2017**
  6:6,7,8,11
  9:13

**2018**
  7:17 8:14,16
  9:16,19 11:16
  12:3,15 13:5
  14:11 16:10
  17:11 18:21
  19:17 23:1
  26:14 27:7,17
  29:11 30:1,19
  31:14 34:19
  35:16 36:9,11,
  13 37:16,25
  38:3 39:11
  40:7 41:3
  42:6,18 43:3,
  13,23 44:7
  45:1,5 46:9
  47:18 48:17
  49:12 50:6,14
  51:2,5,8,25
  52:20,22 53:4

March 18, 2022

54:9,23 56:1
59:23 62:7
64:6,15,24
65:3,11,18
66:4 67:15,17
68:5 71:14
72:7 73:13
74:12 75:9
76:18,24 79:7,
14,19 82:2,17
83:4,9 84:3,20
85:21 86:9,16,
24 87:13 88:9,
17 89:1 90:16,
23 92:19 93:6,
9 94:6,11
95:13 97:19
98:22 99:5
127:18 130:12,
13,14 136:11,
12,18,23 142:2
147:8,10
150:11

**20180501IANCD**
  37:5

**20180501NCD**
  37:3

**2019**
  9:23 10:1 38:4
  54:9 79:7
  99:25 100:1
  102:20 104:19
  105:6,10
  106:3,15
  110:17 111:6
  112:4,7
  113:17,20
  115:3,5,9
  116:1,16,20
  117:23 118:21
  122:6,17
  128:14,17,20
  130:13,20,25
  131:2 133:25

134:7 135:5,6,
13 136:8,10,24
137:3,11
138:16 140:20,
24 141:11,18,
25 142:9
146:16 147:3,
6,9,25 149:22
151:11 157:21

**202**
  92:16

**2020**
  6:14,16,18
  10:4,9 116:23
  117:1 127:18
  131:5,9,11,20
  132:7,22
  133:12 134:9,
  15,20

**2024**
  10:19

**211**
  29:17 156:15
  157:9

**213**
  29:21

**2132**
  55:23 59:22

**2133**
  55:23,24

**214**
  66:11

**21492**
  14:6

**217**
  31:2

**218**
  43:16

**219**
  31:7

**21st**
  90:19 143:17

**22**
  71:14

**223**
  31:16

**226**
  32:1

**227**
  74:10

**228**
  32:18

**2298**
  94:9

**22nd**
  50:19 61:15
  142:14

**23**
  73:13

**239**
  33:13

**24**
  18:21 19:17

**25**
  12:15 13:5
  14:11 26:14
  27:7 59:23

**251**
  34:14

**253**
  35:11

**26**
  27:16

**267**
  36:4,22

**26th**
  27:24

**27**

**29:11**

**271**
  36:16

**273**
  38:7

**275**
  38:18

**28**
  75:9 99:25

**281**
  15:14,16,19,20

**283**
  16:8

**285**
  39:19

**29**
  30:1 31:14
  45:1,5 46:9
  47:18 48:17
  74:12 104:19
  105:6

**292**
  40:1

**294**
  40:16

**297**
  40:24

**2:00**
  99:13

---
**3**
---

**3**
  8:7 9:12,22
  16:10 17:10
  18:7,10 19:1,8
  20:8,15,20
  21:8 23:5,13,
  22 24:8 25:2,
  12 26:9,15,25

March 18, 2022

27:13 28:14
29:1,17,21
31:2,7,15
32:1,18 33:12
34:4,14 35:11
36:4,15,22
38:6,18 39:20
40:2,16,24
41:3,12 42:1,
7,14,19 44:13,
14 45:25 47:8
48:8,13,20
49:24 60:6
61:23 63:17
64:6,11 65:3,
18 70:15,16
72:12 73:7
82:6,13 83:25
84:17,25 85:6,
18 86:2,6,13,
21 87:10,19
88:6,15,24
89:8 90:1
95:11 99:17
104:11,18
106:13 110:15
111:4

**3.8**
7:11

**30**
34:19 62:7
79:12

**300**
41:12

**31**
49:12 90:16
97:19 98:22
99:5

**312**
42:1

**315**
42:8

**319**
42:14

**31st**
98:5

**325**
34:5 42:19

**337**
44:14

**339**
9:13 30:15

**340**
9:23 45:25

**344**
47:8

**349**
48:8

**352**
48:13

**364**
18:11

**366**
19:10

**367**
48:20

**368**
20:9

**371**
21:9

**372**
21:20

**374**
23:4

**379**
23:13

**380**
49:24

**381**
23:23

**382**
24:8

**383**
25:1

**385**
25:13

**386**
26:8 63:18

**387**
64:11

**388**
26:16

**389**
26:24

**391**
27:12

**3956**
71:12,13

**396**
70:16

**3963**
64:18

**399**
73:8

**3:49**
35:18

**3rd**
16:12 65:25

---

**4**

**4**
42:6 125:7
144:11

**401**
28:13

**4013**
90:14

**414**
29:1 82:6

**416**
82:14

**425**
29:16

**426**
84:1

**427**
29:20

**431**
31:1

**433**
31:6 84:17
85:6

**435**
84:25

**437**
31:16

**438**
85:19

**440**
32:2 86:2

**442**
32:19

**443**
86:6

**448**
86:13

**4486**
65:5

**453**
33:13 86:21

**458**
87:10

**460**
87:20

March 18, 2022

462
  88:6
464
  88:16
465
  34:13,14
466
  88:24
467
  35:12
468
  95:11
481
  36:5
485
  36:16 37:10
487
  38:7
489
  38:17
499
  39:20

5

5
  12:4,7 13:11
  14:1,6 15:14,
  19 16:8 40:12
  43:15 55:22,24
  59:21 64:17
  65:6 66:11,16,
  18 67:9,19
  68:2 69:10
  71:11,12 74:10
  90:13 92:15
  94:9 96:6,13
  98:16 106:15
  111:24
50

77:2 80:1
500
  76:21,22
506
  40:2
508
  40:17
511
  40:23 157:18
514
  41:13
526
  42:2
529
  42:8
533
  42:13
539
  34:5 42:20
5466
  92:15
551
  44:14
554
  46:1
557
  66:15 67:9
558
  47:9
559
  66:17 69:10
560
  67:19,20 68:2
563
  48:7
566
  48:12

568
  106:13
581
  48:21
591
  14:4,5
593
  14:5
594
  13:11 49:25
595
  13:25
596
  13:25

6

6
  64:15,24 82:2,
  17 83:4 129:5
60
  8:17
600
  63:17
601
  64:10
610
  70:16
613
  73:7
628
  82:7
630
  82:13,14
640
  84:1
647
  84:16,17 85:5

649
  85:1
652
  85:18
654
  86:2
657
  86:6
662
  86:14
667
  86:22
672
  87:11
674
  87:20
676
  88:7
678
  88:16
680
  88:25
682
  95:12 111:3
6th
  65:15 83:13,23
  84:6

7

7
  84:3,20 85:21
  86:8,16,24
  87:13 144:10
705
  112:1,6
711
  112:1,6

March 18, 2022

**718**
104:18

**719**
99:17 104:11

**752**
89:8

**753**
90:1

**754**
61:23

**771**
60:7

**774**
72:12

**782**
106:14

**7984**
66:12

---

8

**8**
88:9 92:19
93:5,9 147:2,
3,6

**8/19/2019**
110:19

**821**
110:15

**8321**
43:16

**8634**
74:11

**896**
111:3,4

**8:44**
65:1

**8th**
41:23 94:5,6

---

9

**9**
10:7 42:18
43:3,13,23
44:7 66:4
67:15,17 68:5
94:11 98:16
111:24 112:4,7

**900**
148:17

**911**
119:12 120:18
122:1 124:9
145:23

**932**
104:17

**933**
99:18 104:11

**966**
89:7

**967**
90:2

**968**
61:24

**985**
60:7

**988**
72:13

**9:31**
111:6

**9:31:49**
112:4

**9:34**
64:5

**9:36**
110:17,23

---

A

**a.m.**
110:17,23
111:6 112:4

**absolutely**
155:25

**academic**
18:14 19:13
21:12 83:9,14,
16,18 84:20
85:7 86:11,18
87:1 128:15
129:7 131:16

**acceptable**
47:4 48:5

**access**
8:7 24:23 53:3
113:19,24

**accommodate**
23:11 45:21

**accommodated**
100:14

**accommodation**
19:6,20,23
20:4 21:2
22:16 43:10
86:11,18 87:1

**accommodations**
22:8 72:21
73:2 83:9,14,
16,23 84:21
85:7,24 87:4
128:15

**account**
24:21,24
113:17,19,25

**accurate**
44:6 45:17
75:15 91:18

93:17 94:25

**accusing**
160:24 161:6

**acknowledge**
4:5,8

**acting**
94:24

**activities**
31:21 75:20
76:2 77:9,10
78:8 129:8
130:2,14
133:19,25
134:2 137:18
142:3,6

**actual**
77:20 112:20

**add**
44:19 145:7,9

**additional**
26:6 34:25
73:19 92:24
93:4 120:24
123:14 124:8,
22

**address**
12:11 18:18

**administer**
4:10

**administered**
4:9

**admit**
111:23,25

**admits**
112:5

**admitted**
157:25

**advise**
56:15,21 57:2

March 18, 2022

advised
  56:23,24 118:4

advisor
  117:7 157:4

afternoon
  65:22 82:21
  106:18 109:14

afterward
  108:17

agree
  4:16,17 8:14
  9:1,6 13:5
  14:13 20:3
  22:20 37:23
  43:9 87:3,16
  88:3,12,21
  89:4

agreeing
  46:16 116:11

agreement
  4:13,14

ahead
  61:9,10 63:5
  124:20 145:19

alcohol
  100:17 101:16,
  21 102:2,5,12
  129:1

allegations
  12:1 46:20
  160:12

alleged
  116:22

allowed
  156:11

Alpha
  129:12 130:6,
  15,24 133:10

alternative
  32:23 33:19

amended
  48:22,25
  49:16,21 90:20
  91:1,6

Amy
  17:23,25
  45:14,19,22
  49:15 50:2,11,
  12 61:11,25
  72:17 74:11,
  14,20 75:3,8,
  14 84:2,5,8,11
  90:3,16,19,22
  92:16 93:21
  94:10,14 95:2
  97:20 98:5,19
  99:2 117:20

and/or
  46:22

animals
  21:19

answering
  56:21

answers
  107:13

anxiety
  155:12

apartment
  122:20 132:23
  134:13 143:20

app
  126:19,21
  127:14,18,24

appeared
  100:4

appears
  112:6

Apple
  53:22

appointments

142:2,6

approaches
  70:23 71:6

approximately
  75:18

April
  7:17 11:16
  12:15 13:5
  14:11 18:21
  19:17 23:1
  26:14 27:7,16,
  24 29:11 30:1
  31:14 34:19
  50:19 51:25
  61:15 132:5
  142:14 143:17

