Luis Piñero, Assistant Vice Provost/Director
179A Bascom Hall, 500 Lincoln Dr., Madison, WI
(608) 263–2378
Wisconsin Telecommunications Relay Service, dial 711
oed.wisc.edu

### The Office of Student Conduct and Community Standards

Student conduct policies are an integral part of the educational mission and goals of UW-Madison to foster teaching, learning, research, and service activities in living and learning environments that are safe and free from violence, harassment, fraud, theft, disruption, or intimidation. The student nonacademic misconduct process is one of many tools that UW-Madison uses to foster the personal and academic development of its students. Additionally, the disciplinary process may also be an appropriate means for UW-Madison to ensure the safety of our community.

Student conduct rules are found in three chapters of Wisconsin administrative law that apply statewide to all UW campuses and students. One of these chapters is UWS 17 which prohibits non-academic misconduct (i.e., misconduct toward other members of the community, including, but not limited to, alcohol and drug use, sexual harassment, sexual assault, dating violence, domestic violence and stalking).

At UW–Madison, OSCCS is charged with enforcing UWS 17. An OSCCS staff member is available to speak or meet with any individual wishing to learn more about the student disciplinary process or report a violation, including acts of sexual harassment. Rules and campus-specific procedures are available through the Division of Student Life, 70 Bascom Hall, 608–263–5700, or online.

Tonya Schmidt, Assistant Dean and Director
70 Bascom Hall, 500 Lincoln Dr., Madison, WI
(608) 263-5700 | dean@studentlife.wisc.edu

### Dean of Students Office (DOSO)

DOSO exists to support the academic mission of UW-Madison and to assist and support students in finding their own unique path to success. DOSO works with students individually with academic concerns, crisis situations, mental health issues and interpersonal stresses.  DOSO can assist students with obtaining interim and protective measures in instances where the students report a hostile environment caused by sexual harassment.  These measures can pertain to a student's academic, housing, employment or transportation circumstances.

DOSO assists faculty and staff with concerns they are having regarding students, policies, and classroom management and is available to consult with faculty and staff on a variety of topics. DOSO emphasizes collaboration to support student success both inside and outside the classroom.  At the center of DOSO's mission, DOSO supports student success by creating a culture of caring on campus.

DOSO offers drop-in services for faculty, staff, students, parents and the Madison community, Monday through Friday from 8:30AM-4:00PM in Bascom Hall, room 70 and also can be reached via email at dean@studentlife. wisc.edu, phone at (608) 263-5700 or DOSO's chat service.

Kathy Kruse, Assistant Dean and Director
70 Bascom Hall, 500 Lincoln Dr., Madison, WI
(608) 263-5700 | dean@studentlife.wisc.edu

### The Employee Assistance Office (EAO)

EAO assists faculty and staff with maintaining and enhancing both their personal and professional lives, and offers services to promote emotional well-being. All individuals are treated in a respectful manner. The Employee Assistance Office has resources to assist with family violence, sexual abuse, emotional problems and many other issues.

610 Langdon Street, Lowell Center, Room 226
(608) 263-2987 or toll free 877-260-0281
eao@mailplus.wisc.edu | eao.wisc.edu

### Office of Workforce Relations in the Office of Human Resources

The Office of Workforce Relations in the Office of Human Resources is available accept reports of sexual harassment and support those who report. The Office of Workforce Relations may need to inform the Title IX Coordinator of reports made alleging sexual harassment.

21 N. Park St., Suite 5101, Madison, WI
(608) 265-2257
wr@ohr.wisc.edu | ohr.wisc.edu

### University Health Services (UHS) and UHS Violence Prevention and Survivor Services

UHS is the campus health clinic for all registered students. UHS Violence Prevention and Victim Advocacy's campus-based confidential victim advocacy and support services are available to any UW-Madison student who has experienced sexual harassment. Staff members provide information about reporting options, accompany students to appointments and hearings, and can provide consultation to faculty, staff and/or parents.

333 East Campus Mall, Madison, WI
*UHS Medical Services*: (608) 265–5600, Option 1
uhs.wisc.edu/medical/

*UHS Mental Health Services:* (608) 265-5600, Option 9 for Crisis Line, Option 2 for General Info and Appointments
uhs.wisc.edu/mental-health

*UHS Survivor Services*: (608) 265-5600, Option 3
uhs.wisc.edu/vpss/

*UHS Violence Prevention:* (608) 265-5600
uhs.wisc.edu/vpss/

### Ombuds Office

The UW-Madison Ombuds Office facilitates understanding, communication, and resolution of conflict for all UW-Madison employees. The office serves as an impartial and confidential means of promoting dialogue among parties on campus. The office was established as part of the UW-Madison's commitment to foster a courteous and considerate climate conducive to productivity and well-being for all UW-Madison employees. An Ombuds will listen to your concerns, clarify procedures, discuss options, and, if requested and appropriate,

DOE 0109

serve as an intermediary in attempting to resolve disputes. Ombuds work independently from UW-Madison administrative offices; discussing a matter with an Ombuds is confidential. The Ombuds Office is not authorized to accept notice of claims against UW-Madison.

610 Langdon Street, Lowell Center, Rooms 223-225
Madison, WI 53703
(608) 265-9992 | uwombuds@mailplus.wisc.edu

# UW-Madison Alcohol and Drug Resource Information, Policy, & Laws

## Alcohol and Drug Abuse Programs and Interventions

UW-Madison provides a variety of programs and interventions for drug and alcohol abuse. Confidential information, assessment, referral, and short-term counseling services are available for students at UHS Counseling and Consultation Services (608) 265–5600.  Employees may contact the Employee Assistance Office at (608) 263-2987.  The Wisconsin Department of Health and Family Services has extensive programs and resources available for people struggling with substance abuse. Please visit their website at http://www.dhs.wisconsin.gov/substabuse/ or call Substance Abuse Services at (608) 266-2717. Insurance may affect your ability to use off-campus alcohol and other drug service providers, and UW-Madison urges all students and employees to have adequate insurance coverage.

Information about UW-Madison's full compliance with the Drug Free Schools and Communities Act, including the descriptions of drug and alcohol abuse education and intervention programs, can be found in UW-Madison's Drug-Free Schools and Campuses Regulations [Edgar Part 86] 2014 and 2015 Biennial Review at https://apps.students.wisc.edu/alcoholinfo/additionaldocs/UWMadison1213Biennialreviewuw-Madison.pdf and at https://alcoholanddruginfo.students.wisc.edu/dfsac-act/

## UW-MADISON ALCOHOL AND DRUG POLICY

The University of Wisconsin System and UW-Madison prohibit the unlawful possession, use, distribution, manufacture, sale or dispensing of alcohol and illegal drugs by students and employees on university property or as part of university activities. It is illegal to procure for, sell, dispense or give away alcohol to anyone who has not reached the legal drinking age of 21 years and is unaccompanied by a parent, spouse or guardian who has reached the legal drinking age of 21 years. Wis. Stats. s. 125.07(1)(a)(1).  It is illegal for anyone who has not reached the legal drinking age of 21 years and is unaccompanied by a parent, spouse or guardian who has reached the legal drinking age of 21 years to procure, possess or consume alcohol beverages, subject to exceptions. Wis. Stats. s. 125.07(4)(a).

UW-Madison and UWPD enforce all local, state and federal laws regarding the possession, use, distribution, manufacture, sale or dispensing of alcoholic beverages on University property and at UW-Madison-sponsored activities, including underage drinking.  UW-Madison and UWPD enforce all local, state and federal laws regarding the possession, use, distribution, manufacture, sale or dispensing of illegal drugs on University property and at UW-Madison-sponsored activities.  UW-Madison expects all students, employees and visitors to comply with all local, state and federal alcohol and drug laws.  Members of the UW-Madison community who violate local, state or federal drug and alcohol laws, or who violate UW-Madison or UW-System policies regarding drug and alcohol sale, use or possession may face criminal and/or disciplinary sanctions.

*UW-Madison Specific Alcohol Beverage Regulations, UW-Madison Campus-wide Administrative Policy*

UWS 18.09(1), Wisconsin Administrative Code prohibits the use or possession of alcohol beverages on all university premises except as specifically permitted by institutional regulations. UW-Madison has developed

DOE 0111

specific institutional regulations to permit the use and possession of alcohol beverages by individuals above the minimum legal drinking age. Students and employees who fail to comply with UW-Madison regulations are subject to disciplinary action.

This policy covers the possession or consumption of alcohol beverages by any individual on university lands, at university facilities, and at all university events. This policy is applicable to events held both on and off campus including those held in other municipalities, states, and nations.

A.    Unless expressly permitted under Regulations B, D, or F, use or consumption of alcohol beverages and possession of an open container which contains an alcohol beverage are prohibited on all University lands, all University-owned or leased facilities, and at all University events. This policy is applicable to University events held both on and off campus. This ban extends to all areas within buildings, such as laboratories, individual and group offices, meeting facilities, and public areas.

If an event takes place in buildings or locations where the University does not own or lease the space used, the ban extends to the areas and period of time used by representatives of the University for the event. The ban also extends to all modes of transportation used for a University event where the University controls the arrangements for and the transportation used.

B.    Subject to minimum legal drinking age restrictions and the UW-Madison Alcohol Philosophy, a person may use, possess and consume alcohol beverages, as follows:
1. At events where alcohol beverages are provided by the licensed food and beverage service operations of the Wisconsin Union, the Division of Intercollegiate Athletics, and/or the Division of University Housing (See Regulation C and F);
2. At off campus events, where alcohol sales and/or service is provided by a hotel, restaurant, caterer or other venue that has an appropriate license;
3. In University Housing per policies established by Division of University Housing (See Regulation E and F);
4. Within designated areas of the Kemp Natural Resources Station per policies established by the Kemp Natural Resources Station (See Regulation E);
5. At home football games and other designated special events approved by the Director of Intercollegiate Athletics within University-owned, leased, or controlled parking areas designated for alcohol consumption, provided the person has purchased a Special Events Parking Permit or is a guest of such person, during the period covered by the Special Events Parking Permit; and
6. At organized functions, subject to an Alcohol Beverage Service Permit issued by the Chancellor or designee, or an Authorized University Official (See Regulations C, E, F, and G);
7. At the official residence of the UW-Madison Chancellor, Olin House, per policies established by the Olin House Official Functions Coordinator.

C.    Enforcement of Minimum Legal Drinking Age Requirements
1. The minimum legal drinking age for consumption of alcohol beverages will be respected at all university events. The UW-Madison alcohol beverage responsibility sign shall be displayed at all university events where alcohol is served and/or sold. The sign may be downloaded and printed at http://students.wisc.edu/alcoholinfo/index.html.
2. Individuals must display government issued identification with a birthdate to any server upon request.
3. If event attendees are anticipated to include individuals below the minimum legal drinking age, then procedures must be in place to prevent consumption of alcohol beverages by these individuals. Options include:

a. Servers and/or responsible employees request an ID from any guest who appears to be age 30 or younger before providing them with alcohol or upon event entry.

b. Alcohol is served in a designated and entry-controlled area for attendees at or above the minimum legal drinking age such as beer tent or beer garden.

c. Attendees wear or display a physical indicator of their age relative to the minimum drinking age such as a wristband or marked name badge.

D.    Sale of alcohol beverages is prohibited on all University lands, and in all University owned or leased buildings, except:

1. where the sale of alcohol beverages is a service of the Wisconsin Union or the Division of University Housing; or

2. where the sale of alcohol beverages is a service of University Hospital and Clinics, or the restaurant/ bar operating within the Wisconsin Institutes for Discovery, the Department of Intercollegiate Athletics, or the University Club within their respective facilities.

E.    Special Division or Unit Regulations 1. Deans, Vice Provosts, and Divisional Directors may establish additional more restrictive guidelines

for events sponsored by their units and/or held within their facilities. In particular, they may prohibit the consumption of alcohol beverages at events sponsored by other units, but held within their facilities.

2. University Hospital and Clinics: Patients may possess and consume alcohol beverages as prescribed by a physician.

3. Wisconsin Union: Alcohol beverages may not be carried onto facilities under the control of the Wisconsin Union, except as permitted by its Director.

4. Alumni Park: Possession and consumption of alcohol beverages are permitted in Alumni Park when such beverages are purchased through the retail outlets and/or through the normal catering operations of the Wisconsin Union.

5. Kemp Natural Resources Station: Possession and consumption of alcohol beverages is subject to minimum legal drinking age and policies established by the Kemp Natural Resources Station. Relevant policies include, but are not limited to:

a. Consumption is limited to authorized locations only.

b. Only fermented malt beverages and wine may be possessed and consumed. Common sources common sources of alcohol (kegs, bowls, barrels, etc.) are not permitted.

c. Sale of alcohol is prohibited.

d. Individual researchers and their guests are subject to the minimum legal drinking age.

e. Instructional, Conference, and Outreach Groups: If any member of such a group is not at or above the minimum legal drinking age, alcohol may not be possessed or consumed by any member of the group.

f. Users must sign and adhere to the alcohol beverage policy user agreement.

g. Use is subject to the approval of Kemp Station Staff.

6. University Housing: Possession and consumption of alcohol beverages is subject to minimum legal drinking age and policies established by the Division of University Housing.  Relevant policies include, but are not limited to:

a. Single Student Housing: When all assigned room residents and their guests have attained the minimum legal drinking age, they may possess an open container of and consume alcohol beverages only within their own room. For purposes of this section, "open container" does not include common sources of alcohol (kegs, bowls, barrels, etc.). Additional conditions and policies established by the Division of University Housing may be applicable.

b. University Apartments:

DOE 0113

i. Subject to the minimum legal drinking age, residents and their guests may possess and consume alcohol beverages in University Apartments lands and buildings.

ii. Subject to conditions set by the Division of University Housing and the minimum legal drinking age, at approved events in the University Apartments Community Center fermented malt beverages (beer) and wine only may be served and consumed. Alcohol beverages cannot be sold.

c. Conference Groups: Subject to conditions established by the Director of University Housing and the minimum legal drinking age, conference attendees may possess and consume alcohol beverages in individual rooms or when approved by the Director of Conference Services in other common areas. Sale of alcohol beverages by conference groups is prohibited.

F. Alcohol Beverage Service Permits shall be required for alcohol service at all university events, both on and off campus, except as permitted under section B: 1-4. Alcohol Beverage Service Permits must be approved by an Authorized University Official (See Regulation G). The Alcohol Beverage Service Permit shall require that:

1. Possession and consumption of alcohol beverages be limited to the time period and to the room or location specified in the permit.

2. Total event attendance should not generally exceed 150 attendees. Events over 150 attendees require approval by the Dean or Director, review by UW Police Department, and approval by the VCFA. Alcohol and food service at larger events should generally be provided by a professional caterer per section B and D.

3. An Alcohol Beverage Service Permit can only be issued to a student organization for events hosted by and for graduate and professional students. Such events may only be attended by graduate and professional students and should be considered closed to other community members including undergraduates, faculty and staff.

4. A responsible University employee be identified on and sign the permit application. One responsible employee must be present for every 50 estimated attendees. If an alcohol permit is requested for an event with over 50 attendees, one additional responsible employee per 25 attendees is required.

a. A responsible University employee is a person with a faculty, limited, academic or classified staff appointment, who is age 21 or over. Terminal academic or university staff, employees in training, and student hourly employees are not permitted to serve as responsible employees. Graduate and professional students are permitted to serve as responsible employees only for events hosted by and for graduate and professional students.

b. In order to be eligible to serve as a responsible University employee, an individual must have completed UW-Madison responsible server training. Training information is available at http://students.wisc.edu/alcoholinfo/index.html.

c. The responsible University employee's duties shall be:

i. to be present at all times during which alcohol beverages are served or consumed;

ii. to ensure that the conditions of the Permit are observed by all persons in attendance at the event;

iii. to ensure that intoxicated persons do not consume alcohol beverages;

iv. to maintain control of alcohol beverages at all times to prevent unauthorized consumption and ensure alcohol beverages are properly secured at the conclusion of the event; and

v. to ensure that individuals below the minimum legal drinking age do not consume alcohol beverages. See section C for additional requirements.

d. The responsible University employee shall refrain from the consumption of alcohol during such time as he or she is serving in this capacity.

5. An appropriate selection and quantity of non-alcohol beverages and food must be available.

6. Alcohol beverages are limited to beer (fermented malt beverages) and wine. Alcohol must be served in clear or translucent cups no larger than 8 oz. for serving wine. Beer should be served in individual cans or bottles no larger than 12 oz.  Common sources of alcohol such as kegs, bowls, barrels, etc. are not permitted. Recommended cups are available at http://mds.bussrv.wisc.edu/order/default.asp.

7. Other conditions as may be specified by the Chancellor or designee, or Authorized University Official, to ensure that alcohol consumption, consistent with institutional policy, is appropriate to the occasion.

G.    Authorized University Officials. University Officials in addition to the Chancellor who are authorized to issue Alcohol Beverage Service Permits under Regulation F are:

1. Vice Chancellors;

2. Deans, Divisional Directors, and Vice Provosts for events sponsored by their units; and

3. The Director of the Arboretum and the President of UW Hospitals and Clinics for facilities within their respective jurisdictions.

Consequences for Non-Compliance

Employees who violate this policy may be subject to disciplinary action up to and including discharge. In addition, employees may be personally liable for consequences resulting from alcohol service. Students who violate this policy may be subject to disciplinary action as specified in UWS Chapter 17 and 18 and may face student conduct sanctions. Individuals under the minimum legal drinking age who consume or possess alcohol beverages may be subject to arrest and civil citation.

*Campus Discipline, University of Wisconsin System Code and Wisconsin State Law*

Violation of alcohol and drugs laws or policies by a student may lead to the imposition of a disciplinary sanction, up to and including suspension or expulsion, under s. UWS 17.10, Wis. Adm. Code. Alcohol and drug education programs are utilized as a conduct sanction for alcohol policy violations committed by UW-Madison students. For alcohol misuse, students may be referred to Choices about Alcohol or BASICS (Brief Alcohol Screening & Intervention for College Students), to address high risk drinking practices among college students. For marijuana use, students may be referred to CASICS (Cannabis Screening & Intervention for College Students) to identify harm reduction strategies or minimize use. For drug or alcohol violations, students may also be required to alcohol or drug abuse assessments with a licensed clinician. Student organizations or groups violating alcohol and drug policies or laws may also be subject to discipline by UW-Madison Consistent with the Registered Student Organization Code of Conduct consistent with the Registered Student Organization Code of Conduct. Violations of local, state or federal laws may result in civil forfeitures or criminal prosecution.

University employees are also subject to disciplinary sanctions for violation of UW-Madison policies and of local, state and federal drug and alcohol laws occurring on university property or the worksite or during work time or in the course of their employment, up to and including termination from employment. Disciplinary sanctions are initiated and imposed in accordance with applicable procedural requirements and work rules, as set forth in Wisconsin statutes, administrative rules, faculty and academic staff policies, and university staff policies and procedures. Referral for prosecution under criminal law is also possible. In addition, violations of ss. UWS 18.06(13) and 18.10(1), Wis. Adm. Code may result in additional penalties as allowed under ch. UWS 18, Wis. Adm. Code.

DOE 0115

## UWS 18.09 Alcohol and Drug Prohibitions

(1)  ALCOHOL BEVERAGES.
  (a)  The use or possession of alcohol beverages is prohibited on all university premises, except in faculty and staff housing and as permitted by the chief administrative officer, subject to statutory age restrictions. The chief administrative officer may generally permit the use or possession of alcohol beverages by promulgating institutional regulations in consultation with appropriate staff and students, or in specific instances by written permission.
  (b)  No person may procure, sell, dispense or give away alcohol beverages to any person contrary to the provisions of ch. 125, Stats.
  (c)  In this subsection, "alcohol beverages" means fermented malt beverages and intoxicating liquors containing 0.5% or more of alcohol by volume.
  (d)  Notwithstanding s. UWS 18.14, institutional regulations developed pursuant to this subsection shall be reported to the president of the system for review and approval.

