| | |
|---|---|
| **File:** | Cephus, Q. and Davis III, D. |
| **Interviewer:** | Lauren Hasselbacher and Jennifer Horace |
| **Date:** | August 29, 2018 |
| **Re:** | Interview with Jill ▊▊▊▊▊, Witness |

On August 29, 2018 Lauren Hasselbacher (Hasselbacher), Title IX Coordinator, spoke with Jill ▊▊▊▊▊, undergraduate student, via phone.

Hasselbacher explained the investigative process to ▊▊▊▊ and that witnesses are not completely anonymous, although their information is kept private as possible. Hasselbacher also discussed the prohibition on retaliation.

▊▊▊▊ said she understood that Hasselbacher was calling about "my friend ▊▊▊▊." Hasselbacher asked ▊▊▊▊ to recount the evening she took ▊▊▊ to dinner with ▊▊▊▊'s aunt.

▊▊▊▊ said her aunt was in town and the three of them went to dinner. ▊▊▊▊ said she had a drink with dinner but ▊▊▊ did not. ▊▊▊▊ said they went back to the dorms before going out for the night. ▊▊▊▊ guessed that ▊▊▊ drank two or three White Claws and maybe one beer. ▊▊▊▊ said ▊▊▊ did not drink any shots or hard alcohol at the dorms. ▊▊▊▊ said she was drinking mixed drinks with liquor because she cannot drink anything carbonated.

▊▊▊▊ said when they arrived at the Double U, other friends were there and she was not paying close attention to ▊▊▊. ▊▊▊▊ said she believes she and ▊▊▊ did two shots (of something mixed like a "Kamikazi" or a "Lemon Drop") and she estimated that ▊▊▊ likely had one or two more beers and maybe more White Claws.

▊▊▊▊ said based on her observations, ▊▊▊ was "very drunk." ▊▊▊▊ said she "wasn't falling down or anything," but she could tell she was very intoxicated and was leaning against a wall. ▊▊▊▊ said when she briefly saw ▊▊▊ talking to the players, that is when she could tell ▊▊▊ was very drunk from "the way she was talking" meaning her eyes were more shut, her facial expression, she was talking super slowly, and she was leaning against something. ▊▊▊▊ said the next morning after she spoke with ▊▊▊ was when she realized how drunk ▊▊▊ actually was.

▊▊▊▊ said she does not remember how many guys ▊▊▊ was talking to and said ▊▊▊ did not interact with them at all.

▊▊▊▊ said with other people around, she did not know where ▊▊▊ went, but then saw ▊▊▊'s friend ▊▊▊ walk into the bar. ▊▊▊▊ said she learned later that ▊▊▊ was with football players. ▊▊▊▊ said she saw ▊▊▊ talking to ▊▊▊ for a bit, but did not see her talking to any of the players.

▊▊▊▊ said when she had not seen ▊▊▊ for a while, she texted her to ask her where she was a few times. ▊▊▊▊ said ▊▊▊ did not initially answer but then texted to say she was with ▊▊▊. ▊▊▊▊ said ▊▊▊'s messages were not particularly clear, meaning they were very brief.

Exhibit 116 p.001
Confidential

▊▊▊ said ▊▊▊'s message was something like, "going with ▊▊▊ back to football players." ▊▊▊ said she does not have these text messages anymore because she deletes them every two or three months. ▊▊▊ said she would not have let ▊▊▊ leave with strangers, but she was with ▊▊▊ who ▊▊▊ knew from high school. (▊▊▊ said she only knew ▊▊▊ through ▊▊▊.) ▊▊▊ said she does not believe ▊▊▊ met the guys before this evening, although she maybe knew of them and maybe someone requested to follow her on Instagram.

▊▊▊ said that her memory may be slightly impacted by alcohol and/or time, but she believes she remembers the majority of the evening.

