# MEMORANDUM
### Attorney Work Product
### CONFIDENTIAL

**TO:**       Attorney Stephen Meyer
            **Meyer Law Office**
            Attorney Kathleen Stilling
            **Buting, Williams & Stilling, S.C.**

**FROM:**   Investigator Steven Watson
            **Attoe-Watson & Company, Inc.**

**RE:**       **Our Client: Quintez Cephus**

**DATE:**   **June 16, 2018**

---

## Interview of Dontye ██████████

Mr. █████████████ resides at 1216 Spring St., Apt. 210, Madison, WI 53703. You will note that this is the same address where Quintez Cephus resides. The interview took place 06/14/2018. Dontye's date of birth is ██████████. His telephone number is 786-683-3702. Dontye will be starting his junior year of college at the University of Wisconsin Madison this fall where he will be studying personal finance. Prior to coming to Madison, Dontye resided in the Ft. Lauderdale, FL area where he attended St. Thomas Aquinas High School and graduated in 2016.

I asked Dontye if he was home during the evening of April 21, 2018 through the early morning hours of April 22, 2018. He confirmed that he was in his apartment during this time. Dontye spent some of the evening in his bedroom having a lengthy telephone conversation with his girlfriend. Dontye believes that sometime between 10:00 p.m. and 10:30 p.m., Cephus and Danny Davis went out for the evening. Dontye asked where they were going and one of them said, *"to a party"*. There was no mention of where the party was. Later that night, Dontye fell asleep while in bed and on the phone with his girlfriend. He had not consumed any alcohol. For the rest of the evening *"I was in my room sleeping. I wasn't aware of anything going on"*. Dontye confirmed that throughout the evening and morning hours that he did not hear anything. No talking, no television and no music. Typically, he does not get up during the evening to go to the bathroom. Once in a great while Dontye hears the apartment door open enough to know that someone is coming through the door and into the apartment. He said, *"This wake's me up a little bit."* Dontye did not hear the apartment door open at all during the night in

1

**Exhibit 118 p. 001**
Confidential

question. He keeps his bedroom door closed while sleeping. His room is *"about 4 steps"* from the living room. Cephus' bedroom is about two feet away from Dontye's room.

When Dontye woke up on the morning of April 22, 2018, he left his bedroom and walked through the living room to the bathroom. During this journey, he did not notice anything out of place. There were no empty alcohol bottles, no half empty glasses no food left out and no other signs of a party or guests being at the apartment. The apartment was as he remembered it prior to going to his bedroom the evening before. Dontye confirmed that Cephus does not consume alcohol and there is no alcohol in the apartment.

Dontye was at the apartment when the police arrived on Sunday afternoon. He could not recall the exact time of their visit, but said it was in the early afternoon. Dontye was in the shower when he heard knocking at the apartment door. With a towel around his waist, Dontye got out of the shower and answered the door. One of the officers asked if he lived in the apartment and Dontye confirmed that he did. The officer asked if he was "Quintez". They told Dontye to go and put some clothes on and then come back to the door. They asked Dontye if he would let them in and he replied *"Sure"*.

While there, the police asked Dontye *"a variety of stuff"*. They asked if there was anyone else living at the apartment and Dontye told them Quintez Cephus. They then started asking questions regarding the previous evening. They asked what time Cephus and Davis left the apartment and when did they return. Dontye told them that Cephus and Davis lefts sometime around 10:00 p.m. and he had no idea who returned and when because he was in his room sleeping. Dontye then asked the officers why they were asking so many questions and one of them replied, *"Someone filed a report of a sexual assault at this house."*

The police told Dontye that they had a Search Warrant to search the apartment, but it was not searched until after the interview with Cephus. According to Dontye, the police collected trash, and *"the bed covers"*. He was unsure if the sheets were collected. He could not recall if any clothes were taken. At some point during Dontye's conversation with the police, he text messaged Cephus and told him that the police were at the apartment.

Once Cephus returned to the apartment from Milwaukee, the police interviewed him. Dontye thought that Cephus returned sometime late Sunday afternoon. Dontye was nearby for some of that interview. That being said, he had a difficult time remembering all that was asked and Cephus' answers. Dontye remembers that the police were *"focused on one girl"*. He assumed that it was the female that filed the report. Early during the interview of Cephus, the name of ██████ was mentioned. I asked if the name of ███████ was mentioned and Dontye replied, *"Not that I can remember. If they did it was brief"*. He had no recollection of the police asking Cephus about Marissa, or Danny Davis. Dontye did remember the police asking if ██████ was intoxicated, but he could not recall what Cephus said in response to that question. He did remember that Cephus told the cops that they were just having a good time, it was all consensual and the girls were not intoxicated. Dontye also remembered the police asking Cephus about where he was during the prior evening and Cephus gave them general details of that evening's timeline. He did recall Cephus telling the police that he and Danny Davis were at the Double U.

Confidential

**Exhibit 118 p. 002**

BOR_019758

Dontye noted that he felt Cephus was *"very honest and respectful"* while answering the questions about his activities during the night in question.  He confirmed that Quintez was polite and did his best to answer the questions that the police presented to him.

This investigation is ongoing, and I will correspond with you as the situation merits.

STW

3

**Exhibit 118 p. 003**

Confidential

BOR_019759