# NESENOFF & MILTENBERG LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Jeffrey S. Berkowitz
Kara L. Gorycki
Cindy A. Singh

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Marybeth Sydor
*Title IX Consultant*

August 23, 2018

**VIA EMAIL**
Lauren Hasselbacher, Esq.
Title IX Coordinator
University of Wisconsin-Madison
Office of Compliance
lauren.hasselbacher@wisc.edu

Re: **Title IX Investigation of Quintez Cephus**

Dear Ms. Hasselbacher:

    As you are aware, our office represents Quintez Cephus in regards to the investigation you and your office are conducting concerning a consensual encounter Mr. Cephus had with two (2) University of Wisconsin students some four (4) months ago.

    We have reason to believe that you and your office intend to issue your report no later than August 31, 2018. As you know, Mr. Cephus has not yet been interviewed by your office, nor provided a statement, nor identified evidence. As your office is obligated to investigate, we question the veracity of any investigation and/or report that does not include and address the foregoing items.

    When we spoke last week about rescheduling Mr. Cephus' meeting with you, you made absolutely no mention that your report was imminent. Also, conspicuously absent from our conversation was any mention of the soon to be brought charges by the Dane County District Attorney's Office. As I recall, CU Boulder's Title IX Office has an informal, then formalized, Memorandum of Understanding ("MOU") with the Boulder District Attorney's Office. I expect that a similar one is in place with your office and the Dane County District Attorney. To the extent that a MOU exists between your office and/or the University of Wisconsin, please so advise us. Now that the criminal charge has been issued, significant, critical evidence will now become available in the next two (2) months. We expect that this evidence will impact the thoroughness of the Title IX investigation, as well as any decisions related thereto.

    Nonetheless, we understand that the University of Wisconsin is compelled to investigate the matter concerning Mr. Cephus, and he intends to make himself available for an interview. However, we do not believe that Mr. Cephus can productively aid himself in explaining his narrative with the strain of two (2) investigations running concurrently. The fact that the law enforcement investigation is pending presents another, significant issue – it has the potential to

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |

Exhibit 123 p. 001
Confidential
BOR_006694



compromise his ability to speak freely. Should the University of Wisconsin insist to proceed with its Title IX investigation it would be infringing upon Mr. Cephus' Fifth Amendment rights.

Further, the Title IX Office elected to wait four (4) months to request an interview Mr. Cephus, suggesting no sense of urgency.

Consequently, we request that the interview with Mr. Cephus be conducted on a date to be agreed upon.

**ADDITIONALLY, DEMAND IS HEREBY MADE**, that you preserve any and all communications, writings and/or recordings regarding this matter. Your obligation with regard to preservation of evidence and data is mandated by law includes, but is not limited to, emails, voicemails, phone records, texts, and/or any other documents concerning Mr. Cephus. *See Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212 (S.D.N.Y. 2003).

Please be further advised, that any alteration, loss, spoliation, or destruction of any such documents, whether electronic, digital, or in hard copy, may subject you to sanctions in any ensuing legal proceeding.

Please be advised that this communication is without prejudice to all rights, remedies and claims which Mr. Cephus has, or may have, at law, in equity or otherwise.

Please direct all communication regarding this matter to the undersigned.

    Respectfully submitted,
    **NESENOFF & MILTENBERG LLP**

    By: *Andrew Miltenberg*
       **Andrew Miltenberg, Esq.**
       **Stuart Bernstein, Esq.**

Exhibit 123 p. 002
Confidential
BOR_006695