| File: | Cephus, Q. and Davis III, D. |
|---|---|
| **Interviewer:** | Lauren Hasselbacher and Jennifer Horace |
| **Date:** | August 1, 2018 |
| **Re:** | Meeting with Attorney for Quintez Cephus, Stephen Meyer & Review of Apartment Complex Surveillance Footage |

Lauren Hasselbacher and Jennifer Horace met with Stephen Meyer, attorney of Quintez Cephus. Meyer discussed the possibility of Cephus participating in an interview and stated that he would need accommodations for a learning disability. Investigators offered longer meeting, breaks when requested, and time to check-in with attorneys. Meyer said that he had prepared a statement describing Cephus' learning disability and needs and was unsure of whether he would share it. Investigators explained that formal documentation was not necessary for accommodations discussed. Meyer said Cephus may participate in an interview, but would first like to meet to review process. Meyer stated that he had concerns about the "racial issue" involved in the case, but stated that Ray Taffora had assured him it was not an issue. Investigators discussed the checks built into the investigative process to ensure each party has ability to participate equally and provide feedback (after initial investigative report) if there are any concerns.

Meyer confirmed that Cephus participated in what he understands to be a lengthy sit-down interview with two MPD detectives and five officers present. Meyer said Cephus gave the interview while MPD executed the search warrant for his apartment on April 22, 2018 in the afternoon. Meyer said he was not present for the interview.

Meyer said in Cephus' interview he acknowledged engaging in sexual intercourse with "both girls." Meyer said no alcohol was recovered from the apartment and remarked that Cephus does not drink alcohol.

Meyer provided statements from Cephus' roommate, Dontye ███████████ who was present the entire evening and A. J. Taylor.

Investigators also reviewed surveillance footage provided by Meyer. The video was edited[1] and presented in a PowerPoint presentation.

Meyer indicated that he obtained the video after Cephus told him that the apartment had security cameras and there was possibly footage. Cephus estimated that their arrival and departure was between 1:00AM – 3:00AM therefore that is what Meyer requested. After a period of time Meyer was able to obtain the security footage for the time period requested at the time. Meyer stated that his version of the video does not have the arrival of the parties. When Meyer realized he did not have the arrival he contacted the apartment complex for additional film but it was no longer available because they recorded over the footage. Meyer stated that he believes if they asked for footage starting at 12:45 they might have been able to capture the arrival of the parties. Meyer's

---

[1] Meyer explained that the footage was collected and presented in a way to make it easier to follow. During viewing, there was nothing discernable to suggest that the video was otherwise edited or altered in some way.

Confidential    **Exhibit 156 - 1**

video has the departure. Meyer said he believes that MPD also has the footage but Meyer was unaware of for what time period.

Meyer stated that the Double U refused to provide Meyer with footage of the parties leaving the bar, however he believes the police also have this footage because someone implied that the footage depicts something his client told him. Meyer said there should also be footage from Ogg and Sellery about an hour after the time the apartment complex video ends. Hasselbacher informed Meyer that we have also seen the footage of Ogg and Sellery and that our written descriptions of that footage will be included in the report.

Cephus' address is 1216 Spring Street – Humbucker Apartments.

Meyer stated that he does have possession of all the original video which has footage from six camera and angles. Meyers presented the video in using PowerPoint slides. Meyers says that the apartment building has two staircases, one of which leads to the back.

PowerPoint Slides:

Slide 1: Hallway camera near Respondent's Apartment, video beginning at 2:27:59 a.m. on April 22, 2018.[2]

- ██████ leaves the individual apartment[3] and enters the hallway. She walks directly to the stairwell across the hall, opens the door and proceeds down the stairs. ██████ is visible walking down the stairs as the stairwell door closes behind her. It appears as if as if ████ walks down the stairs quickly.

