Stephen Meyer & Quintez Cephus

8/8/18

1) exceptions to Ferpa?
2) notice required before disclosure of docs for legal requirement

reviewed disciplinary process
no subpoena power
to Kipp Cox
SH/SV Policy & Ch. 17 → consent ~~def~~ definition → send * Ch. 17
how intoxicated?

arrival video —
video

charles in process (answer about race)

panel, potential sanctions

* links to disciplinary procedure
SH/SV Policy

Miltenberg in Europe in 2 weeks, SM going on vacation next week

set appt. for August 23 @ 4pm

[REDACTED]

8/9/18

- w/ friend Jill @ restaurant w/ aunt in town

went back to her dorm to drink, then went to bar w/ Jill

3 or 4 white claws -
police report would be more specific

walking to bar - buzzed,
not sure if walking/talking, maybe wobbling

maybe around 10, 10:30 - don't remember

just her + Jill - maybe asked where she was

thinks maybe had told her going to meet up w/ people - potential plans, don't remember

[REDACTED] not sure when she arrived - maybe 1.5 hrs
drinking @ bar - 3 or 4 beers
1/2 shot, drinking other peoples drinks, vodka + lemonade?

girl in her sorority - family friend
friend Regan

~2 mixed drinks

so drunk, wouldnt have relevant info

• Jill ███

beers - tall boys, miller lite

[redacted], told ███ e double UV

then gets blurry

Don't remember saying hi, but knew together,
don't remember talking to her, introducing

[memory] gets fuzzy 15-20 min,
   not first saw her, but

███ small crew the w/ them
   don't really remember introducing

no idea how long @ bar - don't remember
   long

next morning in his car looking back e ███
   where car was, how they got there, being
   just her in car - maybe tilted in car

nothing else from Delaware UV

knew who they were, but she hadn't met them
   [Tuttles?] @ [following?] her earlier that day

6pm that night - sent photo of her w/ [kissing?]
   fine

hung out w/ him earlier –

[illegible] from him

[redacted] in front seat

another friend - Danny
just knew [redacted]

nothing of getting to apt

looking over @ [redacted] - is this really happening
right now?

just think her eyes widened

lying down
don't know what caused

[redacted] lying over

don't think clothed, don't know her are off

think just her d[redacted]

no understanding of where she was

next morning running out of apt

think called Uber

Uber [redacted] called, didn't believe, no memory,

thinks she called [redacted] after texts

[redacted] confused - didn't think anything happened
Said it happened to her too
Saw it happened

thinks it triggers bad memory

remember she was scared

[redacted] said mommy first

remember gray drawstring

dont remember uber, getting to her room [screen shot]

gray or white - bodily string ~2:27 am

foggy -
Morgan, Danny & Q all got to her room
didn't understand why in room
thinks M climbing on her
dont know how got into room
roommate not there

texted friend Jackson - are you up? please please come to my room, ~~maybe texted~~ maybe while they were in your room

thinks must've been sleeping

no idea what they were talking about

think I asked where [redacted] was -
very nervous
dont know what they said
maybe texted police

going trying to find Jackson →
Jackson usually hangs out in den or lobby
his room close to elevator – one or two doors down
den right next to bathrooms

hasn't talked to Jackson about what happened – just said personal issues, nothing about what happened

next morning – calling or texting

no clue how they left her room

hasn't talked to Morrison

called her in May – asking if she's wrapped up in it

maybe Morrison has w/
told her M passed out in apt

Morrison told didn't know anything

Q contacted her –
somehow got her number
he texted her directly & she said hi
no memory of sending text – no recollection
also no memory of texting Jackson

comparing times – maybe 3:30 or 3:40

her mom picked her & up from hospital

in shock, stayed home
really depressed, didn't do anything for 3 weeks

then had to do finals - slept in until 3pm
difficult at that much
talked to therapist a lot on phone

family saying go back
then suspension got lifted

been really up & down

[illegible]

↳ did full examination,
did all DNA

maybe slightly sore day exam,
maybe any [illegible]
so much shock, not sure if pressing on it

Jackson [redacted]

don't know about e bar
no recollection of [illegible]

→ convos of texts, ubr

Between 8/9/18 – 8/14/18

Marissa [redacted] ✓

AJ Taylor no response

Donte [redacted] no response

Eric [redacted] → Let's call

Jackson C. > Jennifer Horne

Jill D.

Colin — have internal
↳ thing up (Lauren)

call Local law Office

Lauren:
~~UP~~ UWPD
Collin
Eric (1st)
Case Notes

Jennifer:
2 Surveillance footage
UWPD & Apt.

FNE

6/6/18

- [illegible] process in total, my section, OSCCR, appeal
- ~~[illegible]~~ Univ process v. crim
- timing (prompt, fair, important)
- race bias
- stats & assumption about responsibility
- official communication

Meeting
w/
Dickeys