**Chronology of offers and/or requests to interview Quintez Cephus during the course of the Office of Compliance Title IX investigation initiated on May 29, 2018.**

- On May 31, 2018, Mr. Cephus was issued an Amended Notice of Charge ("ANOC"). The ANOC states: "I would like to schedule a meeting with you to discuss the information referenced above and to give you an opportunity to respond to the allegations…You may also provide a written statement about or response to the alleged misconduct, or additional materials you deem relevant for the Office of Compliance to consider during its investigation."

- On May 31, 2018, Hasselbacher wrote to Attorney Meyer and Mr. Cephus via email: "I am happy to meet with you at any point to discuss the investigation process and answer any question you may have. I am also able to conduct an interview or receive any information you would like to provide. That being said, I believe it is likely that I would have more questions for Quintez after I'm further along in the investigation process, so if it is your preference we can wait to meet until then."

- On June 4, 2018, Hasselbacher wrote to Attorney Meyer and Mr. Cephus via email: "As stated below, please let me know if you would like to meet to discuss the investigative process and answer questions you may have. Otherwise, I will contact the two of you when I would like to schedule a time to discuss the allegations with Quintez."

- On June 19, 2018, Hasselbacher wrote to Attorney Meyer and Mr. Cephus via email: "Also, I want to clarify that Quintez can provide information relevant to the investigation at any time, which could include participating in an interview. You can also provide names of witnesses or other documentation (text messages, photos, etc.) that you believe may be relevant. Otherwise, it is my intention to alert you when I am nearing the conclusion of the investigation and provide an opportunity to meet with me at that time. Please let me know if you have any questions."

- On July 26, 2018, Hasselbacher wrote to Attorney Meyer and Mr. Cephus via email: "Please let me know if Quintez would like to provide any additional information via an interview, written statement (or answers to questions via email) or other evidence that may be relevant (text messages, photos, etc.). If there are any specific witnesses you would like me to contact, please let me know that as well."

- On July 27, 2018, Attorney Meyer acknowledged this request via email: "We are seriously considering your request for obtaining information from Quintez. We need to have a further discussion about that and how to accomplish that in light of his relationship with the McBurney Center."[1]

- On August 1, 2018, Hasselbacher and co-investigator, Jennifer Horace, met with Attorney Meyer. During this meeting, another invitation was extended to Mr. Cephus to participate

---

[1] All requests for disability accommodations made by Mr. Cephus were met.

in an interview. Attorney Meyer said he would first like Mr. Cephus to meet with the investigators to discuss process before committing to an interview.

- On August 8, 2018, Hasselbacher and Horace met with Attorney Meyer and Mr. Cephus to discuss the investigative process. During this meeting, an interview with Mr. Cephus was tentatively scheduled for August 23, 2018. When it was later requested by Attorney Miltenberg that this meeting be moved to Monday, August 27, 2018, this request was granted. When confirming this meeting on the phone with Attorney Miltenberg on August 16, 2018, Hasselbacher requested that Mr. Cephus provide any other relevant information he would like the investigators to consider prior to the interview and Attorney Miltenberg said that he understood. This conversation was confirmed via email from Hasselbacher to Attorney Miltenberg that the same day.

- On August 22, 2018, Hasselbacher emailed Attorney Miltenberg, Attorney Meyer, Kathy Stilling, and Mr. Cephus to ask if Mr. Cephus was still willing to participate in an interview on August 27, 2018. Attorney Miltenberg responded on August 23, 2018, stating that Mr. Cephus no longer intended on attending an interview on the scheduled date due to concurrent criminal proceedings.