# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**JANE DOE**,

      Plaintiff,

v.

**BOARD OF REGENTS, THE UNIVERSITY OF WISCONSIN**.

      Defendant.

Case No.: 3:20-CV-00856 - WMC

## PLAINTIFF JANE DOE'S MOTION FOR SUMMARY JUDGMENT

Please take notice that Plaintiff hereby moves the court pursuant to Fed. R. Civ. P. 56 for summary judgment as to her Erroneous Outcome and Deliberate Indifference Claims against Defendant University of Wisconsin. Additional grounds for this motion are stated in the brief in support of the motion, filed herewith.

WHEREFORE, Plaintiff requests the court grant her motion and enter summary judgment as to her Erroneous Outcome and Deliberate Indifference Claims against Defendant University of Wisconsin.

Dated: April 8, 2022

        Respectfully submitted,

        HUTCHINSON BLACK AND COOK, LLC

        By:   */s/ John Clune*
            John Clune
            Christopher Ford
            921 Walnut Street, Suite 200
            Boulder, CO  80302
            (303) 442-6514
            clune@hbcboulder.com
            ford@hbcboulder.com

        DAVIS & PLEDL, SC

        By: *ced /s/ Robert Theine Pledl*
            Robert (Rock) Theine Pledl
            Victoria Davis Davila
            1433 N. Water Street – Suite 400
            Milwaukee, WI 53202
            Telephone: (414) 488-1354
            rtp@davisandpledl.com
            vldd@davisandpledl.com

            *Attorneys for Plaintiff*