IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JANE DOE**, | Case No.: 3:20-CV-00856 - WMC |
| Plaintiff, | |
| v. | |
| **BOARD OF REGENTS, THE UNIVERSITY OF WISCONSIN.** | |
| Defendants. | |

**DECLARATION OF JOHN CLUNE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS**

I, John Clune, make this declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys representing the Plaintiff in this lawsuit and have been admitted by this Court *pro hac vice* for purposes of this case.

2. This matter was filed on September 16, 2020, alleging two civil rights claims against Defendant University of Wisconsin under Title IX. Both claims similarly allege that Defendant vacated the University of Wisconsin's Title IX process and findings of fact based upon a private, ex parte reconsideration of the matter with the offending student and his counsel which resulted in Plaintiff having to attend school in a hostile educational environment.

3. On December 17, 2020, Magistrate Judge Crocker conducted a pretrial conference. As a result of that conference, the Court set the discovery cutoff for March 18, 2022, and left the deadline for the disclosure of experts for the parties to determine. [Doc. 25 at 2-3].

Exhibit 1

4. On November 3, 2021, the Court entered an order striking the deadline to file dispositive motions and informing the parties that the trial date, originally set for May 2, 2022, would likely be continued. [Doc. 48].

5. Thereafter, the parties conferred and submitted a Report of Parties' Meeting on Scheduling, which outlined possible deadlines for discovery dependent on a new trial date. [Doc. 49]. Magistrate Judge Crocker then conducted a Telephone Scheduling Conference on November 12, 2021, in which the parties and the Court discussed deadlines for expert disclosures at length. Magistrate Judge Crocker ultimately concluded that the deadline for expert disclosures would be left to the parties to decide, as reflected in the Amended Scheduling Order, issued November 16, 2021, and set the discovery cutoff for June 17, 2022. [Doc. 50].

6. The parties never reached a mutual agreement as to the expert disclosure deadline.

7. For reasons not of Plaintiff's choosing, discovery in this matter was not produced by Defendant until late December 2021. A review of those 21,000 pages of discovery in January 2022 led to a discovery dispute which delayed depositions until March of 2022. The parties ordered rushed transcripts of those depositions as the dispositive motions deadline was imminent.

8. On April 8, 2022, Plaintiff and Defendant filed cross motions for summary judgment. [Docs. 101, 126]. Briefing on the motions concluded on May 13, 2022. Though Plaintiff previously considered the use of a Title IX expert, the need for one at trial became apparent following that briefing.

9. Immediately thereafter, Plaintiff retained Mr. Brett Sokolow as an expert witness on May 20, 2022, to testify on the very narrow issue of whether excluding a party from a Title IX petition process is permissible.

Exhibit 1

10. Mr. Sokolow prepared his report as quickly as possible, and on June 3, 2022, Plaintiff's counsel informed Defendant's counsel that Plaintiff intended to submit an expert report imminently. Plaintiff's counsel emailed Defendant's counsel Mr. Sokolow's expert report on June 7, 2022, and provided a formal expert witness disclosure on June 8, 2022, over a week before the close of discovery on June 17, 2022.

11. On June 15, 2022, recognizing the need for more time to complete discovery, the parties filed a Joint Stipulated Motion to Extend Discovery for Limited Depositions, which sets out additional depositions to be taken by July 22, 2022. [Doc. 178].   Neither party refused the other's requests for additional time.

12. Defendant filed this Motion to Strike Plaintiff's Expert Witness on June 21, 2022, and to date has not endorsed an expert witness. Trial is set to begin August 1, 2022.

Dated:  July 5, 2022

Respectfully submitted,

HUTCHINSON BLACK AND COOK, LLC

By:  */s/ John Clune*
John Clune, Pro Hac Vice
921 Walnut Street, Suite 200
Boulder, CO  80302
(303) 442-6514
clune@hbcboulder.com

Exhibit 1