IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANE DOE,

    Plaintiff,

    v.

Case No. 20-cv-856-wmc

BOARD OF REGENTS, THE
UNIVERSITY OF WISCONSIN, and
REBECCA BLANK, as an individual,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Board of Regents, the University of Wisconsin, and Rebecca Blank against plaintiff Jane Doe dismissing this case.

| s/ R. Swanson, Deputy Clerk | 7/20/2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |