# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**JANE DOE**,

      Plaintiff,

v.

**BOARD OF REGENTS, THE UNIVERSITY OF WISCONSIN SYSTEM,**

      Defendant.

Case No.: 3:20-CV-00856 - WMC

## PLAINTIFF'S RESPONSE TO COURT'S ORDER REGARDING REMAND

1. Pursuant to remand from the Court of Appeals for the Seventh Circuit (dkt #[207]), this Court entered an Order [dkt # [208] on March 6, 2025, directing Plaintiff "to advise if she wishes to continue litigating using a pseudonym, and if so, to file a brief in support, along with any necessary proposed findings of fact and evidentiary support . . .."

2. Plaintiff, Isabelle Arana, advises the Court that she does not wish to continue litigating using a pseudonym.

Dated: March 14, 2025

Respectfully submitted,

HUTCHINSON BLACK AND COOK, LLC

By: ___*/s/ Christopher W. Ford*___
    John Clune
    Christopher Ford
    Lucy Walker
    921 Walnut Street, Suite 200
    Boulder, CO  80302
    (303) 442-6514
    clune@hbcboulder.com
    ford@hbcboulder.com

DAVIS & PLEDL, SC

By: */s/ Robert Pledl*
    Robert (Rock) Theine Pledl
    Victoria Davis Davila
    1661 N. Water Street – Suite 410
    Milwaukee, WI 53202
    (414) 488-1354
    rtp@davisandpledl.com
    vldd@davisandpledl.com

    *Attorneys for Plaintiff*