██████████
  4:19 5:1 38:22
  68:4 69:13
  127:5

area
  66:22 114:12
  123:20

arrangement
  4:11

arrive
  80:7,8,9

articles
  128:22

Arts
  6:23,24

asks
  129:6

assailant
  150:23

assault
  45:5 61:7

assignment
  141:15

assignments
  31:21

assistance
  35:1 70:22
  71:6

assistant
  95:23 106:7
  117:21

assume
  8:24 31:22

assumed
  114:6

assumes
  97:25

assuming
  44:4 101:7

AT&T
  53:11,12

athlete
  47:24

athletic
  71:25 72:2
  129:14 135:19

athletics
  47:23

attached
  28:8 42:23
  104:24 111:8

attaching
  34:6 36:6

attachment
  37:1,4 85:1,3,
  16 86:3 110:17

attachments
  13:7 14:10
  27:8 36:23
  48:16 85:7

attack
  109:19

March 18, 2022

**attacks**
  155:13,16,19

**attempted**
  106:10

**attend**
  84:5 105:13,15
  130:18,20

**attended**
  105:16

**attendees**
  117:18

**attorney**
  4:2 48:24
  49:10,14 50:1
  61:9 68:16,25
  70:19 93:12,
  15,22,24 94:3,
  22 97:20
  100:13 101:2
  102:23 103:3,5
  106:6,8 108:3,
  5,6 109:1
  116:2 117:19,
  20 118:25
  119:6 125:14,
  17 146:25
  151:11,16
  152:15 153:2,
  18 155:4,5
  159:23,24
  160:10

**attorney's**
  57:4,11 58:9
  68:10,19,22
  69:5 73:9
  151:25

**attorney-client**
  93:25

**attorneys**
  4:4 5:6,14 8:6
  11:9 17:20,22
  24:22,23 59:12

97:21 101:1
142:21 143:11,
13,14

**audio**
  101:6

**auditorium**
  80:3,4,5

**August**
  64:6,15,24
  65:3,11,15,18,
  25 66:4 67:15,
  17 68:5 71:14
  73:13 74:12
  75:9 79:7,17
  90:16 106:15
  108:21 110:17,
  23 111:6
  112:4,7 123:2
  146:16 147:25

**authority**
  108:14

**automatic**
  64:12

**average**
  9:3

**avoid**
  46:19 114:12
  118:4

**aware**
  71:23 81:10
  90:5,6 97:18
  98:4 99:3
  102:6 106:10,
  12,17

─────────────

**B**

─────────────

**B-PLUSES**
  11:2

**Bachelor**
  6:22,24

**Bachhuber**
  4:3,15,23 8:10
  10:12 13:21
  14:20,25 15:2,
  9,18,23 16:1,
  2,17 17:7
  18:5,15 20:7,
  18,23 21:7,23
  22:10,15 25:24
  26:4 33:5,8,11
  36:18,21 52:11
  54:15 57:1
  59:9,15,20
  61:22 62:13,
  18,24 63:4,13
  66:24 67:2,4,7
  68:1 69:9 71:2
  72:18 80:17
  92:1 93:14,20
  94:1,2 97:2,8,
  23 98:3,10,13,
  15 99:8,12,16
  103:1,6 107:17
  108:4,9,16,18
  109:4 112:15,
  17 116:4,10,14
  118:15 120:5,
  14 121:9
  122:11 123:21
  124:13,17,19
  126:7 127:5,9,
  12 137:17,19
  138:1,4
  139:17,22
  146:6,11,13
  151:23 152:19
  153:13 154:6,
  11,18,20
  155:23 156:4,
  9,13 160:11,19
  161:4,10,20,24

**back**
  15:4,6 19:1
  22:10,11 28:3,
  7 36:22 40:16

41:24 44:13
53:18,19 54:22
60:6 70:15
72:12,17 79:19
85:5 99:13
116:9,12
122:24 126:6
131:17,18,23
132:2 148:23

**backed**
  54:23

**backs**
  54:2

**backup**
  54:14

**backups**
  52:17 54:8
  63:14

**bail**
  152:11,21

**bank**
  149:8

**bar**
  147:5

**bare**
  148:2

**Bascom**
  114:13 139:9,
  10

**based**
  16:12 90:4
  93:24

**basically**
  109:19 119:11

**basis**
  13:22,24 62:22

**bathroom**
  33:3 137:15,24

**begin**
  6:9

March 18, 2022

beginning
  77:23 130:10
  133:18 138:13
  158:8

behalf
  11:18,19 18:24
  35:20 38:11
  125:14

belief
  150:21

believes
  69:13

bias
  158:14 160:24
  161:6,14

big
  80:4 154:15

bigger
  7:19

Bill
  57:13,18,24
  106:8

billing
  53:3

bit
  11:12 21:10
  107:14 113:10
  132:13 153:1

black
  161:11

blind
  144:15

blood
  100:17 101:9,
  10

Bogost
  17:23,25 45:14
  49:15 50:2,11
  74:12 75:9
  84:2 92:17

93:21 94:10,22
97:20 98:5,20
99:2 117:20,24

bond
  73:20

Book
  138:10,21
  139:3

books
  138:24

bookstore
  138:12,14,16

bookstores
  129:15 137:20
  138:5,7

BOR
  14:6 15:19
  16:8 40:13
  43:16 55:23,24
  59:22 64:18
  65:5 66:12,16
  67:10,20 68:3
  69:11 71:13
  74:11 90:14
  92:15 94:9
  96:6,14 112:1

bottom
  20:15,20 26:5
  65:7,10 69:11
  90:14 94:19

bowl
  116:23 134:23

Bradley
  84:19

break
  6:1,3 33:3,10
  50:24 66:23
  99:9,15 127:11
  137:15 138:3

breakfast
  155:2

breaking
  107:11,12

briefly
  97:6

bring
  77:24 125:25

Brown
  57:18,24 106:8

browse
  138:17

building
  80:2 114:11,
  14,17,19,23
  115:1,14
  122:20

bunch
  12:5

bus
  149:1,3,6,16,
  24,25

business
  53:14

buy
  138:24

---

### C

C-PLUS
  11:4

cafeteria
  139:11,13,25
  140:6

cafeterias
  129:15 139:7

calendar
  92:12 142:4,5

calendars
  142:1

call

16:13 30:3
106:10 117:15
118:5 119:12
120:18 122:1
123:9 124:9
145:23

called
  4:19 139:10
  143:19 150:15,
  17,21

calling
  159:7

calls
  51:14,19
  150:20 151:3

camp
  105:23 114:11
  115:14 132:10,
  11,15,17

campaign
  157:18,25

campus
  19:25 27:3
  50:17 78:9
  79:13 85:14
  114:4,9,10
  115:4,7
  116:20,24,25
  119:2,17
  120:17 122:7,
  24 123:7
  134:19 140:21
  144:23 145:10
  146:7,15 156:2

Canvas
  31:19

capable
  156:24

car
  103:24 148:24

card

March 18, 2022

149:10,14

**career**
131:16

**careful**
60:15

**case**
5:2 52:9,16
57:12 73:16
142:23 152:3
160:13

**Catherine**
18:22 87:22

**center**
16:20 17:3
50:10 136:1,5
137:5,7,8,11

**Cephus**
11:15 12:2
14:15 16:7
17:8,15,19
18:1 37:14
38:2 47:20
48:15 55:11
56:18 63:21
64:21 66:9
73:16,24 94:15
97:11 107:6,18
108:19 109:23
111:18 114:4
115:4,22
116:15 117:25
118:4,10,17
122:5 128:5
134:19 138:20
144:22 146:7,
14 151:10
152:21,24
154:22 155:12
158:18 161:11

**Cephus's**
34:21 37:18
73:20 105:9

143:20 152:11
155:5 159:1,
18,19 160:25
161:7,13

**certificate**
7:3,4

**chance**
46:22

**chancellor**
110:18 111:5
158:22 159:2,
19,20 160:7

**chancellor's**
112:2 114:2
118:3 121:25
124:2

**change**
6:25 141:17

**changed**
45:4 49:19
81:9

**Chantal**
126:11 128:8

**Chantal's**
128:1

**charge**
46:13 47:11,20
48:11,15,23,25
49:16,21

**charges**
46:12 72:22
73:15

**charging**
60:14

**Charter**
114:15

**check**
13:22 89:15
106:19 109:11
149:8

**checked**
126:15

**checking**
61:9,10 95:15

**Chicago**
10:17 39:16
50:16,22
103:23 105:23
108:23 134:6
145:1 146:18
149:16 150:5,9

**children**
132:19

**choice**
41:18 43:6
153:21

**Chris**
72:1 118:20
119:22 120:22
122:21 123:6
124:25 125:22
126:8 146:1

**Christopher**
21:17,18
117:22

**Cianciulli**
144:5

**circulated**
158:24 159:12
160:13

**circulations**
160:23 161:5

**circumstances**
37:20

**clarification**
42:4,11

**clarify**
15:10

**class**
19:2,6,7,18,21

20:24 21:2,18
22:8,23 23:1,
17,18,25 24:3,
5,11 28:17,18,
23 29:22,23
30:8,9,17,23
31:3,10 32:21
41:15 79:25
80:2,8,9,22
81:5,12,19
115:19 116:6
124:11,12
141:15 156:14,
19,20,25
157:9,20,24
158:1,3,9

**classes**
7:22 79:21
81:9 85:25
114:18 129:7,
14 141:4,6
157:3 158:7

**clean**
132:1

**clear**
117:12

**click**
56:8

**client**
155:21 156:7

**close**
108:14 124:21
152:24

**clothes**
131:19,20,23
132:2 138:17

**cloud**
53:19,22,24
54:2,5,8 63:14

**Clune**
4:17 8:9 10:10
13:19 14:17,24

March 18, 2022

15:1,4,8,16,
20,25 16:15
17:4 18:4,12
20:5,16,21
21:3,22 22:13
25:22 33:2,7
36:17,20 52:10
54:12 56:19
59:6,13,18
61:19 62:11,
15,20 63:3,9
66:20 67:1,3,
21 69:7 72:14
80:15 91:21
93:12,18,22,23
96:24 97:5,22,
25 98:9,12
99:10,14
102:23 103:5
107:9 108:2,8,
13,25 112:14
116:3,8,11
118:12 120:3,
11 121:5 122:8
123:17 124:6,
15 126:3
137:14,21
138:2 139:15,
20 146:3,9
151:20 152:17
153:10 154:5,
9,13 155:20
156:3,6 160:8,
14 161:1,8,16