(2)  POSSESSION OF DRUG PARAPHERNALIA.
  (a)  No person may use, or possess with the primary intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce into the human body a controlled substance or controlled substance analog in violation of ch. 961, Stats.
  (b)  In this subsection, the term "drug paraphernalia" has the meaning specified in s. 961.571 (1), Stats.; the term "controlled substance" has the meaning specified in s. 961.01 (4), Stats.; and the term "controlled substance analog" has the meaning specified in s. 961.01 (4m), Stats.
  (c)  In determining whether an object is drug paraphernalia under this subsection, the factors listed in s. 961.572, Stats., and all other legally relevant factors, shall be considered.

(3)  POSSESSION OF MARIJUANA.
  (a)  No person may intentionally use or possess marijuana on university lands, except when such use or possession is authorized under ch. 961, Stats., or is permitted under s. 961.34, Stats.
  (b)  In this subsection, the term "marijuana" has the meaning specified in s. 961.01 (14), Stats.

## UWS 18.15 Additional Statutory Penalty Provisions Regulating Conduct on University Lands

(1) Controlled substances. The use or possession of controlled substances as defined in s. 961.01 (4), Stats., is prohibited on all university property with the specific exemptions set forth in ch. 961, Stats., and as permitted under s. 961.34, Stats. The penalty provisions of ch. 961, Stats., and chs. UWS 17 and 18 may apply to violations occurring on university lands.

### Wis. Stats. 125.07

Underage drinking by persons under 21 is a civil law violation and is subject to the following legal sanctions under Ch. 125.07(4) Wisconsin State Code:

125.07    Underage and intoxicated persons; presence on licensed premises; possession; penalties.

(1)  Alcohol beverages; restrictions relating to underage persons.
    (a) Restrictions.
            1. No person may procure for, sell, dispense or give away any alcohol beverages to any underage person not accompanied by his or her parent, guardian or spouse who has attained the legal drinking age.

            2. No licensee or permittee may sell, vend, deal or traffic in alcohol beverages to or with any underage person not accompanied by his or her parent, guardian or spouse who has attained the legal drinking age.

            3. No adult may knowingly permit or fail to take action to prevent the illegal consumption of alcohol beverages by an underage person on premises owned by the adult or under the adult's control. This subdivision does not apply to alcohol beverages used exclusively as part of a religious service.

            4. No adult may intentionally encourage or contribute to a violation of sub. (4) (a) or (b).
    (b) Penalties.
            1. In this paragraph, "violation" means a violation of this subsection or of a local ordinance that strictly conforms to par. (a) if the violation results in an imposition of a forfeiture or a conviction. For purposes of determining previous violations under subd. 2., the 30-month period shall be measured from the dates of violations that resulted in an imposition of a forfeiture or a conviction. For the purpose of determining whether or not a previous violation has occurred, if more than one violation occurs at the same time all those violations shall be counted as one violation.

            2. A person who commits a violation may be:
                a. Required to forfeit not more than $500 if the person has not committed a previous violation within 30 months of the violation.

                b. Fined not more than $500 or imprisoned for not more than 30 days or both if the person has committed a previous violation within 30 months of the violation.

                c. Fined not more than $1,000 or imprisoned for not more than 90 days or both if the person has committed 2 previous violations within 30 months of the violation.

                d. Fined not more than $10,000 or imprisoned for not more than 9 months or both if the person has committed 3 or more previous violations within 30 months of the violation.

            3. A court shall suspend any license or permit issued under this chapter to a person for:
                a. Not more than 3 days, if the court finds that the person committed a violation within 12 months after committing one previous violation;

                b. Not less than 3 days nor more than 10 days, if the court finds that the person committed a violation within 12 months after committing 2 other violations; or

                c. Not less than 15 days nor more than 30 days, if the court finds that the person committed the violation within 12 months after committing 3 other violations.

            4. The court shall promptly mail notice of a suspension under this paragraph to the department and to the clerk of each municipality which has issued a license or permit to the person.

            5. A person who holds a Class "A" license, a Class "B" license or permit, a "Class A" license or a "Class B" license or permit who commits a violation is subject to subd. 3. but is not subject to subd. 2. or s. 125.11.

            6. Only one penalty may be imposed under this paragraph for each underage person who is provided alcohol beverages contrary to this section or a local ordinance in conformity with this section

(4)     UNDERAGE PERSONS; PROHIBITIONS; PENALTIES.
(a)     Any underage person who does any of the following is guilty of a violation:

1. Procures or attempts to procure alcohol beverages from a licensee or permittee.
2. Unless accompanied by a parent, guardian or spouse who has attained the legal drinking age, possesses or consumes alcohol beverages on licensed premises.
3. Enters, knowingly attempts to enter or is on licensed premises in violation of sub. (3) (a).
4. Falsely represents his or her age for the purpose of receiving alcohol beverages from a licensee or permittee.

(b) Except as provided in par. (bm), any underage person not accompanied by his or her parent, guardian or spouse who has attained the legal drinking age who knowingly possesses or consumes alcohol beverages is guilty of a violation.

(bg) Paragraphs (a) and (b) do not apply to an underage person employed by or assisting a law enforcement agency in carrying out enforcement activities to determine compliance with, or investigate potential violations of, the provisions of this section.

(bm) An underage person may possess alcohol beverages in the course of employment during his or her working hours if employed by any of the following:
1. A brewer or brewpub.
2. A fermented malt beverages wholesaler.
3. A permittee other than a Class "B" or "Class B" permittee.
4. A facility for the production of alcohol fuel.
5. A retail licensee or permittee under the conditions specified in s. 125.32 (2) or 125.68 (2) or for delivery of unopened containers to the home or vehicle of a customer.
6. A campus, if the underage person is at least 18 years of age and is under the immediate supervision of a person who has attained the legal drinking age.

(bs) Any person violating par. (a) is subject to the following penalties:
1. For a first violation, a forfeiture of not less than $250 nor more than $500, suspension of the person's operating privilege as provided under s. 343.30 (6) (b) 1., participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties.
2. For a violation committed within 12 months of one previous violation, either a forfeiture of not less than $300 nor more than $500, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 2., except that if the violation of par. (a) involved a motor vehicle the person's operating privilege shall be suspended as provided under s. 343.30 (6) (b) 2.
3. For a violation committed within 12 months of 2 previous violations, either a forfeiture of not less than $500 nor more than $750, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 3., except that if the violation of par. (a) involved a motor vehicle the person's operating privilege shall be suspended as provided under s. 343.30 (6) (b) 3.
4. For a violation committed within 12 months of 3 or more previous violations, either a forfeiture of not less than $750 nor more than $1,000, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 3., except that if the violation of par. (a) involved a motor vehicle the person's operating

privilege shall be suspended as provided under s. 343.30 (6) (b) 3.

(c) Any person violating par. (b) is subject to the following penalties:

1. For a first violation, a forfeiture of not less than $100 nor more than $200, suspension of the person's operating privilege as provided under s. 343.30 (6) (b) 1., participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties.

2. For a violation committed within 12 months of one previous violation, either a forfeiture of not less than $200 nor more than $300, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 2., except that if the violation of par. (b) involved a motor vehicle the person's operating privilege shall be suspended as provided under s. 343.30 (6) (b) 2.

3. For a violation committed within 12 months of 2 previous violations, either a forfeiture of not less than $300 nor more than $500, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 3., except that if the violation of par. (b) involved a motor vehicle the person's operating privilege shall be suspended as provided under s. 343.30 (6) (b) 3.

4. For a violation committed within 12 months of 3 or more previous violations, either a forfeiture of not less than $500 nor more than $1,000, participation in a supervised work program or other community service work under par. (cg) or any combination of these penalties. In addition, the person's operating privilege may be suspended as provided under s. 343.30 (6) (b) 3., except that if the violation of par. (b) involved a motor vehicle the person's operating privilege shall be suspended as provided under s. 343.30 (6) (b) 3. (cd) For purposes of par. (bs) or (c), all violations arising out of the same incident or occurrence shall be counted as a single violation.

## State of Wisconsin Uniform Controlled Substances Act

The Uniform Controlled Substances Act, Chapter 961 of the Wisconsin Statutes, regulates controlled substances and 961.41 outlines specific penalties for the violation of the regulations. Penalties vary according to the type of drug involved, the amount of drug confiscated, the number of previous convictions, and the presence of any aggravating factors. The distribution of a controlled substance to a minor can lead to the doubling of an authorized sentence term. Sec. 961.46, Stats.

## Amnesty for Underage Alcohol Penalties for Certain Persons - 2015 Wisconsin Act 279

An underage person may not be issued a citation for, or convicted of, a violation of Wis. Stat. s.125.07(4) (a)  or (b) [see page 115 of this document] if all of the following apply:

• The underage person is a crime victim or bystander and either the crime victim or the bystander requested emergency assistance, by dialing the telephone number "911" or by other means, in connection with the alleged crime or the underage person encountered a law enforcement officer at a medical facility at which the crime victim received treatment in connection with the alleged crime.

• The underage person remains at the scene until emergency assistance arrives and thereafter cooperates with providers of emergency assistance, including furnishing any requested information, unless the underage person lacks capacity to cooperate when emergency medical assistance arrives. If the underage person encounters a law enforcement officer at a medical facility, the underage person cooperates with the officer and furnishes any requested information, unless the underage person lacks capacity to cooperate

DOE 0119

with the officer.

- If the underage person is a student at a UW-System school, the board or an institution or college campus may not impose any of the following disciplinary sanctions against a student for the student's violation of s. 125.07 (4) (a) or (b), if the student is exempt from issuance of a citation for, or conviction of, the violation under the amnesty law: removal of a course in progress, enrollment restrictions on a course or program, suspension or expulsion, exclusion from student housing.
- However, this amnesty does not apply to an underage person who requests emergency assistance, by dialing the telephone number "911" or by other means, with an intention to claim the protections and knowing that the situation that he or she reports does not exist.

# UW-Madison
# 2017 Annual Fire Safety Report

All UW-Madison housing is located in Madison, WI.

| 2016 FIRE STATISTICS | | | | | | |
|---|---|---|---|---|---|---|
| Residence Hall Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
| Adams Residence Hall 1520 Tripp Circle | 0 | N/A | N/A | N/A | N/A | N/A |
| Barnard Residence Hall 970 University Avenue | 0 | N/A | N/A | N/A | N/A | N/A |
| Bradley Residence Hall 650 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Chadbourne Residence Hall 420 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Cole Residence Hall 625 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Dejope Residence Hall 640 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Elizabeth Waters Residence Hall 1200 Observatory Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Humphrey Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Jorns Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Showerman House) 1650 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Conover House) 1650 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Gilman House) 1610 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Turner House) 1620 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kronshage Residence Hall (Mack House) 1630 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Chamberlin House) 665 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Swenson House) 645 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Jones House) 655 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Leopold Residence Hall 1635 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Merit (House) Residence Hall 917,919,921 West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Ogg Residence Hall 835 W. West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Phillips Residence Hall 1950 Willow Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Sellery Residence Hall 821 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Slichter Residence Hall 625 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Smith Residence Hall 35 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Sullivan Residence Hall 635 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Susan Davis Residence Hall 917 W. Johnson Street Madison, WI 53715 | 0 | N/A | N/A | N/A | N/A | N/A |
| Tripp Residence Hall 1510 Tripp Circle | 1 | 1 | Accidental toaster fire | 0 | 0 | $0 |
| Witte Residence Hall 615 W. Johnson Street | 1 | 1 | Arson-Paper on bulletin board | 0 | 0 | $0 |
| Zoe Bayliss Coop 915 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |

## University Apartments

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Harvey Street Apts. Building 1 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 2 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 3 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 4 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 5 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 6 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 7 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| 1 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 2 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 3 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 5 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 6 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 7 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 9 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 10 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 11 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 13 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 14 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 15 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 17 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 18 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 19 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 21 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 22 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 23 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 25 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 26 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 27 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 29 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 30 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 31 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |

DOE 0123

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 34 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 35 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 37 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 38 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 41 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 101 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 102 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 103 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 104 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 105 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 106 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 107 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 108 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 109 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 201 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 202 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 203 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 204 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 205 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 206 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 207 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 208 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 209 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 301 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 302 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 303 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 304 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 305 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 306 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 307 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 308 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 309 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 401 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 402 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 403 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 404 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 405 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 406 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 407 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 408 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |

DOE 0124

| | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| 501 Eagle Heights Apt. A-E | 0 | N/A | N/A | N/A | N/A | N/A |
| 502 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 503 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 504 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 505 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 506 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 507 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 508 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 509 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 601 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 602 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 603 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 604 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 605 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 606 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 607 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 608 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 609 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 610 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 701-703 Eagle Heights  (A-L x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 704-705 Eagle Heights  (A-L x2) | 0 | N/A | N/A | N/A | N/A | N/A |
| 706 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 707 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 708 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 801-808 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 809-819 Eagle Heights (A-F x11) | 0 | N/A | N/A | N/A | N/A | N/A |
| 901-911 Eagle Heights (A-F x11) | 1 | 1 | Accidental cooking | 0 | 0 | $0 |
| 912-914 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 915-917 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 918-925 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 926-928 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 929-931 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 932-934 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 935-946 Eagle Heights (A-F x12) | 0 | N/A | N/A | N/A | N/A | N/A |

## DAIRY CATTLE CENTER LIVING QUARTERS

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Dairy Cattle Center Living Quarters 1815 W. Linden Dr. | 0 | N/A | N/A | N/A | N/A | N/A |

DOE 0125

# NUMBER AND CAUSE OF EACH FIRE IN ANY ON-CAMPUS HOUSING FACILITY

## University Residence Halls

1. 2/10/2016, 101 Tripp Hall, accidental toaster fire, $0 damage
2. 10/28/2016, 2nd Floor Witte Hall, paper on bulletin board intentionally set on fire, $0 damage

## University Apartments

1. 1/30/2016 907 Eagle Heights, accidental cooking fire, $0 damage

## Dairy Cattle Center Living Quarters

No fires in 2016.

# NUMBER OF INJURIES FROM FIRE THAT RESULT IN MEDICAL TREATMENT

## University Residence Halls

No injuries from fires that resulted in medical treatment in 2016.

## University Apartments

No injuries from fires that resulted in medical treatment in 2016.

## Dairy Cattle Center Living Quarters

No fires in 2016.

# NUMBER OF DEATHS RELATED TO FIRE

## University Residence Halls

No deaths related to fire in 2016.

## University Apartments

No deaths related to fire in 2016.

## Dairy Cattle Center Living Quarters

No fires in 2016. No deaths related to fire in 2016.

# VALUE OF PROPERTY DAMAGE CAUSED BY FIRE

## University Residence Halls

University Residence Halls value of property damage by fire was $0.

## University Apartments

University Apartments value of property damage $0.

## Dairy Cattle Center Living Quarters

No fires in 2016. No property damage related to fire.

# 2015 FIRE STATISTICS

## Residence Halls

| Residence Hall Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Adams Residence Hall 1520 Tripp Circle | 0 | N/A | N/A | N/A | N/A | N/A |
| Barnard Residence Hall 970 University Avenue | 0 | N/A | N/A | N/A | N/A | N/A |
| Bradley Residence Hall 650 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Chadbourne Residence Hall 420 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Cole Residence Hall 625 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Dejope Residence Hall 640 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Elizabeth Waters Residence Hall 1200 Observatory Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Humphrey Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Jorns Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Showerman House) 1650 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Conover House) 1650 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Gilman House) 1610 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Turner House) 1620 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Mack House) 1630 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Chamberlin House) 665 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Swenson House) 645 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Kronshage Residence Hall (Jones House) 655 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Leopold Residence Hall 1635 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Merit (House) Residence Hall 917,919,921 West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Ogg Residence Hall 835 W. West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Phillips Residence Hall 1950 Willow Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Sellery Residence Hall 821 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Slichter Residence Hall 625 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Smith Residence Hall 35 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Sullivan Residence Hall 635 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Susan Davis Residence Hall 917 W. Johnson Street Madison, WI 53715 | 0 | N/A | N/A | N/A | N/A | N/A |
| Tripp Residence Hall 1510 Tripp Circle | 0 | N/A | N/A | N/A | N/A | N/A |
| Witte Residence Hall 615 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Zoe Bayliss Coop 915 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |

## University Apartments

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Harvey Street Apts. Building 1 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 2 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 3 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 4 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 5 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 6 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Harvey Street Apts. Building 7**<br>**2924 Harvey Street** | 0 | N/A | N/A | N/A | N/A | N/A |
| **1 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **2 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **3 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **5 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **6 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **7 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **9 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **10 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **11 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **13 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **14 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **15 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **17 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **18 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **19 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **21 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **22 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **23 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **25 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **26 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **27 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **29 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **30 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **31 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **33 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **34 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **35 University Houses Apt. A-F** | 0 | N/A | N/A | N/A | N/A | N/A |
| **37 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **38 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **41 University Houses Apt. A-D** | 0 | N/A | N/A | N/A | N/A | N/A |
| **101 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **102 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **103 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **104 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **105 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **106 Eagle Heights Apt. A-H** | 0 | N/A | N/A | N/A | N/A | N/A |
| **107 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |
| **108 Eagle Heights Apt. A-H** | 0 | N/A | N/A | N/A | N/A | N/A |
| **109 Eagle Heights Apt. A-L** | 0 | N/A | N/A | N/A | N/A | N/A |

| 201 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
|---|---|---|---|---|---|---|
| 202 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 203 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 204 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 205 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 206 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 207 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 208 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 209 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 301 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 302 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 303 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 304 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 305 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 306 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 307 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 308 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 309 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 401 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 402 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 403 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 404 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 405 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 406 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 407 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 408 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 501 Eagle Heights Apt. A-E | 0 | N/A | N/A | N/A | N/A | N/A |
| 502 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 503 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 504 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 505 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 506 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 507 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 508 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 509 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 601 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 602 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 603 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 604 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 605 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 606 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 607 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 608 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 609 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 610 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 701-703 Eagle Heights  (A-L x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 704-705 Eagle Heights  (A-L x2) | 0 | N/A | N/A | N/A | N/A | N/A |
| 706 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 707 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 708 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 801-808 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 809-819 Eagle Heights (A-F x11) | 0 | N/A | N/A | N/A | N/A | N/A |
| 901-911 Eagle Heights (A-F x11) | 0 | N/A | N/A | N/A | N/A | N/A |
| 912-914 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 915-917 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 918-925 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 926-928 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 929-931 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 932-934 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 935-946 Eagle Heights (A-F x12) | 0 | N/A | N/A | N/A | N/A | N/A |

## DAIRY CATTLE CENTER LIVING QUARTERS

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Dairy Cattle Center Living Quarters 1815 W. Linden Dr. | 0 | N/A | N/A | N/A | N/A | N/A |

# NUMBER AND CAUSE OF EACH FIRE IN ANY ON-CAMPUS HOUSING FACILITY

## University Residence Halls
There were no fires in University Residence Halls in 2015.

## University Apartments
There were no fires in University Apartments in 2015.

## Dairy Cattle Center Living Quarters
There were no fires in Dairy Cattle Living Quarters in 2015.

# NUMBER OF INJURIES FROM FIRE THAT RESULT IN MEDICAL TREATMENT

## University Residence Halls
No injuries from fires that resulted in medical treatment in 2015. There were no fires.

## University Apartments
No injuries from fires that resulted in medical treatment in 2015. There were no fires.

## Dairy Cattle Center Living Quarters
No injuries from fires that resulted in medical treatment in 2015. There were no fires.