▊▊▊ said the next morning, ▊▊▊ texted her and told her one of the players raped her. ▊▊▊ said she believes ▊▊▊ was in Sellery when she texted this, and ▊▊▊ told ▊▊▊ she was going to the hospital. ▊▊▊ said she is unsure when these messages were sent because she was still sleeping, but guessed maybe 5:00 a.m.

▊▊▊ said when she got these messages, she tried calling ▊▊▊ but she would not answer and ▊▊▊ was "freaking out." ▊▊▊ said she is also friends with ▊▊▊'s sister, so she spoke with her and learned more information. ▊▊▊ said that she learned that "he raped both ▊▊▊ and ▊▊▊" and they were both at the hospital doing a "rape kit." ▊▊▊ said she thought they were probably going to the police right after but she is not sure.

▊▊▊ said ▊▊▊ has since told her the "whole story," including another football player who had taken photos of ▊▊▊. ▊▊▊ said ▊▊▊ told her that ▊▊▊ and ▊▊▊ "both made it clear they wanted to leave and not be there anymore." ▊▊▊ said ▊▊▊ was so drunk that she doesn't really remember anything except what ▊▊▊ told her. ▊▊▊ said they were both just trying to get away and Quintez[1] wasn't letting them go. ▊▊▊ said they made it clear they didn't want to participate in anything at all.

▊▊▊ said ▊▊▊ did not return back to school after this incident and there was a point where ▊▊▊ was not sure if she would return for the fall semester. ▊▊▊ said it has been hard for ▊▊▊ and her whole family and has affected her a lot. ▊▊▊ said it was very difficult for ▊▊▊ to finish taking her finals and that she was really depressed for a while. ▊▊▊ said ▊▊▊ is back in Madison now. ▊▊▊ said they are roommates and in the same sorority.

---

[1] ▊▊▊ used the name "Quintez" without prompting.

Exhibit 116 p.002
Confidential
BOR_019761

Eric ▮, 6/5/18, 6:42pm

Told him I was asking about April 22, at Double UU

Asked if he knew ▮ He said that name sounds familiar. Don't recall running into someone with that name.

"needs more information" need to know what I'm asking about what

Assured him that I'm not investigation anyone drinking or being at the bar.

Can't even recall that day.

Does know AJ Taylor. Doesn't help at all that she would have been with him.

No clue who ▮ is. ▮ sounds familiar. Knows AJ, but don't know who was with him that night.

He wasn't drunk – knows who AJ is, is his friend. Don't remember interactions with him or other girls.

Quintez – knows him. Eric said he is also on the football team (T9 did not know this prior to interview). Remembers seeing him that night. Don't believe Quintez drinks actually. Didn't hang out with thim that night, saw him there.

Seeing him with a girl? They were at a bar, wasn't paying attention, didn't notice anything in particular.

I asked Eric not to discuss the content/substance of my questions with anyone involved. He said he understood. He asked for clarification that he was not being investigation and I confirmed.

---

8/13/18

Talked to AJ – he showed him the photo the next day.

Doesn't remember any other interactions with her

Asked about telling ▮ she was drunk, didn't remember saying that. Does remember thinking she was pretty drunk. Doesn't know remember why. Doesn't think she was stumbling. Didn't know she fell.

She was with Q and Danny. Q = Quintez. Q and Danny always together.

No one else he remembers being around.

Doesn't remember ▮ leaving

Just walked away

Any sense of what time? People go out to bars at 11 or 12, but otherwise don't know what time it is.

Don't know the bouncer that night – don't know their names, but there's dudes that everyone knows. But no specific person.

Confidential

Exhibit 116 p.003
BOR_019416

| | |
|---|---|
| **File:** | Cephus, Q. and Davis III, D. |
| **Interviewer:** | Jennifer Horace |
| **Date:** | August 9, 2018 |
| **Re:** | Interview with Jackson ▇▇▇, Witness |

On August 14, 2018 Jennifer Horace (Horace, Title IX/EO Complaint Investigator, spoke with Jackson ▇▇▇ (▇▇▇), Witness, UW-Madison Student via phone.