Slide 2: Hallway Camera near Respondent's Apartment

- A few seconds later, Cephus leaves the apartment[4] and turns to his right, walks down the hallway appearing to search for something, and then returns to his apartment. Cephus leaves the apartment again less than a minute later, and upon exiting he turns slight left and checks down the stairwell [previously used by ████]. Cephus does not go down the stairs but returns to the apartment and re-enters.
- Cephus, Davis, ██████ and ██████ come out of the apartment into the hallway and ████ and Cephus briefly face one another.[5] In this image, the heads/faces of the parties are cut off from view. As the group leaves the apartment it appears as if ██████ wobbles.

---

[2] The dates and times presented in these notes are those listed in the PowerPoint presentation provided by Meyer. While the OC does not have reason to believe these times are incorrect, there has not been independent verification of these times.
[3] Meyer stated that ████ left the apartment as a result of being upset with ████.
[4] Meyer stated that Cephus left the apartment to find ████ and because he was concerned about her walking home late at night and wanted to offer a ride.
[5] Meyer described this interaction as ████ talking to the Respondent while waiting for the others come out of the apartment.

Confidential

Exhibit 156 - 2BOR_019858

Slide 3 (Continuation of Slide 2): Hallway Camera on Respondent's Floor (opposite end of hallway)

- Cephus walks down the hall looking for something. Cephus returns to the direction of his apartment.
- Cephus walks ahead of the group that includes ████, ████ and Davis, towards the camera in the hallway at the opposite end from his room. No one in the group appears to be speaking to one other. ████ possibly has a misstep, but it is difficult to determine because footage is slightly choppy.

Slide 4 (Continuation of Slide 3): Hallway Camera near Elevator on Respondent's Floor

- Cephus comes to elevator (from around the corner from the hallway described in Slides 2 and 3), appearing to look for someone or something.
- Cephus walks back to group and then leads them down stairwell (different stairwell than taken by ████) to the lobby of the apartment complex. Davis, ████ and ████ appear to be moving fairly slowly but without difficulty.

Slide 5: Lobby camera

- Cephus comes out of stairwell far ahead of group. The other three exit the stairwell. ████ comes down the stairs are arms are crossed. ████ is not talking to anyone and is walking ahead of ████ and Davis. ████ is talking. Davis turns to listen to her. At one point ████ turns to look at Marissa. It does not appear as if she said anything and she then turns back to look where she is going.

Slide 6: Lobby postal area camera

- Cephus exits quickly. Leaving before the others reach the doors. ████, still not wearing shoes and arms crossed, is first out of the building. ████ and Davis are talking.

Slide 7: Lobby door from inside

- Cephus trots or walks quickly up the stairs. Twenty-six seconds after Cephus appears in the footage, the rest of the group appears and walks to the exit. Davis appears to say something/gesture towards ████, but ████ does not respond/interact (Davis is behind ████ and she possibly did not hear/see). ████ attempts to exit using the door on the left but it does not open. Davis tries the door as well and it does not open. Davis opens the door on the right and ████ exits first.

Slide 8: Lobby door from outside

- Cephus exits the building while looking around. ████ exits and walks directly in same direction that Cephus walked. Danny and Marissa are talking as Davis opens the door for Marissa so she can exit and they also head in same direction.

Exhibit 156 - 3 BOR_019859

*Paragraph summary of surveillance*

*A summary of the content of the surveillance footage from the Respondent's apartment complex is summarized below. The surveillance footage shown to investigators was edited and presented in PowerPoint slides by the Respondent's attorney/advisor. The footage was collected from six cameras.*

█████ leaves R1's apartment and goes directly to a stairwell that is across the hall slightly to her left. █████ proceeds down the stairs. █████ is visible walking down the stairs as the stairwell door closes behind her. █████ to walk down the stairs quickly.

Cephus then leaves the apartment[6] and turns to his right, walks down the hallway appearing to look for something, and then returns to the apartment. Less than a minute later, Cephus leaves the apartment again, and upon exiting he turns left and checks the stairwell that was previously used by █████. Cephus does not go down the stairs but returns to the apartment and re-enters.