Coe
21:17,18 22:7,
17 24:13
25:16,20 26:11
29:9 32:16

Cole
117:22 118:21
119:22 120:23
122:21 123:6
124:25 125:23

126:8 145:20
146:1

college
6:9 7:1 13:23
135:3,11 140:3
142:12

comfortable
74:14

commenced
161:25

commencement
6:17

commitments
144:25 147:24

committed
25:7

committee
99:20 100:8,16
101:8,24 102:2
103:7 105:1

committee's
103:15,19

common
135:22,24
139:13

communicate
51:11 119:20,
22

communicated
17:25 117:23
118:9,16
119:16,18,19
120:22 144:19
146:1

communicating
100:7

communication
14:14 17:2
48:24 49:10

communications
70:21 71:4
72:10 94:21
95:2 108:2,5,
25 121:16

community
77:9,10 94:17
158:18,25
159:7 160:13,
24 161:6

company
53:14

compel
155:24

competing
78:11,12

Complainant
158:24

complainants
110:19

complaint
5:6 11:15
14:15 16:6
17:8,15,18
18:1 27:1
34:17 56:18
66:8 74:1,4,6,
8 115:22
116:22 134:22

complete
6:12 7:20
25:7,10 28:23
29:14 33:23
43:10 104:12

completely
33:21

completing
35:1

computer
53:20 126:4,6

concerned
116:19

concerns
119:2,15

condition
152:10

conditions
73:20,23
152:22

Conduct
91:8,15 94:16

Confidential
13:9 27:10

confirm
90:5

confused
96:25 113:11

confusing
78:19

connected
95:18

connecting
82:22

consent
4:11 101:10

consequences
152:20

construction
136:2

contact
11:14 14:22
15:11 17:14,18
38:2 51:7
57:10 73:24
80:21 81:19
109:22 116:15
122:3,5 123:12
128:7,19
151:12

March 18, 2022

contacted
  81:13 94:20
  110:4

contacts
  51:4 75:6

contention
  117:7 144:12
  158:13

contest
  78:17

continue
  81:5 96:20
  128:12 133:24
  136:7 138:24
  140:19 148:3

continued
  145:3

continuing
  74:15

control
  13:2 151:7

conversation
  22:7 68:20,21
  69:16,20,23

conversations
  58:1,6,24
  60:4,24 61:1
  75:23,25 76:7,
  9 77:12,25
  85:24

Cook
  11:8

Coombs
  86:8

coordinator
  85:14

copied
  18:16 19:14
  88:18 95:3

copies
  47:19

copy
  20:12 39:23
  55:7,16 56:4,
  12,15 57:21,24
  58:4 62:10,17,
  22 63:7 64:18
  94:22 112:2,6,
  9 113:2 143:12
  147:15

copying
  50:3 61:25
  84:2 86:8,16,
  23 87:12,22

corona
  134:10

correct
  9:14,17,20,24
  10:2,5,14
  12:22 14:11
  18:2,18 30:24
  32:24 34:22
  35:2,6,21
  38:15 39:6
  40:21 41:20,24
  42:10,11 43:3,
  7 44:20 45:8,
  13,16 46:13,
  17,24 47:2,20,
  21,25 48:3,4
  54:3,24 55:5
  58:14,15 59:5
  60:17 62:4
  63:16,22,23
  64:6,15 65:11,
  12,15,22,23
  67:12,13,16
  70:23 71:7,8
  72:7,8 73:17
  74:1,21 82:18
  83:10 84:14,21
  85:21 86:9,19
  92:19 94:17

95:3,16,20
98:7,20,22,25
100:9 101:25
104:19,22
105:3 106:15
110:20 111:10,
13 112:2,9,13,
18,24 113:2
115:15,16,18,
21 119:9
120:18,23
122:7,14
123:23 124:3,4
128:2,5 134:20
136:3 144:4
145:24 147:10
151:7,13
152:8,11
154:22 155:15
157:23 158:1,
3,5 161:11

correctly
  7:11 31:24
  32:13 72:3,24
  88:1 90:8
  107:2 118:7
  129:17 145:5
  150:25 159:3

counsel
  4:11 159:2,18

counsel's
  159:19 161:13

County
  11:8

couple
  5:13 57:13,14
  132:14,15
  135:8

courses
  7:19,25

court
  4:4 5:15 15:6

22:11 70:24
107:12 156:11
161:21

COVID-19
  131:8

Cox
  94:11 95:24
  97:19 98:5,19,
  24 117:21
  118:21 119:23
  120:22 122:22
  123:6 124:25
  125:22 126:8
  145:20 146:1

created
  54:22

credits
  7:21 8:1,17,21
  9:3,7,14,17,
  19,24 10:1,4,7
  106:24

crime
  25:6

criminal
  7:2 44:4,10
  55:11 57:6,12
  72:22 73:15
  74:3,6,8
  102:3,18,19
  105:9 128:23
  152:2,8

criminology
  21:1 24:4

Crisis
  16:20 17:3
  50:10

criticisms
  75:5

cross
  114:16,20

March 18, 2022

Curry
  86:8
cut
  126:4 154:14

_____

D

DA
  61:9
DA's
  60:15 61:10
dad
  38:25 39:2,23
  52:24 81:2
  104:2 110:16,
  22 111:16
  153:25 155:4
daily
  13:22,24
dance
  78:16
dances
  76:5
Danny
  38:8,14 48:11
  72:6 79:20
  80:7,12 81:4,
  13,18 122:16
  123:7
date
  18:20 19:16
  23:2,16 26:13
  27:6 29:25
  31:13 34:18
  35:15 36:8
  37:15 40:6
  41:2 42:5,17
  43:14,19,22
  45:1,5 46:8
  47:17 49:3,18,
  22 50:6 64:23
  66:5 79:15

  82:5,10,17,24
  83:1 96:9
  97:21 99:22
  102:16 105:12
  107:21 117:16
  125:19 130:7
  141:12 147:19
  150:14,18
Dated
  98:22
dates
  51:24 98:6,25
  127:21,23
  129:10 130:1
  140:15 144:16,
  18 150:20
daunting
  81:20
Davis
  38:8,14 47:20
  48:11 72:6
  79:20 80:7
  81:4,13 94:16
  122:16 123:7
  138:20
day
  27:16,24 28:1
  30:4 36:14
  50:18 81:4
  101:7 103:15,
  20 104:8,9
  105:11 122:24
  145:2 151:17
day-to-day
  76:2
days
  13:24 33:24
deadlines
  31:17,21
deal
  154:16

dean
  74:15 81:11
  82:2 95:23
  117:21 118:21
  119:22 120:22
  128:13
Dear
  87:22 104:24
December
  6:14,16,18
decide
  156:11
decided
  31:22 128:4
  132:16
deciding
  158:22
decision
  44:4 56:11,14
  61:5,12,13,16
  71:24 99:20
  103:15,20
  104:11,21,25
  110:11,18,22
  111:1,8 112:2
  114:2 118:3
  121:25 124:2
  144:17 158:14
  161:15
decision-making
  94:17
decisions
  71:24 145:2
defendant's
  5:9 12:5 18:9
  21:25 24:17
  59:11,17
  111:22 142:22
definition
  112:16,18
  113:9,12,13

degree
  7:6
delete
  63:11
deliberately
  152:25
Delta
  129:12 130:6,
  15,25 133:10
department
  47:23 71:25
  117:9
depended
  51:9
depends
  76:16
deposition
  4:3,5,6,7 5:5,
  7 15:19,21,22
  23:4,12,22
  24:7 25:2,12
  26:9,15,24
  27:12 28:14
  29:16,20 31:1,
  7,15 33:12
  34:4,14 35:11
  36:4,15 38:6,
  17 40:12,23
  42:1,7,13,19
  43:15 45:25
  47:8 48:8,13,
  20 65:6 67:9
  84:17 89:8
  108:15 111:4
deputy
  72:2
detail
  129:3
details
  55:4

March 18, 2022

detective
  27:14 43:13,20
  44:10

deteriorated
  45:6

difficult
  75:14 156:22

difficulties
  67:24 107:16
  127:8

direct
  48:23 49:10
  73:24 156:7

directed
  72:1

direction
  114:25 122:10

directive
  35:20 36:7
  37:7,12,18
  38:8,9,14 44:9
  125:1 152:7

directives
  35:5,14,24
  36:1

directly
  11:17 14:22
  15:11 17:14,18
  71:19 73:5
  90:3 94:21
  123:12 156:2

director
  72:2 95:23
  117:21

directors
  16:19

disagreements
  97:3

disappointed
  121:21

disclosed
  47:15 48:3

disclosure
  108:7,12

discovery
  5:7,9,10,12
  18:9 21:25
  24:17 59:11,17
  111:22 116:6
  142:22 156:12

discuss
  30:4 32:5,9

discussed
  40:14 117:17

discussions
  58:12

dispute
  12:21 13:17
  83:3 105:5

distortion
  101:6

distressing
  92:23

district
  57:4,11 58:9
  68:10,15,18,
  22,24 69:5
  73:9 106:7
  151:24

division
  11:9 95:24

doctor-patient
  155:22 156:8

document
  13:2 14:5,7
  15:24 18:8,11,
  20 19:10,11
  20:9,10 21:9
  23:9,14,23
  24:9 25:3

26:10,16,25
  27:13 28:15
  29:2,6,17,21
  31:2 33:13
  34:5,15 35:12
  36:5,16,18
  37:9,10 38:7,
  18 39:21 40:3,
  17,24 41:13
  42:2,8,14,20
  44:15 46:1
  47:9 48:9,10,
  14,21 49:25
  55:21 60:7,8
  61:24 63:18
  64:3,11,19
  66:14,17,19
  70:17 72:13
  73:8,9 85:13
  96:17 99:19
  104:12,17
  112:1 120:6
  125:8 129:18

documents
  8:4 12:5 18:7
  40:14 57:8
  59:1,16 107:25
  113:1 120:9,13
  148:16,17,18

Doe
  9:13,23 15:18
  18:11 19:10
  20:9 21:9,20
  23:4,13,23
  24:8 25:1,13
  26:8,16,24
  27:12 28:13
  29:1,16,20
  30:15 31:1,6,
  16 32:2,19
  33:13 34:5,13,
  14 35:12 36:5,
  16 37:10 38:7,
  17 39:20 40:2,

17,23 41:13
  42:2,8,13,20
  44:14 46:1
  47:9 48:7,12,
  21 49:25 60:7
  61:24 63:17
  64:10 67:9
  70:16 72:13
  73:7 82:7,14
  84:1,17 85:1,
  5,18 86:2,6,
  14,22 87:11,20
  88:7,16,25
  89:7 90:2
  95:12 99:18
  104:11,17
  106:14 110:16
  111:3,4 125:8

Dolsen
  27:14

door
  22:7 83:8,21
  85:23

dorm
  135:23 136:16
  139:11,13,25

dorm's
  140:6

dorms
  139:14,19

Dougherty
  18:14,22 19:12
  20:11 21:12,14
  26:11 74:15
  82:1 84:2,18
  85:19 86:15,22
  87:12,21 88:8
  95:12 106:15
  125:3 128:13