# NUMBER OF DEATHS RELATED TO FIRE

## University Residence Halls
No deaths related to fire in 2015. There were no fires.

## University Apartments
No deaths related to fire in 2015. There were no fires.

## Dairy Cattle Center Living Quarters
No deaths related to fire in 2015. There were no fires.

# VALUE OF PROPERTY DAMAGE CAUSED BY FIRE

## University Residence Halls
No fires in 2016. No property damage related to fire.

## University Apartments
No fires in 2016. No property damage related to fire.

## Dairy Cattle Center Living Quarters
No fires in 2016. No property damage related to fire.

# 2014 FIRE STATISTICS

## Residence Halls

| Residence Hall Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Adams Residence Hall 1520 Tripp Circle | 0 | N/A | N/A | N/A | N/A | N/A |
| Barnard Residence Hall 970 University Avenue | 0 | N/A | N/A | N/A | N/A | N/A |
| Bradley Residence Hall 650 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Chadbourne Residence Hall 420 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Cole Residence Hall 625 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Dejope Residence Hall 640 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Elizabeth Waters Residence Hall 1200 Observatory Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Humphrey Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Jorns Residence Hall 640 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Showerman House) 1650 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Conover House) | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Gilman House) 1610 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Turner House) 1620 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Mack House) 1630 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Chamberlin House) 665 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Kronshage Residence Hall (Swenson House) 645 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Kronshage Residence Hall (Jones House) 655 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Leopold Residence Hall 1635 Kronshage Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Merit (House) Residence Hall 917,919,921 West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Ogg Residence Hall 835 W. West Dayton Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Phillips Residence Hall 1950 Willow Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Sellery Residence Hall 821 W. Johnson Street | 1 | 1 | Burnt food thrown in trash can | 0 | 0 | $0 |
| Slichter Residence Hall 625 Babcock Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Smith Residence Hall 35 N. Park Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Sullivan Residence Hall 635 Elm Drive | 0 | N/A | N/A | N/A | N/A | N/A |
| Susan Davis Residence Hall 917 W. Johnson Street Madison, WI 53715 | 0 | N/A | N/A | N/A | N/A | N/A |
| Tripp Residence Hall 1510 Tripp Circle | 0 | N/A | N/A | N/A | N/A | N/A |
| Witte Residence Hall 615 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Zoe Bayliss Coop 915 W. Johnson Street | 0 | N/A | N/A | N/A | N/A | N/A |

## University Apartments

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Harvey Street Apts. Building 1 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 2 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 3 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 4 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 5 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |
| Harvey Street Apts. Building 6 2924 Harvey Street | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Harvey Street Apts. Building 7** **2924 Harvey Street** | **0** | **N/A** | **N/A** | **N/A** | **N/A** | **N/A** |
| 1 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 2 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 3 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 5 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 6 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 7 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 9 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 10 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 11 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 13 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 14 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 15 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 17 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 18 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 19 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 21 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 22 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 23 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 25 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 26 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 27 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 29 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 30 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 31 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 33 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 34 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 35 University Houses Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 37 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 38 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 41 University Houses Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 101 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 102 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 103 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 104 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 105 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 106 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 107 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 108 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 109 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 201 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 202 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 203 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 204 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 205 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 206 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 207 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 208 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 209 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 301 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 302 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 303 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 304 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 305 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 306 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 307 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 308 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 309 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 401 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 402 Eagle Heights Apt. A-D | 0 | N/A | N/A | N/A | N/A | N/A |
| 403 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 404 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 405 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 406 Eagle Heights Apt. A-F | 0 | N/A | N/A | N/A | N/A | N/A |
| 407 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 408 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 501 Eagle Heights Apt. A-E | 0 | N/A | N/A | N/A | N/A | N/A |
| 502 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 503 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 504 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 505 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 506 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 507 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 508 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 509 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 601 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 602 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 603 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 604 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 605 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 606 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 607 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 608 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 609 Eagle Heights Apt. A-H | 0 | N/A | N/A | N/A | N/A | N/A |
| 610 Eagle Heights Apt. A-L | 0 | N/A | N/A | N/A | N/A | N/A |
| 701-703 Eagle Heights  (A-L x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 704-705 Eagle Heights  (A-L x2) | 0 | N/A | N/A | N/A | N/A | N/A |
| 706 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 707 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 708 Eagle Heights Apt. A-R | 0 | N/A | N/A | N/A | N/A | N/A |
| 801-808 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 809-819 Eagle Heights (A-F x11) | 0 | N/A | N/A | N/A | N/A | N/A |
| 901-911 Eagle Heights (A-F x11) | 0 | N/A | N/A | N/A | N/A | N/A |
| 912-914 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 915-917 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 918-925 Eagle Heights (A-F x8) | 0 | N/A | N/A | N/A | N/A | N/A |
| 926-928 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 929-931 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 932-934 Eagle Heights (A-D x3) | 0 | N/A | N/A | N/A | N/A | N/A |
| 935-946 Eagle Heights (A-F x12) | 1 | 1 | Flames inside stove | 0 | 0 | $350 |

## DAIRY CATTLE CENTER LIVING QUARTERS

| Facility Name and Address | Total # of Fires | Fire # | Cause of Fire | # of Injuries | # of Deaths | Value of Property Damage |
|---|---|---|---|---|---|---|
| Dairy Cattle Center Living Quarters 1815 W. Linden Dr. | 0 | N/A | N/A | N/A | N/A | N/A |

## NUMBER AND CAUSE OF EACH FIRE IN ANY ON-CAMPUS HOUSING FACILITY

### University Residence Halls
1.  10/2/2014     Sellery Hall Trash Room 444     Burnt food thrown in trash cans caused flames
                                                                    $0 damage

### University Apartments
1.  3/22/2014     939 Eagle Heights Apt. F     Stove fire in interior of stove
                                                               $350 damage

### Dairy Cattle Center Living Quarters
No fires in 2014.

## NUMBER OF INJURIES FROM FIRE THAT RESULT IN MEDICAL TREATMENT

### University Residence Halls
No injuries from fires that resulted in medical treatment in 2014.

### University Apartments
No injuries from fires that resulted in medical treatment in 2014.

### Dairy Cattle Center Living Quarters
No fires in 2014.

## NUMBER OF DEATHS RELATED TO FIRE

### University Residence Halls
No deaths related to fire in 2014.

### University Apartments
No deaths related to fire in 2014.

### Dairy Cattle Center Living Quarters
No fires in 2014. No deaths related to fire in 2014.

## VALUE OF PROPERTY DAMAGE CAUSED BY FIRE

### University Residence Halls
University Residence Halls value of property damage by fire was $0.

### University Apartments
University Apartments value of property damage $350.

### Dairy Cattle Center Living Quarters
No fires in 2014.  No property damage related to fire.

## DESCRIPTION OF FIRE SAFETY SYSTEM
## IN EACH HOUSING FACILITY

### University Residence Halls

**Adams Hall:** Multiplexed addressable building fire alarm system, wet standpipe system and resident room 110v stand alone smoke detectors with battery backup. Ansul cooking hood fire suppression system in Gatehouse kitchenette. Sprinkler system in the laundry rooms.

**Barnard Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Bradley Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup. Wet sprinkler system in the trash rooms.

**Chadbourne Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and supervised resident room smoke detectors and kitchen heat detectors.  Multiple cooking hood ansul fire suppression systems.

**Cole Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Dejope Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system, supervised resident room smoke detectors and kitchen heat detectors.  Multiple cooking hood ansul fire suppression systems.

**Elizabeth Waters Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and resident room 110v stand alone smoke detectors with battery backup.  Ansul cooking hood fire suppression system in resident kitchenette.

**Humphrey Hall:**  Multiplexed addressable building fire system, full building sprinkler system and 110v stand alone resident room smoke detectors.

**Jorns Hall:**  Multiplexed addressable building fire system, full building sprinkler system and 110v stand alone resident room smoke detectors.

**Kronshage Hall (Showerman House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Conover House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Gilman House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Turner House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Mack House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Chamberlin House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Swenson House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Kronshage Hall (Jones House):** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Leopold Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system, supervised resident room smoke detectors and kitchen heat detectors.

**Merit Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

DOE 0139

**Ogg Hall:** Multiplexed addressable building fire alarm system, resident room 110v stand alone smoke detectors with battery backup.

**Phillips Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detec-tors with battery backup.

**Sellery Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and resident room 110v stand alone smoke detectors.

**Slichter Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detec-tors with battery backup.

**Smith Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and resident room 110v stand alone smoke detectors with battery backup. Supervised kitchen heat detectors and multi-ple cooking hood ansul fire suppression systems.

**Sullivan Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and resi-dent room 110v stand alone smoke detectors with battery backup.

**Susan Davis Hall:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

**Tripp Hall:** Multiplexed addressable building fire alarm system, wet standpipe system and resident room 110v stand alone smoke detectors with battery backup. Ansul cooking hood fire suppression system in Gate-house in kitchen-ette. Sprinkler system in laundry rooms.

**Witte Hall:** Multiplexed addressable building fire alarm system, full building sprinkler system and supervised resi-dent room smoke detectors.

**Zoe Bayliss Coop:** Multiplexed addressable building fire alarm system and resident room 110v stand alone smoke detectors with battery backup.

## University Apartments

**Harvey Street Buildings 1-7:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in every unit.

**University Houses Building 1-3:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected carbon monoxide detector in every unit.

**University Houses Building 5:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected carbon monoxide detector in every unit. Common areas have multiplexed addressable fire alarm system.

**University Houses Building 6, 7, 9:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected carbon monoxide detector in every unit.

**University Houses Building 10:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected carbon monoxide detector in every unit. Common areas have multiplexed addressable fire alarm system.

**University Houses Building 11, 13-15, 17-19:** Apartment 110v interconnected smoke detectors with bat-tery backup. Interconnected carbon monoxide detector in every unit.

**University Houses Building 21:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit. Common areas have multiplexed addressable fire alarm system.

**University Houses Building 22, 23, 25-27, 29:** Apartment 110v interconnected smoke detectors with bat-tery backup. Interconnected CO2 detector in every unit.

**University Houses Building 30:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit. Common areas have multiplexed addressable fire alarm system.

**University Houses Building 31, 33, 34:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit.

**University Houses Building 35:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit. Common areas have multiplexed addressable fire alarm system.
**University Houses Building 37, 38:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit.
**University Houses Building 41:** Apartment 110v interconnected smoke detectors with battery backup. Interconnected CO2 detector in every unit.
**Eagle Heights Building 101-109:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 201-209:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 301-309:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 401-408:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 501-509:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 601-610:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 701-708:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 801-819:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.
**Eagle Heights Building 901-946:** Multiplexed addressable fire alarm system and apartment 110v stand alone smoke detectors with battery backup. Carbon monoxide detectors in apartments above boiler rooms.

## DAIRY CATTLE CENTER LIVING QUARTERS

The sleeping quarters has smoke detection and the detectors are tied into the main building's fire alarm system. Dectectors in the hallway outside the sleeping quarters are also tied into the main building's fire alarm system.

## NUMBER OF SUPERVISED MANDATORY FIRE DRILLS

### University Residence Halls

**Adams Hall:** Four fire drills conducted in 2016.
**Barnard Hall:** Four fire drills conducted in 2016.
**Bradley Hall:** Four fire drills conducted in 2016.
**Chadbourne Hall:** Four fire drills conducted in 2016.
**Cole Hall:** Four fire drills conducted in 2016.
**Dejope Hall:** Four fire drills conducted in 2016.
**Elizabeth Waters Hall:** Four fire drills conducted in 2016.
**Humphrey Hall:** Four fire drills conducted in 2016.
**Jorns Hall:** Four fire drills conducted in 2016.
**Kronshage Hall (Showerman House):** Four fire drills conducted in 2016.
**Kronshage Hall (Conover House):** Four fire drills conducted in 2016.
**Kronshage Hall (Gilman House):** Four fire drills conducted in 2016.
**Kronshage Hall (Turner House):** Four fire drills conducted in 2016.
**Kronshage Hall (Mack House):** Four fire drills conducted in 2016.
**Kronshage Hall (Chamberlin House):** Four fire drills conducted in 2016.
**Kronshage Hall (Swenson House):** Four fire drills conducted in 2016.
**Kronshage Hall (Jones House):** Four fire drills conducted in 2016.
**Leopold Hall:** Four fire drills conducted in 2016.
**Merit Hall:** Four fire drills conducted in 2016.
**Ogg Hall:** Four fire drills conducted in 2016.
**Phillips Hall:** Four fire drills conducted in 2016.
**Sellery Hall:** Four fire drills conducted in 2016.
**Slichter Hall:** Four fire drills conducted in 2016.
**Smith Hall:** Four fire drills conducted in 2016.
**Sullivan Hall:** Four fire drills conducted in 2016.
**Susan Davis Hall:** Four fire drills conducted in 2016.
**Tripp Hall:** Four fire drills conducted in 2016.
**Witte Hall:** Four fire drills conducted in 2016.
**Zoe Bayliss Coop:** Four fire drills conducted in 2016.

### University Apartments

There are monthly required fire drills in the Community Center for Eagle's Wing Child Care and Bernie's Place in University Houses Building 39 only.  Fire drills are not conducted in individual apartments.
University Apartments Community Center: Twelve fire drills conducted in 2016.
University Houses Building 39: Twelve fire drills conducted in 2016.

### Dairy Cattle Center Living Quarters

Two fire drills were conducted in 2016.

## UW-MADISON
## FIRE SAFETY POLICY

If a fire occurs in a University of Wisconsin–Madison, Division of University Housing residence hall or apartment, community members should pull the fire alarm, use the nearest safe exit to evacuate and notify UWPD and Madison Fire Department immediately by calling 911. If a community member finds evidence of a fire that has been extinguished, and the person is not sure whether UWPD has already responded, the community member should immediately notify UWPD at (608) 264-2677 to investigate and document the incident.  For the purposes of including a fire in the statistics in the Annual Fire Safety Report, University Housing and UWPD should be notified of the fire. University Housing can be reached at (608) 262-2522.

### UNIVERSITY RESIDENCE HALLS

Policies pertaining to use of portable electric appliances, smoking, open flames; evacuation; fire safety training and education provided for residents and staff.

### Policies Pertaining to use of Portable Electric Appliances, Smoking and Open Flames

The following policy information is from the Division of University Housing, Student/Community Expectations:

**Appliances and Food Preparation**
Food preparation in an extensive and/or ongoing manner is not permitted in resident rooms as a matter of safety and sanitation. Kitchens and kitchenettes are available in each residence hall for this purpose. Students are not permitted to use any cooking appliance with an exposed heating element. Non-Cooking appliances with open coils or exposed heating elements are also prohibited. These include, but are not limited to: hot plates, convection ovens, toaster ovens, toasters,  electric frying pans, space heaters with open coils, portable-type electric grills, cup-type immersion heating coils, and other appliances with open coils or exposed heating elements, gas/propane powered appliances and charcoal cooking appliances are prohibited inside the Residence Halls. Appliances should not be operated in closets or other closed areas or close to flammable items. Residents may be held responsible for any damages caused by negligent use of appliances.

In addition, residents should monitor the number and type of appliances they bring, as well as the use and placement of electrical cords, extension cords and surge protectors.

**Candles/Incense**
- The use of unlit candles as room decorations is strongly discouraged due to fire safety.
- Burning candles and incense in resident rooms and public spaces is prohibited.
- Burning candles for religious purposes may be permitted with restrictions and with prior permission from the Residence Life Coordinator or Area Coordinator of the hall.
- Burning incense for religious purposes or smudging may be permitted with restrictions and with prior permission from the Residence Life Coordinator or Area Coordinator of the hall.

**Firecrackers/Fireworks**
Possession and/or use of firecrackers and/or fireworks is prohibited. Violations of this rule include, but are not limited to: discharging, or in any way attempting to discharge, any type of manufactured or homemade fireworks including cannons or bottle rockets in, out of, or adjacent to a residence hall.
Use may lead to dismissal from University Housing.

DOE 0143

## Fires

Setting fires in and around the residence hall is prohibited. Violations of this rule include setting fire to items on a room door or bulletin board or any other flammable material in the residence hall, or fires caused by a lit candle or cigarette.

Storage of chemicals such as but not limited to: nitrous oxide, liquid nitrogen, turpentine, dry cleaning fluid, lighter fluid, gasoline, and other flammable chemicals that might create a hazard are prohibited.
Setting a fire will likely lead to dismissal from University Housing.

## Smoking

The following policy information is from the University Residence Halls Contract for Housing and Dining Service Terms and Conditions:

Smoking is not permitted anywhere in the University Residence Halls including student rooms and public areas such as dens, hallways, and bathrooms. Smoking is also prohibited outside within 25 feet of any University Residence Hall and/or dining facility.

## Policies Pertaining to Fire Safety

### Fire Safety

University Housing facilities utilize a variety of safety equipment to contribute to a safe environment. Fire extinguishers, smoke alarms, sprinkler systems, exit signs, pull station alarm covers, and fire doors are all designed to help with your safety. Tampering with any of these systems will likely lead to dismissal from University Housing.

### Fire Precautions

To greatly reduce the chance of a fire you should:

- Avoid running electrical cords under carpeting, where the cords can be stepped on and easily damaged.
- Use surge protectors with their own built-in fuse.
- Empty wastebaskets regularly.
- Follow all fire safety and prevention rules and policies.
- Not overload electric circuits and do not string extension cords over nails, under carpets or furniture, or in locations where they will wear.
- Use only approved appliances.
- Not operate appliances when you are not present and not operate appliances in closets or close to flammable materials.
- Keep doors to trash rooms and stairwells closed.
- Keep hallways clear of your belongings including shoes and boots.
- Not use lit candles/incense/tobacco products.
- Do not hang items on the electrical conduit or raceway of the fire protection devices.

Residents will be held financially responsible for acts of negligence or intent that result in damage to University property and/or the personal property of others.

### Smoke Detectors in Rooms

A smoke detector is provided in each student room. The smoke detector in your room is plugged into the hall electrical system and will go off when smoke particles enter the smoke detector unit. Never unplug, cover, or create a situation where the smoke detector is inoperative.

DOE 0144

If the alarm of your room smoke detector goes off you should:

- Determine the source of the smoke and, if it is a small fire in your room and you feel safe doing so, use the fire extinguisher in the hall to put out the fire.
- Pull the building alarm if you cannot immediately determine the source of the smoke or extinguish a fire.
- Follow the building evacuation procedures posted on your house bulletin board.
- To report smoke detector malfunction, please contact the Maintenance and Repair Service (MARS).

Sellery, Chadbourne, Dejope, Leopold, Smith, Ogg, and Witte Halls have sprinkler systems. Nothing may be hung from the sprinklers. As always, the actions of our residents are critical in fire safety precautions.

**Fire Emergencies**
In case of a fire:

- If the fire is small and can be contained, and you feel safe doing so, use the nearest fire extinguisher.
- Pull the nearest fire alarm.
- Evacuate the building as outlined above.

If you notice smoke coming from a room:

- Pull the fire alarm.
- Notify a staff person to the location of the room.
- If there is heavy smoke and you cannot find your way to an exit or if your room door or doorknob is hot:
  - Remain in your room with the door closed.
  - Place a towel or other clothing along the bottom of the door.
  - Open a window and hang a sheet or white towel out to attract attention.
  - Call 9-1-1 and give the dispatcher your location. Stay on the phone with the dispatcher until he/she directs you to hang up.
  - Stay in your room until emergency personnel tell you it is okay to leave.

## Policies Pertaining to Evacuation

The following policy information is from the Division of University Housing, Student/Community Expectations:

**Fire Alarms**
When the fire alarm sounds you should always evacuate as if there is a fire. Building evacuation is required when the fire alarm sounds in the building. Evacuation is required for your safety and also for the safety of the firefighters, University Police officers, and Housing staff members who respond during fire alarms. During evacuation, keep the following in mind:

- Before opening your door, check to see if the door or doorknob is hot. If it is not hot, or if there is no smoke coming under your room door, proceed with the emergency procedures under Fire Emergencies below.
- Close your room door.
- Walk, don't run.
- Use the designated exit for your room on the evacuation guide that is posted in your house.
- Do not use the elevator.

- If smoke or fumes are coming up the stairwell, use an alternate exit.
- Once you're out of the building, move as far away as possible from the exit to protect your own safety and to allow firefighters access to the building.
- If you do not leave during a fire alarm University Housing staff will notify University Police for possible legal action. Your decision places not only yourself, but other individuals in danger.

**Evacuation and Evacuation Procedures**

Building evacuation is required when the fire alarm is sounding. Residents should exit the building and move as far away as possible for their own safety and to allow those responding to the alarm access to the building. It is important for residents to familiarize themselves with procedures before the need to evacuate in an emergency arises. Individual building evacuation routes are posted on House bulletin boards. Residents should familiarize themselves with the nearest exit from their room as well as alternate exits, if the exit nearest to the resident's room is unusable.