Horace initiate the interview by asking ▇▇▇ if he knew what the meeting was about. ▇▇▇ indicated that he was aware that he was a witness in the investigation of the sexual assault of ▇▇▇▇▇▇▇▇.

▇▇▇ indicated that he was with ▇▇▇ for about an hour that evening. They were celebrating his birthday. ▇▇▇ indicated that ▇▇▇ was there but ▇▇▇ was not. ▇▇▇ believed that ▇▇▇ was planning to join them at Brats later on that night. ▇▇▇ had no idea that that ▇▇▇ was planning to leave to meet ▇▇▇ elsewhere.

▇▇▇ believed that they started to pregame at approximately 8:30pm and then left for the bars. ▇▇▇ believes they were at the bar around 9:00pm. While pre-gaming, ▇▇▇ recalls the group consuming mini bottles of alcohol, the type that would be found in a hotel mini bar. Specifically, ▇▇▇ remembers the alcohol ▇▇▇ was consuming as Sutton Home Wine. ▇▇▇ only recalls ▇▇▇ consuming one of the small bottles while pre-gaming.

After pre-gaming, they left for bar on State Street called Brats. While ▇▇▇ assumes they consumed alcohol while at Brats, he was unable to say what alcohol was consumed or the amount. ▇▇▇ was also unaware at what time ▇▇▇ left Brats because he did not notice they left.

▇▇▇ said he never saw ▇▇▇ that evening. He said he did receive a text from ▇▇▇ at approximately 3:00am however ▇▇▇ stated he was already asleep. ▇▇▇ did not respond until the next day. ▇▇▇ stated that ▇▇▇ never reached out to him. However, ▇▇▇ did tell him what happen in person because she had been gone for a week.

▇▇▇ indicated that he is closer to ▇▇▇ than ▇▇▇ because they have known each other longer. However ▇▇▇ stated, that he started to get closer to ▇▇▇ during second semester.

Exhibit 116 p.004

Confidential

BOR_019428

| | |
|---|---|
| **File:** | Cephus, Q. and Davis III, D. |
| **Interviewer:** | Lauren Hasselbacher and Jennifer Horace |
| **Date:** | July 26, 2018 |
| **Re:** | Interview with Oliver ████, Witness |

On July 26, 2018 Lauren Hasselbacher (Hasselbacher), Title IX Coordinator, spoke with Oliver ████, Complainant, former UW-Madison exchange student via phone/zoom.

Hasselbacher explained the investigative process to ████ and that witnesses are not completely anonymous, although their information is kept private as possible. Hasselbacher answered other questions ████ had about the process (possibly attending hearing, etc.)

████ said that he was a student at UW-Madison last semester (Spring 2018) and is planning on visiting sometime over the next year.

████ said he prepared the submitted statement in response from a text from the attorney of ████ (presumably Lester Pines), and he understands that they may be pursuing criminal charges as well. ████ said that he prepared the statement from his memory from what happened that night and early morning with ████. ████ said Pines did not pitch anything specific to him, just told him to include details of everything he could remember. ████ said he offered to write a statement because he thought it would be easier than explaining over the phone.

████ said when he first saw ████ that night, it seemed that she was just getting home based in part by the fact that she was wearing normal clothes (not pajamas or lounge clothes). ████ said he believes she had just gotten back from being dropped off by Quintez Cephus, and that she had not yet been to her room.

████ said based on her demeanor, something was obviously wrong and he described ████ as "visibly distraught." ████ said he is unsure of whether ████ was crying, but said you can tell when something has happened to someone because they carry themselves in a certain way. ████ said this prompted him to ask her if something was wrong.

████ said before this interaction, he did not know ████ well. ████ said she lived on his floor, and he had seen her a few times at greek life events. ████ said they would say hello in passing.