The group of R1, R2, C1 and █████ then come out of the apartment into the hallway. In this image, the heads of the parties are cut off from view. As the group leaves the apartment it appears as if █████ wobbles. █████ is not wearing any shoes and is carrying them. Cephus walks ahead of the rest of the group towards the camera in the hallway at the opposite end from Cephus' room. No one in the group is speaking to each other. Cephus leads the group down the stairwell to the lobby of the apartment complex. (█████ possibly has a misstep, but it is difficult to determine because footage is slightly choppy.)

Cephus comes out of stairwell approximately 30 seconds ahead of group. █████ comes down the stairs and her arms are crossed; she is not talking to anyone and is walking ahead of █████ and Davis. █████ is talking and Davis turns to listen to her. At one point █████ turns to look at █████ It does not appear as if she said anything and she then turns back to look where she is going.

In the lobby, Cephus trots up the stairs to the complex exit. As Cephus exits the building, he is looking around. Twenty-six seconds after Cephus appears in the footage, the rest of the group appears and walks to the exit. Davis appears to say something/gesture towards █████, but █████ does not respond/interact (Davis is behind █████ and she possibly did not hear/see). After he exits, █████ attempts to exit using the door on the left but it does not open. Davis tries the door as well and it does not open. █████, still not wearing shoes and arms crossed, uses the door on the right to leave, exiting first. █████ exits and walks directly toward something. Davis and █████ are talking as Davis opens the door for █████ so she can exit.
According to the Meyer, this is the same video reviewed the week prior by Deputy Athletic Director, Walter Dickey.

---

[6] In describing the footage, Respondent's attorney stated that Cephus left the apartment to offer █████ a ride home because he was concerned about her walking home late at night.

**Exhibit 156 - 4** BOR_019860

For Report:

*Video Footage from R1's Apartment Complex:[9]*

Comp2 leaves R1's apartment and goes directly to a stairwell that is across the hall slightly to her left. Comp2 proceeds down the stairs. Comp2 is visible walking down the stairs as the stairwell door closes behind her. Comp2 to walk down the stairs quickly.

R1 then leaves the apartment[10] and turns to his right, walks down the hallway appearing to look for something, and then returns to the apartment. Less than a minute later, R1 leaves the apartment again, and upon exiting he turns left and checks the stairwell that was previously used by Comp2. R1 does not go down the stairs but returns to the apartment and re-enters.

The group of R1, R2, Comp1 and P1 then come out of the apartment into the hallway. In this image, the heads of the parties are cut off from view. As the group leaves the apartment it appears as if P1 wobbles. Comp1 is not wearing any shoes and is carrying them. R1 walks ahead of the rest of the group towards the camera in the hallway at the opposite end from R1's room. No one in the group is speaking to each other. R1 leads the group down the stairwell to the lobby of the apartment complex. (Comp1 possibly has a misstep, but it is difficult to determine because footage is slightly choppy.)

R1 comes out of stairwell approximately 30 seconds ahead of group. Comp1 comes down the stairs and her arms are crossed; she is not talking to anyone and is walking ahead of P1 and R2. P1 is talking and R2 turns to listen to her. At one point Comp1 turns to look at P1. It does not appear as if she said anything and she then turns back to look where she is going.

In the lobby, R1 trots up the stairs to the complex exit. As R1 exits the building, he is looking around. Twenty-six seconds after R1 appears in the footage, the rest of the group appears and walks to the exit. R2 appears to say something/gesture towards Comp1, but Comp1 does not respond/interact (R2 is behind Comp1 and she possibly did not hear/see). After he exits, Comp1 attempts to exit using the door on the left but it does not open. R2 tries the door as well and it does not open. Comp1, still not wearing shoes and arms crossed, uses the door on the right to leave, exiting first. Comp1 exits and walks directly toward something. R2 and P1 are talking as R2 opens the door for P1 so she can exit.

---

[9] The description of what is portrayed in the surveillance footage is based off a compilation of six different videos compiled into a Powerpoint presentation by Respondent's attorney. For a description of the footage from each camera, see Attachment J.

[10] In describing the footage, Respondent's attorney stated that R1 left the apartment to offer Comp2 a ride home because he was concerned about her walking home late at night.

**Exhibit 156 - 5**