Dougherty's
  22:6 75:6

draft

March 18, 2022

39:2,5,23 83:6
116:23 134:23

**dramatically**
155:13

**draw**
101:9,10

**drinking**
100:22 101:3

**driving**
103:25 105:21

**drop**
156:19

**dropped**
156:15,20
158:7

**drove**
103:23 104:1

**due**
34:10 101:10
144:14

**Duerkop**
133:4 140:5
142:11

**duly**
4:20

**duration**
51:2

**duty**
52:8

---

E

**early**
117:23 155:1

**Eddie**
38:22,25

**education**
7:1 129:6
138:6 144:13

**electronic**
133:13

**electronically**
52:15

**elementary**
156:17

**Ellie**
133:4 140:5

**email**
12:11,14,22
13:8,22 14:11
18:13,16,18,23
19:12,14,16
20:11,12,14,19
21:15,20 22:4,
6 23:6,10,15,
16,20,24
24:10,12,16,
21,23 25:4,13,
15,21 26:9,11,
13,17 27:1,4,
9,14,16,19,21
28:16 29:7,11,
18,22,25 31:3,
8,9,16,17
32:2,3,15,19,
20,23 33:14
34:6,16 35:8,
13,15 36:6,8,
10,13,24 38:19
39:2,5,22,24
40:4,6,18,25
41:2,4,14
42:3,5,9,15,
17,21,23 43:24
44:16 45:1
46:2,8 47:10,
13,17 48:10,
17,22 50:1,4,7
55:21,25 56:7
58:11,17 59:3,
4,22 60:11
61:25 62:25
63:19,25 64:2,

4,20 65:3,7,
10,15,17,19
66:2 70:18
71:3,13,17
72:5,16,19
73:2,11 74:11
75:8 82:7,14
83:7 84:1,11,
18,23 85:2,16,
19 86:3,7,11,
14,18,22 87:1,
7,11,17,21
88:4,7,10,13,
16,18,22,25
89:11,14 90:3,
15,18,22 92:16
94:10 95:12
96:7 98:16,19
104:18 105:5
106:14 110:11,
13,16 111:1,5,
8,16 113:16,
19,25 121:15
126:14

**emailed**
21:16 72:20
98:5

**emailing**
97:19

**emails**
21:24 24:20,21
58:8,17 59:10
83:20 85:10
87:8 89:16

**encounter**
123:4

**end**
8:13,16,20
90:2 107:14
130:10 133:12

**energy**
156:23,25

**enforce**
118:2 121:24
123:16 124:1

**enforcement**
58:3

**English**
157:3

**enrolled**
106:24

**ensure**
122:3

**enter**
32:11

**entered**
116:23 134:23

**entering**
32:4 54:21

**entire**
96:17

**entitled**
13:8,12 155:25

**entry**
16:9

**Ervin**
95:24 97:19
98:4,19,24
123:6 125:22
126:8 146:1

**essay**
41:20

**essentially**
65:13

**estimate**
76:15

**estimates**
127:20

**event**
77:20

March 18, 2022

events
  70:3,4 130:16,
  17 133:21

Eventually
  144:1

evidence
  27:15,23,25
  52:9 98:1
  108:10 112:21
  159:14

exact
  7:24 43:14
  66:5 70:9
  76:14 79:15
  82:5 83:1
  102:16 105:12
  111:2 114:20
  141:12

exam
  19:24 21:5
  33:15,23 34:2,
  7,8 40:20
  41:17 42:16,
  22,23 55:5,17
  56:4,9,13,16
  57:21,25 58:2,
  4,7,8,13,15,
  18,22,25 60:3
  61:15 68:7,15,
  24 69:5
  101:13,18,20

EXAMINATION
  4:22

examined
  4:21

excursions
  133:23

exerting
  156:24

exhibit
  8:7 9:12,22
  12:4,7 13:11

14:1,6 15:14,
19 16:8 18:7,
10 19:1,8
20:8,15,20
21:8 23:5,13,
22 24:8 25:2,
12 26:9,15,25
27:13 28:14
29:1,17,21
31:2,7,15
32:1,18 33:12
34:4,14 35:11
36:4,15,22
38:6,18 39:20
40:2,12,16,24
41:12 42:1,7,
14,19 43:15
44:13,14 45:25
47:8 48:8,13,
20 49:24
55:10,22,24
59:21 60:6
61:23 63:17
64:11,17 65:6
66:11,16,18
67:9,19 68:2
69:10 70:15,16
71:11,12 72:12
73:7 74:10
82:6,13 83:25
84:17,25 85:6,
18 86:2,6,13,
21 87:10,19
88:6,15,24
89:8 90:1,13
92:15 94:9
95:11 96:6,13
98:11,16 99:17
104:11,18
106:13 110:15
111:4,21,24
117:4 125:7
129:4 144:10
147:2 150:13
155:10 158:11

exhibits
  4:2 8:5 15:22

expelled
  104:8

experienced
  117:10

expertise
  123:20

explain
  113:8

exploring
  10:24

express
  25:5 87:6

expressing
  87:16 88:4,12,
  21 89:5

extent
  120:15

extra
  60:15

extracurricular
  129:8

eyes
  80:20

———————————

F

Facebook
  146:21,23
  147:3

Facetime
  39:18 69:24

facility
  129:15 135:19,
  25 136:5
  138:22

fact
  81:17 112:21

117:6 129:19
144:12 158:13

factor
  158:14 161:14

facts
  113:4,5

factual
  112:19,21

fall
  6:11 9:11,13,
  19 10:1,8
  79:19 83:9
  106:24 115:5,9
  116:16,20
  128:14,16,20
  130:12,13,14
  131:2 132:21
  133:25 134:7
  135:13 136:8,
  11,12,18
  137:3,11
  140:20,24
  141:11,17,25
  147:8 149:21
  157:20,21

family
  17:1 52:22
  53:1,25

fans
  158:20,21

fast
  153:9,12

father
  11:23 49:6
  111:12 147:3

fear
  138:19 140:22

fearful
  109:20

February
  102:20 131:9

March 18, 2022

**feedback**
90:7,11

**feel**
13:1 95:7
145:9,10,22
154:19 156:23

**feeling**
17:10 134:16

**feelings**
96:2

**felt**
44:7 45:18
72:21 119:11
120:18

**FERPA**
74:20,23 75:2

**figure**
30:6

**figuring**
127:10

**file**
8:6 11:15 16:6
155:23

**filed**
16:6

**fill**
75:2

**final**
61:16 91:6,13
94:15 95:5

**finance**
157:18,25

**find**
54:11 103:14,
19 108:24
115:24

**finding**
95:22 96:3,10,
15 97:4,13,16

**fine**
33:8 66:24
67:2 84:13

**finish**
23:17,18 24:5,
11 28:18 31:9
38:19 40:4
154:17

**finished**
16:10 23:7
43:17 56:1
59:24 65:8
68:7 69:14
82:8 87:14
88:10,19 89:2,
9 96:7

**finishing**
23:25 31:3
41:14

**fit**
153:2

**fitness**
136:5 137:5,7,
8,10

**five-minute**
111:17

**floor**
144:7

**focus**
144:24

**focused**
145:12 147:25

**follow-up**
46:23

**food**
78:1 140:9

**foods**
139:25 140:8

**foot**
153:1,3

**football**
34:21 64:21
72:7 114:5
116:18 122:10,
13 135:16
138:15,20
140:23 142:15
144:15 145:1,
22 146:19,20
158:20

**forensic**
55:4,16 56:4,
8,13,16 57:21,
25 58:2,4,7,8,
13,18,22,25
60:2 68:6,15,
24 69:4 101:12

**forget**
31:18 139:10

**forgot**
20:12

**form**
10:10 14:17,24
15:1,2 18:4
20:5 21:3
22:13 52:10
54:12 59:6
62:12,13 63:3,
9 69:7 96:24
97:5,22,23
118:12 122:8
123:17 124:6
139:15 146:3
153:10 161:16

**formal**
47:24

**format**
32:10

**forward**
20:14 21:11
56:7 71:19
110:13

**forwarded**
21:15,21
110:22 111:12

**forwarding**
111:16

**found**
102:15 108:22
109:15,18

**foundation**
13:19 16:15
17:4 18:12
20:16 21:22
36:17 59:7,13,
18 61:19 62:11
63:10 72:14
80:15 91:21
112:14 120:3,
11 139:20
151:20 152:17
154:5,12
160:14 161:1,
17

**four-credit**
158:3

**frame**
111:17

**fraternities**
78:9,24 79:1

**Fraternity**
129:13 130:6,
15,25 133:10

**frequently**
51:7 141:2

**freshman**
130:8,9,10
133:18

**Friday**
42:16 90:19
106:18

**friend**
142:11 144:7

March 18, 2022

friends
  126:12 128:4
  139:18,24
  140:2

frozen
  124:17 127:6

frustrating
  106:21

full
  4:24 68:15
  92:22 132:16

future
  46:16 156:10

---

G

game
  116:23 134:23

games
  72:7 129:16
  141:20,21,23

Gamma
  129:13 133:17,
  20

garbled
  107:14

gather
  21:24 24:16,20

gathered
  24:21

gatherings
  130:24 133:11,
  22

gave
  24:23 47:22
  101:13

gender
  158:14,23
  159:5,9,20

general
  81:20 145:15

generally
  118:18 157:1

Gillette
  73:18

girls
  75:22,23 76:6
  77:5,13,22,25

give
  34:11 44:10
  51:10 61:8
  76:15

giving
  29:7,13 40:25

Gloria
  19:3

good
  33:4 45:10
  66:23 99:14
  104:4 116:10
  134:17 157:8

Google
  109:6,9,12

Gordon's
  139:9,11

GPA
  7:10

grade
  22:22,25 23:3
  29:10 32:11

grades
  11:1 34:10

graduate
  6:5,12,15 7:6
  8:1,21,23,24
  9:1,6 10:8,18,
  23

graduated
  7:10,12,15

122:17 148:1

grant
  20:1

granted
  38:13

great
  15:25 75:13
  99:10 137:16,
  25

ground
  5:13

group
  78:3 114:6
  122:13

groups
  114:5 116:18

guess
  78:17 99:2
  149:21

guilty
  158:17

gym
  135:20,22

---

H

half
  7:12 8:21
  75:18 77:13
  78:5 79:17
  150:1,2

Hall
  114:13 129:14
  135:19

happened
  7:16,18 30:7
  69:17 70:2
  81:7,14,25
  94:4 104:5
  143:17 151:25

153:16 154:4,
  8,14 156:1
  160:17

happy
  62:3 87:25
  104:4 108:15

hard
  77:16 91:23
  92:5 104:9
  134:4 148:5

Harrent
  133:4 140:5

hashbrowns
  140:10

Hasselbacher
  12:15 13:4
  16:13 34:20,24
  35:23 37:24
  38:10,13 43:25
  45:21 47:19
  59:23 63:20
  64:4,13 65:2,
  10 66:3 67:15
  68:4 73:1 75:9
  81:10