The following policy and evacuation procedure information is posted at multiple locations throughout each residence hall floor. There are common elements to all fire evacuation procedures: if you see fire, pull the fire alarm and evacuate the building; if you hear a fire alarm, evacuate the building at the nearest safe exit; do not take the elevator; once clear of the building, call 911; do not re-enter the building until you have received confirmation that it is safe to do so. "Building Evacuation Routes" are specific to each specific location. Here is an example:

DOE 0146



## Additional Policies for Short Course Residence Halls:  Humphrey and Jorns Halls

The following behaviors may result in dismissal from Short Course Housing on the first offense:
- Tampering with fire equipment such as, but not limited to: alarms, extinguishers, sprinkler systems, common area smoke detectors, pull-station covers, evacuation plans on the back of room doors and exit signs.
- Setting fires.
- Shooting off firecrackers and/or fireworks.  Violations of this rule include, but are not limited to, discharging or in any way attempting to discharge types of manufactured or homemade fireworks including cannons or bottle rockets, in, out of or adjacent to a residence hall. The size of the firecracker is irrelevant.

### Evacuation
Building evacuation is required when the fire alarm is sounding.  Exit the building and move as far away as possible for safety and to allow those responding to the alarm access to the building.

### Prohibited Items
Toasters and toaster ovens, coffeemakers that use a hotplate, electric frying pans and grills, any cooking appliance with an open heating element or exposed heating source, and candles.  Halogen lamps are strongly discouraged.

### Smoking
Smoking is not permitted anywhere in the Humphrey/Jorns Halls, including public areas such as loungers, hallways. bathrooms as well as student rooms. Smoking is not allowed with 25 feet of Humphrey/Jorns Halls and Food Service buildings under the University's smoke-free policy and state law.  This includes e-cigarettes.

## Fire Safety Training and Education

### Fire Safety Training and Education for Residents, including Humphrey and Jorns Halls
Fire safety training and education for residents is covered at house meetings by the House Fellow.  The meeting reviews general fire safety information and procedures to follow in case of a fire. Written fire response procedures are posted in every dorm room and on-line.

### Fire Safety Training and Education for Staff
Fire education training for staff includes yearly training. Residence Life training includes both hands on (fire extinguisher) training and group discussion regarding open door impact, smoke danger, causes of recent fires and roles in the event of a fire.  Facilities staff training includes hands on (fire extinguisher) training and a fire safety video.   Fire safety education and training programs that are provided describe the procedures that should be follow in case of a fire.

**Jorns Hall and Humphrey Hall Staff:**  Fire education training for staff includes yearly training. Staff training includes both hands on (fire extinguisher) training and group discussion regarding Stautsq2open door impact, smoke danger, causes of recent fires, roles in the event of a fire, hands on (fire extinguisher) training and training on how to use the fire panels. Fire safety education and training programs that are provided describe the procedures that should be follow in case of a fire.

DOE 0148

## UNIVERSITY APARTMENTS
### (University Houses, Harvey Street, and Eagle Heights)

### Policies pertaining to use of portable electric appliances, smoking, open flames; evacuation; fire safety training and education provided for residents and staff:

University Apartments Policies for portable electric appliances, smoking and open flames are provided to tenants through a resident handbook available electronically.

The following lease excerpts specifically address fire related issues:

22.    Rules and Regulations:
    B.    The following are not permitted:
        (3)    Smoking in designated non-smoking common area or living space. All smoking must be a minimum of twenty five (25) feet away from the building.
        (4)    Use of charcoal or propane grills indoors, on patios or within ten (10) feet of University buildings. Grills should be attended when in use.
        (5)    Storage of explosive or flammable materials (e.g., gasoline, propane).
        (10)    Tampering with, altering, damaging or bypassing designed operation of building system or safety equipment, including:
            a.    Fire safety equipment (e.g., smoke detectors).
            b.    Mechanical systems (e.g., heating/cooling thermostats).
            c.    Appliances
            d.    Building security/lock system (e.g., duplication of keys).

**Portable Electric Appliances**
University Apartments does not restrict or have policy information relating to portable electric appliances other than restricting the use of portable dishwashers.

The Fire Safety Section of the University Apartments Resident Handbook contains the following information about Fire Safety:

**Fire Alarms**
In any large apartment community, there are occasional false fire alarms. But there are also real fires, often starting in kitchens. NOTE: When you hear a fire alarm, always vacate your apartment!

In University Apartments, there are several different types of fire alarm systems. All building fire alarm systems in Eagle Heights and University Houses report directly to UWPD, who will then contact the fire department. Presently, the alarms at Harvey Street do not report automatically to the fire department or to UWPD; residents must call 911 when an alarm goes off.

**"Pull Stations" to Activate Fire Alarms**
Residents must activate a fire alarm pull station inside their apartment or in the common stairwell to activate the building fire alarm system. In University Houses, the pull stations are found in basements where resident storage is located in buildings 5, 10, 21, 30, 35 and 39.

In the event of a fire, first notify your neighbors and the fire department by activating the nearest pull station, then call 911. There is no charge for calling the fire department. If time allows, contact the Apartment Facilities

DOE 0149

Office: (608) 262-2037 (M–F 7:00 AM–3:30 PM) or text the after-hours Resident Manager on Duty: (608) 444-9308.

## Smoke Detectors

There are active smoke detectors in each apartment throughout University Apartments. These only sound a local alarm; they are not linked to the UWPD or fire department. The smoke detectors are "hard wired" into the electrical system with battery back-up. Sometimes people are tempted to disconnect their smoke detectors so they do not sound during cooking. This is a serious lease violation. You will be held responsible for payment of fire damages to buildings and their contents if investigation following a fire reveals an apartment smoke detector did not function due to negligence on your part (removal of the smoke detector, or failure to replace a weak or missing battery), or if the fire was caused by you. A charge may be made for fixing non-operating detectors if found during normal maintenance calls. If the detector goes off by mistake and you temporarily remove the battery, be sure to replace it.

## "Beeping" Smoke Detectors

If the alarm beeps every minute, it means the battery needs to be replaced. Free smoke detector batteries are available at the University Apartments Office or Apartment Facilities Office.

## Carbon Monoxide Detectors

If the alarm is constant, you should leave the apartment and contact the Apartment Facilities Office or the Resident Manager on Duty. If it is "chirping" or beeping every few seconds, that means it is time to change the batteries. You can get new batteries from the University Apartments Office or from the Resident Manager on Duty.

## Fire Extinguishers

Tampering with a fire extinguisher is a crime. If you observe someone tampering with an extinguisher, notify the UWPD immediately. Also, notify the Apartment Facilities Office so that the extinguisher can be checked to ensure it is in working order. Make sure everyone in your household knows the location of the fire extinguishers in your building.

## Kitchen Fires

Kitchen fires usually occur because someone put something on the stove to cook, and then became involved in another activity or left the apartment. Another frequent cause of fire is grease build-up in the kitchen.

- NEVER leave a stove unattended if it is in use.
- Keep the stove, kitchen walls, and all areas near the stove free of grease.
- In the event of a stove fire, turn the stove off. DO NOT use water to extinguish the flames; it will spread a grease fire and may cause electrical shock. Instead, shake salt or baking soda on the flames, or use a fire extinguisher.

## Fire Exit Paths

According to City of Madison Fire Safety Codes, all exits and entryways must be kept entirely clear and easily accessible. This means you cannot store anything (including shoes, trash, plants, or toys) in hallways, staircases, or entryways, or on fire rescue platforms (the small fire escape balconies). Outdoor toys, grills, bikes, sleds, and outside (folding/stacking) chairs may be stored neatly on patios and balconies in the 700s, 800s, and 900s areas of Eagle Heights, as long as a four-foot-wide pathway is maintained. In University Houses, the area between your kitchen and your neighbor's (sometimes referred to as a "utility closet" or "storage area") must be kept clear. The City of Madison Fire Marshal can write citations (tickets) to residents if the fire codes are not followed.

DOE 0150

**Fire Related Regulations, Including Candles and Open Flames**

- Tampering with a fire alarm is a crime. Anyone caught setting off a false alarm will be charged for response time, and there could be additional lease or legal consequences.
- Never overload electrical outlets. Do not use electrical cords that are damaged in any way.
- Do not let candles burn for long periods of time or leave them unattended.
- Keep matches and lighters away from children.
- It is illegal to light any fire on University property, except in those places that are established for such purposes.
- It is a violation of your lease to use a grill indoors, on patios, or within 10 feet of a University building.
- Explosive or flammable materials (such as gasoline or propane) cannot be stored indoors.
- Fireworks are extremely restricted by law in Wisconsin and are absolutely prohibited in University Apartments.

**Procedures for Evacuation**

Procedures for evacuation are posted at various locations in the Community Center and in the licensed child care facility in University Houses 39. There are not evacuation maps for individual apartments. All apartments have more than one entrance/egress. In the event of a fire, residents should first notify neighbors and the fire department by activating the nearest pull station. Residents should evacuate the building at the nearest safe exit, move as far away from the building as possible and call 911.

**Fire Safety Training**

Fire Safety training and education for staff includes hands on semi-annual fire alarm system troubleshooting and resetting training. Office staff are trained to assist in evacuation of the Community Center and practice with the monthly drills.

Fire Safety training and education for residents include presentations about fire safety, regularly provided for residents by the Community Police Officer at least annually at a community meeting and as needed.

---

## DAIRY CATTLE CENTER LIVING QUARTERS

If a fire occurs in the Dairy Cattle Center anywhere throughout the facility, including the residence living areas, occupants should pull the fire alarm, use the nearest safe exit to evacuate and notify UWPD and the Madison Fire Department immediately by calling 911. If an occupant finds evidence of a fire that has been extinguished, and the person is not sure whether UWPD has already responded, the occupant should immediately notify UWPD at (608)264-2677 to investigate and document the incident. Once UWPD is informed of the incident, the occupant should always inform the Department of Dairy Science at (608)263-3308, or one of the following building emergency contacts:

- David Rieman, Dairy Cattle Center Facility Manager - (608) 301-7291
- Jessica Cederquist, Dairy Herd Administrator - (608) 957-5298

## Policies Pertaining to use of Portable Electric Appliances, Smoking and Open Flames

### Appliances and Food Preparation

Food preparation in an extensive and/or ongoing manner is not permitted in resident rooms as a matter of safety and sanitation. A kitchen area, with full size cooking appliances is available for all residence use inside of the student lounge area. Students are not permitted to use any cooking appliances, outside of the lounge area, with an exposed heating element. Non-Cooking appliances with open coils or exposed heating elements are also prohibited within the facility. These include, but are not limited to: hot plates, convection ovens, toaster ovens, toasters, electric frying pans, space heaters with open coils or exposed heating elements, gas/propane powered appliances and charcoal cooking appliances are prohibited inside the Dairy Cattle Center. Appliances should not be operated in closets or other closed areas or close to flammable items. Occupants of the facility may be held responsible for any damages caused by negligent use of appliances.

In addition, residence living in the student housing area should have no appliances within their room without informing the facility manager, and should monitor the use and placement of electrical cords, extension cords and surge protectors.

### Kitchen Fires

The student lounge area includes a kitchen area which has full sized household appliances for the residence use. Kitchen fires usually occur because someone put something on the stove to cook, and then became involved in another activity or left the lounge. Another frequent cause of fire is grease build-up in the kitchen.

- Never leave a stove unattended if it is in use
- Keep the stove, kitchen walls, and all areas near the stove free of grease
- In the event of a stove fire, turn the stove off. DO NOT use water to extinguish the flames; it will spread a grease fire and may cause electrical shock. Instead, shake salt or baking soda on the flames, or use a fire extinguisher

### Candles

The use of unlit candles as room decorations is strongly discouraged due to fire safety. Burning candles in residence living quarters, lounge area, and public spaces is prohibited. Burning candles for religious purposes may be permitted with restrictions and with prior permission from the facility manager of the Dairy Cattle Center. Also see "Incense" listed below

### Firecrackers/Fireworks

Possession and/or use of firecrackers and/or fireworks is prohibited. Violations of this rule include, but are not limited to: discharging, or in any way attempting to discharge, any type of manufactured or homemade fireworks including cannons or bottle rockets in, out of, or adjacent to the facility. Use may lead to the eviction from the Dairy Cattle Center student living quarters.

### Fires

Setting fires in and around the Dairy Cattle Center facility is prohibited. Violations of this rule include setting fire to any other flammable material in the throughout the facility, or fires caused by lit candle or cigarette.

Storage of chemicals such as, but not limited to: nitrous oxide, liquid nitrogen, turpentine, dry cleaning fluid, lighter fluid, gasoline, and other flammable chemicals that might create a hazard are prohibited within the student living quarters. Any flammable materials found to be needed inside the Dairy Cattle Center facility should remain stored within flammable storage cabinets found in various storage areas within the facility. Setting a fire will likely lead to the eviction from the Dairy Cattle Center student living quarters.

DOE 0152

**Incense**

Burning incense in student living quarters and public areas is prohibited. Burning incense for religious purposes or smudging may be permitted with restrictions and with prior permission from the facility manager of the Dairy Cattle Center

**Smoking**

Smoking is NOT permitted anywhere in the Dairy Cattle Center student living quarters or public areas including the student lounge, bathrooms, hallways, classrooms, animal barns, and storage rooms. Smoking is also prohibited outside within 25 feet of any building entrance.

## Policies Pertaining to Fire Safety

**Fire Safety**

The Dairy Cattle Center uses a variety of safety equipment to contribute to a safe environment. Fire extinguishers, smoke alarms, sprinkler systems, exit signs, pull station alarm covers, and fire doors are all designed to help with your safety. Tempering with any of these systems will likely lead to eviction from the student living quarters.

We have also specifically banned lit candles, incense, and certain appliances because of the risks they create. Remember, your actions, and the actions of all residents, are vital to creating and maintaining a safe facility. Concerns can be addressed to any Department of Dairy Science staff member starting with the Dairy Cattle Center facility manager, and the Dairy Herd Administrator.

**Fire Precautions**

To greatly reduce the chance of fire you should:
- Avoid running electrical cords under carpeting, where the cords can be stepped on and easily damaged
- Use surge protectors with their own built-in fuse
- Empty wastebaskets regularly
- Follow all fire safety and prevention rules and policies
- Do not overload electric circuits and do not string extension cords over nails, under carpets or furniture, or in locations where they will wear
- Use only the provided appliances inside of the student lounge area
- Do not operate appliances when you are not present and do not operate appliances in closets or close to flammable materials
- Keep doors to stairwells closed
- Keep hallways clear of your belongings including shoes and boots
- Do not use lit candles/incense/tobacco products as these products are not permitted in the Dairy Cattle Center
- Do not hang items on the electrical conduit or raceway of the fire protection devices

Residents will be held financially responsible for acts of negligence or intent that result in damage to the Dairy Cattle Center property and/or personal property of others.

**Smoke Detectors in Rooms**

A smoke detector is provided in each of the student living quarters and the student lounge area. The smoke detector in each student's room is hard wired into the facilities electrical system and will go off when smoke particles enter the smoke detector unit. Never unplug, cover, or create a situation where the smoke detector

is inoperative.

If the alarm or your room smoke detector goes off you should:
- Determine the source of the smoke and, if it is a small fire in your room and you feel safe doing so, use the fire extinguisher in the hall to put out the fire.
- Pull the building alarm if you cannot immediately determine the source of the smoke or extinguish a fire.
- Follow the building evacuation procedures posted in the main hallway near the stairways on each floor of the building.
- To report smoke detector malfunction, please contact the facility manager of the Dairy Cattle Center so that proper maintenance and repair can be scheduled.

### Fire Emergencies
In case of a fire:
- If the fire is small and can be contained, and you feel safe doing so, use the nearest fire extinguisher.
- Pull the nearest fire alarm
- Evacuate the building as outlined by the Building Evacuation Route Maps posted in the building

- If you notice smoke coming from a room:
- Pull the fire alarm
- Notify a staff person to the location of the smoke
- If there is a heavy smoke and you cannot find your way to an exit or if your room door or doorknob is hot:
  - Remain in your room with the door closed
  - Place a towel or other clothing along the bottom of the door
  - Open a window and hang a sheet or white towel out to attract attention
  - Call 911 and give the dispatcher your location.  Stay on the phone with the dispatcher until he/she directs you to hang up
  - Stay in your room until emergency personnel tell you it is okay to leave

## Policies Pertaining to Evacuation

### Fire Alarms
When the fire alarm sounds you should always evacuate as if there is a fire.  Building evacuation is required when the fire alarm sounds in the building.  Evacuation is required for your safety and also for the safety of the firefighters, University Police officers, and Dairy Cattle Center staff members who respond during fire alarms.  During evacuation, keep the following in mind:
- Before opening your door, check to see if the door or doorknob is hot.  If it is not hot, or if there is no smoke coming under your room door, proceed with the emergency procedures under Fire Emergencies
- Close your room door
- Walk, Don't run
- Use the designated exit for your room on the evacuation guide that is posted on your floor
- Do not use the elevator
- If smoke or fumes are coming up the stairwell, use an alternate exit
- Once you're out of the building, move as far away as possible from the exit to protect your own safety and to allow firefighters access to the building
- If you do not leave during the fire alarm, Dairy Cattle Center staff will notify University Police for possible legal action.  Your decision places not only yourself, but other individuals in danger

### Evacuation and Evacuation Procedures

DOE 0154

Building evacuation is required when the fire alarm is sounding. Occupants in the Dairy Cattle Center should exit the building and move as far away as possible for their own safety and to allow those responding to the alarm access to the building. It is important for all occupants to familiarize themselves with the procedures before the need to evacuate when an emergency arises. Building evacuation routes are posted on each floor of the building near the stairwells. Occupants should familiarize themselves with the nearest exit from their room as well as alternate exits, if the exit nearest to the occupant's room is unusable. It is important that you familiarize yourself with the procedures for evacuating the building BEFORE you need to evacuate in an emergency.

The following policy and evacuation procedure information is included in the Dairy Cattle Center "Emergency Preparedness" binder, and given to every student who occupies one of the student living quarters. There are common elements to all fire evacuation procedures: If you see fire, pull the fire alarm and evacuate the building; if you hear a fire alarm, evacuate the building at the nearest safe exit; do not take the elevator; once clear of the building, call 911; do not re-enter the building until you have received confirmation that it is safe to do so. "Building Evacuation Routes" are posted in the Dairy Cattle Center.

## Fire Safety Training and Education

### Fire Safety Training and Education for Student Employees and Occupants of the Living Quarters

Fire safety training and education for employees and occupants is covered at the first staff meeting at the beginning of each semester. The meeting reviews general fire safety information and procedures to follow in case of a fire. Every occupant is required to walk various routes which can be utilized for evacuation with the Dairy Cattle Center facility manager, where evacuation routes as well as key areas of concern can be highlighted to ensure the greatest understanding of safety to occupants and the animals located within the facility.

### Fire Safety Training and Education for Staff

Fire education training for staff includes yearly training. Training includes a walkthrough of the facility to discuss all evacuation routes from various areas of the facility, identification of locations of all fire extinguishers with discussion on how to properly use an extinguisher, as well as open discussions about areas of most concern for possible fires. This training will also highlight the employee's role in the event of a fire in the facility, and precautions to take to ensure both employee and animal safety. In the event a fire occurs at the Dairy Cattle Center, a staff meeting will be held within 30 days of the incident to discuss the cause of a recent fire, possible things that could have been done to avoid the incident, what safety procedures were followed properly, and a refresher training for policies or procedures that were not followed during the event of a fire.

---

## PLANS FOR FUTURE IMPROVEMENT IN FIRE SAFETY

### University Residence Halls

In the short term, plans are to continue to adhere to stringent inspection, testing and maintenance of all fire safety systems, equipment and devices. All new facilities will be fully sprinklered and fire alarm systems will be replaced as needed with the most up to date technology.

All residence halls will be fully sprinklered by 2025.

DOE 0155

**University Apartments**
We continue to adhere to stringent inspection, testing and maintenance of all fire safety systems, equipment and devices.  All devices are tested and needed repairs are made twice a year.  Complete systems are replaced as needed.  In 2015, the Community Center at 611 Eagle Heights had a new fire alarm system installed.  All University Houses apartments had new local interconnected devices installed during the 2015 renovations; and new addressable systems were installed in all University Houses common areas in 2015

**Humphrey and Jorns Halls**
In the short term, plans are to continue to adhere to stringent inspection, testing and maintenance of all fire safety systems, equipment and devices. New egress lighting installation is expected to be completed by the end of 2018.

**Dairy Cattle Living Quarters**
In the short term, plans are to continue to adhere to stringent inspection, testing and maintenance of all fire safety systems, equipment and devices. No additional upgrades are planned at this time.