████ said when he asked ████ if something was wrong, she did not initially want to talk in the open lobby area where they were standing. ████ said he pressed her a bit more and she said she would rather talk in private and they went to talk in her room which was one pod away.

████ said it took a while for ████ to say what happened and he had to "pry it out of her." ████ said he does not remember exactly what she said but she used the word "rape." ████ said after that he did not pry and ask for more details.

Hasselbacher described the different ways sexual activity may be considered sexual assault – including incapacitation, force, and general lack of consent – and asked whether ████ had a

Exhibit 116 p.005
Confidential                                                                 BOR_019278

sense of what happened. ▉▉▉ said he knew that Quintez and someone else had picked "them" up outside the Double UU, they began engaging in sexual actions and she told him to stop, then he put hands on her neck and forced her on to bed. ▉▉▉ said ▉▉▉ told him that when Quintez dropped her off at the dorm he told her it was "their secret." ▉▉▉ said this does not seem like something you would said if the activity was consensual and instead seemed like an intimidation tactic.

▉▉▉ said ▉▉▉ told him that earlier that day she went bowling with one other lad and Quintez was there, but she did not know him before that.

▉▉▉ said he knew ▉▉▉ was not sober because she said she had been drinking at the Double UU. ▉▉▉ said she was buzzed[1] when he saw her, but walking in a straight line and not seemingly blacked out.

▉▉▉ said when ▉▉▉ said that she had been raped, he told her they needed to contact the police. ▉▉▉ said for him that was just "a matter of fact." ▉▉▉ said ▉▉▉ was a bit hestitant because Quintez is a football player and has some sort of clout which intimidated her a little bit. However ▉▉▉ said it did not take much to convince her it was the right thing to do.

▉▉▉ said their initial call was to a campus police number, which they may have found from a rape crisis line at UW Madison.

▉▉▉ confirmed he went with ▉▉▉ to the hospital. ▉▉▉ said they gave ▉▉▉ a breathalyzer when he was with her, but he did not pay attention to the result. ▉▉▉ said after the test they told ▉▉▉ she needed to sleep a bit. ▉▉▉ said they went to a separate room where ▉▉▉ could like down. ▉▉▉ said he also went to sleep and was woken up by the Madison Police Department. ▉▉▉ said they wanted to speak with ▉▉▉. ▉▉▉ said he was in the hospital while they spoke with her, but he was not in the room. ▉▉▉ said the took a statement from her before her exam, but assumed it was not a full interview.

▉▉▉ said they were separated when ▉▉▉ went into the exam room and he waited in another room and went to sleep. ▉▉▉ estimated the exam occurred around 4:00 or 5:00 a.m.

▉▉▉ said ▉▉▉'s friend also "came forward" and he met her briefly in the hospital. ▉▉▉ said he did not interact with her much but just told her he was sorry about what happened.

▉▉▉ said ▉▉▉ did not mention a third girl at the apartment with them.

▉▉▉ said the next time he spoke with ▉▉▉ was via text message on April 24, 2018. ▉▉▉ told him that someone gave her his number, thanked him, said she was in Chicago and informed him that she and ▉▉▉ were pressing charges. She also told him her parents would likely call to thank him.

---

[1] ▉▉▉ initially said that ▉▉▉ was "merry on drink" and "not completely drilled." When Hasselbacher asked for more explanation, ▉▉▉ acknowledged the British slang and said that is not an appropriate description in context of American English. ▉▉▉ said he did not mean that ▉▉▉ was happy or content. He agreed the word "buzzed" was most appropriate.

Exhibit 116 p.006
Confidential
BOR_019279

▇▇▇ said the next message was ▇▇▇ wishing him a great summer and letting him know her attorney would be in contact with him.

▇▇▇ said he then saw ▇▇▇ again when she was moving out of the dorms with her mother. ▇▇▇ said they spoke, but he tried to avoid "the topic" as much as possible.

▇▇▇ said he had nothing else to add and what he knew was covered in the statement.

Confidential

Exhibit 116 p.007
BOR_019280