Hasselbacher's
  14:10

head
  5:23

heads-up
  47:22

hear
  25:6 41:8
  70:25 71:1
  78:20 107:9

heard
  69:1 156:21

hearing
  38:4 73:10
  93:17 97:14,21
  98:6,25 99:4,

---

March 18, 2022

20,22 100:4,8,
16,21,24
101:8,23 102:2
103:7,14,16,
19,20,22
104:8,21,25
151:10,17,19
155:6

**held**
33:10 99:15
103:16 127:11
138:3

**helpful**
15:5 27:4
30:16 92:12

**high**
6:5 7:22

**hiking**
133:23 134:3

**history**
101:3

**hockey**
129:16 141:20,
21,23

**hold**
67:21 126:3

**home**
41:17 103:23
105:21 110:9
131:12,13,15
134:5,6,10,13
145:1 146:18,
20,22 148:24
149:15,24,25
150:2

**honestly**
61:16

**Horace**
67:15 68:5
90:23

**horrible**
25:6

**hostility**
144:15

**hour**
33:3 66:21
154:15

**hours**
149:17

**house**
50:21,23 51:1
64:8 77:6,22,
25 78:2,22
79:4,6,11
105:24 106:2
110:6 115:2
136:19 147:7
150:2

**How's**
8:11

**Hub**
115:10 131:12
132:24,25
137:4

**Hub's**
137:7,8

**Humbucker**
143:17,18

**I**

**ID**
149:12

**idea**
10:22 27:25

**identified**
73:25

**identify**
117:18 144:20

**identifying**

47:14 48:2

**ignore**
89:16

**imagine**
106:21

**immense**
158:17

**important**
61:11

**incident**
7:16 23:1
50:17 103:9
144:19

**include**
148:4

**included**
73:23 155:25

**including**
52:15 117:16
129:10 144:16

**incomplete**
26:2,18 29:15
32:5,11 33:20

**indirect**
73:25

**inform**
47:23

**information**
27:3 46:5,11,
16 47:15 48:2
52:5,15,16
53:10 55:15
57:5 58:12
60:20 61:7
62:19 65:14
68:11,16,25
69:6 71:22
90:25 93:16
97:25 107:22
112:8 117:17

118:20,22
120:21,25
143:21 147:20
151:22

**informed**
61:12,13 73:18

**informing**
34:20 47:12

**initial**
89:12,18,20
90:20 91:1

**initiate**
46:11

**Inside**
122:20

**Instagram**
126:16,17,18,
21,22 127:14

**instruct**
155:20

**intention**
7:5

**intentional**
81:19

**interested**
44:2

**interrogatories**
123:22

**interrogatory**
117:4 129:5
138:7 144:11
150:14

**interrupt**
56:19 161:22

**Intervention**
117:22

**interview**
67:14 68:4
70:5

March 18, 2022

interviewed
  66:7 67:16

intoxication
  101:10

investigation
  14:14,23 15:12
  46:3,4,11
  47:25 56:17
  66:8 97:12
  115:22

investigative
  89:12,18,21
  90:20 91:1,7,
  13 94:15 95:5

iphone
  53:18 54:6,9

iphones
  52:1,6

  ▉▉▉▉
  4:19 5:1 38:22
  60:14 71:19
  72:20 82:20
  84:11,13 87:25
  90:4 92:23
  94:20,24
  104:24

issue
  35:23 36:1
  38:10 103:17
  125:1 156:12

issued
  95:23

issues
  67:22 139:2

itemization
  151:3

IX
  11:14,17 84:21
  85:8,14 117:7

IX'ING

11:13

---

**J**

---

Jackson
  144:5,8

Jaime
  16:13,14,18,19
  17:3,23,25
  18:24 41:7,9,
  10 43:12,20,
  24,25 44:16,18
  45:9,14,19,22
  46:2 47:10
  48:22 50:1
  51:4,7,12,16,
  18,21 55:25
  56:3,7 58:21
  59:22 60:2,11,
  13,20 61:4,25
  62:2,6 63:8,24
  64:20 65:11,
  17,19,24 66:4,
  6 70:21 71:4,
  14,17 72:5,10,
  16,19 90:3,16,
  19,23 94:11,22
  95:3 128:19

Jaime's
  62:25

January
  38:4 99:25
  100:1,3 104:19
  105:6 151:11

Jennifer
  67:15,17 68:5,
  14 70:5 90:23

Jill
  133:4 140:5
  142:11,15
  143:16,25
  144:2 147:14

job
  11:5 132:10

jog
  61:2 91:24
  92:2,8,9,12

John
  4:17 99:9
  127:5 154:12

Johnson
  114:14,21
  115:8

join
  130:5 133:17

judge
  73:19 152:2

July
  62:7 102:21
  105:10

June
  6:7 50:6,14
  55:25 59:23

jury
  105:8 128:23

justice
  7:2

juvenile
  11:9

---

**K**

---

Kappa
  129:13 133:17,
  20

Kapust
  86:15 87:21
  88:8

Kate
  18:13 19:12
  20:11,13,19
  21:12,14,16,21

22:6 26:11
29:22 30:3,6
32:20 74:15,
18,20 75:5
82:1,11,15,20
83:6,12,15,19
84:2,6,8,18
85:19 86:7,14,
22 87:12,21
88:8 95:12,15,
18 106:14
107:4 125:3
128:13

Kate's
  32:22 87:7

keeping
  75:13 134:5

kind
  78:10 133:7

kinds
  92:2 133:19

Kipp
  94:11 95:24
  98:19 122:22
  124:25

knew
  101:19,21
  143:21 150:23
  156:20

knowing
  95:8,9

knowledge
  35:9 55:1 81:8
  120:8 122:12
  126:12 155:9
  159:25

---

**L**

---

labeled
  15:23

March 18, 2022

lacks
112:7

language
112:10

largely
144:24

lasts
78:5,6

late
106:18

Lauren
12:14 13:4
14:10 16:13
27:1,2 34:16,
20,24 35:13,23
36:6 37:24
38:10,13 40:25
43:25 44:16
45:10,12,19,21
46:2,4,10,15,
19,21 47:1,10,
12,19,22 48:22
49:9 55:25
59:23 63:20
64:4,12,20
65:2,10,13,18,
19 66:3,6
67:14,17 68:4,
14 70:5,18,20,
21 71:3,14,17,
22 72:19 73:1,
6 74:11,14,18
75:9 81:10
90:2,16,18,22
92:16 94:10,14

Lauren's
35:8 44:3 47:6
48:16

law
10:13,22 58:3

lawyer
56:22,23,24

57:2

laying
154:11

lead
78:2

learn
28:4 106:5
108:19

learned
104:7 107:6,
18,21 109:22
110:6 111:17
143:23

learning
131:7

leave
50:17 80:24
158:21 161:23

left
50:22 80:23
81:22 116:24,
25 122:6
134:21

Legal
129:13 130:6,
15,25 133:10

legally
121:2

length
32:10

letter
73:18 87:9
97:4 123:11

letters
84:12 95:22
96:3,10

letting
72:5 94:14

level
100:17 102:12

129:1

liars
158:25 159:8

libraries
129:14 135:1

library
135:3,4,9,11,
14,17

lie
113:10,14

lieu
4:8

life
95:24 126:25
127:3

limited
77:15

link
56:7

lip
78:17

list
98:24

listed
138:6 150:18

live
79:3,6 106:2
115:9 131:10
132:21 135:23
136:16 139:14,
19 150:9

lived
79:10 131:12
136:18 140:7
143:20 144:7

lives
128:10 150:5

living
50:14 105:24

115:2 124:22
136:12,13
137:4 147:7

load
7:19

lockdown
131:11 133:7

log
53:8 127:24

logic
156:17 157:9,
13

login
53:10

long
34:8 44:5
54:19 57:7
66:24 75:17
78:6 81:24
83:2 91:23
96:1 101:7
132:13 149:15

longer
33:23 139:14
140:7

looked
48:17 58:11
85:2,16 86:4
95:8,10 128:1

lot
24:14 55:1
114:18 119:1
134:4 156:22

loudest
78:21

Loyola
10:17

LSAT
132:8

March 18, 2022

lunch
    66:23

lying
    62:25 63:6
    66:2 160:17

_____

           M

made
    37:18 44:4
    56:14 71:25
    75:14 81:18
    93:24 97:13
    116:7 145:2
    150:20

Madison
    39:17,18 46:22
    149:16 158:18

maintain
    142:1

major
    6:20,25 158:5

make
    14:21 17:13,17
    31:18 46:21
    56:11,20
    61:11,13
    124:11 151:12
    154:18

makeup
    33:14,23

making
    40:18

man
    161:11

manner
    4:12

March
    131:9,11,14
    132:4 133:12

Marcott
    84:19 87:12,16

Marissa
    69:16,21 70:2
    103:8

Marissa's
    70:7

marked
    4:2

math
    157:1,5,8,10

matter
    44:11

matters
    101:4,5

Maxient
    16:6

Mcintosh
    72:2

meaningfully
    118:1 121:24
    123:16 124:1

means
    112:20,23
    113:7

meant
    28:10 112:9
    124:7

meantime
    32:12

measure
    37:24 124:23

measures
    13:8,12 27:9
    92:24 93:5
    123:14

media
    72:22 109:3,5,
    10,11 111:19

128:25 159:13
160:23 161:5

medical
    55:7 60:12
    61:6,14

medication
    155:18

meet
    43:12 66:3,5
    78:3

meeting
    43:14 44:17
    82:1,3 83:1,
    13,23 84:5,9
    117:14,17,18
    118:19,21,24
    120:10,13,23
    121:8,10,12,
    13,15,17,18
    122:21 123:3,5
    124:25 125:22,
    25 126:9
    145:16,20
    146:2

meetings
    130:16,24
    133:11

Melanie
    24:2

member
    133:20

members
    77:1

Memorial
    135:3,11,12,16
    140:13,20

memory
    27:25 30:17
    44:20,24 45:4
    55:20 59:2
    60:1,19 61:3,

18,21 82:10,23
83:1 91:5,24
92:3,8,10,13
120:7 143:2
148:22

men's
    158:20

message
    62:10,16,17,
    21,23 63:1,7
    85:13 117:13
    118:18 125:9,
    10,20 126:14
    128:2