This Annual Security Report and Annual Fire Safety Report is published as required by the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act. An electronic version of this report is available at: http://uwpd.wisc.edu/crime-data/clery-act/. Paper copies available upon request at UWPD, 1429 Monroe St., Madison, WI, 53711. Inquiries regarding this publication should be directed to Clery Program Director, Jaimee Gilford, UWPD, jaimee.gilford@wisc.edu.

# APPENDIX

## Summary: 2017 Report to UW-System in Compliance with UWS 36.11(22)

*The statistics in this report to UW-System do not reflect campus safety; they are collected to inform services and policy and to help UW respond to the needs of survivors and the campus.*

In compliance with Wisconsin Statute 36.11(22), University of Wisconsin system universities submit an annual report on sexual assault that is compiled by the Board of Regents and shared with the chief clerk of each house of the Legislature. The statistics included in this report represent all incidents of sexual assault that were disclosed to UW-Madison by students during calendar year 2016, including childhood sexual abuse, past sexual assaults, sexual assault where the location was not reported and sexual assaults that were reported to have occurred anywhere in the world - not just the incidents that occurred within UW-Madison's Clery Act geography.  Because the data collected by this report only counts disclosures by UW students and is not limited by location, it will not reflect the same data presented in the ASR.

### General Information

- On Campus: reflects the buildings and property of the main campus of the university.
- Non-Campus: reflects the building and property owned by the university (including student organizations)   that is not considered the main campus (Arboretum, Research Stations, Greek Houses).
- Off Campus: privately owned property.
- Public Property: public property such as streets and sidewalks.
- Alcohol/ Drug use reflects known use by either individual.

### Overall Summary

# of incidents reported: 325
# of incidents reported to confidential resources: 215
(Confidential resources only disclose statistical information, not information that could be followed up on for investigative purposes)

Reflects the number of incidents reported to the university between January 1, 2016 and December 31, 2016. The actual date of the incident is not reflected.

| | |
|---|---|
| # of incidents on campus: | 36 (15 in University Residence Halls) |
| # of incidents non-campus: | 1 |
| # of incidents off campus: | 35 |
| # of incidents on public property: | 0 |
| # of incidents at unknown locations: | 253 |

- Increased number of incidents at unknown locations reflects a change in the reporting protocol at UHS

# of incidents above unfounded after a law enforcement investigation: 0

**Total # of incidents:**          325 (37 reports of sexual assault prior to college)

DOE 0157

*Relationship Between Victim and Assailant:*

| | |
|---|---|
| **Victim and Assailant are Acquaintances:** | **124 of 325 (38%)** |
| **Unknown if Victim and Assailant are Acquaintances:** | **170 of 325 (52%)** |
| **Victim and Assailant are Not Acquaintances:** | **31 of 325 (10%)** |

*Type of Sexual Assault:*

| | |
|---|---|
| **# of 1st, 2nd, and 3rd degree assaults:** | **48 of 325 (15%)** |
| **# of 4th degree assaults:** | **33 of 325 (10%)** |
| **# of unknown degree assaults:** | **244 of 325 (75%)** |

*Alcohol/Drug use:*

| | |
|---|---|
| **# of incidents with known Alcohol/ Drug use:** | **100 of 325 (31%)** |

*Victim and Assailant are Acquaintances: 124 of 325*

| | |
|---|---|
| # of incidents on campus: | 13 (11 in University Residence Halls) |
| # of incidents non-campus: | 1 |
| # of incidents off campus: | 19 |
| # of incidents on public property: | 0 |
| # of incidents at unknown locations: | 91 |
| Total # of incidents: | 124 |

| | |
|---|---|
| # of 1st, 2nd, and 3rd degree assaults: | 34 of 124 (27%) |
| # of 4th degree assaults: | 11 of 124 (9%) |
| # of unknown degree assaults: | 79 of 124 (64%) |

# of incidents with known Alcohol/ Drug use: 55 of 124 (44%)

*Victim and Assailant are Not Acquaintances: 31 of 325*

| | |
|---|---|
| # of incidents on campus: | 5 (1 in University Residence Halls) |
| # of incidents non-campus: | 0 |
| # of incidents off campus: | 3 |
| # of incidents on public property: | 0 |
| # of incidents at unknown locations: | 23 |
| Total # of incidents: | 31 |

| | |
|---|---|
| # of 1st, 2nd, and 3rd degree assaults: | 5 of 31 (16%) |
| # of 4th degree assaults: | 5 of 31 (16%) |
| # of unknown degree assaults: | 21 of 31 (68%) |

# of incidents with known Alcohol/ Drug use: 15 of 31 (48%)

*Unknown if Victim and Assailant are Acquaintances: 170 of 325*

| | |
|---|---|
| # of incidents on campus: | 18 (3 in University Residence Halls) |
| # of incidents non-campus: | 0 |
| # of incidents off campus: | 13 |
| # of incidents on public property: | 0 |
| # of incidents at unknown locations: | 139 |
| Total # of incidents: | 170 |

# of 1st, 2nd, and 3rd degree assaults: 9 of 170 (5%)
# of 4th degree assaults:         17 of 170 (10%)
# of unknown degree assaults:     144 of 170 (85%)

# of incidents with known Alcohol/ Drug use: 30 of 170 (18%)

## Analysis

Total Reports ...........................................................................................................................................................325
- Reports from Confidential Resources (no info. on parties involved)...............................................215
- Reports where respondent information is unknown or where respondent was
  unaffiliated with UW.........................................................................................................................275
- Reports where respondent was identified as a UW student.............................................................21
- Reports resulting in University Investigations.................................................................................15
  - Investigation Findings: 6 Responsible, 4 Not Responsible, 5 in progress
    - Sanctions: University Probation= 2, Suspension= 3, Expulsion= 1
- The high number of incidents where it is unknown if the victim and assailant are acquainted and the de-
  gree of assault reflects confidential resources reporting numbers, and that the specific information may
  not be known.

*Inquiries regarding the UWS 36.11(22) report should be directed to the UW-Madison Dean of Students Office at dean@studentlife.wisc.edu.*



**UW-Madison Policy on Sexual Harassment and Sexual Violence**

| | |
|---|---|
| Effective Date: | January 2018 |
| Last Reviewed: | new |
| Next Review: | January 2020 |

| | |
|---|---|
| **Functional Owner** | Title IX Coordinator |
| **Executive Sponsor** | Provost, Vice Chancellor for Finance and Administration, Vice Chancellor for Legal Affairs, Office of Compliance |
| **Policy Contact** | Title IX Coordinator |

## I.    Purpose of Policy

The mission of the University of Wisconsin-Madison (University) is to provide a teaching, learning and working environment in which faculty, staff, students, and guests can discover, examine critically, preserve, and transmit knowledge, wisdom, and values that will improve the quality of life for all. To promote the institutional mission, the University is committed to creating and maintaining a campus community that is free from sexual harassment and sexual violence.

## II.    Policy Statement

This policy prohibits acts of sexual harassment and sexual violence (including sexual assault, dating violence, domestic violence, and stalking) in all programs and activities of the University. Individuals who engage in such acts, hereafter referred to collectively as sexual harassment and sexual violence, are in violation of this policy and are subject to disciplinary action. This policy also prohibits retaliation against individuals who report sexual harassment or sexual violence, who assist others in reporting, or who participate in University proceedings related to such a report.  Individuals who engage in retaliation are subject to disciplinary action.

The University will provide appropriate education about sexual harassment and sexual violence and this policy. All participants in University programs and activities are responsible for helping to ensure that our campus community is kept free of sexual harassment and sexual violence by refraining from engaging in such conduct, completing required training, and complying with reporting requirements when they become aware of sexual harassment or sexual violence.

Individuals who are subjected to acts of sexual harassment or sexual violence in violation of this policy are encouraged to report these incidents. All complaints will be treated seriously and investigated fully using a trauma-informed approach. Individuals who experience sexual harassment and sexual violence will have access to appropriate resources regardless of their decision to report.

## III.    Scope of Policy

This policy applies to:

**A.** University programs and activities held both on and off campus, including those held in other municipalities, states, and nations.

DOE 0160

**B.** All students while they are on campus or if their off-campus conduct meets any of the following criteria:

    1. The conduct constitutes or would constitute a serious criminal offense, regardless of the existence of any criminal proceedings;

    2. The conduct indicates that the student presented or may present a danger or threat to the health or safety of self or others; or

    3. The conduct demonstrates a pattern of behavior that seriously impairs the University's ability to fulfill its teaching, research, or public service missions. (<u>UWS Chapter 17.02(14) and 17.08</u>).

**C.** All other members of the University community (including, but not limited to: employees, volunteers, visitors, guests, contractors, and third-party vendors) while they are on campus or engaged in activities associated with University programs and activities.

## IV.    <u>Definitions</u>

For a list of definitions of terms used in this policy, see Appendix A.

## V.    <u>Conduct Prohibited by this Policy:</u>

The conduct listed below is prohibited by this policy. For definitions, see Appendix A, "Prohibited Conduct."

**A.** <u>Sexual Discrimination</u>
**B.** <u>Sexual Harassment</u>
**C.** <u>Sexual Assault</u>
**D.** <u>Dating Violence</u>
**E.** <u>Domestic Violence</u>
**F.** <u>Stalking</u>
**G.** <u>Retaliation</u>
**H.** <u>Providing false information to a reporting or investigatory office.</u>
**I.** <u>Refusal to comply with a reasonable request on a University matter.</u>

## VI.    <u>Resources</u>

**A.** Confidential Resources for those who have experienced sexual harassment or sexual violence

Anyone who has been subjected to sexual harassment or sexual violence can access available confidential resources for assistance and support including medical care, mental health counseling, victim advocacy, and access to accommodations and protective measures. These resources are available regardless of whether the person chooses to report the violation to the University, law enforcement, or any other agency. For a list of confidential resources available on campus and in the community, see Appendix B.

**B.** Resources for all members of the University community impacted by sexual harassment or sexual violence

In addition to the resources above, anyone impacted by sexual harassment or sexual violence on campus or who become involved in the University investigatory or disciplinary process – including complainants, respondents, and witnesses – has access to confidential and non-confidential campus

DOE 0161

resources available to assist. Students may contact the Dean of Students Office or the Title IX Coordinator to learn more about the process, including their rights and obligations. Students may also contact University Health Services (UHS) for confidential mental health services. Employees may also contact the Title IX Coordinator for process information, as well as the Employee Assistance Office for confidential services. To read more about the roles of these individual resources, see section IX of this policy, Role and Duties of University Offices, Employees, and Organizations.

## VII.    Reporting Options

Anyone who has been subjected to sexual harassment or sexual violence or any other violation of this policy has options for reporting the violation, including the option not to report. For those who choose to report, the following offices are available to receive reports alleging violations of this policy:

**A.** Title IX Coordinator: The Title IX Coordinator is available to receive any reports alleging violations of this policy.

   Lauren Hasselbacher
   354 Bascom Hall
   (608) 890-3788
   titleix_coordinator@wisc.edu
   Office of Compliance/Title IX

**B.** Dean of Students Office: The Dean of Students Office is available to receive reports alleging violations of this policy by students.

   Dean of Students Office
   70 Bascom Hall
   (608) 263-5700
   dean@studentlife.wisc.edu
   Dean of Students

**C.** Office of Workforce Relations: The Office of Workforce Relations is available to receive reports alleging violations of this policy by employees.

   Workforce Relations
   Office of Human Resources
   21 N. Park Street, Suite 5101
   608-265-2257
   wr@ohr.wisc.edu
   Workforce Relations

An individual may make a report to one or more of the offices or individuals noted in this section. When a report is made to more than one of the offices noted above, the offices will coordinate as they are able and attempts will be made to limit the number of times a complainant or respondent is required to repeat information about the allegations.

In addition to constituting violations of this policy, acts of sexual harassment and sexual violence might also constitute criminal conduct that violates Wisconsin statutes. Regardless of whether these acts are

DOE 0162

reported to the University, anyone who has been subjected to sexual harassment or sexual violence has the option of reporting to law enforcement. The following law enforcement agencies are available to receive reports:

**D.** University of Wisconsin-Madison Police Department (for on-campus incidents)

  1429 Monroe Street
  (608) 264-2677 or 911
  UWPD

**E.** Madison Police Department (for off-campus incidents in the City of Madison)

  211 S. Carroll Street
  (608) 261-9694 or 911
  MPD

  For incidents that occurred off-campus, outside of the City of Madison, the University of Wisconsin-Madison Police Department can help identify the relevant law enforcement agency to receive a report.

  Violations of Title IX may be reported directly to the U.S. Department of Education, Office for Civil Rights (OCR). A person **does not** have to utilize the University's procedures for addressing sexual harassment and sexual violence before filing with OCR.

**F.** Office for Civil Rights, Chicago Office
  U.S. Department of Education
  Citigroup Center
  500 W. Madison Street, Suite 1475
  Chicago, IL 60661-4544
  Telephone: (312) 730-1560
  Facsimile: (312) 730-1576
  Email: OCR.Chicago@ed.gov

## VIII.  Investigatory and Disciplinary Procedures

Investigations regarding alleged violations of this policy will be conducted using the applicable University investigatory or disciplinary procedures. Before any sanctions can be imposed, the disciplinary procedures that will be used will be based on the relationship of the respondent with the University.[1]

---

[1] The University procedures pertaining to faculty, academic staff, and University staff are currently being revised. While these revisions are being completed, the University will ensure that its response to complaints pursuant to this policy include the required elements of equal treatment. Specifically, in all investigatory and disciplinary proceedings for sexual harassment or sexual violence, the determination of whether this policy was violated will be based on the preponderance of available evidence. The complainant and the respondent will be afforded an equal opportunity to present information to be considered during the process, to identify other sources of information to support their position, to be accompanied by a support person of their choosing throughout the process, and to receive a written notice of the outcome of each stage of the process. Where appeal rights are provided, the complainant and the respondent will have equal appeal rights.

DOE 0163

**A.** When the respondent is a *student*, the University will use the investigatory and disciplinary procedures set forth in Chapter 17 of the University of Wisconsin Administrative Code (UWS).

**B.** When the respondent is a *faculty member*, the University will use the investigatory and disciplinary procedures set forth in Chapters 4 and 7 of the UWS and Chapter 9 of the University's Faculty Policies and Procedures.

**C.** When the respondent is a *member of the academic staff*, the University will use the investigatory and disciplinary procedures set forth in Chapter 11 of the UWS and in Chapter 6 and Chapter 9[2] of the University's Academic Staff Policies and Procedures.

**D.** When the respondent is a *member of the University staff*, the University will use the investigatory and disciplinary procedures set forth in the Corrective Progressive Discipline for University Staff policy (CPP 18.01).

**E.** When the respondent is a *limited appointee or an academic staff member or University staff member in their initial evaluation period (i.e., probationary period)*, the respondent's supervisor, in consultation with the Title IX Coordinator and, if appropriate, the employing unit's human resources staff and/or the central campus Office of Human Resources staff will determine the appropriate course of action.

**F.** When the respondent is a *student employee, graduate assistant, or employee in training* (i.e., student hourly, teaching assistant, research assistant, project assistant, resident, post doc, or fellow) and is alleged to have engaged in the misconduct in their role as an employee, the respondent's supervisor in consultation with the Title IX Coordinator and, if appropriate, the employing unit's human resources staff and/or the central campus Office of Human Resources staff, will determine the appropriate course of action.

**G.** A complainant can also request that the Office of Compliance conduct an investigation a) if the respondent is a participant in the University's programs or activities who does not fall into any of the above categories, or b) if the respondent is an employee and one of the above investigatory procedures is not initiated. The Office of Compliance will investigate the alleged violation using its established complaint procedures. The Office of Compliance may also address the allegations using alternative resolutions.

When the respondent falls into more than one of the categories described in this section, multiple procedures may be utilized to determine appropriate disciplinary outcomes for each of the respondent's statuses. For example, if a respondent is both a student and an academic staff member, the University will follow UWS Chapter 17 to assess whether to impose discipline on the respondent's student status and the University will follow Chapter 11 of the UWS and Chapters 6 and 9 of the Academic Staff Policies and Procedures to assess whether to impose discipline on the respondent's academic staff status.

**IX.    Rights**

    **A.    Accommodations and Protective Measures**

        i.    Regardless of whether an incident of sexual harassment or sexual violence is reported to the University for the purpose of initiating a disciplinary proceeding, the University will work with individuals who experience sexual harassment and/or sexual violence to undertake appropriate measures to promote their safety and wellbeing. These may include,

---

[2] When the revised procedures for academic staff are completed, these procedures will be found in Chapter 16

but are not limited to, no-contact directives, academic or work modifications, and adjustments to living spaces for those who live in a campus-operated facility or to working spaces for employees of the University.

ii. The University will maintain as confidential any accommodations or protective measures provided as required or authorized by law and to the extent that maintaining such confidentiality would not impair the ability of the University to provide the accommodations or protective measures. (No-contact directives are not confidential, as they must be communicated to the respondent in order to be effective.)

**B. Amnesty**

i. Complainants and witnesses to incidents of sexual harassment or sexual violence will not generally be issued citations or be subjected to disciplinary sanctions for conduct at or near the time of the incident that would violate University policies regarding alcohol or the personal use of drugs unless the University determines that the violation of University policy exposed others to serious risks to their health and safety. [See also: Wisconsin Sexual Assault Victim Amnesty Law]

**C. Confidentiality**

i. Complainants seeking a confidential consultation about protective measures or options for reporting to the University or law enforcement may contact one or more of the confidential resources listed in Appendix B to this policy.

ii. Persons who report to any of the individuals or offices mentioned in Section VI of this policy or to any other non-confidential University employee cannot be assured the information they report will remain completely confidential due to the reporting requirements described in Section X of this policy.

iii. Information provided in a non-confidential report or any investigatory or disciplinary proceeding will be maintained in a secure manner. If a University investigatory or disciplinary process is initiated, the respondent will be informed of the identity of the complainant and the nature of the allegations.

iv. The University may be required to release records pursuant to the Wisconsin Public Records law, subpoenas, governmental investigations, or other legal process. When responding to requests pursuant to the Wisconsin Public Records law, the University will redact personally identifiable information about complainants. Records containing personally identifiable information about students will only be disclosed to the extent permissible by the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g (FERPA).

**D. Prompt and Equitable Resolution**

i. The offices and University officials responding to a report of sexual harassment or sexual violence pursuant to this policy will endeavor to resolve the matter in a prompt and equitable manner in accordance with the applicable procedures, taking into consideration the nature and complexity of the report and procedural due process requirements. The complainant and the respondent will be advised of any delays that occur during the process.

**E. Potential Sanctions**

DOE 0165

i. The procedures identified above provide for disciplinary action against anyone found responsible for violating this policy. The nature of the disciplinary action will be based on the preponderance of the evidence uncovered during the investigatory process and will take into account several factors, including the nature and severity of the incident, the sanctions available pursuant to the Disciplinary Procedures outlined in Section VIII above, and any past disciplinary history of the respondent. For students, sanctions may include, but are not limited to, restrictions on a course or program, probation, suspension, or expulsion. (Chapter UWS 17.10 provides a more comprehensive list of potential sanctions against students.) For employees, sanctions may range from a written warning to dismissal from employment. For program participants, sanctions may include restrictions upon participation in or exclusion from the program. For visitors to campus, sanctions may include a ban from portions or all of campus.

### F. Notice of Outcome

i. Both the complainant and the respondent will be provided with written notice of the outcome of each stage of the applicable disciplinary process and of the final resolution of the investigation and recommended sanction.

## X. Role and Duties of University Offices, Employees, and Organizations

### A. Title IX Coordinator

The duties of the UW-Madison Title IX Coordinator are described in the institutional position description. The duties include: receiving reports of sexual harassment and sexual violence; maintaining appropriate records; providing or supporting the provision of appropriate education and training; maintaining ongoing communication with any Deputy Title IX Coordinators and relevant University committees; ensuring that applicable policies, resources, and other information are up-to-date and properly disseminated; and as appropriate, investigating allegations of sexual harassment and sexual violence, in which the Title IX Coordinator will be guided by principles of trauma-informed care and impartiality.

### B. Title IX Deputies

The Title IX Coordinator has designated several Title IX Deputies to assist the work of the Coordinator described above. These staff are trained on Title IX policy, procedures, and can provide information and answer questions about Title IX.