messages
    51:21 81:2
    143:9 158:21
    159:6

met
    5:6 43:20 44:9
    80:20 82:11
    83:4 117:8,21

midday
    64:15

middle
    75:12 127:2

midway
    95:16

minimum
    148:2

minor
    7:2

minutes
    33:6 67:1
    111:12 127:9
    137:22,25

miracle
    129:20

misconduct
    47:14,25 97:10

March 18, 2022

99:21 105:1
160:25 161:7

**misheard**
146:9

**misstates**
15:8

**mom**
52:23 53:5
72:17 110:9
113:23,24

**mom's**
50:23 51:1
53:6,13 64:8
105:24 106:2
110:6 115:23
150:4

**moment**
23:5 43:16
123:19 153:17

**Monday**
59:23 64:15

**month**
93:8 131:1,6

**months**
131:3,4

**mood**
104:4

**Moore**
86:23

**morning**
8:6 43:13
109:14,17
142:14 155:1

**mother**
50:3 60:11
61:4 151:6

**motion**
155:24

**motivating**
158:14

**multiple**
41:18 43:6
91:10 104:13

**Murchison**
20:25 24:2
31:5 40:9
42:3,9

**music**
79:23 81:19

**MUT**
129:16 141:1

---

**N**

**names**
57:14 140:4

**narrative**
159:1,18,20
160:1,5,6
161:14

**nature**
151:21

**navigate**
84:13

**NCD**
37:6

**needed**
8:21 10:7 43:6
51:10 72:21
74:24 117:15
121:24 131:19
152:13

**needing**
70:22 71:6

**Nervik**
20:24

**networking**
130:16

**news**
128:25

**newspaper**
128:22

**NFL**
116:23 134:23

**Nicholas**
136:1

**night**
44:20,24 101:3
103:22 143:17,
22

**no-contact**
35:5,14,20,23
36:1,6 37:7,
12,18 38:8,9,
14 118:2
121:24 123:16
124:1 152:7

**nod**
5:23

**nonacademic**
97:10 99:21
104:25 160:25
161:7

**nonessential**
144:13

**normal**
80:5

**note**
16:12

**notebooks**
138:18

**notes**
121:8,10

**notice**
46:12 47:11,20
48:10,15,23
80:14 153:14

**noticed**
49:7

**notices**
46:12,13 48:25
49:16,20,21
133:13

**November**
94:6 147:3,6

**number**
7:24 15:21
73:16 76:14
111:24 117:5
129:5,23 138:7
144:11 150:14
158:12

**numbered**
15:22

**nurse**
55:5,16 56:4,
9,13,16 57:21,
25 58:4,13,18,
22 60:3 61:15
68:6 69:4
101:12,18

**nurses**
61:7

---

**O**

**oath**
4:9,10

**Object**
10:10 13:19
14:17,24 15:1
16:15 17:4
18:4,12 20:5,
16 21:3,22
22:13 120:11
161:1

**objecting**
116:8

**objection**
14:25 15:3
20:21 36:17,20

March 18, 2022

47:6,7 49:20
52:10 54:12
59:6,13,18
61:19 62:11,14
63:3,9 69:7
72:14 80:15
91:21 93:24
96:24 97:22,24
98:9 112:14
117:19 118:12
120:3 121:5
122:8 123:17
124:6 139:15,
20 146:3
151:20 152:17
153:10 154:5
160:8,14
161:8,16,17

**objections**
4:12 91:17
96:22,25

**obtain**
56:12,15

**obtaining**
56:3

**occasionally**
107:11 155:11

**occupied**
75:13

**occurred**
60:23 62:9
81:24 118:6
155:7

**October**
90:23 92:19
93:5,9 94:5,11
95:13 97:19
98:5,22 99:5

**offer**
92:25

**offered**
35:4

**offering**
13:4 33:18
41:16

**office**
11:9,14,17
44:3 57:4,11
58:9 60:15
61:10 64:13
68:10,19,22
69:6 73:9
74:16 81:11
82:2,21 91:7,
14 94:16 111:5
128:13 151:25

**officer**
58:3

**official**
12:1 144:20,21
148:8,20

**officials**
117:8,12 139:5
151:16

**Ogg**
129:14 135:19,
20 136:4,12,13
137:10

**on-campus**
129:7

**on-your-own**
78:10

**online**
21:5 40:21
53:8 110:12
149:9

**open**
27:8 36:13
83:8,20 132:11

**opening**
12:20 14:9
22:7 27:11
31:20 85:23

**opportunities**
138:6 144:14,
17

**opportunity**
97:14 129:7

**opposite**
113:10,14

**opted**
28:22

**option**
119:14

**options**
10:25 26:6,12
29:7,13 35:5

**order**
10:7 60:25
74:24

**ordered**
73:19

**original**
49:3

**outcome**
158:22

**outdoor**
132:17

**outgoing**
151:3

**overwhelmed**
17:1,10,12

**owned**
138:22

---

**P**

**p.m.**
67:5,6

**pack**
131:24

**packed**
132:3

**Padlock**
85:20 88:17,21

**pages**
14:5 104:13
148:17

**paginated**
112:1

**paid**
11:10

**pandemic**
131:8

**panic**
109:19 155:13,
16,18

**paper**
22:19,20 26:3
29:15 32:6,24
33:19

**paragraph**
68:6 69:12
92:22

**parent's**
50:21

**parentheses**
71:18

**parents**
41:1 52:23
64:2 110:2,3
121:18,20
139:4 149:2
150:15,17

**part**
19:10 66:7
68:23 99:18
101:18 105:15
116:6 138:6
158:19 159:1,
17,19,22

March 18, 2022

161:13

participate
6:17 76:11
133:15,20,24
140:24

participated
76:17 129:9

participating
4:5 134:1,12,
14

participation
71:24 129:11
130:2

parties
4:10

parties'
91:2 97:20

party
90:25

pass
115:14

password
54:17,18,20,
21,22,25

passwords
55:1

pause
67:23 107:15
127:7

penalty
123:23

pending
6:2 92:25

people
57:13,15 74:25
76:11,17 77:6
100:8 135:22
139:13,16
152:12 158:21

perform
77:4,5

performance
78:17

period
131:11 149:20

periods
127:17

perjury
123:23

permission
40:25 70:19

permit
158:18

perpetrator
122:4 140:22

person
4:9 69:25
82:22 94:24
125:20

person's
5:16

personal
53:13,16,24
54:1,22 142:1
159:25

personally
52:21 152:4

petition
107:7,19
110:18 111:9
112:3 114:3
158:15 160:1,4

Phi
129:12 130:6,
15,24 133:10

philanthropy
133:21

philosophy

156:14,15
157:9,20

phone
45:11,15
51:14,19,22,23
52:7,20 53:6
54:2,23 69:24
70:1 109:7
121:19 126:18,
19,21,23
127:4,14,19,
21,22,24
142:4,5,19
143:1 147:17,
22,23 150:16,
24 151:2,3

phones
51:25 52:3,17

phonetic
133:4

photo
147:4,5,6,12,
13,15,19

physically
4:6

pick
41:22

picture
142:20

piece
27:15,23

place
37:24 122:2
124:9 134:18
140:16 152:7
155:2 156:23

plaintiff
5:2,10 112:5,7
117:7,13 129:9
144:13,18,21
150:15,17

plaintiff's
129:10

plan
40:19,20 47:4,
6 52:22 53:1,
6,9,13,22,24
54:6

planning
83:7

plans
11:5

platform
109:5

play
141:5

played
134:22

player
145:22

players
114:5 116:18
117:10 119:5,
8,17 120:17
122:10,13
135:16 138:15,
20 140:23
142:15 144:16

point
12:18 24:15
38:2 46:24
111:15,16
122:6,16 134:4
141:24 155:17
156:20

police
46:6,22 117:8,
16 118:5 143:3

policies
47:14

political

6:21 7:7,8
19:19,21
30:10,11 32:20
157:18 158:5

Politics
30:22

portion
69:4 105:16

position
11:10

positive
100:3

possession
59:5 151:6

possibility
14:19 33:22

possibly
55:21 59:3
121:7

post
147:3

posts
146:21,23
160:23 161:5

potential
76:6,7 77:6
98:25

potentially
44:17

practice
10:23 77:3,12

practices
92:9

prefer
47:1 157:3

premarked
8:5

preparation
77:18,19

prepare
5:4 75:21,22,
24

presence
81:20

present
4:6 37:21
105:17

presented
102:6

pressure
158:17,20

pretty
8:9 80:5
109:17 123:3
125:14 152:12
153:12,16

previous
52:6 86:3

previously
67:10 111:25

primarily
17:25 51:11
83:14 135:10,
12

prior
4:3 90:4

privacy
12:12

privately
138:22

privilege
93:25 155:22
156:8

privileged
93:19 99:3

problem
25:20 71:11
79:16

problems
91:18

proceeding
55:11 67:23
97:11 107:15
127:7 152:8
160:25 161:7,
25

PROCEEDINGS
4:1

process
11:13 92:25
97:10

produce
57:9

produced
85:11 111:25
148:16,18

production
12:6 36:19
37:10

productions
18:7,8 19:10
99:18

professor
19:2,3,13
20:1,22,24,25
21:13,14,15
22:6,17 23:10,
15,16,24 24:1,
10,13 25:4,5,
15,16,20
26:11,17,19
28:16,20,21
29:7,8,9,13,
18,23 31:3,4,
5,9,11,12,17,
18 32:3,4,7,16
33:14,16,17,
18,21 34:2,6,9
38:19 39:3,22,
24 40:4,8,9,18

41:14,16 42:3,
9,15,21,23
43:1,5 87:11,
12,16,21 88:3,
8,17,25 89:4

professor's
30:4 88:12

professors
18:14,23 19:5
83:8 84:19
85:2,20 86:7,
15,23 87:3,6

profile
128:1

promiscuous
158:25 160:21

Promisel
85:20 89:1,4

pronounce
87:24

proof
146:19

proposal
30:4

protective
13:8,12 27:9
37:23 92:24
93:5

protocol
47:23

provide
46:16 56:16
57:20,24 58:4
70:18 87:3
90:6 116:1
118:20 125:11
130:1 143:14
146:25 159:14

provided
55:15 65:14

March 18, 2022

90:11,25 94:15
113:13 115:21
118:22 129:2

**providing**
27:2 65:13
71:22 93:15

**provision**
118:2 121:25
123:16 124:2

**psychology**
21:19 25:15
114:11,14,17,
18,23 115:1,14

**punish**
26:21

**purchase**
149:9

**purchased**
149:6,10

**put**
37:24 55:1
71:17 122:2
124:8 126:21,
22 151:18

**putting**
54:20

---

**Q**

**QC**
110:18

**question**
5:18 6:2,3 9:5
15:5,6 17:16
22:9,11 60:9
65:2,9 69:2
71:1 93:18
99:3 100:19
103:12,18
104:16 117:5
118:14 140:1

152:18 154:10
155:21 156:5,
10 161:3

**questions**
34:25 44:17
45:12 46:24
47:16 56:21
66:14 72:1
100:20 101:2
105:2 121:3

**quick**
139:1 161:23

**quickly**
37:20 153:16

**Quintez**
11:15 16:7
35:21 37:14
48:15 61:8
64:21

**Quintez's**
126:12

---

**R**

**Rachel**
4:15 8:9 33:2
57:13,16,20
58:17 66:20
67:21 98:12
107:9,10
117:24 120:9
124:15 137:15
146:10 154:9,
13,16 161:21