### C. Provost's Advisory Group on Sexual Assault and Misconduct (PAGSAM)

PAGSAM provides overarching leadership on campus efforts to prevent and respond to sexual assault and sexual violence (including, but not limited to: sexual harassment, dating and domestic violence, and stalking). The group advises senior campus leaders and ensures the coordination of campus prevention, policies, response, assessment, and accountability measures.

### D. University Health Services (UHS)

UHS provides comprehensive services aimed at preventing violence *before* it happens and helping address the needs of victims of sexual harassment, sexual assault, dating violence, domestic violence, or stalking *after* it happens. UHS provides medical care, mental health counseling, victim advocacy, and campus-wide prevention and education. UHS is responsible for providing and ensuring compliance with all required student trainings as well as a range of education and

prevention efforts. UHS provides consultation and technical assistance throughout campus on violence prevention and education.

### E. Dean of Students Office (DoSO)

DoSO, a department in the <u>Division of Student Life,</u> is a place where students can report sexual harassment and sexual violence. DoSO is available to support students affected by these forms of violence by referring students to resources, helping them request accommodations, and supporting them throughout relevant disciplinary or criminal processes (if applicable).

### F. The Office of Student Conduct and Community Standards (OSCCS)

OSCCS, another department in the <u>Division of Student Life,</u> adjudicates cases of sexual harassment and sexual violence involving student respondents that are investigated by the Title IX Coordinator.

### G. Office of Human Resources (OHR)

The Office of Human Resources provides programmatic and consultative HR services to the UW-Madison community, which includes developing and assisting with strategies to attract, develop, engage, and retain the faculty and staff needed for the campus to excel as a leading research and teaching institution. As part of its mission, OHR is a resource to support and provide guidance on effective methods to prevent sexual harassment and sexual violence. OHR's responsibility also includes consulting with and advising colleges, schools, and divisions on appropriate action steps when a violation of this policy involves an employee or otherwise impacts the workplace.

### H. Employee Assistance Office (EAO)

The EAO provides timely assistance to faculty and staff, and their family members or significant others as they work through life changes, chronic physical, emotional health issues, and work/life balance concerns. This service is provided free of charge and is completely confidential. Some of the services provided include, problem consultation/assessment, information about community resources, educational programs and individual referrals.

### I. Office of Compliance (OC)

OC investigates formal allegations of sex discrimination, including sexual harassment and sexual violence covered by this policy. Investigations may be conducted by either the University Equal Opportunity Complaint Investigator or the Title IX Coordinator, both located within the OC. The Title IX Coordinator also supports training and policy development in matters related to sex discrimination, including sexual harassment and sexual violence.

### J. University Police Department, Clery Program

The University of Wisconsin-Madison Police Department (UWPD) is responsible for coordinating Clery Act compliance for UW-Madison. In collaboration with other campus units, UWPD's Clery Program Director and Assistant Director have the following responsibilities: collecting crime data and information, compiling the Annual Security Report and Annual Fire Safety Report, publishing the daily Clery Crime and Fire Log, coordinating identification and training of UW-Madison's Campus Security Authorities, and providing guidance for the issuance of timely warnings and emergency notifications. UWPD also manages the two Clery Act committees at UW-Madison: the

Clery Act Leadership Committee, which is chaired by the Chief of Police, and the Clery Act Working Committee, which is chaired by the Clery Program Director.

**K. Schools, Colleges, and Divisions**

School, college, and divisional leadership have responsibility for supporting the implementation of this policy throughout their unit. This includes identifying individuals with reporting responsibilities, promoting and facilitating required campus training, referring employees and students to on- and off-campus resources as appropriate and cooperating with campus investigations.

**XI.   Reporting Responsibilities**

**A. Title IX Responsible Employees (applies to all forms of sexual harassment and sexual violence)**

Title IX Responsible Employees have a duty to report to the Title IX Coordinator any information they receive that suggests a violation of this policy has occurred or is occurring. They are not allowed to keep confidential information reported to them suggesting such a violation has occurred or is occurring. These employees are required to:

1. Be familiar with the definitions of sexual harassment and sexual violence;
2. Be familiar with this and other related policies;
3. Be familiar with confidential and other resources on campus and in the community to which to refer a reporting individual;
4. Be familiar with the duty to report information they receive about potential acts of sexual harassment or sexual violence to the Title IX Coordinator and be prepared to explain this duty to anyone who is considering reporting such information to them.

Please see Appendix A for a definition of individuals considered to be Title IX Responsible Employees.

**B. Campus Security Authorities (CSAs) (applies to certain campus crimes, including all forms of sexual violence)**

Campus Security Authorities are responsible for reporting to the University Clery Program certain campus crimes that are reported to them, including all forms of sexual violence. CSAs are not allowed to keep information reported to them suggesting a campus crime has occurred confidential. CSAs are trained annually to identify which crimes they are responsible for reporting and how to report those crimes to the Clery Program.

Please see Appendix A for a definition of individuals considered to be Campus Security Authorities.

**C. All Employees**

1. **Wisconsin Statute § 36.11(22)(c) (applies to sexual assault)**

   Any University employee who witnesses an act of sexual assault, or who receives a first-hand report of sexual assault from an enrolled student, must report that information to the Office of Student Conduct and Community Standards, in the Division of Student Life. The Dean of Students, or designee, shall compile reports for the purpose of disseminating statistical information. Confidential employees, as defined in this policy, are only required

DOE 0168

to report the occurrence of the sexual assault and are not required to provide any identifying information or details about the individuals involved.

**2. Executive Order #54 (applies to child abuse and neglect)**

Executive Order #54 (EO 54) requires any University employee (other than employees who are mandatory reporters covered by Wis. Stats. § 48.981(2)(a)) to make a report of child abuse (including sexual abuse) or neglect immediately if, in the course of employment, the employee observes an incident or threat of child abuse or neglect, or learns of an incident or threat of child abuse or neglect, and the employee has reasonable cause to believe that child abuse or neglect has occurred or will occur. A report is required regardless of where the incident or threat of child abuse or neglect occurred (i.e., reporting is required if the abuse occurs on campus or in the child's home). The report must be made to the University of Wisconsin-Madison Police Department, Dane County Child Protective Services (CPS), or the City of Madison Police Department.

If the incident or threat of child abuse or neglect involves an allegation against a University employee or agent (e.g. student, volunteer, etc.), or the incident or threat of child abuse or neglect occurred on campus or during a University sponsored activity, *in addition to notifying law enforcement or CPS*, the reporter must also notify one of the following offices: The Office for Equity and Diversity (primary) or UW Police Department (outside of normal business hours).

The UW-Madison Policy on Mandatory Reporting of Child Abuse and Neglect can be accessed here.

## XII.  **Education and Training**

### A.  **Campus Training Requirements**

All students and employees will be required to complete the campus-supported training addressing issues of sexual harassment and sexual violence. More in-depth training will be provided and required for employees identified as: Title IX Responsible Employees, Campus Security Authorities under the Clery Act, as well as any other employees who have direct responsibilities related to the coordination and enforcement of this policy.

Offices and committees with training and education responsibilities include:
- Students: University Health Services
- Employees: Office of Human Resources, Office of Compliance
- Title IX Responsible Employees: Title IX Coordinator
- Campus Security Authorities: Clery Program Director
- EO54: Office for Equity and Diversity

PAGSAM advises campus offices on their training and educational programs related to this policy.

### B.  **Consequences for non-compliance with training requirements:**

Employees: All employees, regardless of classification, must complete the campus-supported training for employees related to this policy. If a faculty or staff member does not complete the

training, supervisors will document the deficiency (e.g., during performance management evaluation). The faculty or staff member will not be eligible for general wage adjustments (GWA) or performance pay increases that require satisfactory performance if the deficiency remains. Supervisors are also accountable for ensuring employees whom they supervise complete the training. If an employee has not completed the training, their immediate supervisor will also not be eligible for GWAs or performance pay increases that require satisfactory performance, unless the supervisor can demonstrate that they have made repeated efforts to obtain the employee's compliance without success. Supervisors must allow employees adequate time to complete the training during normal work hours.

Students: Students who fail to complete the campus-supported training for students related to this policy will have a hold placed on their registration and will not be allowed to register for classes in subsequent semesters until the training requirement has been completed.

## XIII.  Record Keeping and Data Collection

The Title IX Coordinator will maintain records of reports of sexual harassment or sexual violence consistent with the institutional records-retention policy. In addition, the Title IX Coordinator will track compliance with mandatory Title IX training programs, and maintain a list of training and education offered on campus. University Health Services will collect and maintain data regarding mandatory student training. The Office of Human Resources and the Office of Compliance will collect and maintain data regarding mandatory employee training.

The University's Clery Program Director, or other appropriate office, will collect appropriate data and information and compile the Annual Security Report and Annual Fire Safety Report, consistent with the federal Clery Act.  The Clery Program Director will also collect and maintain data regarding annual CSA training.

The Office of Student Conduct and Community Standards or other appropriate office, will collect appropriate data and compile the state report required under § 36.11(22)(c), Wis. Stats.

## XIV.  Assessment

The University will conduct periodic studies that seek to gather data and information concerning sexual harassment and sexual violence on or near campus. Efforts will be made to conduct such studies with sufficient frequency to determine trends in incidence and prevalence on campus and evaluate the effectiveness of prevention and intervention programs. At a minimum, such studies will be conducted every three years. The University will also work to design methods for effectively evaluating the outcomes of campus training and educational programming. It is imperative that the University proactively integrate empirically informed assessment and evaluations into sexual harassment and sexual violence prevention and awareness programs to measure whether they are achieving the intended outcomes.

## XV.  Related Policies and Guidance

Discrimination, Harassment and Retaliation Policy

Safe Learning and Work Environments—Reporting Requirements and Resources

Consensual Relationships Policy

## XVI.  Link to Current Policy

DOE 0170

### Appendix A - Definitions

**Campus Professional Counselor.** Any employee or student who is a licensed medical or mental health professional, working under the supervision of such a professional, or providing administrative support services in a confidential setting, when acting in that role in the provision of clinical services to a patient or client who is a University student or employee. A Campus Professional Counselor will not report specific information concerning a disclosure of sexual harassment or sexual violence received by the Campus Professional Counselor in their professional capacity unless with the consent of the disclosing individual or unless required by the Campus Professional Counselor's license or by law. See Appendix B of this policy for a list of Confidential Resources.

**Campus Security Authority.** Campus Security Authority (CSA) is a *Clery Act*[3] specific term that encompasses four groups of individuals and organizations associated with an institution:

1. All personnel who work for a campus police department or campus security department of an institution.
2. Any individual(s) who have responsibility for campus security but who do not constitute a campus police or security department. This includes, but is not limited to, people who provide security services such as monitoring access to campus facilities, act as event security for events such as sports or large, registered parties, or escort students around campus after dark.
3. Any individual or organization specified in an institution's statement of campus security policy as an individual or organization to which students and employees should report crimes. At UW-Madison, the following offices are designated to receive crime reports on behalf of the institution: University of Wisconsin Police Department, the Dean of Students Office, the Title IX Coordinator in the Office of Compliance, the Office of Workforce Relations.
4. An official of the institution with significant responsibility for student and campus activities, including, but not limited to, student housing, student discipline and campus judicial proceedings. [*See* 34 C.F.R. 668.46(a)]

**Clear and Convincing Evidence.** Information that would persuade a reasonable person to have a firm belief that a proposition is more likely true than not true. It is a higher standard of proof than "preponderance of the evidence." See, e.g., Sections UWS 17.02(2), UWS 11.015(1), UWS 4.015(1), and UWS 7.015(1), Wis. Admin. Code.]

**Complainant.** Any individual who is reported to have been subjected to sexual harassment or sexual violence as defined in this policy.

**Confidential Resources.** As used in this policy, Confidential Resources collectively refers to Campus Professional Counselors, Non-Campus Professional Counselors, Ombuds, and Victim Advocates. See Appendix B of this policy for a list of Confidential Resources.

**Consent.** Words or overt actions by a person who is competent to give informed consent, indicating a freely given agreement to have sexual intercourse or sexual contact. A person is unable to give consent if the person is incapacitated because of drugs, alcohol, physical or intellectual disability, or unconsciousness. [See:§ 940.225(4), Wis. Stats.]

---

[3] Formally known as the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.

**Employee**. Any individual who holds a faculty, academic staff, University staff, limited, student employment, employee-in-training, temporary, or project appointment. (*See, e.g.,* UPS Operational Policy, GEN 0, General Terms and Definitions)

**Executive Order 54**. An Executive Order issued by Governor Walker in 2011 requiring that University employees, except otherwise Mandated Reporters pursuant to Wis. Stats. s. 48.981, report incidents of child abuse and neglect, which they observe or learn of in the course of their employment. Such reports must be personally and immediately made to law enforcement or the county department of social services or human services.

**Hostile Environment**. A hostile environment is created when one engages in sexual harassment and that conduct has the purpose or effect of 1) creating an intimidating, hostile, or offensive working, academic, or program-related environment, **or** 2) substantially interfering with an individual's work or academic performance, or their participation in a University program or activity **and** 3) that a reasonable person under the same circumstances as the individual would consider the conduct sufficiently severe or pervasive to do the same. [*See, e.g.,* § 111.36(1)(b), Wis. Stats.]

**Incapacitation**. As it applies to this policy, the state of being unable to physically and/or mentally make informed rational judgments and effectively communicate. It may include unconsciousness, sleep, or blackouts, and may result from the use of alcohol or other drugs. Where alcohol or other drugs are involved, evaluation of incapacitation requires an assessment of how the consumption of alcohol and/or drugs affects a person's decision-making ability; awareness of consequences; ability to make informed, rational judgments; capacity to appreciate the nature and quality of the act; or level of consciousness. The assessment is based on objectively and reasonably apparent indications of incapacitation if viewed from the perspective of a sober, reasonable person.

**Intimate Parts**. The breast, buttock, anus, groin, scrotum, penis, vagina or pubic mound of a human being. [§ 939.22(19), Wis. Stats.]

**Non-Campus Professional Counselor**. Individuals or agencies in the community whose professional license or certification permits that individual or agency to preserve the confidentiality of the patient or client. See Appendix B of this policy for a list of Confidential Resources.

**Office for Civil Rights**. The U.S. Department of Education office that is responsible for enforcing Title IX of the Education Amendments of 1972, and other education-based discrimination acts. Commonly referred to as OCR.

**Ombuds**. Any employee who works for the UW-Madison Ombuds Office while that employee is providing confidential services to a client who is a University employee. An Ombuds will not report personally identifiable information concerning a disclosure of sexual harassment or sexual violence received by that individual in their professional capacity unless with the consent of the disclosing individual or unless required by law. Information disclosed to an Ombuds is not entitled to the same legal protections as information conveyed to a licensed Campus or Non-Campus Professional Counselor and might be more easily discoverable in a legal proceeding. Disclosing information to an Ombuds will not lead to a Title IX investigation, unless the Complainant so requests. See Appendix B of this policy for a list of Confidential Resources.

**Preponderance of the Evidence**. Information that would persuade a reasonable person that a proposition is more probably true than not true. It is a lower standard of proof than "clear and convincing evidence"

DOE 0172

and is the minimum standard for a finding of responsibility pursuant to this policy. [*See, e.g.,* Sections UWS 17.02(13), UWS 11.015(7), UWS 4.015(7), and UWS 7.015(5), Wis. Admin. Code.]

**Respondent**. A person who is accused of violating this policy.

**Prohibited Conduct**:

A. **Sex Discrimination**. Conduct that adversely affects any aspect of an individual's employment, education, or participation in an institution's activities or programs, or has the effect of denying equal privileges or treatment to an individual on the basis of that individual's sex or gender. Sexual harassment and sexual violence are forms of sex discrimination. [*See* 20 USC §§ 1681-1688]

B. **Sexual Harassment.** Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitutes sexual harassment when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or educational experience or their participation in a University program or activity, (2) submission to or rejection of such conduct by an individual is used as the basis for employment, academic, or program-related decisions affecting such an individual, or (3) creates a hostile environment. [Adapted from 29 C.F.R. § 1604.11 (1980)].]

C. **Sexual Assault:** Sexual contact or sexual intercourse with another person without the consent of that person [§ 940.225, Wis. Stats.].

   1. **First Degree Sexual Assault.** Engaging in any of the following constitutes First Degree Sexual Assault:

      a. Sexual contact or sexual intercourse with another person without consent of that person and that causes pregnancy or great bodily harm to that person.

      b. Sexual contact or sexual intercourse with another person without consent of that person by use or threat of use of a dangerous weapon or any article used or fashioned in a manner to lead the victim reasonably to believe it to be a dangerous weapon.

      c. Sexual contact or sexual intercourse with another person without the consent of that person by use or threat of force or violence, aided or abetted by one or more persons.

   2. **Second Degree Sexual Assault**. Engaging in any of the following constitutes Second Degree Sexual Assault:

      a. Sexual contact or sexual intercourse with another person without consent of that person by use or threat of force or violence.

      b. Sexual contact or sexual intercourse with another person without consent of that person causing injury, illness, disease or impairment of a sexual or reproductive organ, or mental anguish requiring psychiatric care for the victim.

      c. Sexual contact or sexual intercourse with a person who suffers from a mental illness or deficiency which renders that person temporarily or permanently incapable of appraising the person's conduct, and the respondent knows of such condition.

      d. Sexual contact or sexual intercourse with a person who is under the influence of an intoxicant to a degree which renders that person incapable of giving consent if the respondent has actual knowledge that the person is incapable of giving consent and the respondent has the purpose to have sexual contact or sexual intercourse with the person while the person is incapable of giving consent.

      e. Sexual contact or sexual intercourse with a person who the respondent knows is unconscious.

      f. Sexual contact or sexual intercourse with another person without the consent of that person, aided or abetted by one or more other persons.

DOE 0173

3. **Third Degree Sexual Assault.** Sexual intercourse with a person without the consent of that person.

4. **Fourth Degree Sexual Assault.** Sexual contact with a person without the consent of that person.

D. **Dating Violence.** Violence committed in a "dating relationship," which is defined as a romantic or intimate social relationship between two adult individuals; "dating relationship" does not include a casual relationship or an ordinary fraternization between two individuals in a business or social context. The University shall determine if a dating relationship existed by considering the length of the relationship, the type of the relationship, and the frequency of the interaction between the adult individuals involved in the relationship. [§ 813.12(1)(ag), Wis. Stats.][4]

E. **Domestic Violence.** Any of the following engaged in by an adult family member or adult household member against another adult family member or adult household member, by an adult caregiver against an adult who is under the caregiver's care, by an adult against his or her adult former spouse, by an adult against an adult with whom the individual has or had a dating relationship, or by an adult against an adult with whom the person has a child in common [§§ 813.12 (1)(am) and 968.075, Wis. Stats.]

1. Intentional infliction of physical pain, physical injury, or illness.

2. Intentional impairment of physical condition.

3. A violation of the state statute regarding sexual assault. [§ 940.225(1), (2) or (3), Wis. Stats.]

4. A violation of the state statute regarding stalking. [§ 940.32, Wis. Stats.]

5. A violation of the state statute regarding damage to property, involving property that belongs to the individual. [§ 943.01, Wis. Stats.]

6. A threat to engage in any of the conduct under 1 through 5 listed above. [§§ 813.12 (1)(am) and 968.075, Wis. Stats.]

F. **Stalking.** Intentionally engaging in a course of conduct that would cause a reasonable person under the same circumstances to suffer serious emotional distress or to fear bodily injury to or the death of himself or herself or a member of his or her family or household [§. 940.32, Wis. Stats.].

G. **Retaliation.** An adverse action taken against an individual in response to, motivated by, or in connection with the individual's complaint of sex discrimination, sexual harassment or sexual violence, participation in an investigation of such complaint, and/or opposition of sex discrimination, sexual harassment or sexual violence in the University's workplace or educational programs and activities. An adverse action is an action that a reasonable person would find materially adverse such that it would dissuade the person from making or supporting a charge of discrimination. Examples include, but are not limited to: violating a no-contact directive; awarding a lower grade for reasons other than merit; or imposing unwarranted workplace discipline.

H. **Providing false information to a reporting or investigatory office.** Any person who makes intentionally false statements or provides intentionally false information when reporting a violation of this policy or during the course of any disciplinary proceeding pursuant to this policy is subject to disciplinary action. The fact that a complaint of sexual harassment or sexual violence did not result in a finding of wrongdoing in a law enforcement or University disciplinary proceeding will not, by itself, be a basis for determining that this provision has been violated.