**racial**
160:24 161:6,
14

**ran**
117:10 119:7
120:16

**Randall**
114:11 115:15

**Rape**
16:19 17:3
50:10

**raped**
142:15

**reach**
11:17,18 72:20
73:1 74:18
106:11

**reached**
11:19

**reaching**
50:2 73:5

**read**
12:18 15:4,6
22:11 25:22
31:24 32:13
36:12 60:8
69:12 72:3,24
74:6 88:1
89:15,17,23
90:8 95:5
96:23 97:4
107:2 118:7
128:22 129:17
145:5 150:25
159:3

**reading**
12:17 60:22
97:1

**readmission**
107:7,19

**readmitted**
108:20 109:23
111:18 115:4

**ready**
32:7 96:20

**real**
161:23

**reason**
12:21 13:17

83:3 85:15
105:5 145:11
150:17

**reasonable**
20:3 43:9

**recall**
7:11 11:21
12:14,17,19
14:1,7,18,21
15:11,13 17:10
19:18 20:24
21:6 22:18
23:20 24:12
27:11 30:7,14
32:15 35:10
47:7 49:1,3,5
54:7,20 56:5
57:14,23 58:1
61:16 62:6,8,
15,21 65:24
66:1,19 68:12,
20 73:5 74:3
77:17 81:23
82:1,3,5
83:17,24 84:8,
23 85:3 87:8
89:12,13,25
95:22 96:1,2,
16 97:15,17
99:22 100:18,
19,20,22,23
101:1,8,11,12
102:1,3,13
103:7,11
104:6,9,10
107:5,6,18,21
110:25 111:2
119:24 120:24
121:16 125:6
129:3 130:7
139:6 143:8
145:25 148:10,
11 157:15,17

**receipts**

March 18, 2022

115:20 116:1
149:6

**receive**
36:10 89:11
128:7,12

**received**
27:10 87:7
110:25 111:13
118:18 125:10
128:2

**receiving**
14:2 32:15
62:6 63:12
84:23 89:14
101:20 104:10
111:15 126:14

**recess**
67:5

**recognize**
63:18 147:12

**recollection**
13:15 14:9
17:1,24 43:19
68:9 96:9
108:6,11
120:15,20

**reconsider**
108:15

**record**
4:14,25 55:7
151:18

**recorded**
142:2 151:19

**recording**
28:8,9

**records**
52:20 53:4,9
60:12 61:6,14
115:20 116:4
151:2

**Recreation**
136:1

**recreational**
136:5

**redacted**
12:11 110:19

**referencing**
15:17,18

**referring**
57:16,18

**refresh**
13:15 30:16
43:19 55:19
59:1 60:1,19
61:18,21 68:9
82:10,23 83:1
91:5 96:9
108:6,11

**refused**
117:12

**regarded**
51:19

**regretting**
160:17

**regular**
41:17

**reinstated**
63:21

**reinstatement**
64:21

**related**
14:14 61:15

**release**
68:11 74:20,23
75:2

**released**
68:16,23,25
69:4,6

**relevant**

52:9,14 58:11
62:19 156:2

**reluctant**
140:21

**remainder**
145:3

**remember**
11:22 19:2,4,7
21:18 22:22
24:3 28:24
30:12 43:14
57:8 58:6,24
60:4,23,25
66:5 70:8,13
73:4 77:10
81:17,23 83:15
91:12,20 92:5
104:3,7 107:23
108:1 114:20
120:2 121:4
127:23 142:7
144:3 148:14,
19 157:23

**remembering**
93:16

**remind**
93:11 94:4

**reminded**
43:5

**remote**
131:7

**remotely**
4:8,10 19:24

**remove**
37:19

**repeat**
9:5 17:16
22:10 103:18
161:2

**rephrase**
5:19 146:11

**reply**
64:12

**report**
46:6,22 56:4,
9,13,16 57:21,
25 58:5 60:3
89:12,19,21
90:5,11,20
91:1,7,11,14,
18 95:5 102:4,
9 151:15
152:2,4

**reported**
81:8,9 128:25
144:18,21
151:16 152:12

**reporter**
4:4 5:15 15:7
22:12 70:24
103:18 107:12
161:21,22

**reporting**
4:7,12 35:5

**reports**
91:6 94:15

**represent**
12:10 16:5

**representatives**
14:16 17:21,22
119:21 120:22

**request**
17:13,17 18:22
20:1 21:2,12
24:17 38:13
45:22 55:16
93:4,8 100:11,
13,14 111:23

**requested**
14:13 19:24
32:23 35:24
36:2 118:23
119:25

ISABELLE ARANA
March 18, 2022

requesting
  14:19,22 15:11
  61:6 72:9
  125:6

requests
  18:9 21:25
  59:11,17 83:24
  90:4 111:23
  116:6 142:22

required
  121:2 156:22

requirements
  6:12

reserve
  156:10

reset
  54:25

Residence
  129:14 135:19

resources
  13:9 27:10
  129:8

respect
  45:5

respond
  35:8 56:24
  107:4

responded
  32:22

response
  18:8 21:24
  24:16 65:14
  70:7,9 111:22
  112:5,11
  117:5,20
  129:12,23
  142:22 144:22
  146:8,14
  150:19 158:16

responses

5:7,8,9,10,12

responsibility
  37:19

responsive
  59:11,16

rest
  131:15

restate
  69:2

restoration
  110:18 111:9
  112:3 114:3
  118:3 124:3
  158:15 160:1,4

result
  7:22 156:1

results
  102:4

retain
  51:21 52:5,8,
  14

retaliation
  117:11 150:22

retreats
  133:22 134:3

retrieve
  52:17

return
  79:13 146:7
  158:19

returned
  144:23 146:14

returning
  64:14

revealed
  151:22

review
  13:7 16:9 32:9
  43:17 46:22

49:16 55:25
  59:22 65:17
  68:5 87:13
  88:9,18 89:2,
  8,18 90:6
  91:2,13 96:6
  98:16 129:22

reviewed
  5:6 22:2 90:10
  91:10

reviewing
  66:19

ride
  149:1

rights
  13:9 14:1 27:9
  73:10 111:9
  114:3 118:3
  124:3 158:15

rise
  155:12

Rogoff
  69:13,16 103:8

room
  4:6 101:1
  140:13

roommate
  35:21 122:4

roommates
  133:1,3 140:5

rooms
  129:15 140:11,
  20

route
  114:25 115:7

routes
  116:5

routine
  76:4 77:4,12,
  23 92:9

routines
  75:22,24

ruin
  160:22

rule
  5:18

rules
  5:14 108:10

run
  119:4,16
  145:21

running
  76:4 138:19
  140:22

rush
  32:10 75:13,
  17,20 76:3,11,
  18 77:9,20,21
  79:15 140:24
  148:4

---

S

S-A-T-H-A-S-I-V-
A-M
  16:24

Safari
  109:8

safe
  145:9

safeguards
  122:2 124:8

safety
  119:1,15
  123:14 124:23
  145:11,14

sample
  101:13,15,25
  102:5,12 129:1

Sathasivam

March 18, 2022

16:21 41:10
43:12 65:11
94:11,23
128:20

**Sattler**
57:16 58:18
117:24 120:9

**save**
62:10 63:7

**saved**
62:17,19,22

**schedule**
124:12

**scheduled**
99:4 102:19

**schedules**
124:11

**Schmidt**
94:10 104:19

**school**
6:5 7:23 10:13
72:17 74:25
117:8,9,11,13,
24 118:1,10,16
121:23 123:25
127:2 130:20
131:7 144:24
145:10,12,13
151:17 158:19

**science**
6:21,22 7:7,8
19:19,21
30:10,11 32:21
157:1,5,8,18
158:5

**score**
78:3

**screen**
67:8

**screenshot**

28:10

**scroll**
12:25 20:13
29:4 96:20

**search**
58:16 115:25

**season**
72:7 145:2
146:19,20

**sections**
41:19 43:7

**seek**
155:16

**selection**
138:17

**Sellery**
136:14,17

**semester**
8:14,17 9:3,8
11:1 26:21
35:1 38:20
40:5 70:23
71:6 84:14
95:16 106:24
109:21 131:21
134:20,25
138:14 148:7
157:19 158:8

**send**
18:22 20:19
27:21 39:3
41:2,4,16,24
46:12 64:3,4
83:7,20

**sending**
21:12 23:20
24:12 39:2
42:21 64:2
71:17 83:6
87:23 90:25
121:16

**sense**
46:21

**sentence**
71:18 92:21,22

**September**
82:2,17 83:4,
13,23 84:3,6,
20 85:21 86:8,
16,24 87:13
88:9,17 89:1
90:19 117:23
118:21 122:6,
17 157:19

**series**
91:6

**served**
5:11

**services**
27:3 117:22
128:12

**set**
50:11,12 97:21
111:22

**setting**
51:19

**sexual**
61:7

**shake**
5:23

**share**
8:6 57:5 67:8
109:21

**Shaun**
84:19

**she'll**
60:15

**Shelef**
28:21 29:23
31:12 33:17,18
34:2,6,9 38:19

39:3 41:14,16
42:15 43:1

**short**
33:10 41:18
43:6 99:11,15
127:11 138:3

**show**
8:4 12:4 16:7
19:9 26:8
61:17 66:15
70:12 83:25
104:17 107:23
125:25 126:8
129:4 147:2
148:13,17
149:13 151:2

**showing**
25:12 32:1,18
33:12 34:4
48:7 61:23
63:17 67:8
71:12 88:24
99:17 125:9
146:21

**sign**
74:24

**signature**
73:20

**signed**
123:22

**significant**
158:19,23
159:5,9,20

**similar**
70:4

**Singer**
84:19 87:12

**sister**
150:5

**sister's**
150:4

March 18, 2022

sitting
  153:6,7

situation
  37:19

situations
  160:16

size
  80:5

skimming
  97:6

skip
  40:15

Skype
  100:4 101:2

sluts
  159:8

small
  8:9 12:8

social
  109:2,5,10,11
  111:19 130:16,
  24 133:11,21
  157:3 159:13
  160:23 161:5

societal
  144:14

sociology
  21:1 24:4

song
  77:24

songs
  76:5 78:15,20

sooner
  47:2

████████
  28:4 68:23
  69:4 143:23
  144:3 155:8

Sophia's
  44:18

sophomore
  79:8,9 130:11
  141:22

sororities
  78:9,13,24
  79:1

sorority
  76:7,24 77:7
  79:3,6,11
  129:13 136:19
  144:25 147:7,
  24 148:3

sought
  94:5

sound
  67:16 100:2

sounds
  67:2 99:14

South
  100:6 114:24
  153:8

space
  33:4

Spanish
  7:25

speak
  13:4 35:4
  45:11 46:19,23
  47:1 62:1
  75:14 106:7

speaking
  65:21,24

special
  73:19,23

specific
  57:14 60:4,23
  61:1 83:22,24
  100:19 107:21

117:17 118:22
  120:20,21
  139:24 140:8,9
  141:5 150:17,
  20

specifically
  14:18,22 15:13
  22:18 24:14
  56:5 57:8 58:7
  62:8 66:1
  68:12,20 77:10
  83:17 85:3
  87:8 89:13,25
  91:12 101:11
  102:1 104:6
  114:12 117:16
  119:3,24 125:6
  129:3 130:7
  144:16 148:10
  158:10

specifics
  92:5

spell
  16:23

spend
  131:10

split
  135:10

spoke
  11:25 45:19,23
  51:20

spring
  8:13,16 9:16,
  23 10:4 30:19
  130:12,25
  131:5,21
  134:9,14,20,24
  135:5,6
  136:10,23,24
  147:9 150:11

stand
  156:7

standard
  80:6

Standards
  94:17

standing
  153:5

start
  4:3 46:5 55:23
  65:6 83:8
  141:21

started
  13:4

starting
  97:18 98:5
  99:4

starts
  68:6 69:12

state
  4:24 26:19
  28:8 73:16
  112:8 115:11,
  13 117:6 129:6
  134:22 138:9
  144:11 146:17
  150:14 151:9
  158:12