---

[4] Note that violence committed against an adult with whom the individual has or had a dating relationship may constitute Domestic Violence if it meets the definition below, regardless of whether the individuals have cohabitated.

**I. Refusal to comply with a reasonable request on a University matter.** Examples include failure to comply with a letter of expectation, No Contact Order, or exclusion.

**Responsible Employee.** *See Title IX Responsible Employee*

**Sexual Contact.**
A. Any of the following types of intentional touching, whether direct or through clothing, if that intentional touching is either for the purpose of sexually degrading; or for the purpose of sexually humiliating the complainant or sexually arousing or gratifying the respondent or if the touching contains the elements of actual or attempted battery [940.19(1), Wis. Stats.]:
    1. Intentional touching by the respondent or, upon the respondent's instruction, by another person, by the use of any body part or object, of the complainant's intimate parts.
    2. Intentional touching by the complainant, by the use of any body part or object, of the respondent's intimate parts or, if done upon the respondent's instructions, the intimate parts of another person.
B. Intentional penile ejaculation of ejaculate or intentional emission of urine or feces by the respondent or, upon the respondent's instruction, by another person upon any part of the body clothed or unclothed of the complainant if that ejaculation or emission is either for the purpose of sexually degrading or sexually humiliating the complainant or for the purpose of sexually arousing or gratifying the respondent.
C. For the purpose of sexually degrading or humiliating the complainant or sexually arousing or gratifying the respondent, intentionally causing the complainant to ejaculate or emit urine or feces on any part of the respondent's body, whether clothed or unclothed. [§ 940.225(5)(b), Wis. Stats.]

**Sexual Intercourse.** Penetration, as well as cunnilingus, fellatio or anal intercourse between persons or any other intrusion, however slight, of any part of a person's body or of any object into the genital or anal opening either by the respondent or upon the respondent's instruction [§ 940.225(5)(c), Wis. Stats.].

**Sexual Violence.** The phrase, as used in this policy, refers to incidents involving sexual assault, dating violence, domestic violence or stalking.

**Student.** Any person who is registered for study in a University of Wisconsin System institution for the academic period in which the alleged act of sexual harassment or sexual violence occurred, or between academic periods for continuing students. [*See* Chapter UWS 17.02(14), Wis. Admin. Code.]

**Title IX.** Title IX of the Education Amendments of 1972 (20 U.S.C. sec. 1681 et seq. (as amended) and its implementing regulation, 34 C.F.R. Part 106. A federal law that states, "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." 20 U.S.C. § 1681(a).

**Title IX Coordinator (and Deputies).** An employee designated to coordinate compliance with Title IX, who plays an important role in an institution's efforts to ensure equitable opportunity for all students and employees, and who works with school officials to remind the school community that students and employees must have equal access to all programs. (Adapted and revised from an April 24, 2015, "Dear Colleague Letter" issued by OCR).

DOE 0175

**Title IX Responsible Employee.**  Any employee who has been assigned certain reporting responsibilities pursuant to Title IX. The University has designated individuals in the following job categories as "responsible employees" under this policy[5]:

   **A.** Chancellor, Provost, Vice Chancellors, Vice Provosts, Deans and all other Limited Appointees, including Directors;[6]

   **B.** Department Chairs;

   **C.** Human Resources Representatives;

   **D.** Academic Department Administrators (Employees who lead a variety of administrative duties (fiscal, purchasing, human resources, etc.) in an academic department or research center. This role typically includes advising students and/or supervising student employees.)

   **E.** Head and Assistant Coaches of intercollegiate athletic teams;

   **F.** Intercollegiate Athletic Department Directors (including executive, associate and assistant directors);

   **G.** Police Department Staff;

   **H.** University Housing Managers and Supervisors;

   **I.** University Housing Student Supervisors;

   **J.** University Housing House Fellows;

   **K.** University Housing Resident Managers;

   **L.** Student Services Staff (Employees whose duties require them to have regular or daily contact with students. This includes employees who are responsible for directly providing services to undergraduate and graduate students and to student organizations unless designated as a confidential resource.);

   **M.** Title IX Coordinator and Deputy Title IX Coordinators;

   **N.** University Complaint Investigators;

   **O.** Hearing Officers, Hearing Panel Members and Disciplinary Decision Makers;

   **P.** Officers responsible for hearing appeals in cases involving allegations of sexual harassment and sexual violence.

**Trauma-Informed Care.**  Trauma-informed care reflects an understanding of trauma and emphasizes creating services and programs that are sensitive and directly responsive to the trauma that many victims and survivors experience following a violent crime. Trauma-informed care programs identify and limit potential triggers to reduce their re-traumatization and protect their mental and emotional health. Trauma-informed care is an organizational structure and treatment framework that involves understanding, recognizing, and responding to the effects of all types of trauma. Trauma-informed care also emphasizes physical, psychological and emotional safety for both consumers and providers, and helps survivors rebuild a sense of control and empowerment.  [*See also:* SAMHSA's Concept of Trauma and Guidance for a Trauma-Informed Approach; and Building Cultures of Care: A Guide for Sexual Assault Services Programs]

**University event.**  Any gathering, program, or activity:

   A.  that takes place on University lands; or

---

[5] "Responsible Employees" with job duties that meet the definition of "confidential resource," can only maintain confidentiality for disclosures made to them while they are acting as a confidential resource. Such employees must report disclosures made to them in all other contexts to the Title IX Coordinator. For example, the Director of UHS is a confidential resource for disclosures made during the course of providing patient care to an individual, but not for disclosures made when carrying out administrative duties.

[6] Except for the Vice Chancellor for Legal Affairs and the Associate Vice Chancellor for Legal Affairs, if the reported information is precluded from disclosure by the Attorney-Client Privilege or applicable ethical rules.

DOE 0176

B.  that takes place as part of a University-sponsored activity not located on University lands; or
C.  that the University, or a part of the University, is paying for, including with student segregated fees.

**Victim Advocate.**  Any employee or volunteer who works in UHS Survivor Services and any employee or volunteer for a community victim advocacy program (e.g., Dane County Rape Crisis Center or Domestic Abuse Intervention Services) while that employee or volunteer is providing confidential victim advocacy services to a client who is a University student or employee. A Victim Advocate will not report personally identifiable information concerning a disclosure of sexual harassment or sexual violence received by that individual in their professional capacity unless with the consent of the disclosing individual or unless required by law. Information disclosed to a Victim Advocate is not entitled to the same legal protections as information conveyed to a licensed Campus or Non-Campus Professional Counselor and might be more easily discoverable in a legal proceeding. Disclosing information to a Victim Advocate will not lead to a Title IX investigation, unless the Complainant so requests. See Appendix B of this policy for a list of Confidential Resources.

**Violence Against Women Act (VAWA).**  Federal law enacted in 1994, which promotes the investigation and prosecution of violent crimes against women, among other objectives. Recently, it amended the Clery Act [42 U.S.C. §§ 13701-14040], through the Campus Sexual Violence Elimination Act (SaVE) provision, Section 304.

## Appendix B – Confidential Resources[7]

### On campus for students

- UHS Medical/Mental Health Care
  608-265-5600
  333 East Campus Mall
  uhs.wisc.edu
  24-Hour Line 608-265-5600
  Mental Health Crisis Line (option 9)
  Medical Advice Nurse Line (option1)

- UHS Violence Prevention & Survivor Services
  333 East Campus Mall, 8th Floor
  evoc@uhs.wisc.edu
  608-265-5600 (option 3)

- McBurney Disability Resource Center
  702 W. Johnson Street, Suite 2104
  mcburney@studentlife.wisc.edu
  608-263-2741(voice)
  608-225-7956 (text)
  https://mcburney.wisc.edu/

### On campus for employees

- Employee Assistance Office
  610 Langdon Street, Lowell Center, Room 226
  eao@mailplus.wisc.edu
  (608) 263-2987
  eao.wisc.edu

- Ombuds Office
  610 Langdon Street, Lowell Center, Room 223-225
  uwombuds@mailplus.wisc.edu
  (608) 265-9992
  ombuds.wisc.edu

### Community resources available to anyone

- Forensic Nurse Examiner Program
  Meriter Hospital, 202 South Park Street
  Emergency room entrance

---

[7] Anyone who has been subjected to sexual harassment or sexual violence can access available confidential resources for assistance and support including medical care, mental health counseling, victim advocacy, and access to accommodations and protective measures. These resources are available regardless of whether the person chooses to report the violation to the University, law enforcement, or any other agency.

DOE 0178

608-417-5916
https://www.unitypoint.org/madison/sexual-assault-nurse-examiner-program.aspx

- Domestic Abuse Intervention Services (DAIS)
  2102 Fordem Avenue
  24-hour line: (608) 251-4445 or toll-free (800)747-4045 |
  DAIS

- Rape Crisis Center (RCC)
  2801 Coho Street #301
  333 E. Campus Mall #7901| M-F, hours vary. Appointments can be made using 24 hour line.
  24-hour line: 608–251-RAPE (7273)
  info@danecountyrcc.org
  Rape Crisis Center

- Deaf Unity
  Text helpline: 608-466-2881 M-F 9am-10pm
  help@deafunitywi.org
  Deaf Unity

- UNIDOS Against Domestic Violence
  1-800-510-9195
  UNIDOS

- Freedom, Inc.
  601 Bay View
  608-661-4089 M-F 9am-5pm
  refugeeproject@hotmail.com
  Freedom, Inc.



# Student-Athlete Discipline Policy

**uwbadgers.com**/sports/2017/8/10/policies-student-athlete-discipline-policy.aspx

# Wisconsin Badgers

## Main Navigation Menu

# Search:

Skip to Main Content

This Student-Athlete Discipline Policy ("Policy") specifies the procedure to be used by the Athletic Department to respond to certain allegations of misconduct by student-athletes. The Athletic Director (or designee) will decide whether the information known at the time supports disciplinary action and what the discipline should be. The student-athlete may appeal the decision to the Athlete Discipline Appeal Committee.

## 1. Why Have a Separate Policy for Student-Athletes?

- All UW student-athletes, like all other students, are subject to Chapter UWS 17 of the Wisconsin Administrative Code on Student Nonacademic Disciplinary Procedures.
- All UW student-athletes are subject to team rules developed by the head coach of each sport.
- A separate policy, outside of Chapter UWS 17 and in addition to the team rules, is necessary because allegations of student-athlete misconduct generally receive more public attention than those involving regular students in two senses: the allegations are likely to result in more publicity and will become known to more people.
- The increased public attention carries legitimate expectations that the University will take allegations seriously and not appear to condone misconduct.
- Failure to meet public expectations may undermine the public trust in the University and therefore impair its ability to carry out its mission of teaching, research, and public service.
- Fairness to the student-athlete is important in itself as well as to preserve public trust in the University.

## 2. The Purposes of the Policy

- To impose mandatory suspensions from team activities when certain situations involving student-athletes occur.
- To clarify and reinforce the standards of behavior expected of student-athletes.

1/7

DOE 0181

- To treat student-athletes fairly.
- To assure confidence in the integrity of the process by minimizing the potential for conflict on the part of administrators, coaches, and student-athletes.

## 3. When the Policy Applies

This Policy applies when:

- A student-athlete has been charged with or arrested for a crime (or when credible information suggests that a charge or arrest for a crime will soon occur) based on conduct:
  - Causing serious physical injury to another person;
  - Creating a serious danger to the personal safety of another person;
  - Making a credible threat of serious physical injury to another person;
  - Delivering or possessing with intent to deliver a controlled substance as defined in Chap. 961, Wis. Stats.;
  - Involving felony theft or felony criminal damage to property;
  - Involving repeated violations of the criminal law that raise the concerns addressed by the policy; or
  - Involving allegations of sexual harassment or sexual violence.[1]

- A student-athlete is found responsible either by the Office of Student Conduct and Community Standards (if the student-athlete waives the student-athlete's right to a subsequent hearing under Chapter UWS 17) or by the hearing committee or examiner under Chapter UWS 17 (if the student-athlete proceeds to the hearing) for misconduct, where the sanction is either suspension or expulsion.

## 4. Deciding Whether the Policy Applies

When there is a good faith question about whether the Policy applies, the Athletic Director (or designee) shall decide, in consultation with the chair of the Athletic Board and a designee of the Chancellor, whether the Policy applies.

## 5. If the Policy Applies: Immediate Suspension from Team Activities Pending Factual Inquiry

- If the Policy applies, the student-athlete shall be suspended immediately from competition and practice with his or her team.
  > In cases involving sexual harassment or sexual violence, the Athletic Director (or designee) shall consult with the Title IX Coordinator before a suspension from team activities is issued.[2]
- Any financial aid will remain in place.

2/7

Doe Deposition Exhibit 4 - 182

- The student-athlete's name will remain on the squad list and with Student-Athlete Services.
- The student-athlete will have access to weight training and sports medicine facilities.
- The student-athlete will have access to academic support services.
- The coach for the student-athlete does not make the suspension decision.
- Suspension shall be followed immediately by prompt factual inquiry.

## 6. Prompt Factual Inquiry

- Decisions based on facts are important if the use of this Policy is to serve the interests of the University and treat student-athletes fairly.
- The facts of the alleged misconduct may not be described accurately or well-developed when the misconduct first becomes known.
- It may take a considerable period of time for the criminal process or University investigative/disciplinary process to develop the facts.
- A prompt inquiry should be conducted to develop the facts, so that actions taken under this Policy are based on sufficient information.
- The Athletic Director (or designee) shall promptly appoint a person to inquire into the facts, including, but not limited to, the following:
  - Whether the student-athlete was arrested and, if so, for what offense.
  - Whether the student-athlete was immediately arrested or detained.
  - Whether charges have been issued or are likely to be issued, and, if so, for what offense.
  - What is alleged in support of the arrest or charge.
  - Whether the student-athlete is being investigated for either academic or non-academic misconduct under Chaps. UWS 14 or 17.

- In some cases, certain information may not be available for a considerable period of time. In these cases, the Athletic Director, in consultation with the chair of the Athletic Board and a designee of the Chancellor, and specifically, in cases involving sexual harassment or sexual violence, relying on information collected by the Title IX Coordinator, may:
  - Based on the available information, refer the case for decision under Section 8 of the Policy, or
  - Reinstate the student-athlete until sufficient facts are available.

3/7

DOE 0183

- If the student-athlete has not been reinstated, or the case has not been referred for decision under Section 8 of the Policy, the student-athlete may request that a decision be made to reinstate or refer the case for a decision under Section 8 of this Policy. When such a request has been made, the Athletic Director, in consultation with, the Chair of the Board and a designee of the Chancellor will consider the request in light of the severity of the alleged misconduct, and the information known by, or provided to the Athletic Department, to determine whether the lack of reinstatement or referral at that point is reasonable in light of the purposes of this Policy and the desire for prompt resolution of allegations.

## 7. Student-Athlete Participation in the Factual Inquiry

The student-athlete shall be given the opportunity to provide information and to respond to the information offered by others.

## 8. Decision About Discipline

- When the appropriate inquiry has been completed, the Athletic Director (or designee) shall consult with the chair of the Athletic Board, a designated member of the Athletic Board, and the Chancellor's designee and decide:
  - Whether the allegations of misconduct are supported by information that is sufficiently reliable to support action under this Policy.
    The Athletic Department shall not conduct independent investigations or make findings in cases involving allegations of sexual harassment or sexual violence and, instead, will defer to the findings of the investigation conducted by the Title IX Coordinator (or designee).
  - What disposition is necessary and sufficient to serve the purposes of this Policy. In cases involving University investigations of sexual harassment or sexual violence, this decision shall be made in consultation with the Title IX Coordinator (or designee).

Doe Deposition Exhibit 4 - 184

DOE 0184

- The following range of dispositional measures may be considered and imposed under this Section:
    - Reprimand by the Athletic Department.
    - Denial of specified privileges (e.g., functions during bowl trips or tournament appearances).
    - Imposition of reasonable terms and conditions on continued status as a team member.
    - Restitution.
    - Counseling, and/or participation in a program of training (e.g., drug or alcohol abuse, sexual harassment, etc.).
    - Other measures suggested by the student-athlete's coach.
    - Community service.
    - Apology.
    - Continued suspension.
    - Dismissal from the team.
    - Reinstatement.

## 9. The Student-Athlete Has the Right to Appeal the Decision About Athletic Department Discipline

- The student-athlete may appeal the decision on discipline by the Athletic Director (or designee) under Section 8 of this Policy by requesting a hearing before the Athlete Discipline Appeal Committee ("Committee").
    - The appeal is a review of the discipline decision, not a new determination of the facts.
    - The standard of review for any such appeal is one of reasonableness.
- The request for appeal shall be made in writing to the Athletic Director (or designee) within five (5) days of the decision about discipline made under Section 8 of this Policy.
- The Committee members will be selected to avoid actual or apparent conflict of interest and include:
    - Chair of UW Athletic Board.
    - A designee of the Division of Student Life.
    - A coach.
    - A student representative on the Athletic Board.
    - A representative of the Chancellor's Office.
- The Committee will schedule the appeal hearing within a reasonable period of time.
- The Committee may be advised by counsel from the UW-Madison Office of Legal Affairs or designee.
- The student-athlete may be represented by legal counsel or other advisor (at the student-athlete's expense).

Doe Deposition Exhibit 4 - 185

DOE 0185

- The student-athlete's legal counsel or other advisor is allowed to address the Committee.
- The Athletic Director (or designee) shall appear before the Committee to explain the decision and the basis for it.
- The formal rules of evidence do not apply.
- When appropriate under the Open Meetings Law, the hearing may be held in closed session.
- The Committee shall decide whether to affirm the original decision or modify it.
- If the Committee modifies the original decision, it may impose any of the dispositional alternatives set forth in Section 8 of this Policy (except dismissal from the team and increasing the length of the suspension from team activities).

## 10. Review After Disposition of a Criminal Prosecution or University Investigation/Proceeding

When a criminal case or University proceeding involving conduct addressed under this Policy reaches final disposition[3], the Athletic Director (or designee), in consultation with the chair of the Athletic Board, the designated member of the Athletic Board, and the Chancellor's designee, may review the discipline imposed by the Athletic Department.

The Policy is directed at discipline and does not address the separate question of public announcements of disciplinary action taken. It is important to note that discipline in its broadest sense is imposed by coaches in the ordinary course of their work for violation of team rules. The practice with respect to discipline under this Policy will be to publicly announce suspensions imposed, except in extraordinary cases[4]. On an annual basis, the chair of the Athletic Board will provide a summary to the Board of the experience with this disciplinary Policy.

## 11. Authority of Athletic Director Over Student-Athletes

This Policy does not affect the authority of the Athletic Director to impose discipline or take other actions affecting the participation of student-athletes in various athletic sports activities in circumstances not covered by this Policy.

---

[1] As defined by the UW-Madison Policy on Sexual Harassment and Sexual Violence.  Sexual violence includes sexual assault, dating and domestic violence, and stalking.

[2] Per the UW-Madison Policy on Sexual Harassment and Sexual Violence, when Title IX Responsible Employees within the Athletic Department receive any information that suggests a violation of that policy has occurred or is occurring, the alleged violation must be reported to the Title IX Coordinator as soon as possible.

6/7

DOE 0186

[3] "Final disposition" for a criminal case or University proceeding means the earlier of an agreed-upon resolution or disposition of all appeals (including the deadline for filing such appeals).

[4] In cases involving sexual harassment or sexual violence, the Title IX Coordinator (or designee) will be consulted before any public disclosure is made.