State's
  11:8

stated
  32:7 74:18
  117:19 155:11

statement
  44:6,10,18

statements
  114:1 149:8

states
  31:18 39:5
  44:2 46:10
  60:13 75:12
  90:24 92:22

111:25

**stating**
4:13

**stay**
51:1 131:15
134:5 150:3

**staying**
50:21,23
134:13

**stepped**
151:11

**steps**
52:14

**stereotypes**
158:23 159:5,
9,21

**stood**
153:18

**stop**
132:16 138:12,
15 141:23

**stopped**
124:18 138:18
144:23 148:9

**Store**
138:10,22
139:3

**stored**
52:15

**story**
143:25

**street**
114:22 115:11,
13 138:9

**streets**
114:16,21

**strike**
40:10,15 66:13

**student**
8:2 47:24,25
91:7,14 94:16
95:24 111:9
129:9 141:3
149:12

**students**
74:16 79:25
81:11 82:2
117:11 128:13
156:21

**studied**
132:8

**studies**
157:3

**study**
129:15 132:16
140:11,13,17,
19,20

**stuff**
78:4 133:23
134:3 148:4

**subject**
30:9 47:24
104:21 108:7,
12

**submission**
160:7

**submitted**
107:7,19
159:1,18 160:5

**substantiate**
116:5

**substantive**
90:24

**successful**
52:18

**successfully**
25:8,10

**sufficient**
46:10 112:8

**suggestion**
39:3

**summarize**
25:23,24

**summary**
68:3

**summer**
11:5,7 12:3
51:2,5,8 79:14
106:2 132:6

**Sunday**
29:25

**support**
72:21 73:2
83:18 87:6,17
88:4,13,22
89:5 94:24
95:19 106:25
128:12 144:12,
15

**supporting**
25:7 31:20

**supportive**
145:11,14

**supports**
92:24 93:4
94:5 117:6
158:13

**supposed**
119:7

**suspended**
72:6

**suspension**
34:21

**switch-over**
161:23

**sworn**
4:20

**symbolic**
157:13

**sync**
78:17

**synonymous**
112:24

---

**T**

**table**
153:8

**take-home**
34:2

**taking**
96:1

**talk**
5:17 11:12
41:1 46:7
51:10 56:3
58:21 62:3
70:19 74:25
80:12 83:12
105:8 116:3
121:18 129:4
135:1 138:5
151:9 156:14

**talked**
60:2,20 63:24
64:1 103:8

**talking**
30:19 73:10
93:21,22 119:1
124:16 131:20
146:15,16
150:23 154:13,
17 155:17

**taught**
20:25 21:18

**team**
34:21 63:22
64:22 71:23

March 18, 2022

158:20

**technological**
67:24 107:16
127:8

**technology**
67:22

**telephone**
51:13

**telling**
101:8 154:16
158:21

**ten**
149:23,24,25

**ten-page**
32:24 33:19

**terms**
152:21

**tested**
100:17 101:15,
21 102:5

**testified**
4:21 67:11

**testify**
105:11

**testimony**
15:8,10 128:23

**text**
51:16,18,21
62:2,6,10,16,
17,21,23 63:1,
7,12 81:2
121:12 142:14,
18

**thanked**
46:15

**theater**
129:16 141:1,
2,7,8,14

**therapist**

39:13,16,17
155:17

**therapy**
39:6,8 128:16

**thing**
78:10 79:2
132:15 135:24

**things**
24:14 28:3,16
77:15,16 92:2
95:15 159:10

**thinking**
96:1 106:23

**Thirty**
67:1

**thought**
157:11,14

**Threat**
117:22

**threatened**
119:11 120:18
145:23

**threatening**
125:10

**three-page**
66:17

**Thursday**
16:9 82:17

**tickets**
149:6

**time**
5:17 6:1 7:20
11:25 12:8,24
17:11 29:10
35:17 38:3
39:8,9,14
41:22 44:22
45:10,18 49:9
50:15 54:19
57:7 64:3,8,25

66:23 72:9
74:19 77:17
78:25 79:4
80:10,11 81:24
83:2 91:23
92:4,6 93:5
94:20,25 96:1
102:14 103:24
105:22,25
109:7,13 110:3
111:2,17
113:17 114:12
115:2 119:24
120:24 121:1,2
122:17 123:5
124:22 126:22
127:3,13,17
131:11 132:16
135:10,24
140:16,17
145:4 149:20
150:10,20
154:3,21,25
155:1 156:22,
24 159:23,24
160:10

**times**
127:18 135:8
149:18,23,24,
25 154:14

**Title**
11:13,14,17
84:21 85:8,14
117:7

**today**
5:5 22:2 46:13
66:18

**told**
5:14 60:13
68:10,12 69:17
70:3 102:22
117:14 120:17
121:21 143:21
144:3 148:19

159:23,24

**Tonya**
94:10 104:19

**top**
23:6 25:3,14
26:10 29:25
38:21 65:17
87:21 96:7

**topic**
32:8

**total**
76:12

**touch**
144:8

**tough**
92:4,5

**toxicology**
102:4,9

**transactions**
149:5

**transcript**
4:1 30:15
141:10,13

**transferred**
7:21

**treated**
121:22

**treatment**
155:16

**trial**
55:14 57:6
102:3,6,18,19,
21 105:8,9,13,
15 125:21
128:23 158:17

**true**
39:8 44:22
112:1,9,13,18,
20,23 113:2,9,
12 157:7

March 18, 2022

**Tuesday**
  41:22,23

**tuition**
  114:1

**turn**
  9:22  36:22
  58:19,22  59:10
  61:14  142:21
  143:3,5,11,12

**turned**
  52:4

**Turner**
  86:23

**turning**
  21:20  58:12
  60:2,16,20

**Tweets**
  146:21

**Twitter**
  109:6,7,8
  126:16

**type**
  10:22

**types**
  75:20  130:14
  160:12

### U

**Uber**
  28:9  115:6,19,
  20,23

**Ubered**
  115:17

**Uh-huh**
  25:17  30:20
  135:7  136:20
  149:4  150:6

**ultimately**
  28:22  30:23

  34:1

**undergrad**
  9:4

**undergraduate**
  8:2  9:9

**understand**
  5:18  24:19
  52:8,12  55:10
  74:23  113:7
  156:3

**understandable**
  33:22

**understanding**
  37:6,17  78:18
  79:20  97:9,12
  145:15  157:12

**underwent**
  55:4

**union**
  100:6  114:24
  140:13,20
  153:8  154:2,7,
  21,24

**university**
  10:16,17  12:1
  47:22  56:17
  57:5,22,25
  58:5,13,19,23
  60:21  66:9
  68:11,24  69:5
  107:8,20
  108:20  109:24
  123:15  125:5,
  11  138:10,21
  139:3,5  143:5
  144:20  148:8,
  19  157:5
  159:15

**university's**
  161:15

**unmotivated**

  118:1  124:1

**unredacted**
  64:18

**unsure**
  44:19

**upcoming**
  109:20

**update**
  51:10

**updates**
  94:23  109:11

**uploaded**
  8:5

**upsetting**
  106:21

**urine**
  101:13,15,24,
  25  102:5,12
  129:1

**Uttal**
  19:3

**UW**
  60:16  62:1
  72:19  117:8
  129:16  141:20
  145:4  158:25
  159:7

**UW-MADISON**
  6:10,13  7:6,22
  8:2  11:13
  15:12  17:14,
  17,24  79:4
  129:10  131:16
  160:24  161:6

**UW-Madison's**
  14:14

**UWPD**
  117:21

### V

**Vanessa**
  126:11  128:1

**verbally**
  78:20

**verdict**
  105:17,20
  106:5,8,18
  158:17

**Verizon**
  53:11

**version**
  41:17  110:19

**versions**
  91:11

**victim**
  13:9  14:1  27:9
  73:25  74:3
  159:8

**victimized**
  26:22

**videoconference**
  100:9,12

**violates**
  152:21

**virtual**
  6:19

**visit**
  61:6

**volition**
  27:22

### W

**wait**
  44:3  46:6,21
  74:19  81:12

March 18, 2022

wait-listed
157:17,23
158:8

waiting
57:6

waive
4:11

walk
114:7 115:1,13
150:16

walked
81:21 151:10
153:20 154:22

walking
153:9,12,14

walks
137:2

wanted
9:1,6 17:2
23:17 44:3
45:14,18 71:23
74:20 83:18
95:2 106:19

Wednesday
42:18

week
34:11 39:15
62:2,4,6 75:18
77:13 78:5,7
135:8,15 145:3

weekend
146:22 148:25
149:7

weekends
144:25 146:17,
20

weeks
75:19 132:14,
15

weird
132:12

Wi-fi
103:17

wipe
52:7

Wisconsin
149:10

withdraw
72:15 104:16
144:17

withdrawal
144:19

withdrew
144:13

withhold
59:16

witness's
108:11

witnesses
46:23 69:12

women
76:23 79:10
160:16

wondering
28:11 66:22

word
5:23

words
5:16 123:25

work
23:2 47:2 62:4
74:15,20
105:21 132:9
136:4,7,24,25
137:1,7,10

worked
57:11 132:8
137:8

worker
155:2

working
11:8 44:3
105:22

workout
135:25

works
53:15 108:9

world
30:12,13,22

worried
109:20 137:21

worries
136:23 150:9

worry
108:16

worse
45:7

would-be
150:23

wrapped
69:18 70:10

write
22:19,20 26:3
27:19 29:15
41:19 123:11
125:20

writing
157:11,14

written
44:18 104:10,
21,25

wrong
49:3

wrote
61:4 70:20
71:3 82:20
90:2

**X**

Xinzhi
87:24

**Y**

year
8:20 10:18
76:16 77:1
79:8,9 130:8,
9,10,11,21
133:12,18
141:22

years
7:12,16 9:2,4,
7,8 60:24 61:1

yesterday
72:20

**Z**

Zhao
86:15 88:8

zoom
12:7,25 21:10
29:3