Return to Policies and Procedures

*7/7*




83



Yesterday, 11:02 PM

As a victim of rape, I am so disappointed. Ur lucky I didn't know ur name until after the trail. Shame on u. I'm disgusted

**vchantalxoxo** wants to send you a message
26.5K followers 165 posts

Do you want to let **vchantalxoxo** send you messages from now on? They'll only know you've seen their



| **165**<br>Posts | **26.5K**<br>Followers | **143**<br>Following |

## Vanessa Chantal
You gotta go through God to get to me. ✨ SC: vjenks14

| Follow | Message | ⌄ |


🔥


Views


Datshowifeel


JSMITH


Lit

 

  

  iMessage 





EA

Eddie ›

---



**Black Panther Peeps** @... · 09 Oct 18 ⌄

Replying to @tariqnasheed and @DerenicByrd

What likely occurred is the word got out, these women got embarrassed at their "freak" being exposed and conspired to ruin this Black guy's life in lieu of having their lives ruined by word getting out that they are freaks. #QuintezCephus

💬          ⟲ 2          ♡ 5          ↗

---



**Teddy Saban** @Teddypi... · 09 Oct 18 ⌄

**Quintez Cephus** of Wisconsin ordered to trial on sexual assault charges



💬 2          ⟲          ♡ 2          ↗

---



**Marland Lowe** ✔ @Marl... · 09 Oct 18 ⌄

People are afraid to talk about it. Thus, no changes and it keeps happening to and in favor of the Same People (found guilty and innocent).

💬          ⟲          ♡ 2          ↗

---

## More replies



**Clint louis** @realclintlouis · 10 Oct 18 ⌄

Replying to @MarlandLowe

Yes, please tell your children to respect women.

---

             Text Message          

Doe Deposition Exhibit 4 - 189

DOE 0189



85



EA

Eddie ⌄

 audio       FaceTime       info

Why do judges & juries need to know races or see the parties involved? Isn't listening enough?

    ⇄ 1    ♡ 3    ⤳

 **Connor Collins** @Conno… · 13 Oct 18  ⌄
Watching Wisconsin be terrible without **Quintez Cephus** is honestly amazing. The kid made that team and now a couple of lying idiotic girls have cost him the season for lies. I can't wait until he is PROVEN innocent and they go to prison. Ill be there laughing at them when they go

💬 1    ⇄ 11    ♡ 51    ⤳

 **WOKEVIDEO** @wokevideo · 13 Oct 18  ⌄
**Quintez Cephus** Pleads Not Guilty to Threesome Rape
wokevideo.com/quintez-cephus…

| Top | **Latest** | People | Photos | Videos |

        ♡    ⤳

 **Black Panther Peeps** @… · 09 Oct 18  ⌄
Replying to @tariqnasheed and @DerenicByrd
What likely occurred is the word got out, these women got embarrassed at their "freak" being exposed and conspired to ruin this Black guy's life in lieu of having their lives ruined by word getting out that they are freaks. **#QuintezCephus**

        Text Message    

DOE 0190


‹ 85



EA

Eddie ›

## More replies

 **Clint louis** @realclintlouis · 10 Oct 18 ⌄

Replying to @MarlandLowe

Yes, please tell your children to respect women.

💬 ⟲ ♡ ⤴

 **voteRED** @voteRED7 · 10 Oct 18 ⌄

Replying to @MarlandLowe

Makes me so mad. Cephus is innocent. The girls are dirty sluts who regretted the sex so made up rape allegations.

 **JohnSmith** @wfuin09 · 18 Aug 18 ⌄

Replying to @QoDeep_87

So in other words you had no choice but to take a LOA or get suspended

💬 1 ⟲ ♡ 2 ⤴

 **Wisconsin Sports_Nation** · 18 Aug 18 ⌄

Replying to @QoDeep_87

If found to be innocent the accusers should be prosecuted. This supposedly happened 4 months ago and now 2 weeks before the first game the police/accuser want to press charges..?

💬 1 ⟲ 1 ♡ 12 ⤴

1 more reply

 **Jack** @2PercentMulq · 19 Aug 18 ⌄

Replying to @QoDeep_87

You can't keep a good man down!

💬 1 ⟲ ♡ ⤴

  Text Message 




Eddie ›



**Ryan Rude**
@SwaleRude

What's the punishment for the girls if Quintez Cephus is indeed found innocent? Will they face the 40 years in prison that he currently faces?

5:19 PM · 23 Aug 18 · Twitter for iPhone

**2** Retweets  **29** Likes

      

 **seank** @CKaepernick712 · 24 Aug 18
Replying to @SwaleRude
No they'll walk free they should be kicked out of the school tho

      

Top     **Latest**     People     Photos     Videos

 **Black Panther Peeps** @... · 09 Oct 18
Replying to @tariqnasheed and @DerenicByrd
What likely occurred is the word got out, these women got embarrassed at their "freak" being exposed and conspired to ruin this Black guy's life in lieu of having their lives ruined by word getting out that they are freaks. #QuintezCephus

    Text Message  




◄ 85

**Eddie** ›

Thank u! Send anything else u can find. Thanks!

| Top | **Latest** | People | Photos | Videos |



💬 🔁 ♡ ⤴



**J.x2 #RavensFlock #AF...** · 11 Oct 18 ⌄
My take on the **#QuintezCephus** incident is that the girls were probably upset after finding out **Quintez** roommate took of them (probably nude). And with the possibility of them being spread around they claimed "rape" to save face...

💬 🔁 1 ♡ ⤴



**BLACKGRITS** @MEMPH... · 11 Oct 18 ⌄
Wanna not get accused of sexual assault... Don't do stuff like rape or sexually assault someone.

   

I have other stuff to add but some of yall not gonna get it.. **Quintez Cephus**

This is very helpful.

I'm showing this all to the DA tomorrow

| Top | **Latest** | People | Photos | Videos |

  Text Message 


< 85



EA

Eddie ›

Mon, Aug 12, 2:10 PM

Now I'm REALLY worried about her safety at this school. This is how victims are treated???

**Top**   **Latest**   **People**   **Photos**   **Videos**

UW-Madison does not want former Badgers wide receiver Quintez Ceph...
jsonline.com

💬   🔁   ♡ 1   ⌃

 **TruthHurts** @VerifyGuy · 54m   ⌄
Replying to @jaypo1961
Chancellor Blank continues the victimizing of **Quintez Cephus**. Call her at 608.262.9946 to express your outrage and demand reinstatement.

💬   🔁   ♡ 4   ⌃

 🏀**Fenny 29** 🏀 @fennis29 · 55m   ⌄
If what I am hearing about UW's handling of @QoDeep_87 request for admission to UW is true, I will never purchase a penny of UW merchandise ever again. I urge others to #boycottWisconsin

I know this is insane. I just emailed the UW attorney and

      Text Message   

85



Eddie ›

💬 1     🔁     ♡ 2     ⤴



**Wisconsin Sports_Nation** · 18 Aug 18     ⌄
Replying to @QoDeep_87
If found to be innocent the accusers should be prosecuted.  This supposedly happened 4 months ago and now 2 weeks before the first game the police/accuser want to press charges..?

💬 1     🔁 1     ♡ 12     ⤴

**Brad_Deuster** @Brad_D... · 20 Aug 18     ⌄



When do you think this normally happens?

💬     🔁     ♡     ⤴



**Jack** @2PercentMulq · 19 Aug 18     ⌄
~~Replying to @QoDeep_87~~



**blacklikemoi**     ⌄
@blacklikemoi

Two women invited this athlete to have a threesome, met him later for snacks and then accused him of rape.  Dr Boyce Watkins and Bishop Tavis Grant address the case of Quintez Cephus
facebook.com/BlackLikeMoi/v...

12:52 PM · 19 Oct 18 · Facebook

**1** Like

     

Text Message





← 83



**21**
Posts

**496**
Followers

**531**
Following

**Connor Collins**
UGA '19
See Translation

**Follow**

🔒 **This Account is Private**
Follow this account to see their photos
and videos.

**Suggested for You** · **See All**

  

**Suzanne Gooding**

**Connect Contacts**

**PAUL P**

← **Tweet**

 **Black Dragonfly** 🌹🌻
@BlackMagic23  ⌄

Replying to @TalbertSwan

Black men take a risk when they deal with
white women. You will lose your career
and/or freedom. Quintez Cephus is next in
line. They will scream rape before admitting
to their racist family they wanted some
Black D.

9:51 AM · May 24, 2019 · Twitter for Android

**1** Retweet   **6** Likes

     iMessage   

Doe Deposition Exhibit 4 - 196

DOE 0196



**Eddie** ›

Hi Amy, just saw this tweet from earlier this morning. It has the girls initials. Thought you should know.

| Top | **Latest** | People | Photos | Videos |

Search instead for "quintez cephus"



**wisconsinsane** @wisconsinsane · 4h    ⌄

Replying to @drboycewatkins1

The allegations against #Badgers **Quintez Cephus** that he commited sexual assault will come down this: I'm no an expert on how victims respond back to their assaulter immediately after they're assaulted, but I suspect it's not with a ❤️ and a 😘 emoji.

> she had her "juul" with her, and remembered that she left it there. She also asked him to contact her if he found it, signifying that she was willing and interested in seeing him again. She closed the text with a heart and a "kiss" emoji, signifying positive feelings toward Cephus. (Affidavit of Stephen J. Meyer, ¶ 6c).
>
> Upon information and belief, there is additional footage of the two young women arriving at their respective dorms and of Cephus and Davis and a third young woman going inside I.A.'s dorm. Based on the footage obtained of their departure, it is reasonable to believe that I.A. and S.R. did not look impaired in the additional footage recorded just

💬    ⇄    ♡    ⤴

**1310 WIBA** @1310WIBA · 2d

**Mar 8, 2019**, 10:09 AM

Thanks Eddie. Anything like



Eddie ›

 **Matt.**
@MatttMcd

Nothing pisses me off more than some LYING WHORES that ruined Quintez Cephus life. Now he's considered damaged goods and no team will touch him.

1:29 PM · 12 Aug 19 · Twitter for iPhone

**2** Likes

  ♡ 

 **Matt.** @MatttMcd · 33m

These dumb bitches need to be expelled from the school for lying and fucking up a mans life.

  ♡ ⋙

I should have sent my letter....

Feel free to send to send the lawyers my letter



Tue, Aug 13, 7:41 AM

Text Message

Case: 3:20-cv-00856-wmc   Document 19 PM   Filed: 04/06/22   Page 92 of 107

‹ 81

EA

Eddie ›

Wednesday, September 5, 2018

I just saw Danny Davis

I'm really scared

I don't like this at all   1:04 PM

He's in my clas   1:16 PM

I literally see him right now   1:22 PM

Enter message   SEND

Sep 6, 2018, 12:05 AM

1:46 PM   Don't worry. They are just there to make sure he doesnt do anything. They won't even talk to you.

2:02 PM   Stay chill. A lot of behind the scenes shot going on right now.

Everything is going to be

Text Message

Doe Deposition Exhibit 4 - 199

DOE 0199



< 85

Eddie ›



**jetteski🇯🇲🇬🇭 @jetteski · 11 Oct 18** ⌄
They probably made a $1 bet that they could both get off and ruin his life at the same time. **#quintezcephus** We have to teach males to be more discerning about these interactions. If this was a 1930's style game to those wkmen, then they need to go under the jail.



Check out @blacklikemoi's Tweet:

Tap to Load Preview

twitter.com ›

very cauciously."To whom much is

 

Text Message




‹ 83

33w   Reply

 jasper70 ❤️
33w   Reply

 jeffgriffith Use this horrific event to drive you! Stay humble. Be great!! #biggestfan
33w   Reply

 kimdeber So happy that all is behind you! ❤️
33w   Reply

scandalicious782018 I'm so happy that the truth finally set you free..The only reason this happened was either family and friends found out these little girls were out here having 3 sums or they wanted more than just sex with him because his future is going to be Great. Too bad whores go cry wolf somewhere else
30w   Reply

Saw Danny davis day I got back to Hub in the elevator

34w   1 like   Reply

 tanya.card The smile of a truly happy young man is priceless❤️ I'm happy for you as well.. The Big Dawg way🙌🏼🙌🏼🙌🏼
34w   1 like   Reply

 sanfordcaroline_neel LOVE YOU Q
34w   1 like   Reply

 obumg ✔️ Yesssirrrrrrr🙌🏾🙌🏾🙌🏾
34w   1 like   Reply

 ruizdej Big Time. Happy everything worked out man. ☝️

    iMessage   




83

line. They will scream rape before admitting to their racist family they wanted some Black D.

9:51 AM · May 24, 2019 · Twitter for Android

**1** Retweet   **6** Likes



**Tmoe** @texast75 · May 24
Replying to @BlackMagic23 and @TalbertSwan
If lynching wasn't a deterrent, this in black and white sure won't be. Sad

← **Tweet**

**legacy**
@lil_ol_sunshine

@ZionW32 Be careful. Don't be a "Quintez Cephus". Stay away from white women. They will use you, abuse you, and destroy your life.

6:04 PM · Mar 19, 2019 · Twitter Web App

         

         

iMessage

< 83

monzyy0 ‼️ 🗣️ 💕
34w    Reply

liamreid4 BLESS UP
34w    Reply

kevingagas #letqtplay
34w    1 like    Reply

tommydwyer32 Hoes really tryna ruin your career 💁‍♂️
34w    Reply

jace_miller_1 ❤️ 🐐
34w    Reply

_alecia_s Amen ❤️
33w    Reply

romelloasmith Quintezzzzzzzzzzz 💙 💙 😂

cullenkuester 💯 💯 💯
34w    Reply

brrrrrrrrrrrrrrrrayo W
33w    Reply

bacsmama May God bless you and keep you, may he shine his light upon you. False accusations are heinous crimes and you have been victimized. That said, love and support surround you. Having supported my son through a similar situation, I know there will be good and heavy days to come. Reach out if

iMessage

DOE 0203



DOE 0204





Doe Deposition Exhibit 4 - 206

DOE 0206

The same thing that's happening to this young man happened to me in college. I pray he gets justice. 🙏

💬 6          ⟲ 2          ♡ 48          ⬆️

**SJ** ✉️🇺🇸 @NooooSweat · Oct 11, 2018
I totally agree with you. That's why the whole metoo thing is scary. After the whole Kavanaugh thing girls are gonna think that they can just sit and accuse men and young men for whatever thy want and we suppose to believe them. I'm sorry Innocent till proven guilty.

💬 1          ⟲          ♡ 31          ⬆️

Show replies

**Vangie G** @VangieG2 · Oct 8, 2018
Replying to @drboycewatkins1
The bottom line is....LEAVE WHITE GIRLS ALONE!!!

💬 6          ⟲ 6          ♡ 59          ⬆️

**bayoubengal0108** @bayoubengal0108 · Oct 8, 2018
Real talk because they will claim rape as soon as you upset them are refuse to continue the relationship. Look what happened to Zeke

💬 2          ⟲ 2          ♡ 21          ⬆️

Show replies

**bayoubengal0108** @bayoubengal0108 · Oct 8, 2018
Replying to @drboycewatkins1
Wonder if the same folks who defend our new Supreme Court Justice will come to his defense and not believe these women

💬 21          ⟲ 1          ♡ 22          ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Chuck E** @chuckfla21 · Oct 8, 2018
Replying to @drboycewatkins1
Where's the Kavanaugh crowd?

💬 23          ⟲          ♡ 13          ⬆️

This Tweet was deleted by the Tweet author. Learn more

Show replies

This Tweet was deleted by the Tweet author. Learn more

**Alim Gaines** @GraceDad16 · Oct 9, 2018
But it's okay for BW to date Brad?  I'm so sorry this young man is going through this but I'm unfortunately not surprised in the dick policing of black men by our women specifically

💬 1          ⟲          ♡ 8          ⬆️

**user7**
@user718479594        ...

Doe Deposition Exhibit 4 - 207

DOE 0207

Doe Deposition Exhibit 4 - 208                    DOE 0208

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

user7
@user718479594

Doe Deposition Exhibit 4 - 209

DOE 0209



DOE 0210



# Tweet

**John Wesley**
@RealWesley1

Replying to @jaypo1961 and @journalsentinel

Those two women should be prosecuted to the fullest extent......

11:09 PM · Aug 2, 2019 · Twitter for iPhone

6 Likes

Tweet your reply                                    Reply

**Matt** @MSJ__76 · Aug 2, 2019
Replying to @RealWesley1 @jaypo1961 and @journalsentinel
Being expelled as well would be a start.

1                    5

**John Wesley** @RealWesley1 · Aug 3, 2019
I suppose, though they'll just apply to another school.....we should also see pictures of who they are, since they no longer are the victims

1

### Relevant people

**John Wesley**
@RealWesley1                    Follow
Biggest @Bucks fan around...Wisconsin alum..Sports is the best reality TV there is..don't try to have a Twitter argument with me if your point is stupid

**Jeff Potrykus**
@jaypo1961                    Follow
I cover Wisconsin football and men's basketball...and anything else my bosses deem worthy. My idea of a gourmet meal? Taco Bell, Q'doba or Del Taco.

**Journal Sentinel** ✓
@journalsentinel                    Follow
News from Milwaukee and Wisconsin. Also at facebook.com/journalsentinel and instagram.com/journalsentinel.

### What's happening

UEFA European Cham... · 15 minutes ago
**Poland vs Slovakia**
Trending with #POLSVK, Poland

**#discoveryplus**
Get hungry with the streaming home of Food



DOE 0212



youtube.com/watch?v=QFJuLjKEzYc

quintez cephus sexual assault

**mrcrowley956** 2 years ago
To my fellow brothers..
1. Stay away from drunk women
2. Stay away from white women
3. Stay away from drunk white women
👍 97 👎  REPLY
View 11 replies

**DragonLord 3** 2 years ago
I can't stand woman who lie and say they was raped
👍 315 👎  REPLY
View 7 replies

**Marquize Randall** 2 years ago
Damn Becky got another brother down and out 😂😂😂😂
👍 308 👎  REPLY
View 6 replies

**Rolling Stone** 2 years ago
Here we go again.
👍 248 👎  REPLY

**Desmond Quick** 2 years ago
Black athletes stay addicted to Becky until the high comes down when you're wrongly acused then they fight for their lives losing their credibility,character and dreams in a win or lose situation on the verdict,please wake up Black athletes!
👍 172 👎  REPLY
View 5 replies

**Russell M. Hossain** 2 years ago
Some brothers just won't listen to all the warnings

Kamala Harris 'made a rookie error'
Sky News Australia
313K views • 1 day ago
New

WS Female Calls Police Saying She Was Threatened By Blac...
African Diaspora News Channel
623K views • 2 years ago

Breana Harmon Face Up To 10 Years In Prison For Lying To...
African Diaspora News Channel
70K views • 3 years ago

Subway Manager Fired After Text Read"I Don't Want Those...
African Diaspora News Channel
193K views • 2 years ago

Azores. The green wonder of Atlantic.
Anton somewhere
339K views • 1 week ago

Detroit Police Officer Was Profiled By White Cop For...
African Diaspora News Channel
713K views • 1 year ago

The life of the super-rich in Central Africa | DW...
DW Documentary

DOE 0213



youtube.com/watch?v=56PzBtTrdAM

quintez cephus sexual assault

UW-Madison reinstates Quintez Cephus, football player acquitted of sexual assault charges

4 Comments    SORT BY

Add a public comment...

**Smudge Capone** 1 year ago
So let me get this straight...2 girls regret the "threesome" decision, so they decide to literally ruin a young mans life? What's their punishment???
Can he file a lawsuit against them? Civil suit?

👍 8    👎    REPLY

▲ Hide reply

**Alex morris** 1 year ago
nothing cuz no one cares

👍 1    👎    REPLY

**Nicholas Pesch** 1 year ago (edited)
That lady at the end is a disgrace. So just because you say someone raped you gives you the power to take away the dream that man worked his entire life for, even if it's not true? That's beyond gross

👍 7    👎    REPLY

**dot dot** 1 year ago
God I hate that women at the end. So because a man walks away innocent it's bad because it also happens to other people. When he was proved innocent??

👍 4    👎    REPLY

basketballcoachjd
2.3K views · 8 years ago

Quintez Cephus
BadgerBlitz
1.6K views · 4 years ago

Ultimate Quintez Cephus Highlights
Wisconsin Badgers ✓
18K views · 1 year ago

Mainly dry and not as warm start to the week
TMJ4 News ✓
101 views · 3 hours ago
New

My son was a Columbine shooter. This is my story | Su...
TED ✓
10M views · 4 years ago

The Hand in the Trunk
AL.com ✓
7.7M views · 5 years ago

Kobe Bryant Amazing last 3 minutes in his FINAL GAME v...
Mark Anthony Garrett
4.7M views · 5 years ago

Sha'Carri Richardson powers to women's 100m win at 202...
NBC Sports ✓

Type here to search

2:41 PM
6/14/2021

DOE 0214